AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Montana

TANYA GERSH,

*Plaintiff(s)*

v.

ANDREW ANGLIN,
publisher of the Daily Stormer,

*Defendant(s)*

Civil Action No. CV 17-50-M-DLC-JCL

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANDREW ANGLIN
6827 N High Street, Suite 121, Worthington, Ohio 43085
3827 N High Street, Suite 121, Worthington, Ohio 43085
7407 Brandshire Ln. Apt. B, Dublin, Ohio 43017
915 N High Street, Columbus, Ohio 43201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Morrison & Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St., Helena, MT 59601

Morris Dees, J. Richard Cohen, & David C. Dinielli
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue, Montgomery, AL 36104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TYLER P. GILMAN
CLERK OF COURT

Date: 4/18/17

*Signature of Clerk or Deputy Clerk*