John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees\*
J. Richard Cohen\*
David C. Dinielli\*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
\*Applications for Admission
 *Pro Hac Vice* Pending

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>  Defendant. | Case No. 9:17-cv-00050-DLC-JCL<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY FOR PLAINTIFF DAVID C. DINIELLI |

Pursuant to Local Rule 83.1(d), Plaintiff respectfully requests that this Court allow her attorney David C. Dinielli of the Southern Poverty Law Center to be admitted *pro hac vice* as counsel of record for Plaintiff in this matter.

Page 1

Mr. Dinielli meets the requirements for *pro hac vice* admission, and his affidavit filed herewith satisfies the requirements of LR 83.1(d)(3). The undersigned agrees that he has been retained by Plaintiff to act as Local Counsel pursuant to LR 83.1(d)(5).

DATED April 18, 2017.

/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing document was sent via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

Arrangements have also been made to hand deliver a copy of the foregoing document to the Defendant along with the Summons and Complaint. Formal proof of service will be filed with the Court when completed.

DATED April 18, 2017.

/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff