| | |
|---|---|
| John Morrison | Morris Dees* |
| Robert Farris-Olsen | J. Richard Cohen* |
| MORRISON, SHERWOOD, | David C. Dinielli* |
| WILSON, & DEOLA, PLLP | SOUTHERN POVERTY LAW CENTER |
| 401 N. Last Chance Gulch St. | 400 Washington Avenue |
| Helena, MT 59601 | Montgomery, AL 36104 |
| ph. (406) 442-3261 | ph. (334) 956-8200 |
| fax (406) 443-7294 | fax (334) 956-8481 |
| john@mswdlaw.com | morris.dees@splcenter.org |
| rfolsen@mswdlaw.com | richard.cohen@splcenter.org |
| *Attorneys for Plaintiff Tanya Gersh* | david.dinielli@splcenter.org |
| | *Attorneys for Plaintiff Tanya Gersh* |
| | *Applications for Admission |
| |  *Pro Hac Vice* Pending |

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | Case No. 9:17-cv-00050-DLC-JCL |
| vs. | DECLARATION OF DAVID C. DINIELLI |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |
| Defendant. | |

I, David C. Dinielli, declare:

1. I am an attorney at the Southern Poverty Law Center in Montgomery, Alabama, and one of Plaintiff's counsel in this action.

2. I do not reside and am not regularly employed in Montana.

3. My office address, telephone, fax, and e-mail contact information is shown above the case caption and below my signature on this affidavit.

4. I have made arrangements to pay the admission fee simultaneously with the filing of this application.

5. I am, with the assistance of my staff, proficient in electronic filing in the federal courts in which I regularly practice.

6. I am admitted to practice and in good standing and eligible to practice in the following courts:

|  | Date of Admission |
|---|---|
| State Bar of California | Nov. 21, 1995 |
| U.S. Court of Appeals for the Fourth Circuit | Oct. 07, 2013 |
| U.S. Court of Appeals for the Fifth Circuit | Feb. 27, 2003 |
| U.S. Court of Appeals for the Ninth Circuit | Aug. 27, 1996 |
| U.S. Court of Appeals for the Eleventh Circuit | Jul. 21, 2015 |
| U.S. District Court for the Northern District of California | May 18, 1999 |
| U.S. District Court for the Eastern District of California | Mar. 19, 1999 |
| U.S. District Court for the Central District of California | May 2, 1996 |
| U.S. District Court for the Southern District of California | Feb. 25, 1999 |
| U.S. District Court for the District of Colorado | Oct. 5, 2013 |

7. I am not currently suspended or disbarred in any other court.

8. I have never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b)-(f) or their state equivalents.

9. This is my first and only *pro hac vice* application to this court to date.

10. I understand that *pro hac vice* admission to this court is personal to me only, is not an admission of my law firm, and that I will be held fully accountable for the conduct of the litigation in this court.

11. I have compiled with Montana R. Prof'l Conduct 8.5, and agree that my practice of law in this court is bound by those Rules and subject to the disciplinary authority of the State.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated April 18, 2017.

                                               _/s/ David Dinielli_
David C. Dinielli
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
ph. (334) 956-8200
fax (334) 956-8481
david.dinielli@splcenter.org
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing document was sent via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

Arrangements have also been made to hand deliver a copy of the foregoing document to the Defendant along with the Summons and Complaint. Formal proof of service will be filed with the Court when completed.

DATED April 18, 2017.

/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff