IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>               Plaintiff,<br><br>    vs.<br><br>ANDREW ANGLIN, publisher of the<br>*Daily Stormer*,<br><br>              Defendant. | CV 17-50-DLC-JCL<br><br><br>ORDER |

Plaintiff moves for the admission of David Dinielli of the Southern Poverty Law Center to practice before this Court in this case with John Morrison to act as local counsel. Mr. Dinielli's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Dinielli pro hac vice is GRANTED on the condition that Mr. Dinielli shall do his own work.  This means that Mr. Dinielli must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Mr. Dinielli, within fifteen (15) days of the date of this Order, files a pleading

acknowledging his admission under the terms set forth above.

DATED this 18th day of April, 2017.

Jeremiah C. Lynch
    United States Magistrate Judge