IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>　　　　　　Defendant. | CV 17-50-DLC-JCL<br><br>ORDER |

Plaintiff moves for the admission of Morris Dees of the Southern Poverty Law Center to practice before this Court in this case with John Morrison to act as local counsel. Mr. Dees' application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Dees pro hac vice is GRANTED on the condition that Mr. Dees shall do his own work.  This means that Mr. Dees must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Dees, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 18th day of April, 2017.

Jeremiah C. Lynch
United States Magistrate Judge