John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

    vs.

ANDREW ANGLIN, publisher of
the *Daily Stormer*,

    Defendant.

Case No.:  9:17-cv-00050-DLC-JCL

ACKNOWLEDGEMENT OF
DAVID C. DINIELLI
REGARDING CONDITIONS OF
ADMISSION *PRO HAC VICE*

Pursuant to this Court's Order dated April 18, I, David C. Dinielli, affirm

that I will perform my own work in this matter. All of my writings, including

pleadings, motions, and briefs, will be signed by me in addition to local counsel, as

required by Local Rule 83.1(d)(5). I have registered for the Court's electronic

filing system. I understand that my appearance is personal, is not an admission of

my law firm, and that I will be personally held accountable for my conduct in this

matter.

     DATED May 1, 2017.

                        /s/ David C. Dinielli
                        David C. Dinielli

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was sent

via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

on this May 1, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff