| | |
|---|---|
| John Morrison | Morris Dees* |
| Robert Farris-Olsen | J. Richard Cohen* |
| MORRISON, SHERWOOD, | David C. Dinielli* |
| WILSON, & DEOLA, PLLP | SOUTHERN POVERTY LAW CENTER |
| 401 N. Last Chance Gulch St. | 400 Washington Avenue |
| Helena, MT 59601 | Montgomery, AL 36104 |
| ph. (406) 442-3261 | ph. (334) 956-8200 |
| fax (406) 443-7294 | fax (334) 956-8481 |
| john@mswdlaw.com | morris.dees@splcenter.org |
| rfolsen@mswdlaw.com | richard.cohen@splcenter.org |
| *Attorneys for Plaintiff Tanya Gersh* | david.dinielli@splcenter.org |
| | *Attorneys for Plaintiff Tanya Gersh* |
| | *Admitted *Pro Hac Vice* |

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No.: 9:17-cv-00050-DLC-JCL |
| Plaintiff, | |
| vs. | ACKNOWLEDGEMENT OF J. RICHARD COHEN |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | REGARDING CONDITIONS OF ADMISSION *PRO HAC VICE* |
| Defendant. | |

Pursuant to this Court's Order dated April 18, I, J. Richard Cohen, affirm that I will perform my own work in this matter. All of my writings, including pleadings, motions, and briefs, will be signed by me in addition to local counsel, as required by Local Rule 83.1(d)(5). I have submitted a registration form for the Court's electronic filing system. I understand that my appearance is personal, is not

an admission of my law firm, and that I will be personally held accountable for my conduct in this matter.

DATED May 1, 2017.

_____
J. Richard Cohen

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was sent via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

on this May 1, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff