John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW ANGLIN, publisher of the *Daily Stormer*, <br><br> Defendant. | Case No.: 9:17-cv-00050-DLC-JCL <br><br> ACKNOWLEDGEMENT OF MORRIS DEES REGARDING CONDITIONS OF ADMISSION *PRO HAC VICE* |

Pursuant to this Court's Order dated April 18, I, Morris Dees, affirm that I will perform my own work in this matter. All of my writings, including pleadings, motions, and briefs, will be signed by me in addition to local counsel, as required by Local Rule 83.1(d)(5). I have submitted a registration form for the Court's electronic filing system. I understand that my appearance is personal, is not an

admission of my law firm, and that I will be personally held accountable for my conduct in this matter.

DATED May 1, 2017.

_____
Morris Dees

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing document was sent via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

on this May 1, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff