EXHIBIT B

MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE AND TO VACATE ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE

# AFFIDAVIT OF NON-SERVICE

Court/Agency Name: United States District Court for the District of Montana

CASE #: CV-17-50-M-dlc-JCL

Plaintiff / Defendant: Tanya Gersh VS. Andrew Anglin

Documents Attempting to Serve: Summons, Complaint. Motions For Admission Pro Hac Vice, Supporting Affidavits

Person/ Company Attempting to Serve: Andrew Anglin

Addresses Attempted/Results: Please see attached addendum

Name of Process Server: Brian Barton

Address of Process Server: 2862 Johnstown Rd. Columbus, OH 43219

STATE OF OHIO
COUNTY OF FRANKLIN;

_Brian Barton_, personally appeared before me, a Notary Public on this 21st day of April, 20 17, and being duly sworn, deposes and states that the following information on the above Affidavit of Service is true and accurate.

_Brian A. Barton_
Affiant

_[signature]_
Notary Public

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-19

# Addendum to Affidavt

Andrew Anglin

April 21, 2017

April 18th- 2017- Server went to 6827 N. High Street Suite 121 Worthington, Ohio 43085 – This address was a business which appears to be Mr. Anglan's father- The address read ALPHA Psychiatric Services of Worthington and Counseling Marins Hope and Chelsey's Place. In the directory out front of 6827 N. High Street "The digital Directory read, Greg Anglin and Hollie Hadden. Greg Anglin is Andrew Anglin's father.

April 18th- 2017 Server went to 3827 N. High Columbus, Ohio 43214 per paperwork. This address is nonexistent. There is nothing where this address should be.

April 18th, 2017- Server went to 888 Thurber Drive, Columbus Ohio 43206- This person said that they were Mr. Anglan's brother. (Mitch). Mitch is a white male, approximately 5'8, white approximately 160 lbs., 30 to 32 years old. His brother was not cooperative and was unwilling to be of any assistance stating that he "can't do that" to his brother.

April 18th 2017- Server went to 915 N. High Street Columbus, Ohio 43201- this address did not exist.

April 18th, 2017- Server went to 918 Colony Way Columbus, Ohio 43235- no answer at this address

April 18th, 2017- Server went to 729 Jaeger Street, Columbus, Ohio 43206- no answer at this address.

April 19th, 2017- Server attempted to serve at 7407 Branshire Dr. Apt B, Dublin, Ohio 43017- no answer at the door.

April 20th, 2017- Server attempted to serve at 7407 Branshire Dr. Apt B, Dublin, Ohio 43017 two times- no answer both times- time was as follows: 7:15 p.m. and 8:24 p.m.

April 21, 2017- Upon research on the internet, a PO Box number was found- Server went to Worthington, Ohio to submit an address inquire form and the Post office reported that this PO Box comes to Mr. Anglin's father. (PLEASE SEE ATTACHED)


Brian Barton

The Postal Service does not have a database with the current address of all of its customers. It doesn't need that information since it delivers to addresses, rather than to individuals. However, if a customer moves and files a change of address order, that information is kept at the post office serving the last known address. The disclosure of customer name and address information is contained at section 265.6(d) of our regulations (39 CFR 265), which can be accessed from the FOIA home page. Change of address information about individuals or families is available only to government agency requesters, to persons needing the information to serve legal process who meet certain requirements, or pursuant to a court order.

The Postal Service suggests the following format to be used in conjunction with regulations at 39 CFR 265.6(d)(4)(ii) by persons empowered by law to serve legal process when requesting change of address or boxholder information.

The request should be forwarded to the Postmaster of the last known address.

---

Postmaster
Worthington, Ohio 43085
City, State, ZIP Code

Date 4/20/17

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Andrew Anglin

Address: P.O. Box 208

**Note:** Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known and Post Office box address are required for boxholder information. The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii). There is no fee charged for change of address or boxholder information.

1. Capacity of requester (process server, attorney, party representing self): Process Server
2. Statute or regulation that empowers me to serve process (not required for attorney's or a party acting pro se—except a corporation acting pro se must cite statute: Franklin County Common Pleas Court
3. The names of all known parties to the litigation: Tanya Gersh VS. Andrew Anglin
4. The court in which the case has been or will be heard: United States District Court for the District of Montana
5. The docket or other identifying number if one has been issued: CV-17-50-M-dlc-JCL
6. The capacity in which this individual is to be served (defendant or witness) Defendant

**WARNING: THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature: [signed]
Printed Name: BRIAN BARTON
Address: 908-A ROSEWOOD AVE.
City, State, ZIP Code: COLUMBUS, OH 43213

---

**FOR POST OFFICE USE ONLY**

___ No change of address on file
___ Moved and left no forwarding address
___ No such address

[Stamp: USPS 43085 APR 21 2017 WORTHINGTON FINANCE UNIT]

New Address or Boxholder Name and Street Address:
6827 N High Street
Suite 121
Worthington Ohio 43085

# AFFIDAVIT OF NON-SERVICE

*Court/Agency Name:* United States District Court for the District of Montana

*CASE #:* CV-17-50-M-dlc-JCL

*Plaintiff / Defendant:* Tanya Gersh VS. Andrew Anglin

*Documents Attempting to Serve:* Summons, Complaint. Motions For Admission Pro Hac Vice, Supporting Affidavits

*Person/ Company Attempting to Serve:* Andrew Anglin

*Addresses Attempted/Results:* Please see attached addendum

*Name of Process Server:* Brian Barton

*Address of Process Server:* 2862 Johnstown Rd. Columbus, OH 43219

STATE OF OHIO
COUNTY OF FRANKLIN;

_____BRIAN BARTON_____, personally appeared before me, a Notary Public on this ___ day of _____, 20__, and being duly sworn, deposes and states that the following information on the above Affidavit of Service is true and accurate.

_____Brian A. Barton_____      _____
Affiant                                              Notary Public

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-19

# Addendum To Affidavit

May 3, 2017

Andrew Anglin

April 27th, 2017

Server visited 7407 Brandshire Lane Apt. B. Dublin, Ohio 43017.

**7:45 p.m.- No answer at the door/ no noise inside- Server inquired to neighbors but no one knew Mr. Anglin.**

April 28th, 2017

Server visited 7407 Brandshire Lane Apt. B. Dublin, Ohio 43017

**8:30 p.m.- No answer at the door/ no noise inside**

April 29th, 2017

Server visited 7407 Brandshire Lane Apt. B. Dublin, Ohio 43017

**9:00 a.m. and 3:15 p.m.- no answer at the door/ no noise inside.**

May 1st, 2017

**11:45 a.m. – 12:18 p.m.**

Server visited 6827 N. High Street, Worthington, Ohio 43085 (Suite 121)- This is the physical address of Morningstar Ministries (father of defendant's office)- Greg Anglin- this office door was secured/locked. Patient arrived for appointment while server was present, so it is verified that this office is active.

May 3rd, 2017

**10:15 a.m.**

Server visited 6827 N. High Street, Worthington, Ohio 43085- woman named Judy was present in office, Judy stated "Greg Mark Anglin is almost never in this suite" Judy gave server the following number to contact Greg Mark Anglin, 614-537-3764 but then stated that she wasn't sure that this number was valid. Server called this phone number but the number was not a valid number for Greg Anglin.