IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                 Plaintiff,<br><br>  vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>                 Defendant. | CV 17-50-M-DLC-JCL<br><br>ORDER |

      Plaintiff Tanya Gersh moves for an extension of time within which to effect service of her summons and complaint upon Defendant Andrew Anglin. For the reasons Gersh presents in her motion, the Court finds Gersh has established good cause exists for extending the time for service. Gersh requests an additional 60 days until September 15, 2017.

      Therefore, in accordance with Fed. R. Civ. P. 4(m), IT IS HEREBY ORDERED that Gersh's motion is GRANTED. Gersh shall effect service upon Anglin on or before September 15, 2017.

      Gersh further requests the Court vacate the preliminary pretrial conference and the associated deadlines. But the Court will continue the conference and deadlines rather than vacate them. Therefore, IT IS HEREBY ORDERED that the

1

August 1, 2017, pretrial conference, and associated deadlines are continued as follows:

The preliminary pretrial conference is set for November 9, 2017, at 10:30 a.m.

On or before October 19, 2017, lead counsel for the respective parties, and any individual appearing pro se, shall confer to consider the matters listed in Fed. R. Civ. P. 26(f).

On or before November 2, 2017, the parties shall file with the Court a written report outlining the joint discovery plan formulated at the conference. The joint discovery plan should be filed by a registered CM-ECF user. If no party is so registered, Plaintiff shall be responsible for filing the discovery plan.

On or before November 2, 2017, each party shall file a preliminary pretrial statement.

On or before November 2, 2017, Plaintiff shall separately file a Statement of Stipulated Facts to which all parties agree, pursuant to L.R. 16.2(b)(3).

All other provisions of the Court's April 18, 2017 Order shall remain in effect.

DATED this 10th day of July, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge