IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>             Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>             Defendant. | CV 17-50-M-DLC-JCL<br><br>ORDER |

      Plaintiff Tanya Gersh moves for a second extension of time within which to effect service of her summons and complaint upon Defendant Andrew Anglin. For the reasons Gersh presents in her motion and supporting affidavit, the Court finds Gersh has established good cause exists for extending the time for service. Gersh requests until October 27, 2017, to complete service.

      Therefore, in accordance with Fed. R. Civ. P. 4(m), IT IS HEREBY ORDERED that Gersh's motion is GRANTED. Gersh shall effect service upon Anglin on or before October 27, 2017.

      Gersh further requests the Court continue the preliminary pretrial conference and the associated deadlines. Therefore, IT IS HEREBY ORDERED that the November 9, 2017 pretrial conference, and associated deadlines are

continued as follows:

The preliminary pretrial conference is set for December 14, 2017, at 1:30 p.m.

On or before November 16, 2017, lead counsel for the respective parties, and any individual appearing pro se, shall confer to consider the matters listed in Fed. R. Civ. P. 26(f).

On or before December 7, 2017, the parties shall file with the Court a written report outlining the joint discovery plan formulated at the conference. The joint discovery plan should be filed by a registered CM-ECF user. If no party is so registered, Plaintiff shall be responsible for filing the discovery plan.

On or before December 7, 2017, each party shall file a preliminary pretrial statement.

On or before December 7, 2017, Plaintiff shall separately file a Statement of Stipulated Facts to which all parties agree, pursuant to L.R. 16.2(b)(3).

All other provisions of the Court's April 18, 2017 Order shall remain in effect.

DATED this 18th day of September, 2017.

Jeremiah C. Lynch
United States Magistrate Judge