John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

## UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No.: 9:17-cv-00050-DLC-JCL |
| Plaintiff, | |
| vs. | |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2017, a copy of the Order continuing the preliminary pretrial conference and setting associated deadlines, entered by this Court on September 18, 2017, Doc. No. 17, was served to the following via U.S. mail or email, as indicated:

*Via U.S. Mail*
Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

*Via U.S. Mail and Email*
Marc Randazza, Esq.
Randazza Legal Group
4035 S. El Capitan Way
Las Vegas, NV 89147
Email: contact@randazza.com
Email: MJR@randazza.com

Dated this September 22, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff


/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff