John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | Case No.: 9:17-cv-00050-DLC-JCL |
| vs. | PLAINTIFF'S NOTICE REGARDING SERVICE OF PROCESS |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | |
| Defendant. | |

Plaintiff Tanya Gersh hereby gives Notice that the Public Notice attached as Exhibit A was published for at least six consecutive weeks in *The Daily Reporter*—a newspaper of general circulation in Franklin County, Ohio—as required by Ohio law.

Two slight errors appeared in the first Public Notice that was published in *The Daily Reporter* on September 13, 2017: the name of the court was listed as Franklin County Common Pleas Court[1] and the time given to answer the complaint was 28 days after the last day of publication. The two errors were corrected, and the amended Public Notice attached as Exhibit A was published in *The Daily Reporter* for six consecutive weeks from Wednesday, September 20, 2017, to Thursday, October 26, 2017, and will continue to be published for two additional weeks, ending on November 9, 2017.

Plaintiff continued efforts to effect personal service on Defendant since being granted the motion for extension of time to effect service on September 18, 2017. *See* Exh. B. Those efforts have not been successful. Plaintiff has also sent a copy of the Public Notice to Marc Randazza, an attorney who has stated in various media reports that he is representing the Defendant in this matter. *See* Exh. C.

DATED October 27, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

---

[1] As of the date of this filing Defendant has not filed any pleadings with the Franklin County Court of Common Pleas.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing document was sent via U.S. mail to the following:

Andrew Anglin
6827 N High Street, Suite 121
Worthington, OH 43085

Marc Randazza
Randazza Legal Group
4035 S. El Capitan Way
Las Vegas, NV 89147

on this October 27, 2017.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff