Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorney for Defendant,
Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| ANDREW ANGLIN, | |
| Defendant. | |

COMES NOW, Mathew M. Stevenson, attorney at law, and hereby enters this Notice of Appearance on behalf of Defendant, Andrew Anglin.[1]

Dated: November 14, 2017.    Respectfully submitted,

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

---

[1] This pleading is filed without admission of subject matter jurisdiction or personal jurisdiction, and all objections to such jurisdiction are hereby preserved.

Case No. 9:17-cv-50-DLC-JCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Mathew M. Stevenson
    Mathew M. Stevenson