Marc J. Randazza (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>      Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>      Defendant. | Case No. 9:17-cv-50-DLC-JCL<br><br>**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF MARC J. RANDAZZA AS ATTORNEY FOR DEFENDANT** |

# UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF MARC J. RANDAZZA AS ATTORNEY FOR DEFENDANT

NOW COMES Attorney Mathew M. Stevenson to respectfully move this Court to grant the admission of Attorney Marc J. Randazza *pro hac vice*.[1]

This motion is filed pursuant to D. Mont. L.R. 83.1(d) and is based upon the Declaration of Marc J. Randazza filed concurrently with this motion.

Furthermore, the undersigned counsel, as a member of the bar of this Court, herby consents to serve as local counsel for Attorney Marc J. Randazza, to accept communications and the service of documents related to this case, and to be responsible to participate as required by D. Mont. L.R. 83.1(d)(5).

Dated: November 14, 2017.	Respectfully submitted,

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

Marc J. Randazza (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147

Jay M. Wolman (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

*Attorneys for Defendant,*
*Andrew Anglin*

---

[1] This pleading is filed without admission of subject matter jurisdiction or personal jurisdiction, and all objections to such jurisdiction are hereby preserved.

Case No. 9:17-cv-50-DLC-JCL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Mathew M. Stevenson
Mathew M. Stevenson

Marc J. Randazza (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice* pending)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| ANDREW ANGLIN, | |
| Defendant. | |

I, Marc J. Randazza, declare:

1. I am the managing partner of Randazza Legal Group in Las Vegas, Nevada, and one of Defendant Andrew Anglin's attorneys in this action.

2. I do not reside and am not regularly employed in Montana.

3. My office address, telephone, fax, and e-mail contact information are:

    Randazza Legal Group, PLLC
    4035 S. El Capitan Way
    Las Vegas, Nevada 89147
    Tel: (702) 420-2001
    Fax: (305) 437-7662
    Email: ecf@randazza.com

4. I have made arrangements to pay the admission fee simultaneously with the filing of this application.

5. I am proficient in electronic filing in the federal courts in which I regularly practice.

6. I am admitted to practice, in good standing, and eligible to practice in the courts indicated on Exhibit A to this declaration.

7. I am not currently suspended or disbarred in any other court.

8. I have never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b)-(f) or their state equivalents.

9. This is my first and only *pro hac vice* application to this court.

10. I understand that *pro hac vice* admission to this court is personal to me only, is not an admission of my law firm, and that I will be held fully accountable for the conduct of the litigation in this court.

11. I have complied with Montana R. Prof'l Conduct 8.5, and agree that my practice of law in this court is bound by those Rules and subject to the disciplinary authority of the State.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 9, 2017.

_____
Marc J. Randazza

RANDAZZA | LEGAL GROUP

# EXHIBIT A

Court Admissions

# Marc J. Randazza, Esq.

## State Bar Admissions

| State | Date of Admission | Bar No. | Good Standing |
|---|---|---|---|
| Commonwealth of Massachusetts | 01/24/2002 | 651477 | Yes |
| State of Florida | 03/25/2003 | 625566 | Yes |
| State of California | 05/20/2010 | 269535 | Yes |
| State of Arizona | 08/26/2010 | 027861 | Yes |
| State of Nevada | 01/06/2012 | 12265 | Yes |

## Federal Court Admissions

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of the United States | 02/28/2005 | Yes |
| U.S. Court of Appeals for the First Circuit | 05/08/2003 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 11/06/2015 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 07/30/2013 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 11/06/2009 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 09/04/2009 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 11/03/2011 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 06/20/2003 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 09/01/2006 | Yes |
| U.S. District Court for the District of Massachusetts | 06/12/2002 | Yes |
| U.S. District Court for the Northern District of Florida | 05/17/2005 | Yes |
| U.S. District Court for the Middle District of Florida | 06/09/2003 | Yes |
| U.S. District Court for the Southern District of Florida | 08/04/2006 | Yes |
| U.S. District Court for the Northern District of Texas | 11/12/2009 | Yes |
| U.S. District Court for the Eastern District of California | 06/08/2010 | Yes |
| U.S. District Court for the Southern District of California | 06/08/2010 | Yes |
| U.S. District Court for the Central District of California | 06/08/2010 | Yes |
| U.S. District Court for the Northern District of California | 06/22/2010 | Yes |
| U.S. District Court for the District of Arizona | 10/19/2010 | Yes |
| U.S. District Court for the District of Colorado | 03/28/2011 | Yes |
| U.S. District Court for the District of Nevada | 02/01/2012 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | 06/18/2010 | Yes |
| U.S. District Court for the Northern District of Ohio | 02/13/2012 | Yes |
| U.S. District Court for the Eastern District of Michigan | 06/30/2009 | Yes |

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>Defendant. | Case No. 9:17-cv-50-DLC-JCL<br><br>**ORDER ADMITTING**<br>**MARC J. RANDAZZA**<br>*PRO HAC VICE* |

For the reasons set forth in the Defendant's Motion to Appear Pro Hac Vice,

IT IS ORDERED that Marc J. Randazza, Esq., is GRANTED leave to appear as counsel of record, *pro hac vice*, for matters pending under the above-titled cause number.

Dated this ____ day of _____ 2017.

_____
UNITED STATES DISTRICT JUDGE
DISTRICT OF MONTANA
MISSOULA DIVISION