IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW ANGLIN, <br><br> Defendant. | CV 17–50-M-DLC–JCL <br><br> ORDER |

Defendant Andrew Anglin moves for the admission of Marc J. Randazza to practice before this Court in this case with Matthew M. Stevenson to act as local counsel. Mr. Randazza's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mr. Randazza pro hac vice is GRANTED on the condition that Mr. Randazza shall do his own work. This means that Mr. Randazza must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Randazza, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 15th day of November, 2017

Jeremiah C. Lynch
United States Magistrate Judge