Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorney for Defendant,*
*Andrew Anglin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>Defendant. | Case No. 9:17-cv-50-DLC-JCL<br><br>**ATTORNEY JAY M. WOLMAN'S ACKNOWLEDGMENT OF TERMS OF ADMISSION *PRO HAC VICE*** |

On November 15, 2017, this Court issued an Order granting Defendant Andrew Anglin's Motion for the admission of Jay M. Wolman to practice before this Court *pro hac vice.*[1] (Dkt. No. 25). That Order was conditioned on Attorney Wolman doing his own work and filing an acknowledgment of his admissions under the terms of the Order within fifteen days thereof. *Id.* In furtherance thereof, Jay M. Wolman hereby states and acknowledges as follows:

(1) I am familiar with the terms of the Order of November 15, 2017 (Dkt. No. 25), admitting me to practice before this Court *pro hac vice,* and I acknowledge my admission under those terms.

(2) I shall do my own work.

(3) I will do my own writing.

(4) I will sign my own pleadings, motions, and briefs.

(5) I will appear and participate in these proceedings personally.

(6) I have taken steps to register in the Court's electronic filing system ("CM-ECF").

Dated: November 28, 2017.

Respectfully submitted,

/s/ Jay M. Wolman

Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

*Attorneys for Defendant,*
*Andrew Anglin*

[1] This pleading is filed without admission of subject matter jurisdiction or personal jurisdiction, and all objections to such jurisdiction are hereby preserved.

Case No. 9:17-cv-50-DLC-JCL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman