Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **DEFENDANT ANDREW ANGLIN'S MOTION TO DISMISS** |
| ANDREW ANGLIN, | |
| Defendant. | |

# DEFENDANT ANDREW ANGLIN'S MOTION TO DISMISS

Defendant Andrew Anglin, by and through his undersigned counsel, hereby moves this Honorable Court dismiss Plaintiff's Complaint (Dkt. No. 1) pursuant to Fed. R. Civ. P. 12(b)(1), (2), (5), & (6) for lack of subject matter jurisdiction, lack of personal jurisdiction, insufficient process, and failure to state a claim.  In support hereof, Defendant refers this Honorable Court to the accompanying Brief in Support of Motion to Dismiss; the Declaration of Jay M. Wolman; and exhibits, filed herewith.

Pursuant to Civil Rule 7.1(c)(1), Defendant states that he contacted counsel for Plaintiff in regard to this Motion, and Plaintiff objects to the relief requested herein.

Dated: November 30, 2017.   Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147

/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant, Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Marc J. Randazza

RANDAZZA | LEGAL GROUP