**EXHIBIT B**

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS



**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state´s Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** No Permissible Purpose
**Your GLBA Permissible Use:** No Permissible Purpose

# Comprehensive Report

**Date:** 12/23/16

**Report Legend:**

**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**

Southern Poverty Law Center Intelligence Project
403 WASHINGTON AVE
MONTGOMERY, AL 36104
334-956-8302 Main Phone
334-956-8485 Fax

| **Subject Information** | **AKAs** | **Indicators** |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name: **ANDREW B ANGLIN** | [No Data Available] | Bankruptcy: **No** |
| Date of Birth: **7/xx/1984** | | Property: **No** |
| Age: **32** | | Corporate Affiliations: **No** |
| SSN: | | |

**Comprehensive Report Summary:**

    Bankruptcies:
        None Found
    Liens and Judgments:
        1 Found
    UCC Filings:
        None Found
    Phones Plus:
        None Found
    People at Work:
        None Found
    Address(es) Found:
        0 Verified and 3 Non-Verified Found
    Possible Properties Owned:
        None Found
    Watercraft:
        None Found
    FAA Certifications:
        None Found
    FAA Aircrafts:
        None Found
    Possible Criminal Records:
        2 Found

Sexual Offenses:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  3 Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  4 Found
DEA Controlled Substances:
  None Found
Possible Relatives:
  1st Degree - 9 Found
  2nd Degree - 19 Found
  3rd Degree - 70 Found
Neighbors:
  1st Neighborhood - 1 Found
  2nd Neighborhood - 5 Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

**Address Summary:**

    7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Mar 2010 - Oct 2010)
    918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Dec 2003 - Apr 2004)
    915 N HIGH ST, COLUMBUS, OH 43201-2406, FRANKLIN COUNTY

**Active Address(es):**

    [None Found]

**Previous And Non-Verified Address(es):**
    7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Mar 2010 - Oct 2010)
        **Name Associated with Address:**
            ANDREW B ANGLIN
            **Current Residents at Address:**
            ANDREW B ANGLIN
            MAYAKRISHNAN ALAGARSAMY
        **Neighborhood Profile (2010 Census)**
            Average Age: 35
            Median Household Income: $92,480
            Median Owner Occupied Home Value: $261,284
            Average Years of Education: 16
    918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Dec 2003 - Apr 2004)
        **Name Associated with Address:**
            ANDREW B ANGLIN
            **Current Residents at Address:**
            CRISTY NICOLE BRINEGAR
            GEORGE H BRINEGAR
            CHELSEY K ANGLIN
        **Property Ownership Information for this Address**
            **Property:**
                Parcel Number - 213-001514
                Owner Name: GEORGE H BRINEGAR
                Property Address: - 918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY
                Sale Date - 09/30/2009
                Sale Price - $265,000

Subdivision Name - WORTHINGTON HILLS
Total Market Value - $248,200
Assessed Value - $86,870
Land Value - $46,500
Improvement Value - $201,700
Land Size - 13,939 Square Feet
Year Built - 1965
Seller Name: KATHRYN L ANGLIN
Legal Description - COLONY WAY WORTHINGTON HILLS 1 LOT 44
Loan Amount - $260,200
Loan Type - FEDERAL HOUSING AUTHORITY
Lender Name - FIRST PLACE BK
Data Source - A

**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $133,789
Median Owner Occupied Home Value: $290,000
Average Years of Education: 15

915 N HIGH ST, COLUMBUS, OH 43201-2406, FRANKLIN COUNTY

**Name Associated with Address:**
ANDREW B ANGLIN

**Neighborhood Profile (2010 Census)**
Average Age: 31
Median Household Income: $58,696
Median Owner Occupied Home Value: $308,824
Average Years of Education: 16

**Bankruptcies:**
[None Found]

**Liens and Judgments:**
Filing Number:  763GV1000080100
Filing Type:  CIVIL JUDGMENT
Location:  ALBEMARLE DISTRICT COURT
State:  VA
Original Filing Date: 3/4/2010
Amount: $868
Debtor Name: ANGLIN, ANDREW B
Debtor SSN:
Debtor Address: 7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400
Creditor: THE RECTOR AND VISITORS OF THE U

**UCC Filings:**
[None Found]

**Phones Plus:**
[None Found]

**People at Work:**
*Maximum 50 People at Work records returned*
[None Found]

**Possible Properties Owned by Subject:**
[None Found]

**Watercraft:**
[None Found]

**FAA Certifications:**
[None Found]

**FAA Aircrafts:**
[None Found]

Comprehensive Report

**Possible Criminal Records:**
    **Ohio Court:**
        Name: ANDREW B ANGLIN
        SSN: xxx-xx-xxxx
        Address: 9181 COLONY WAY, COLUMBUS, OH 43235
        State of Origin: Ohio
        County of Origin: FRANKLIN
        DOB: 07/xx/1984
        Race: WHITE
        Sex: Male
        Eyes: BLUE
        Height: 5´ 07"
        Weight: 120

        Case Number: 2006 CR B 000369

        **Offenses**:
            **Offense #1**
            Offense Date: 01/05/2006
            Arresting Agency: COLUMBUS
            Court Case Number: 2006 CR B 000369
            Court Offense: MISDEMEANOR DRUG ABUSE
            Court Statute: 2925.11
            Court Disposition: DISMISSED Status:CLOSED
            Court Disposition Date: 01/30/2006
            Court Level/Degree: MISDEMEANOR MINOR

            **Offense #2**
            Offense Date: 01/05/2006
            Arresting Agency: COLUMBUS
            Court Case Number: 2006 CR B 000369
            Court Offense: DRUG PARAPHERNALIA
            Court Statute: 2925.11
            Court Disposition: GUILTY TO AMEND CHARGE Status:CLOSED
            Court Disposition Date: 01/30/2006
            Court Level/Degree: MISDEMEANOR MINOR

            **Offense #3**
            Offense Date: 01/05/2006
            Offense: AMENDED: DISORDERLY CONDUCT, M4
            Arresting Agency: COLUMBUS
            Court Case Number: 2006 CR B 000369
            Court Offense: DRUG PARAPHERNALIA
            Court Plea: GUILTY
            Court Statute: 2925.14(C1)
            Court Disposition: GUILTY AMENDED CHRG Status:CLOSED
            Court Disposition Date: 01/30/2006
            Court Fine: $100.00
            Court Level/Degree: MISDEMEANOR - FOURTH DEGREE

            **Offense #4**
            Offense Date: 01/05/2006
            Offense: AMENDED: DISORDERLY CONDUCT, M4
            Arresting Agency: COLUMBUS
            Court Case Number: 2006 CR B 000369
            Court Offense: DRUG PARAPHERNALIA
            Court Plea: GUILTY
            Court Statute: 2925.14(C1)
            Court Disposition: TRANSFER Status:CLOSED
            Court Disposition Date: 01/13/2006
            Court Fine: $100.00
            Court Level/Degree: MISDEMEANOR - FOURTH DEGREE

**Court Activity:**
  [NONE FOUND]

**California Court:**
  Name: ANDREW BARRETT ANGLIN
  SSN: xxx-xx-xxxx
  State of Origin: California
  County of Origin: SANTA_BARBARA

  Case Number: 1135373

  **Offenses**:
    **Offense #1**
    Court Case Number: 1135373
    Court Offense: NOT SPECIFIED
    Court Level/Degree: MISDEMEANOR


  **Court Activity:**
    [NONE FOUND]


**Sexual Offenses:**
    [None Found]

**Professional License(s):**
    [None Found]

**Voter Registration:**
    Name: ANDREW B ANGLIN
    Address: 915 N HIGH ST, COLUMBUS, OH 43201-2406
    DOB: 7/xx/1984
    State of Registration: Ohio

    Name: ANDREW B ANGLIN
    Address: 915 N HIGH ST, COLUMBUS, OH 43201-2406
    DOB: 7/xx/1984
    Political Party: NONE DECLARED
    State of Registration: Ohio

    Name: ANDREW B ANGLIN
    Address: 918 COLONY WAY, COLUMBUS, OH 43235-1720
    DOB: 7/xx/1984
    Political Party: NONE DECLARED
    State of Registration: Ohio


**Hunting/Fishing Permit:**
    [None Found]

**Concealed Weapons Permit:**
    [None Found]

**Firearms and Explosives:**
    [None Found]

**DEA Controlled Substances:**
    [None Found]

**Possible Associates:**
    MICHAEL SHERMAN BLUE  DOB: 10/xx/1954
    xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
        **Names Associated with Associate:**
        MICHAEL S HENLEY  DOB: 10/xx/1954
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
        MICHAEL BLUE  DOB: 10/xx/1954
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971

S BLUE MICHAEL  DOB: 10/xx/1954
xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
MICHAEL S BLUE  DOB: 8/1954
xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
MICHAEL S BLUE  DOB: 8/1954
xxx-xx-xxxx issued in Ohio  between  1/1/1967  and  12/31/1968
MICHEAL S BLUE  DOB: 10/xx/1954
xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
**Previous And Non-Verified Address(es):**
6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY ( 2013 - Jun 2016)
8223 BIBURY LN, DUBLIN, OH 43016-7354, FRANKLIN COUNTY (May 2006 - Jun 2016)
915 N 4TH ST, COLUMBUS, OH 43201-3625, FRANKLIN COUNTY (Sep 2003 -  2015)
6490 BELLBROOK PL, WORTHINGTON, OH 43085-2988, FRANKLIN COUNTY (Oct 1992 -  2015)
10156 ABBOTTSHIRE VILLAGE PL R, POWELL, OH 43065-6648, DELAWARE COUNTY ( 2001 - Dec 2013)
979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Nov 2004 -  2010)
2005 WILLOW GLEN LN, COLUMBUS, OH 43229-1550, FRANKLIN COUNTY (Jan 1990 - Apr 2004)
500 S CLEVELAND AVE, WESTERVILLE, OH 43081-8971, FRANKLIN COUNTY (Mar 2004)
3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Jan 2003)
889 LONGBOW CT APT G, WESTERVILLE, OH 43082-8446, DELAWARE COUNTY (May 2000 - Jan 2003)


REBECCA A CADDELL  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
**Names Associated with Associate:**
BEKI A CADDELL  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
R CADDELL  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
B C MARRIOTT  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
BEKI MARRIOTT  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
BECKI M MARRIOTT  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
REBECCA M MARRIOTT  DOB: 11/xx/1955
xxx-xx-xxxx issued in Oklahoma  between  1/1/1972  and  12/31/1973
**Previous And Non-Verified Address(es):**
1310 W CARMEN AVE APT 1, CHICAGO, IL 60640-2955, COOK COUNTY ( 2007 - Dec 2011)
900 W MAIN ST, NORMAN, OK 73069-6921, CLEVELAND COUNTY (Feb 1993 - Aug 2011)
1603 GARDENIA DR, VALPARAISO, IN 46383-2745, PORTER COUNTY (Dec 2007 - Jan 2008)
2696 BERWICK BLVD, COLUMBUS, OH 43209-2916, FRANKLIN COUNTY (Oct 1997 - Dec 2007)
740 S 5TH ST, COLUMBUS, OH 43206-2123, FRANKLIN COUNTY (Jun 1996 - Jan 2003)
752 CITY PARK AVE, COLUMBUS, OH 43206-2043, FRANKLIN COUNTY (Oct 1992 - Jan 2003)
1069 CITY PARK AVE, COLUMBUS, OH 43206-2607, FRANKLIN COUNTY (Oct 1988 - Jan 2003)
613 SE 70TH ST, OKLAHOMA CITY, OK 73149-2603, OKLAHOMA COUNTY (Feb 1987 - Jan 2003)
1368 PAGE ST APT 1, SAN FRANCISCO, CA 94117-3028, SAN FRANCISCO COUNTY (Nov 1984 - Jan 2003)
714 N HIGH ST, COLUMBUS, OH 43215-1426, FRANKLIN COUNTY (Jul 1998 - Mar 2001)


 DON G MITCHELL  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
**Names Associated with Associate:**
 DONALD L SHAU  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
 DONALD SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
 DONALD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
 DONALD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956
 DONLD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
 CJ SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
 DON G MITCHELL  DOB: 12/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 76 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956
 DONALD SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956

**D** DONALD C SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
🚩SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
6042 PIRTHSHIRE ST, DUBLIN, OH 43016-6707, FRANKLIN COUNTY (Jul 1995 - Aug 2016)
979 HIGH ST UNIT 2, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Apr 1984 - Aug 2016)
979 HIGH ST UNIT 1, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Mar 1981 - Aug 2016)
5554 CROSSKIRK DR, WESTERVILLE, OH 43082-7001, DELAWARE COUNTY (Dec 2003 - Jan 2016)
8168 LINDEN LEAF CIR, COLUMBUS, OH 43235-4617, FRANKLIN COUNTY ( 2000 - Jan 2014)
7695 SCHOOLWAY CT, DUBLIN, OH 43016-8201, FRANKLIN COUNTY (May 1994 - Oct 2013)
7786 HATHAWAY PARK CT C, DUBLIN, OH 43016-8323, DELAWARE COUNTY (Jun 1994 - Jan 2013)
PO BOX 330, WORTHINGTON, OH 43085-0330, FRANKLIN COUNTY (Mar 1981 -  2012)
238 SAINT ANTOINE ST, WORTHINGTON, OH 43085-2243, FRANKLIN COUNTY (Mar 1981 - Dec 2011)


HOLLIE L WHITE  DOB: 10/xx/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
**Names Associated with Associate:**
HOLLIE L HADDEN  DOB: 10/xx/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLY L WHITE  DOB: 10/xx/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
H WHITE  DOB: 10/xx/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLIE L WHITE  DOB: 11/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLIE L WHITE  DOB: 1976
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
**Previous And Non-Verified Address(es):**
319 RADIO CITY BLVD, COLUMBUS, OH 43235-8943, FRANKLIN COUNTY (Aug 2012 - Mar 2013)
217 W 2ND AVE APT 3, COLUMBUS, OH 43201-3466, FRANKLIN COUNTY (Jun 2012 - Nov 2012)
5451 SHARON PARK AVE, COLUMBUS, OH 43214-1345, FRANKLIN COUNTY (Nov 2004)
838 KAREN CT, WESTERVILLE, OH 43081-1915, FRANKLIN COUNTY (Apr 2004)
395 CALDY CT, DUBLIN, OH 43017-3316, FRANKLIN COUNTY (Nov 1999 - Jan 2003)
8026 ABBEYSHIRE CT, DUBLIN, OH 43016-8621, FRANKLIN COUNTY (Jan 1997 - Jan 2003)
2076 WENDYS DR APT 27, COLUMBUS, OH 43220-2420, FRANKLIN COUNTY (May 1996 - Jan 2003)
6351 CHERYLBROOK LN, DUBLIN, OH 43017-1701, FRANKLIN COUNTY (Nov 1994 - Jan 2003)
5 E RIVERGLEN DR, WORTHINGTON, OH 43085-3663, FRANKLIN COUNTY (Jul 2001 - Nov 2001)
5592 SUTTERTON LN, WESTERVILLE, OH 43081-5227, FRANKLIN COUNTY (Sep 2000 - Sep 2001)


**Possible Relative Summary:**
> CHELSEY K ANGLIN , Age 30
>> CHELSEY ANGLIN
> KATHRYN L ANGLIN , Age 60
>> KATIE L ANGLIN  - (AKA), Age 60
>> KATYRYN CARDWELL ANGLIN  - (AKA), Age 60
>> KATYRYN ANGLIN  - (AKA), Age 60
>> KATHRYN L ANGLIN  - (AKA), Age 59
>> L ANGLIN KATHRYN  - (AKA), Age 60
>> KATHRYN LYNN ANGLIN  - (AKA), Age 60
>> KATHRYNL ANGLIN  - (AKA), Age 60
>> KATYRYN ANGLIN  - (AKA), Age 59
>>> KANE ANGLIN , Age 60
>>> K ANGLIN  - (AKA), Age 60
> MITCHELL GARRISON ANGLIN , Age 27
>> MITCH ANGLIN  - (AKA), Age 27
>> MITCHELL ANGLIN  - (AKA), Age 27
>> HOLLIE L WHITE , Age 41
>>> HOLLIE L HADDEN  - (AKA), Age 41
>>> HOLLY L WHITE  - (AKA), Age 41
>>> H WHITE  - (AKA), Age 41
>>> HOLLIE L WHITE  - (AKA), Age 41
>>> HOLLIE L WHITE  - (AKA), Age 40
>>> DANIEL R HADDEN , Age 40
>>>> DANIEL HADDEN  - (AKA), Age 40
>>>> DANIEL R HADDEN  - (AKA), Age 41
>>>> DANIEL R HADDEN  - (AKA), Age 39
>>>> DANIEL REID HADDEN  - (AKA), Age 40
>>> WILLIAM R HADDEN , Age 70
>>>> WILLIAM R HADDEN  - (AKA), Age 69

>>> MARSHA SMITH HADDEN , Age 70
>>> ALICE MARIE RICHARDS , Age 48
  >>>> ALICE M DOZIER  - (AKA), Age 48
  >>>> ALICE M WHITE  - (AKA), Age 48
  >>>> ALICA M DOZIERRICHARDS  - (AKA), Age 48
  >>>> ALICA M DOZIER  - (AKA), Age 48
  >>>> ALICE ALESHIRE  - (AKA), Age 48
  >>>> ALICE M ALESHIRE  - (AKA), Age 48
  >>>> ALICE ALESHIRE  - (AKA), Age 48
  >>>> ALICE M WHITE  - (AKA), Age 48
>>> THELMA D WHITE , Age 79
  >>>> D WHITE  - (AKA), Age 79
  >>>> THELMA DWHITE  - (AKA), Age 79
  >>>> T D WHITE  - (AKA), Age 79
  >>>> THELMA THATCHER  - (AKA), Age 79
>>> WILLIAM I HADDEN , Age 42
  >>>> WILLIAM R HADDEN  - (AKA), Age 42
  >>>> WILLIAM I HADDEN  - (AKA), Age 41
  >>>> WILLIAM L HADDEN  - (AKA), Age 42
>>> BRIAN R WHITE , Age 40
>>> MONNIE FRANCES WHITE , Age 43
  >>>> MONNIE F JOHNSON  - (AKA), Age 43
  >>>> MONNIE FRANCES JOHNSON  - (AKA), Age 43
  >>>> MONNIE JOHNSON  - (AKA), Age 43
  >>>> JENNIE WHITE  - (AKA), Age 43
  >>>> MONNIE JOHNSON  - (AKA), Age 43
  >>>> MONNIE JOHNSON  - (AKA), Age 42
  >>>> MONNIE F JOHNSON  - (AKA), Age 42
>>> LURENA M HADDEN , Age 96
  >>>> LAURENA HADDEN  - (AKA), Age 96
  >>>> LORENA HADDEN  - (AKA), Age 96
>>> RICHARD R HADDEN , Age 95
>>> GLENN A WHITE , Age 53
  >>>> GLENN ALEXANDER WHITE  - (AKA), Age 53
  >>>> A WHITE GLENN  - (AKA), Age 53
  >>>> GLENN A WHITE  - (AKA), Age 51
>>> TERRA L HADDEN , Age 41
  >>>> TERRA L BUELL  - (AKA), Age 41
>>> DIANA LYNN HADDEN , Age 47
  >>>> DIANA L KING  - (AKA), Age 47
  >>>> L HADDEN DIANA  - (AKA), Age 47
  >>>> D HADDEN  - (AKA), Age 47
  >>>> L KING DIANA  - (AKA), Age 47
>>> PATRICK M HADDEN , Age 48
  >>>> PATRICK M HADDEN  - (AKA), Age 47
  >>>> P HADDEN  - (AKA), Age 47
  >>>> PATRICK M HADRIEN  - (AKA), Age 48
>> DON G MITCHELL , Age 75
>>> DONALD L SHAU  - (AKA), Age 75
>>> DONALD SHAW  - (AKA), Age 75
>>> DONALD L SHAW  - (AKA), Age 75
>>> DONALD L SHAW  - (AKA), Age 75
>>> DONLD L SHAW  - (AKA), Age 75
>>> CJ SHAW  - (AKA), Age 75
>>> DON G MITCHELL  - (AKA), Age 76
>>> DONALD SHAW  - (AKA), Age 75
>>> DONALD C SHAW  - (AKA), Age 75
>>> CAROLYN VIRGINIA SHAW , Age 79
  >>>> C J SHAW  - (AKA), Age 79
  >>>> CJ SHAW  - (AKA), Age 79
>>> PEGGY A STEWARD , Age 65
  >>>> PEGGY A SHAW  - (AKA), Age 65
  >>>> PEGGY A STEWART  - (AKA), Age 65
  >>>> PEGGY A STEWARD  - (AKA), Age 64

>>>> PEGGY A STEWARD SHAW  - (AKA), Age 65
  >>> JEFFREY A SHAW , Age 54
    >>>> JEFF A SHAW  - (AKA), Age 54
    >>>> JEFFREY A SHAW  - (AKA), Age 54
    >>>> JEFF A SHAW  - (AKA), Age 54
    >>>> JEFFREY ALAN SHAW  - (AKA), Age 54
    >>>> JEFFREY A SHAW  - (AKA), Age 53
  >>> KAREN MURPHY SHAW , Age 55
    >>>> KAREN MURPHY SHAW  - (AKA), Age 55
    >>>> K SHAW  - (AKA), Age 55
  >>> NICHOLAS G MITCHELL , Age 45
    >>>> NICK MITCHELL  - (AKA), Age 45
  >>> MEGAN ELIZABETH SHAW , Age 25
> TODD A ANGLIN , Age 54
> GREGORY M ANGLIN , Age 58
  >> GREGORY ANGLIN  - (AKA), Age 58
  >> GREG ANGLIN  - (AKA), Age 58
  >> GREG M ANGLIN  - (AKA), Age 58
  >> GREG MARK ANGLIN  - (AKA), Age 58
  >> GREGORY MARK ANGLIN  - (AKA), Age 58
  >> GREGORY M ANGLIN  - (AKA), Age 63
  >> GREG MARK ANGLIN  - (AKA), Age 58
  >> GREG MARK ANGLIN  - (AKA), Age 58
  >> GREG ANGILN  - (AKA), Age 58
  >> M A GREG  - (AKA), Age 63
  >> M A GREG  - (AKA), Age 58
  >> GREG M ANGLIN  - (AKA), Age 58
  >> GREGORY M ANGLIN  - (AKA), Age 58
  >> M ANGLIN GREG  - (AKA), Age 63
> WILMA K ANGLIN , Age 81
  >> KATIE WILMA ANGLIN  - (AKA), Age 81
  >> KATHERINE WILMA ANGLIN  - (AKA), Age 81
  >> KATY WILMA ANGLIN  - (AKA), Age 81
  >> KATY WILMA ANGLIN  - (AKA), Age 81
  >> WILMA K ANGLIN  - (AKA), Age 81
  >> WILMA K ANGLIN  - (AKA), Age 81
  >> JAMES A DAVIS , Age 86
    >>> JAMES P DAVIS  - (AKA), Age 86
    >>> JAMES A DAVIS  - (AKA), Age 85
    >>> JAIME DAVIS  - (AKA), Age 86
    >>> JAMES A DAVID  - (AKA), Age 86
    >>> JAMES ALLEN DAVIS  - (AKA), Age 86
    >>> JIM A DAVIS  - (AKA), Age 86
    >>> EDWARD L DAVIS , Age 60
      >>>> EDWARD LEON DAVIS  - (AKA), Age 60
      >>>> ED LEON DAVIS  - (AKA), Age 60
      >>>> EDWARD L DAVIS  - (AKA), Age 60
      >>>> EDWARD L DAVIS  - (AKA), Age 60
      >>>> EDWARD TED DAVIS  - (AKA), Age 60
    >>> JOY CATHERINE BUSCHINE , Age 58
      >>>> JOY CATHERINE DAVISBLUM  - (AKA), Age 58
      >>>> BLUM JOY DAVIS  - (AKA), Age 58
      >>>> JOY C BLUM  - (AKA), Age 58
      >>>> JOY C DAVIS  - (AKA), Age 58
      >>>> JOY SHANKS  - (AKA), Age 58
      >>>> JOY BLUME STACE  - (AKA), Age 58
      >>>> JOY C STACE  - (AKA), Age 58
      >>>> JOY C DAVIS BLUM  - (AKA), Age 58
      >>>> JOY BUSCHINE  - (AKA), Age 58
      >>>> JOY C RUST  - (AKA), Age 58
      >>>> J BUSCHINE  - (AKA), Age 58
      >>>> JOY C COOTZ  - (AKA), Age 58
      >>>> JOY B DAVIS  - (AKA), Age 58
      >>>> JOY C SHANKS  - (AKA), Age 58
      >>>> JOY B SHANKS  - (AKA), Age 58
      >>>> JOY C BLUM  - (AKA), Age 58
      >>>> JOY DAVIS BLUM  - (AKA), Age 58
      >>>> JOY C BUSCHINE  - (AKA), Age 58
      >>>> JOY BUSCHINI  - (AKA), Age 58
      >>>> JOY COUTTS  - (AKA), Age 58

>>>> JOY C DAVIS  - (AKA), Age 58
>>>> JOY C DAVIS  - (AKA), Age 58
>>>> JOY SHANKS  - (AKA), Age 58
>>>  **D** ERNEST L DAVIS , Age 61
>>>>  **D** LEROY E DAVIS  - (AKA), Age 61
>>>>  **D** ERNEST L RUST R  - (AKA), Age 61
>>>>  **D** E L DAVIS  - (AKA), Age 61
>>>>  **D** ERNEST L DAVIS  - (AKA), Age 61
>>>>  **D** ERNEST RUST  - (AKA), Age 61
>>>>  **D** LEROY DAVIS  - (AKA), Age 61
>>>>  **D** R L DAVIS  - (AKA), Age 61
>>> DANIEL V DAVIS
>>> DIANNA S DAVIS , Age 57
>>>> DIANA S DAVIS  - (AKA), Age 57
>>>> DIANNA SUE DAVIS  - (AKA), Age 57
>>>> DIANNA S DAVIS  - (AKA), Age 57
>>>> DIANNA DAVIS  - (AKA), Age 57
>>>> DIANNA S DAVIS  - (AKA), Age 57
>>>> DIANNA S DAVIS  - (AKA), Age 56
>>> DANIAL A DAVIS , Age 35
>>>> DANIEL A DAVIS  - (AKA), Age 35
>>>> DAN A DAVIS  - (AKA), Age 35
>>>> D DAVIS  - (AKA), Age 35
>>> JAMES P DAVIS , Age 36
>>>> JAMES P DAVIS  - (AKA), Age 35
>>> FRANCES R DAVIS , Age 56
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 56
>>>> FRANCIS ROGERS DAVIS  - (AKA), Age 56
>>>> FRANCES A DAVIS  - (AKA), Age 56
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 55
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 57
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 57
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 56
>>>> FRANCES ROGERS DAVIS  - (AKA), Age 55
>>>> ROGERS DAVIS FRANCES  - (AKA), Age 56
>>> PHILLIP ANTHON DAVIS , Age 60
>>>> PHILLIP ANTHONY DAVIS  - (AKA), Age 60
>>>> PHIL DAVIS  - (AKA), Age 60
>>>> PHILLIP ANTHONY DAVIS  - (AKA), Age 62
>>>> PHILLIP ANTHONY DAVIS  - (AKA), Age 59
>>>> PHILIP A DAVIS  - (AKA), Age 60
>>>> PHILLIP ANTHONY DAVIS  - (AKA), Age 61
>>>> PHILLIPS A DAVIS  - (AKA), Age 60
>>> CALEB LEE DAVIS , Age 30
>>>> CALEB L DAVIS  - (AKA), Age 30
>>>> CALEB LEE DAVIS  - (AKA), Age 29
>>>> CALEB LEE DAVIS  - (AKA), Age 32
>>>> CALEB LEE DAVIS  - (AKA), Age 31
>>> PATRICIA A DAVIS , Age 51
>>> SHIRLEY ANN GRAGG , Age 50
>>>> SHIRLEY ANN DAVIS  - (AKA), Age 50
>>>> SHIRLEY GRAGG  - (AKA), Age 50
>>>> S DAVIS  - (AKA), Age 50
>>>> SHIRLEY GRAGG  - (AKA), Age 50
>>> DIANE DAVIS

>> **D** ROBERT W ANGLIN , Age 60
>>>  **D** BOB W ANGLIN  - (AKA), Age 60
>>>  **D** ROBERT W ANGLIN  - (AKA), Age 60
>>>  **D** ROBERT ANQLIN  - (AKA), Age 60
>>> ROBERT LYNN ANGLIN , Age 59
>>>> ROBERT ANGLIN  - (AKA), Age 59
>>>> ROBERT L ANGLIN  - (AKA), Age 59
>>>> ROBERT L ANGLIN  - (AKA), Age 58
>>>> ROBERT LYNN ANGLIN  - (AKA), Age 56
>>>> ROBERT ANGLIN  - (AKA), Age 59

>>> CHERRI JEAN TRUDELLWILSON , Age 61
>>>> CHERRI WILSON  - (AKA), Age 61
>>>> CHERRI JEAN WILSON  - (AKA), Age 61
>>>> CHERRI ANGLIN  - (AKA), Age 61
>>>> CHERI WILSON  - (AKA), Age 61
>>>> CHERRI TRUDELL WILSON  - (AKA), Age 61
>>>> CHERRI WILSON  - (AKA), Age 60
>>>> SHERRI WILSON  - (AKA), Age 61
>>>> CHERI ANGLIN  - (AKA), Age 61
>>> NATALIE ANN ANGLIN , Age 48
>>>> NATALIE A BARNES  - (AKA), Age 48
>>>> NATAALIE A BARNES  - (AKA), Age 48
>>>> NATALIE ANN CROSS  - (AKA), Age 48
>>>> NATALIE BARNES  - (AKA), Age 48
>>>> NATALIE ANN BARNES  - (AKA), Age 48
>>>> NATALIE A BARNS  - (AKA), Age 48
>>>> NATALIE AKABARNES  - (AKA), Age 48
>>>> NATALIE A BARNES  - (AKA), Age 47
>>>> NATALIE A BARNES  - (AKA), Age 48
>>>> NATALIE A BARNESANGLIN  - (AKA), Age 48
>>> BOBBY D ANGLIN , Age 49
>>>> BOBBY DALE ANGLIN JR  - (AKA), Age 49
>>>> BOB ANGLIN  - (AKA), Age 49
>>>> BOBBY D ANGLIN  - (AKA), Age 49
>>>> BOBBY S ANGLIN JR  - (AKA), Age 49
>>>> BOBBY DALE ANGLIN JR  - (AKA), Age 49
>>>> ANGLIN BOBBY D JR  - (AKA), Age 49
>>>> B ANGLIN  - (AKA), Age 49
>>>> BOBBIE ANGLIN  - (AKA), Age 49
>>>> ROBERT ANGLIN  - (AKA), Age 49
>>> JEFF A ANGLIN , Age 28
>>>> JEFFREY ALLEN ANGLIN  - (AKA), Age 28
>>>> JEFFREY A ANGLIN  - (AKA), Age 28
>>>> JEFFREY A ANGLIN  - (AKA), Age 27
>>> BOBBY D ANGLIN , Age 72
>>>> BOBBY DALE ANGLIN SR  - (AKA), Age 72
>>>> BOBBY DALE ANGLIN SR  - (AKA), Age 71
>>>> BOBBY D ANGLIN SR  - (AKA), Age 67
>>>> BOBBY DALE ANGLIN SR  - (AKA), Age 67
>>>> B ANGLIN  - (AKA), Age 72
>>>> BOB ANGLIN  - (AKA), Age 72
>>>> BOB S ANLGIN  - (AKA), Age 72
>>> MARTI V ANGLIN , Age 71
>>>> MARTHA VIOLA ANGLIN  - (AKA), Age 71
>>>> MARETHA V ANGLIN  - (AKA), Age 71
>>>> MARTHA VIOLA ANGLIN  - (AKA), Age 72
>>>> M ANGLIN  - (AKA), Age 71
>>>> MARTHA VIOLA ANGLIN  - (AKA), Age 71
>>>> MANTI ANGLIN  - (AKA)
>>> JAKE ANGLIN , Age 52
>>>> JAKE O ANGLIN  - (AKA), Age 52
>>>> JAKE ANGLEO  - (AKA), Age 52
>>>> JAKE ANGLIN  - (AKA), Age 52
>>> SHEREEN LEA ANGLIN , Age 47
>>>> SHEREEN L SHEPHERD  - (AKA), Age 47
>>>> SHEREEN ANGLIN  - (AKA), Age 47
>>>> SHEREEN L ANGLIN  - (AKA), Age 47
>> ⬛ BILLIE I ANGLIN , Age 83
> JEFFREY C ANGLIN , Age 61
>> JEFF ANGLIN  - (AKA), Age 61
>> JEFFERY ANGLIN  - (AKA), Age 61
>> JEFFRY C ANGLIN  - (AKA), Age 61
>> JEFFERY C ANGLEN  - (AKA), Age 61
>> KATHI LYNN DETER , Age 49
>>> KATRINA DETER RAE  - (AKA), Age 49
>>> KATHI LYNNDETER HUDSON  - (AKA), Age 49
>>> KATHI L RAE  - (AKA), Age 49
>>> DETER HUDSON  - (AKA), Age 49
>>> KATRINA DETER RAE  - (AKA), Age 49

>>> KATRINA LYNNDETER HUDSON  - (AKA), Age 49
>>> KATRINA RAYE  - (AKA), Age 49
>>> K DETER  - (AKA), Age 49
>>> RAE KATRINA ANGLIN  - (AKA), Age 49
>>> ANDREW RAY HUDSON , Age 44
  >>>> DREW HUDSON  - (AKA), Age 44
  >>>> ANDREW R DETER HUDSON  - (AKA), Age 44
>>> KEITH LOWELL DETER , Age 80
  >>>> K DETER  - (AKA), Age 80
  >>>> KATHI L DETER  - (AKA), Age 80
>>> DETER SETH HUDSON , Age 20
>>> CAROL LEE DETER , Age 77
  >>>> CAROL J DETER  - (AKA), Age 77
  >>>> C DETER  - (AKA), Age 77
>> CONNIE RAE ANGLIN , Age 63
>>> CONNIE R GRANDOMINIC  - (AKA), Age 63
>>> CONNIE K GRANDOMINICO  - (AKA), Age 63
>>> CONNIE R ANGLIN  - (AKA), Age 64
>>> CONNIE R GRANDOMINIC  - (AKA), Age 64
>>> CONNIE ANGLIN  - (AKA), Age 63
>>> C R GRANDOMINICO  - (AKA), Age 63
>>> CONNIE GRANDMINICO  - (AKA), Age 63
>>> CONNIE R GRANDOMINICO  - (AKA), Age 63
> ROBERT J ANGLIN , Age 71
>> ROBERT JOSEPH ANGLIN  - (AKA), Age 71
>> ROBERT ANGLIN  - (AKA), Age 71
>> ROBERT SU ANGLIN  - (AKA), Age 71
>> ROBERT ANGLIN  - (AKA), Age 70
>> ROBERT J ANGLIN  - (AKA), Age 70
>> MIMI E ROSSO ANGLIN , Age 71
>>> MIMI ROSSO ANGLIN  - (AKA), Age 71
>>> MIMI ROSSO-ANGLIN  - (AKA), Age 71
>>> ANGLIN MIMI ROSSO  - (AKA), Age 71
>>> MIMI E GIESLER  - (AKA), Age 71
>>> MELINDA E GIESLER  - (AKA), Age 71
>>> GIESLER MELINDA ROSSO  - (AKA), Age 71
>>> MIMI R GIESLER  - (AKA), Age 71
>>> MIMI ROSSO  - (AKA), Age 71
>>> MIMI ROSSO ROSSOANGLIN  - (AKA), Age 71
>>> MELINDA E ROSSO GIESLER  - (AKA), Age 71
>>> GIESLER MIMI ROSSO SR  - (AKA), Age 71
>>> MELINDA E ROSSO-ANGLIN  - (AKA), Age 71
>>> MIMI GEISLER  - (AKA), Age 71
>>> MIMI MELINDA ROSSO  - (AKA), Age 71
>>> MIMI ROSSO-GIESLER  - (AKA), Age 71
>>> MIMI ROSSOGIESLER  - (AKA), Age 71
>>> E ROSSO MELINDA  - (AKA), Age 71
>>> MELINDA E ROSSO ANGLIN  - (AKA), Age 71
>>> MELINDA E ROSSO-GIESLER  - (AKA), Age 71
>>> MIMI ROSSO GIESLER  - (AKA), Age 71
>>> MIMI ROSSOGESLER  - (AKA), Age 71
>>> MIMI ROSSOGIESLE  - (AKA), Age 71
>>> E R MELINDA  - (AKA), Age 71
>>> E R MELINDA  - (AKA), Age 71
>>> MELIND ROSSOGIESLER  - (AKA), Age 71
>>> MELINDA E GIESLER  - (AKA), Age 70
>>> MELINDA E ROSSO  - (AKA), Age 71
>>> MELINDA E ROSSOANGLIN  - (AKA), Age 71
>>> MELINDA E ROSSOGIESLER  - (AKA), Age 71
>>> MIMI M ANGLI  - (AKA), Age 71
>>> MIMI R GIESLER  - (AKA), Age 71
>>> MIMI R OGIESLER  - (AKA), Age 71
>>> MIMI ROSSO  - (AKA), Age 71
>>> MIMI ROSSO-GIESLER  - (AKA), Age 70
>> MIMI ANGLIN
>> EMILY JANE ANGLIN , Age 40
>>> EMILY JANE AGLIN  - (AKA), Age 40
>>> EMILY J WILSON  - (AKA), Age 40
>>> EMILY J ANGLIN  - (AKA), Age 40
>>> EMILY J ANGLIN  - (AKA), Age 40

>>> EMILY J ANGELIN  - (AKA), Age 40
>>> CHRISTOPHER LEE WILSON , Age 40
   >>>> CHRIS L WILSON  - (AKA), Age 40
   >>>> CHRISTOPHE CHRISTOPHER WILSON  - (AKA), Age 40
>>> SANDRA ANN WILSON , Age 65
   >>>> SANDY WILSON  - (AKA), Age 65
>>> KAREN IRENE HERRON , Age 74
   >>>> KAREN HERRON HERRON  - (AKA), Age 74
   >>>> KAREN IRENE ANGLIN  - (AKA), Age 74
   >>>> KAREN HERRON HERRONANGLIN  - (AKA), Age 74
   >>>> KAREN HERRON ANGLIN  - (AKA), Age 74
   >>>> KAREN HERRON-ANGLIN  - (AKA), Age 74
   >>>> ANGLIN KAREN HERRON  - (AKA), Age 74
>>> ARCHIE O WILSON , Age 65
   >>>> WILSON ARCHIE  - (AKA), Age 65
   >>>> ARCH E WILSON  - (AKA), Age 65
   >>>> ARCHI WILSON  - (AKA), Age 64
   >>>> ARCHIE O WILSONWILSON  - (AKA), Age 65
>>> CHRISTOPHER DALE WILSON , Age 38
   >>>> CHRISTOPHE WILSON  - (AKA), Age 38
   >>>> CHRISTOPHER D WILSON  - (AKA), Age 38
>>> DANIEL RAY WILSON , Age 68
   >>>> DANIEL R ELMER  - (AKA), Age 68
   >>>> DAN WILSON  - (AKA), Age 68
>>> SADIE WILSON , Age 93
   >>>> SADIE BELL WILSON  - (AKA), Age 93
   >>>> SADIE B WILSON  - (AKA), Age 94
>>> EMILY WILSON
>> ROBERT J ANGLIN , Age 44
>> AMY L ANGLIN , Age 46
  >>> AMY L HUNNICUTT  - (AKA), Age 46
  >>> AMY LYNN ANGLIN  - (AKA), Age 46
  >>> AMY L ANGLIN  - (AKA), Age 45
  >>> AMY L HDNNICUTT  - (AKA), Age 46
  >>> AMY L HDNNICUTT  - (AKA), Age 45
  >>> LYNN ANGLIN AMY  - (AKA), Age 46
  >>> A ANGLIN  - (AKA), Age 46
  >>> AMY L HUNNICUTT  - (AKA), Age 45
>> PATRICIA A ANGLIN , Age 88
  >>> PATRICIA A ANGLIN  - (AKA), Age 87
  >>> PATRICIA A ANGLIN  - (AKA), Age 87
  >>> PATRICIA A ANGLIN  - (AKA), Age 88
  >>> PATRICIA ANGLIN  - (AKA), Age 88
  >>> PATRICIA ANGLIN  - (AKA), Age 87
  >>> PATRICIA M ANGLIN  - (AKA), Age 88
  >>> PATRICIA H ANGLIN  - (AKA), Age 88
  >>> CAROL A ANGLIN , Age 56
   >>>> CAROL A ANGLIN  - (AKA), Age 55
   >>>> CAROL A A ANGLIN  - (AKA), Age 56
  >>> SHANA M ANGLIN , Age 37
   >>>> SHANA M ANGLIN  - (AKA), Age 37
   >>>> SHANA ANGLIN  - (AKA), Age 37
   >>>> SHANA M PEPPLE  - (AKA), Age 37
   >>>> SHANA ANGLIN  - (AKA), Age 37
   >>>> SHANA PEPPLE  - (AKA), Age 37
   >>>> SHANA M PEPPLE  - (AKA), Age 37
   >>>> SHANA ANGLIN  - (AKA), Age 38
  >>> BRIAN A ANGLIN , Age 30
  >>> TIMOTHY D ANGLIN , Age 56
   >>>> TIMOTHY DOUGLAS ANGLIN  - (AKA), Age 56
   >>>> T ANGLIN  - (AKA), Age 56

&gt;&gt;&gt;&gt; TIM DOUGLAS ANGLIN  - (AKA), Age 56
&gt;&gt;&gt;&gt; TIMOTHY DOUGLAS ANGLIN  - (AKA), Age 57
&gt;&gt;&gt;&gt; TIMOTHY DOUGLAS ANGLIN  - (AKA), Age 56
&gt;&gt;&gt; GAIL SCHEIDERER ANGLIN , Age 45
&gt;&gt;&gt;&gt; GAIL E SCHEIDERER  - (AKA), Age 45
&gt;&gt;&gt;&gt; GALL ANGLIN  - (AKA), Age 45
&gt;&gt;&gt;&gt; G ANGLIN  - (AKA), Age 45
&gt;&gt;&gt;&gt; GAIL SCHEIDERER ANGLIN  - (AKA), Age 44
&gt;&gt;&gt;&gt; GAIL SCHEIDERER ANGLIN  - (AKA), Age 45
&gt;&gt;&gt; THOMAS T ANGLIN , Age 77
&gt;&gt;&gt;&gt; T ANGLIN  - (AKA), Age 77
&gt;&gt;&gt;&gt; TOM ANGLIN  - (AKA), Age 77
&gt;&gt;&gt; THOMAS T ANGLIN , Age 54
&gt;&gt;&gt;&gt; T ANGLIN  - (AKA), Age 54
&gt;&gt;&gt;&gt; THOMAS T ANGIN JR  - (AKA), Age 54
&gt;&gt;&gt;&gt; TOM ANGLIN  - (AKA), Age 54
&gt;&gt; AMY ANGLIA COOK , Age 53
&gt;&gt;&gt; AMY L ANGLIN  - (AKA), Age 53
&gt;&gt;&gt; AMY A COOK  - (AKA), Age 53
&gt;&gt;&gt; AMY LYNN ANGLIN  - (AKA), Age 53
&gt;&gt;&gt; AMY L ANGLIN  - (AKA), Age 52
&gt;&gt;&gt; AMY L ANGLINCOOK  - (AKA), Age 53
&gt;&gt;&gt; A COOK  - (AKA), Age 53
&gt;&gt;&gt; AMY A COOK  - (AKA), Age 53
&gt;&gt;&gt; AMY L COOK  - (AKA), Age 53
&gt;&gt;&gt; THOMAS BRYAN COOK , Age 50
&gt;&gt;&gt;&gt; THOMAS BRYAN COOK  - (AKA), Age 50
&gt;&gt;&gt;&gt; BRYAN B COOK  - (AKA), Age 50
&gt;&gt;&gt;&gt; BRYANAMY A COOK THOMAS  - (AKA), Age 50
&gt;&gt;&gt;&gt; T B COOK  - (AKA), Age 50
&gt;&gt;&gt;&gt; TBRYAN COOK  - (AKA), Age 50
&gt;&gt;&gt;&gt; THOMAS BRYAN COOK  - (AKA), Age 50
&gt;&gt;&gt; THOMAS COOK
&gt;&gt;&gt; ASHLEY COOK , Age 21

&gt;&gt;  ROBERT M ANGLIN , Age 89
&gt;&gt;  ROBERT M AGLIN  - (AKA), Age 89
&gt;&gt;&gt; ROBERT A ANGLIN  - (AKA), Age 89
&gt;&gt;&gt; BRENDA G ANGLIN , Age 77
&gt;&gt; BAILEY THOMAS GIESLER , Age 40
&gt;&gt;&gt; BAILEY THOMAS WYANT  - (AKA), Age 40
&gt;&gt;&gt; T GIESLER BAILEY  - (AKA), Age 40
&gt;&gt;&gt; THOMAS GIESLER BAILEY  - (AKA), Age 40
&gt;&gt;&gt; THOMAS WYANT BAILEY  - (AKA), Age 40
&gt;&gt;&gt; BASILEY GIESLER  - (AKA), Age 40
&gt;&gt;&gt; T WYANT BAILEY  - (AKA), Age 40
&gt;&gt;&gt; BAILEY T ANGLIN  - (AKA), Age 40
&gt;&gt;&gt; BAILEY BIESLER  - (AKA), Age 40
&gt;&gt;&gt; BIESLER BAILEY  - (AKA), Age 40
&gt;&gt;&gt; JASON A WYANT , Age 40
&gt;&gt;&gt;&gt; JASON WYANT  - (AKA), Age 40
&gt;&gt;&gt;&gt; JASON ANDREW WYANT  - (AKA), Age 40
&gt;&gt;&gt;&gt; JASON A WYANT  - (AKA), Age 40
&gt;&gt;&gt;&gt; JASON WYANT  - (AKA), Age 40
&gt;&gt;&gt;&gt; JASON ANDREW WYANT  - (AKA), Age 40
&gt;&gt;&gt; PEBBLE L WYANT , Age 65
&gt;&gt;&gt;&gt; P L WYANT  - (AKA), Age 65
&gt;&gt;&gt;&gt; PABBLE L WYANT  - (AKA), Age 65
&gt;&gt;&gt; GERALD L WYANT , Age 70
&gt;&gt;&gt;&gt; GERALD A WYANT  - (AKA), Age 70
&gt;&gt;&gt;&gt; GERALD L WYANT  - (AKA), Age 69
&gt;&gt;&gt; ZACHARY A WYANT , Age 37
&gt;&gt; KAREN HERMENIA ANGLIN , Age 70
&gt;&gt;&gt; KAREN H ANGLIN , Age 97
&gt; BREIN K ANGLIN , Age 28
&gt;&gt; BREIN ANGLAN  - (AKA), Age 28

**Possible Relatives:**
CHELSEY K ANGLIN          DOB: 9/xx/1986

**Previous And Non-Verified Address(es):**
7932 BOOTHBAY CT 32, POWELL, OH 43065-9097, FRANKLIN COUNTY (Nov 2004 - Oct 2015)
6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Feb 2015 - Aug 2015)
    **Current Residents at Address:**
      GREGORY M ANGLIN
      LARRY LEE PFAHLER
      ANDREW B ANGLIN
      MITCHELL GARRISON ANGLIN
**Current phones listed at this address:**
      614-436-5070 - EST ALPHA PSYCHIATRIC SERVICES
      614-515-6212 - EST MORNING STAR

918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Feb 2012)
    **Current Residents at Address:**
      CRISTY NICOLE BRINEGAR
      GEORGE H BRINEGAR
      CHELSEY K ANGLIN

7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY
    **Current Residents at Address:**
      ANDREW B ANGLIN
      MAYAKRISHNAN ALAGARSAMY
729 JAEGER ST, COLUMBUS, OH 43206-2274, FRANKLIN COUNTY (Mar 2016)
    **Current Residents at Address:**
      ROBERT P DURKINS JR
      CHELSEY K ANGLIN
2071 WILLOWICK DR C, COLUMBUS, OH 43229-1527, FRANKLIN COUNTY (Nov 2014)

**Possible Relative:**
CHELSEY ANGLIN
    **Previous And Non-Verified Address(es):**
    726 WORTHINGTON FOREST PL, COLUMBUS, OH 43229-4110, FRANKLIN COUNTY (Feb 2013 - Nov 2015)
      **Current Residents at Address:**
        WENDY L OBRIAN
        CHAD C MAYS
        TYLER ADAM GEISLER

KATHRYN L ANGLIN  DOB: 11/xx/1956
xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

**Names Associated with Relative:**
KATIE L ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATYRYN CARDWELL ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATYRYN ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATHRYN L ANGLIN  DOB: 1957
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

L ANGLIN KATHRYN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATHRYN LYNN ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATHRYNL ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATYRYN ANGLIN  DOB: 1957
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

**Previous And Non-Verified Address(es):**
PO BOX 340966, COLUMBUS, OH 43234-0966, FRANKLIN COUNTY (Oct 2015)
    **Current Residents at Address:**
      KATHRYN L ANGLIN
      FRANCIS OLIVER PREST JR

918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Oct 1998 - Feb 2012)
**Current Residents at Address:**
CRISTY NICOLE BRINEGAR
GEORGE H BRINEGAR
CHELSEY K ANGLIN
614-888-9110

7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Nov 2008 - May 2010)
**Current Residents at Address:**
ANDREW B ANGLIN
MAYAKRISHNAN ALAGARSAMY
918 COLONY WAY, PERRY, OH 44081, LAKE COUNTY (Mar 1999 -  2006)
731 NE ALAMEDA AVE, ROSEBURG, OR 97470-1509, DOUGLAS COUNTY (Apr 2005)
**Current Residents at Address:**
ROBERT E SANDERS
SHIRLEY A SANDERS
SHIRLEY SANDERS
541-672-5931 - PST SANDERS SHIRLEY A

979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (May 2001 - Nov 2003)
**Current Residents at Address:**
CARL C NOURSE
RICHARD P NOURSE
**Current phones listed at this address:**
614-825-6277 - EST BRADY WARE
614-846-0371 - EST Q NP CORP
614-846-0932 - EST Q NP CORP

PO BOX 340153, COLUMBUS, OH 43234-0153, FRANKLIN COUNTY (Mar 2003)
**Current Residents at Address:**
ANDREW R NEIDERT
6797 N HIGH ST APT, WORTHINGTON, OH 43085-2533, FRANKLIN COUNTY (Dec 1999 - Jun 2001)
614-888-3965

3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY ( 1987 - Dec 1999)
**Current Residents at Address:**
LAURA KERRY LEWIS
JAY THOMAS SIMONDS
614-888-3965

614 BLENHEIM RD, COLUMBUS, OH 43214-3224, FRANKLIN COUNTY (Sep 1984 - Oct 1999)
**Current Residents at Address:**
ANTHONY JOHN MCCAMPBELL
614-888-3965


**Possible Relative:**
KANE ANGLIN  DOB: 11/xx/1956
xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
**Names Associated with Relative:**
K ANGLIN  DOB: 11/xx/1956
xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
**Previous And Non-Verified Address(es):**
PO BOX 340966, COLUMBUS, OH 43234-0966, FRANKLIN COUNTY (Oct 2015)
**Current Residents at Address:**
KATHRYN L ANGLIN
FRANCIS OLIVER PREST JR

7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Dec 2009 - Mar 2011)
**Current Residents at Address:**
ANDREW B ANGLIN
MAYAKRISHNAN ALAGARSAMY
PO BOX 340153, COLUMBUS, OH 43234-0153, FRANKLIN COUNTY (Apr 2003)
**Current Residents at Address:**
ANDREW R NEIDERT

918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Jan 2003)
**Current Residents at Address:**
CRISTY NICOLE BRINEGAR
GEORGE H BRINEGAR

CHELSEY K ANGLIN
6797 N HIGH ST STE 350, WORTHINGTON, OH 43085-2533, FRANKLIN COUNTY (Jan 1999 - Dec 1999)
614-888-9200 - EST BRIAN T DAVIS LISW SAP

3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Nov 1996 - Jan 1999)
**Current Residents at Address:**
LAURA KERRY LEWIS
JAY THOMAS SIMONDS

MITCHELL GARRISON ANGLIN          DOB: 9/xx/1989
**Names Associated with Relative:**
MITCH ANGLIN          DOB: 9/xx/1989
MITCHELL ANGLIN          DOB: 9/xx/1989
**Previous And Non-Verified Address(es):**
888 THURBER DR W APT F, COLUMBUS, OH 43215-1268, FRANKLIN COUNTY (Mar 2016)
270 E 12TH AVE APT B5, COLUMBUS, OH 43201-2251, FRANKLIN COUNTY (Nov 2012)
7932 BOOTHBAY CT, POWELL, OH 43065-9097, FRANKLIN COUNTY
**Current Residents at Address:**
CHRISTINA MARIE JUSTUS
JENNIFER J PRUNEAU
VINCENT M ROSSETTI
614-390-1184

6827 N HIGH ST STE 232, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY
**Current Residents at Address:**
HOLLIE L WHITE
614-436-1800 - EST CHRISTIAN COUNSELORS GROUP

**Possible Relative:**
HOLLIE L WHITE  DOB: 10/xx/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    **Names Associated with Relative:**
HOLLIE L HADDEN  DOB: 10/xx/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLY L WHITE  DOB: 10/xx/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
H WHITE  DOB: 10/xx/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLIE L WHITE  DOB: 11/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
HOLLIE L WHITE  DOB: 1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
**Previous And Non-Verified Address(es):**
319 RADIO CITY BLVD, COLUMBUS, OH 43235-8943, FRANKLIN COUNTY (Aug 2012 - Mar 2013)
    **Current Residents at Address:**
    KIRSTIN R BENNEHOOF
    CARA C TODD
217 W 2ND AVE APT 3, COLUMBUS, OH 43201-3466, FRANKLIN COUNTY (Jun 2012 - Nov 2012)
    **Current Residents at Address:**
    ALEXIS S BOLT
    VARISARA DEJTHAMRONG
5451 SHARON PARK AVE, COLUMBUS, OH 43214-1345, FRANKLIN COUNTY (Nov 2004)
    **Current Residents at Address:**
    JANET B MARSHALL
    614-436-5532 - EST MARSHALL JANET

838 KAREN CT, WESTERVILLE, OH 43081-1915, FRANKLIN COUNTY (Apr 2004)
    **Current Residents at Address:**
    CYNTHIA ANN PHIPPS
395 CALDY CT, DUBLIN, OH 43017-3316, FRANKLIN COUNTY (Nov 1999 - Jan 2003)
    **Current Residents at Address:**
    GINNIFER DAY LAGER
    ERICA DAY LAGER
8026 ABBEYSHIRE CT, DUBLIN, OH 43016-8621, FRANKLIN COUNTY (Jan 1997 - Jan 2003)
    **Current Residents at Address:**
    CHRISTOPHER ALLEN BROOKS
    LYNDSIE TAYLOR BROOKS
2076 WENDYS DR APT 27, COLUMBUS, OH 43220-2420, FRANKLIN COUNTY (May 1996 - Jan 2003)
6351 CHERYLBROOK LN, DUBLIN, OH 43017-1701, FRANKLIN COUNTY (Nov 1994 - Jan 2003)

**Current Residents at Address:**
MONNIE FRANCES WHITE
SINAN FALAH
KALDOON NADHEER SOLOMON
5 E RIVERGLEN DR, WORTHINGTON, OH 43085-3663, FRANKLIN COUNTY (Jul 2001 - Nov 2001)
    **Current Residents at Address:**
DAVID BENSON
614-846-5778


5592 SUTTERTON LN, WESTERVILLE, OH 43081-5227, FRANKLIN COUNTY (Sep 2000 - Sep 2001)
    **Current Residents at Address:**
EVELYN STREIT
JACK E STREIT
BRUCE D WHITT
LINDSAY D MARSHALL
614-523-1567 - EST WHITT BRUCE D


**Possible Relative:**
DANIEL R HADDEN  DOB: 5/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    **Names Associated with Relative:**
DANIEL HADDEN  DOB: 5/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
DANIEL R HADDEN  DOB: 5/xx/1975
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
DANIEL R HADDEN  DOB: 1977
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
DANIEL REID HADDEN  DOB: 5/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
**Previous And Non-Verified Address(es):**
3469 KARL RD, COLUMBUS, OH 43224-3464, FRANKLIN COUNTY (Jun 2016)
    **Current Residents at Address:**
DANIEL R HADDEN
JOHNNY MINES III
TIFFANY ANN BAISDEN
5280 TOWNSHIP ROAD 179, CARDINGTON, OH 43315-9226, MORROW COUNTY (Mar 2016 - Jun 2016)
    **Current Residents at Address:**
BRUCE E COVRETT
DANIEL R HADDEN
MELODY A NEIGHBOR
7074 SAWMILL VILLAGE DR, COLUMBUS, OH 43235-6912, FRANKLIN COUNTY (Mar 2008 - Oct 2015)
    **Current Residents at Address:**
JENISHKUMAR PATEL
1089 N COUNTY ROAD 745 W, GREENSBURG, IN 47240-7734, DECATUR COUNTY (Jun 2015)
    **Current Residents at Address:**
MARSHALL WILLIAM KENNY JR
PEGGY SUE LARUE
ROBERT D RAMSEY
812-663-8372 - EST LARUE PEGGY S


8857 WESLEYAN CHURCH RD SW, PATASKALA, OH 43062-9479, LICKING COUNTY (Jun 2015)
    **Current Residents at Address:**
TERRIE LEE RIGOLE
COLLEEN MARIE WICHTERMAN
5451 SHARON PARK AVE, COLUMBUS, OH 43214-1345, FRANKLIN COUNTY (Nov 2004)
    **Current Residents at Address:**
JANET B MARSHALL
614-436-5532 - EST MARSHALL JANET


5481 REDWOOD RD, COLUMBUS, OH 43229-4473, FRANKLIN COUNTY (May 1997 - Jun 2002)
    **Current Residents at Address:**
DANIEL R HADDEN
WILLIAM R HADDEN
WILLIAM I HADDEN
MARSHA SMITH HADDEN
**Current phones listed at this address:**
614-436-3347 - EST HADDEN MARSHA S
614-891-6849

652 CHERRY HILL CT W APT 3, COLUMBUS, OH 43228-2752, FRANKLIN COUNTY
    **Current Residents at Address:**
        SCOTT ALLEN MAYLE
        BRIAN W MAYLE
        614-853-3611 - EST MAYLE SCOTT A


WILLIAM R HADDEN  DOB: 9/xx/1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1964  and  12/31/1965
    **Names Associated with Relative:**
    WILLIAM R HADDEN  DOB: 1947
        xxx-xx-xxxx issued in Ohio  between  1/1/1964  and  12/31/1965
    **Active Address(es):**

 5481 REDWOOD RD, COLUMBUS, OH 43229-4473, FRANKLIN COUNTY (Jan 1993 -  2013)
    **Current Residents at Address:**
        DANIEL R HADDEN
        WILLIAM R HADDEN
        WILLIAM I HADDEN
        MARSHA SMITH HADDEN
        614-436-3347 - EST HADDEN MARSHA S

    **Previous And Non-Verified Address(es):**
    1597 BRIARWOOD AVE, COLUMBUS, OH 43211-1503, FRANKLIN COUNTY (Jan 1986 - Jun 2001)
    **Current Residents at Address:**
        BRANDY N COLLINS
        SAMARIA D MOCK
        CHARLENE L COLLINS
        BRIAN WD ZANDERS JR
        ALEXANDER SPIVAK
        CHARLENEN BONNER
        614-884-1871 - EST MOCK SAMARIA

    2255 HAMPSTEAD DR, COLUMBUS, OH 43229-2850, FRANKLIN COUNTY (Aug 1979 - Apr 1994)
    **Current Residents at Address:**
        DORA D BARRIENTOS
        SANTIAGO A PACHECO
        HUGO A SOLITO
    5482 REDWOOD RD, COLUMBUS, OH 43229-4474, FRANKLIN COUNTY (Aug 1979 - Aug 1993)
    129 W LAKEVIEW AVE, COLUMBUS, OH 43202-1003, FRANKLIN COUNTY (Jan 1990)
    **Current Residents at Address:**
        MICHAEL C VOLL
        VERONICA ALANA NORTON VOLL
    618 STINCHCOMB DR APT, COLUMBUS, OH 43202-1749, FRANKLIN COUNTY (Nov 1969)

MARSHA SMITH HADDEN  DOB: 3/xx/1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1964  and  12/31/1965
    **Active Address(es):**

 5481 REDWOOD RD, COLUMBUS, OH 43229-4473, FRANKLIN COUNTY (Jan 1993 -  2015)
    **Current Residents at Address:**
        DANIEL R HADDEN
        WILLIAM R HADDEN
        WILLIAM I HADDEN
        MARSHA SMITH HADDEN
        614-436-3347 - EST HADDEN MARSHA S

    **Previous And Non-Verified Address(es):**
    1597 BRIARWOOD AVE, COLUMBUS, OH 43211-1503, FRANKLIN COUNTY (Dec 1983 - Jan 2003)
    **Current Residents at Address:**
        BRANDY N COLLINS
        SAMARIA D MOCK
        CHARLENE L COLLINS
        BRIAN WD ZANDERS JR
        ALEXANDER SPIVAK
        CHARLENEN BONNER
        614-884-1871 - EST MOCK SAMARIA


ALICE MARIE RICHARDS  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

**Names Associated with Relative:**
ALICE M DOZIER  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICE M WHITE  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICA M DOZIERRICHARDS  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICA M DOZIER  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICE ALESHIRE  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICE M ALESHIRE  DOB: 8/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1980

ALICE ALESHIRE                      DOB: 8/1968
ALICE M WHITE                     DOB: 8/1968
**Active Address(es):**

121 ORCHARD HTS, DELAWARE, OH 43015-3503, DELAWARE COUNTY (Apr 2006 - Oct 2016)
    **Current Residents at Address:**
        ALICE MARIE RICHARDS
        TINA MARIE PETTRY
        BILL J PETTRY JR
        DANIEL LEON WOOD
        740-990-9861 - EST RICHARDS ALICE M

**Previous And Non-Verified Address(es):**
17 GRISWOLD ST APT 1, DELAWARE, OH 43015-1773, DELAWARE COUNTY (Aug 2010 - Jan 2016)
    **Current Residents at Address:**
        ALICE MARIE RICHARDS
        PATRICK R CURTIS
7546 CUTTERS EDGE CT APT I, DUBLIN, OH 43016-8965, FRANKLIN COUNTY (Oct 2009 - Nov 2009)
    **Current Residents at Address:**
        RALPH RICHARD ARTHUR
        ASHLEY ANN COOK
        MANJUNATH M SOMANNA
4385 SELDOM SEEN RD, POWELL, OH 43065-9608, DELAWARE COUNTY (Oct 1989 - Oct 2007)
    **Current Residents at Address:**
        JOHN E DOZIER JR
        LOIS K DOZIER JR
        614-889-8835 - EST DOZIER JOHN E JR

35 N MAIN ST, OSTRANDER, OH 43061-9749, DELAWARE COUNTY (Jul 2003 - Jul 2006)
    **Current Residents at Address:**
        LLOYD C SMALE
        EMILY B SMALE
        EMILY B DEW
**Current phones listed at this address:**
        740-666-0143 - EST SMALE EMILY
        740-666-0616

3106 GRIGGSVIEW CT, COLUMBUS, OH 43221-4603, FRANKLIN COUNTY (Apr 1990 - Oct 2004)
    **Current Residents at Address:**
        MICHAEL O BOLTINGHOUSE II
        PAMELA J BOLTINGHOUSE
        MORGAN K STOODY
PO BOX 129, MILFORD CENTER, OH 43045-0129, UNION COUNTY (Dec 1998 - Nov 2003)
228 MAPLE ST APT B, PLAIN CITY, OH 43064-1191, MADISON COUNTY (Jan 2003)
    **Current Residents at Address:**
        KEVIN M CROSS
7807 STANBURN RD, COLUMBUS, OH 43235-1882, FRANKLIN COUNTY (Apr 1992 - Jan 2003)
    **Current Residents at Address:**
        CHRISTINA LYNN PARKER
        LINDA Z SHULTZ

        ERIC W SHULTZ
        JOI A SHULTZ
        STEVEN JOHN ZIMMER
        JONATHAN ROY PARKER
12057 RAUSCH RD, MARYSVILLE, OH 43040-8719, UNION COUNTY (Jun 1994 - Sep 2001)
        **Current Residents at Address:**
        PATRICIA A MESDAG
        DEBORAH LEIGH MESDAG
        RACHEL MARIE HATFIELD
        937-642-6858 - EST MESDAG DEBORAH


THELMA D WHITE   DOB: 5/xx/1937
    xxx-xx-xxxx issued in Ohio  between  1/1/1953  and  12/31/1955
    **Names Associated with Relative:**
    D WHITE   DOB: 5/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1953  and  12/31/1955
    THELMA DWHITE   DOB: 5/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1953  and  12/31/1955
    T D WHITE   DOB: 5/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1953  and  12/31/1955
    THELMA THATCHER   DOB: 5/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1953  and  12/31/1955
    **Previous And Non-Verified Address(es):**
    5062 DASSIA WAY, OCEANSIDE, CA 92056-7400, SAN DIEGO COUNTY ( 2009 - Oct 2015)
        **Current Residents at Address:**
        THELMA D WHITE
        JAMES RALPH GRAY
        RICHARD KIMBALL THATCHER
        RICHARD THATCHER
    6649 N HIGH ST STE 106, WORTHINGTON, OH 43085-4004, FRANKLIN COUNTY (Sep 1986 - Jun 2010)
        **Current Residents at Address:**
        WENDI ANN HENDERHAN
        PATRICIA ATTI SCHULZE
        GREGORY PAUL TAVENER
        WILLIAM W MCGEE
    **Current phones listed at this address:**
        614-601-6090 - EST WENDI ATTORNEY HENDERHAN AT LAW
        614-888-7211

    303 HIGHGATE AVE, WORTHINGTON, OH 43085-3082, FRANKLIN COUNTY ( 1975 - Feb 2009)
        **Current Residents at Address:**
        LINDSAY N SOUDER LINDSAY
        DAVID ROSS SOUDER
        LINDA FULTZ SOUDER
        PETER E GAHLHOFF
    **Current phones listed at this address:**
        614-888-7954 - EST SOUDER LINDA
        614-846-2936

    7587 PENWOOD PL 89, COLUMBUS, OH 43235-1950, FRANKLIN COUNTY (Dec 1995)
    3039 HIGHGATE AVE, WORTHINGTON, OH 43085, FRANKLIN COUNTY (Dec 1995)
        614-846-2936

    6649 N HIGH ST STE LL6, WORTHINGTON, OH 43085-4066, FRANKLIN COUNTY (Sep 1986)
        614-846-2936

    PETER E GAHLHOFF, WORTHINGTON, OH 43085, FRANKLIN COUNTY (Aug 1979 - Dec 1983)
    PO BOX 629L, WORTHINGTON, OH 43085-0629, FRANKLIN COUNTY (Aug 1979)

WILLIAM I HADDEN   DOB: 11/xx/1974
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    **Names Associated with Relative:**
    WILLIAM R HADDEN   DOB: 11/xx/1974
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    WILLIAM I HADDEN   DOB: 1975
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    WILLIAM L HADDEN   DOB: 11/xx/1974
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    **Active Address(es):**

5481 REDWOOD RD, COLUMBUS, OH 43229-4473, FRANKLIN COUNTY (Jan 1993 - Oct 2016)
**Current Residents at Address:**
DANIEL R HADDEN
WILLIAM R HADDEN
WILLIAM I HADDEN
MARSHA SMITH HADDEN
614-436-3347 - EST HADDEN MARSHA S

1809 ASHBURN DR, DELAWARE, OH 43015-9160, DELAWARE COUNTY (Nov 2010 -  2015)
**Current Residents at Address:**
TERRA L HADDEN
WILLIAM I HADDEN
740-417-9955 - EST HADDEN TERRA

**Previous And Non-Verified Address(es):**
7934 TRELLAGE CT UNIT 2, POWELL, OH 43065-9241, FRANKLIN COUNTY (Feb 2000 - Oct 2012)
614-789-6734

1161 WEYBRIDGE RD, COLUMBUS, OH 43220-3152, FRANKLIN COUNTY (Nov 2000 - Mar 2008)
**Current Residents at Address:**
CYNTHIA C CUNNINGHAM
RONALD MORTON DESMOND
6366 ARCHMERE SQ E, COLUMBUS, OH 43229-1909, FRANKLIN COUNTY (Sep 2004 - Oct 2006)
**Current Residents at Address:**
JANE RITA NJERI
ALEX N REUBEN
7934 TRELLAGE CT, COLUMBUS, OH (Feb 2000 - Nov 2005)
1591 ASHLAND AVE, COLUMBUS, OH 43212-2327, FRANKLIN COUNTY (Mar 2000 - Jan 2003)
**Current Residents at Address:**
JACQUELINE RENEE KOMOS
SARAH M LEMANSKI
755 POLO DR S, COLUMBUS, OH 43229-2409, FRANKLIN COUNTY (Jun 2000 - Jan 2002)
**Current Residents at Address:**
ALFREDO PAZMORAN
614-885-9953

2130 VIA DA VINCI ST, COLUMBUS, OH 43229-9118, FRANKLIN COUNTY (Sep 1998 - Mar 2001)
**Current Residents at Address:**
AMA ACHIAA
RICHARD D TETTEVI
SELORM TETTEVI
**Current phones listed at this address:**
614-891-4089 - EST TETTEVI RICHARD M
614-891-9644

1090 LORING RD APT C, COLUMBUS, OH 43224-5101, FRANKLIN COUNTY (Jul 1994 - Aug 2000)
**Current Residents at Address:**
GYAN BHATTARAI
614-891-9644

BRIAN R WHITE  DOB: 10/xx/1976
xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
**Previous And Non-Verified Address(es):**
1213 S MONACO PKWY, DENVER, CO 80224-1811, DENVER COUNTY (Nov 2010 - Oct 2015)
**Current Residents at Address:**
SUSAN LYNN MCGURRAN
JODIE FRANCES KAMINSKI
4501 BOARDWALK DR UNIT L8, FORT COLLINS, CO 80525-3286, LARIMER COUNTY (Feb 2008 - Jan 2009)
570 OAK AVE APT 8, EATON, CO 80615-3405, WELD COUNTY (Nov 2008)
6528 REFLECTIONS DR APT C, DUBLIN, OH 43017-2336, FRANKLIN COUNTY (Aug 2003 - Oct 2007)
**Current Residents at Address:**
ANGELA DANEEN DICKSON
MOHAMMAD NOUFAL
MOE BASEM NOUFAL
1452 HUNTERS LAKE DR W, CUYAHOGA FALLS, OH 44221-5304, SUMMIT COUNTY (Mar 2003 - Oct 2007)
**Current Residents at Address:**
BRIAN R WHITE
ARIANA ELIZABETH SMITH

KRYSTAL M DUCHI
DEVIN J BRYNDEL
1894 E MAGDALENA DR, TEMPE, AZ 85283-2261, MARICOPA COUNTY (Dec 1999 - Oct 2007)
    **Current Residents at Address:**
      TARILYN CAROL SCHIMKE
5363 BRIDLE CREEK WAY, HILLIARD, OH 43026-7236, FRANKLIN COUNTY (Nov 2004 - Mar 2006)
    **Current Residents at Address:**
      JOHN W ROCKWELL
      SAMANTHA SUE ROCKWELL
      TRAVIS CHASE HAYDEN
      EMILY R SOARES
      PIARA SINGH
      SUVESH K ISHWOV
      SURESH ISWOR
      YASRA ADEL BELAL
6351 CHERYLBROOK LN, DUBLIN, OH 43017-1701, FRANKLIN COUNTY (May 1997 - Jul 2004)
    **Current Residents at Address:**
      MONNIE FRANCES WHITE
      SINAN FALAH
      KALDOON NADHEER SOLOMON
      480-968-0909

2283 GABLES LAKE DR, HILLIARD, OH 43026-7231, FRANKLIN COUNTY (Apr 2004)
    **Current Residents at Address:**
      PHIL EUEGEN HARRIS JR
      TRACY HARRIS
      KYLA MARIE ALEXANDER
      KHALIA PAYNE
1855 E DON CARLOS AVE APT 305, TEMPE, AZ 85281-4589, MARICOPA COUNTY (Nov 1998 - Jan 2003)
      480-968-0909


MONNIE FRANCES WHITE  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1974 and  12/31/1975

**Names Associated with Relative:**
MONNIE F JOHNSON  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

MONNIE FRANCES JOHNSON  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

MONNIE JOHNSON  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

JENNIE WHITE  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

MONNIE JOHNSON  DOB: 11/xx/1973
    xxx-xx-xxxx issued in Ohio  between  1/1/1973  and  12/31/1974
MONNIE JOHNSON  DOB: 1974
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

MONNIE F JOHNSON  DOB: 1974
    xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1975

**Previous And Non-Verified Address(es):**
6351 CHERYLBROOK LN, DUBLIN, OH 43017-1701, FRANKLIN COUNTY (Jun 2008 - Oct 2015)
    **Current Residents at Address:**
      MONNIE FRANCES WHITE
      SINAN FALAH
      KALDOON NADHEER SOLOMON
2473 MEREDITH DR, COLUMBUS, OH 43219-1422, FRANKLIN COUNTY (Apr 2000 - Nov 2014)
    **Current Residents at Address:**
      GLENN A WHITE
      GLENN A MASON
      BRANDON MASON
      MONTIE E SULLIVAN
723 MOON RD APT A, COLUMBUS, OH 43224-3156, FRANKLIN COUNTY (Aug 2011 - Mar 2013)
    **Current Residents at Address:**

ASHLEY N BAILEY
WAYNE DEARTH
3687 KIDRON CT, COLUMBUS, OH 43232-4229, FRANKLIN COUNTY (Apr 2010 - Nov 2012)
**Current Residents at Address:**
JACK N HARRIS JR
2274 SEVILLE AVE, COLUMBUS, OH 43232-8204, FRANKLIN COUNTY (Jan 2011 - Feb 2011)
**Current Residents at Address:**
REGINA L FISHER
ROCIO SEGUNDO
DAMION C RADCLIFFE
614-751-4696 - EST FISHER REGINA L

1939 CEDAR WILLOW DR, COLUMBUS, OH 43229-3613, FRANKLIN COUNTY (Apr 1994 - Jan 2003)
**Current Residents at Address:**
CHARLES EDWARD BRYANT JR
DEBRA LYNN BRYANT JR
MARLENE JEAN BRYANT
DEVIN PAIGE LEMASTER
1557 SMITH RD, COLUMBUS, OH 43207-1656, FRANKLIN COUNTY (Feb 1994 - Jan 2003)
**Current Residents at Address:**
ANTOINETTE L PARKER
BRIAN K JOHNSON
BRITTNEY KAYELYNN JOHNSON
GODFREY A WRIGHT
BOBBY KEITH JOHNSON
BRIYANNA KASHAWN JOHNSON
614-914-5201 - EST KEITH BOBBY

3680 E LIVINGSTON AVE APT P, COLUMBUS, OH 43227-2240, FRANKLIN COUNTY (Dec 1992 - Jan 2003)
1680 E LIVINGSTON AVE, COLUMBUS, OH 43205-3030, FRANKLIN COUNTY (Jul 1993 - Jan 2001)
**Current Residents at Address:**
DAVID WAYNE GIDEON
MARY STEVENS
WAYNE GILDON
1297 COE DR, COLUMBUS, OH 43207-2101, FRANKLIN COUNTY (Jul 1993 - Jan 1999)
**Current Residents at Address:**
ARYETTA TAMIKA CLOUD
JOANNA ELIZABETH HUBBARD
LATASHA A HARRIS
NAJALEE CLOUD
SHALONDA SCISSUM

**D** LURENA M HADDEN  DOB: 9/xx/1920 DOD:1/10/2004  (DELAWARE, OH)  Age at Death: 83 (Born 96 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
⚑SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

**D** LAURENA HADDEN  DOB: 9/xx/1920 DOD:1/10/2004  (DELAWARE, OH)  Age at Death: 83 (Born 96 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
⚑SSN belongs to a person reported as deceased.

**D** LORENA HADDEN  DOB: 1920 DOD:1/10/2004  (DELAWARE, OH)  Age at Death: 83 (Born 96 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
⚑SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
100 WILLOW BROOK WAY S APT 3012, DELAWARE, OH 43015-3248, DELAWARE COUNTY (Sep 2000 - Dec 2011)
PO BOX 675, SUNBURY, OH 43074-0675, DELAWARE COUNTY (Mar 2000 - Jan 2003)
13473 E STATE ROUTE 37, SUNBURY, OH 43074-9773, DELAWARE COUNTY ( 1998 - Jan 2003)
**Current Residents at Address:**
DENNIS P GADDA
BARBARA J GADDA
**Current phones listed at this address:**
740-965-8794 - EST GADDA BARBARA
740-965-3443

13473 E 37 SR, SUNBURY, OH 43074, DELAWARE COUNTY ( 1998 -  1999)
740-965-3443

13473 STATE RT 37 E, SAINT LOUISVILLE, OH 43071, LICKING COUNTY (Aug 1987 - Dec 1992)
13473 S ST RT 37 E APT 37, SUNBURY, OH 43074, DELAWARE COUNTY (Jan 1987 - Dec 1992)
155 W KENWORTH RD, COLUMBUS, OH 43214-4055, FRANKLIN COUNTY (May 1966 - Dec 1991)

> **Current Residents at Address:**
> EMIA W OPPENHEIM
> MICHAEL WOOD WHITE

RR 37, SAINT LOUISVILLE, OH 43071, LICKING COUNTY (Jan 1990)
13473 ST, SUNBURY, OH 43074, DELAWARE COUNTY (Nov 1986)


**D**  RICHARD R HADDEN  DOB: 2/xx/1921 DOD:1/12/1998  (DELAWARE, OH)  Age at Death: 76 (Born 95 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936 and  12/31/1951
⬈SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
100 WILLOW BROOK WAY S APT 3012, DELAWARE, OH 43015-3248, DELAWARE COUNTY (Sep 2000 - Jun 2007)
PO BOX 675, SUNBURY, OH 43074-0675, DELAWARE COUNTY (Feb 2000 - Jan 2003)
13473 E STATE ROUTE 37, SUNBURY, OH 43074-9773, DELAWARE COUNTY (Nov 1985 - Jan 2003)
> **Current Residents at Address:**
> DENNIS P GADDA
> BARBARA J GADDA
> 740-965-8794 - EST GADDA BARBARA

155 W KENWORTH RD, COLUMBUS, OH 43214-4055, FRANKLIN COUNTY (May 1966 - Jan 2003)
> **Current Residents at Address:**
> EMIA W OPPENHEIM
> MICHAEL WOOD WHITE

13473 S ST RT 37 E APT, SUNBURY, OH 43074, DELAWARE COUNTY (Jul 1979 - Dec 1992)
RR 473, SUNBURY, OH 43074, DELAWARE COUNTY (Jun 1991)
13473 STATE RT 37 E, SAINT LOUISVILLE, OH 43071, LICKING COUNTY (Aug 1987 - Dec 1990)
13473 ST, SUNBURY, OH 43074, DELAWARE COUNTY (Nov 1986)
13473 S ST RT 37 EE, SUNBURY, OH 43074, DELAWARE COUNTY
> 740-965-3443


GLENN A WHITE  DOB: 4/xx/1963
xxx-xx-xxxx issued in Ohio  between  1/1/1975 and  12/31/1976

**Names Associated with Relative:**
GLENN ALEXANDER WHITE  DOB: 4/xx/1963
xxx-xx-xxxx issued in Ohio  between  1/1/1975 and  12/31/1976

A WHITE GLENN  DOB: 4/xx/1963
xxx-xx-xxxx issued in Ohio  between  1/1/1975 and  12/31/1976

GLENN A WHITE  DOB: 1965
xxx-xx-xxxx issued in Ohio  between  1/1/1975 and  12/31/1976

**Previous And Non-Verified Address(es):**
2473 MEREDITH DR, COLUMBUS, OH 43219-1422, FRANKLIN COUNTY (Apr 1993 -  2015)
> **Current Residents at Address:**
> GLENN A WHITE
> GLENN A MASON
> BRANDON MASON
> MONTIE E SULLIVAN
> 614-725-0608

222 PARKWOOD AVE, COLUMBUS, OH 43203-1721, FRANKLIN COUNTY (Jan 1995 - Apr 2009)
> 614-235-6759 - EST BURTON VIRGINIA

2819 JOYCE AVE, COLUMBUS, OH 43211-1733, FRANKLIN COUNTY (Mar 1990 - Jan 2003)
> **Current Residents at Address:**
> LARRY DARNELL TIGNER
> LINDA L JONES

625 N DAWSON AVE, COLUMBUS, OH 43219-2726, FRANKLIN COUNTY (Jan 1985 - Jan 2003)
> **Current Residents at Address:**
> PHYLLIS DAWN CUNNINGHAM
> DENISE JOHNETTA GRIFFITH
> KELLY M JONES
> STEVEN L RUSSELL
> AMIRACLE TARRANT
> 614-252-7599 - EST CUNNINGHAM PHYLLIS

1475 DUXBERRY AVE, COLUMBUS, OH 43211-1673, FRANKLIN COUNTY (Apr 1989)

**Current Residents at Address:**
ANGELA M HOWARD
614-884-2828 - EST HOWARD ANGELA

3017 CHESTERFIELD CT APT 9, COLUMBUS, OH 43209-1226, FRANKLIN COUNTY (Apr 1986)

TERRA L HADDEN  DOB: 8/xx/1975
xxx-xx-xxxx issued in Ohio  between 1/1/1987  and  12/31/1988
**Names Associated with Relative:**
TERRA L BUELL  DOB: 8/xx/1975
xxx-xx-xxxx issued in Ohio  between  1/1/1987  and  12/31/1988
**Active Address(es):**

✔ 1809 ASHBURN DR, DELAWARE, OH 43015-9160, DELAWARE COUNTY (Nov 2010 - Oct 2016)
**Current Residents at Address:**
TERRA L HADDEN
WILLIAM I HADDEN
740-417-9955 - EST HADDEN TERRA

**Previous And Non-Verified Address(es):**
7934 TRELLAGE CT 2, POWELL, OH 43065-9241, FRANKLIN COUNTY (Nov 2004 - Oct 2012)
614-789-6734

6366 ARCHMERE SQ E, COLUMBUS, OH 43229-1909, FRANKLIN COUNTY (Nov 2004 - Mar 2006)
**Current Residents at Address:**
JANE RITA NJERI
ALEX N REUBEN
2927 HALSTEAD RD, COLUMBUS, OH 43221-2917, FRANKLIN COUNTY (Apr 1995 - Jul 2003)
**Current Residents at Address:**
SCOTT R AUFDERHEIDE
MARCIA S BUELL
TARRA JEAN AUFDERHEIDE
ANNETTE ELIZABETH NIEDERMIER
614-488-4188

2130 VIA DA VINCI ST DA, COLUMBUS, OH 43229-9118, FRANKLIN COUNTY (Sep 1993 - Mar 2001)
1161 WEYBRIDGE RD, COLUMBUS, OH 43220-3152, FRANKLIN COUNTY (Nov 2000)
**Current Residents at Address:**
CYNTHIA C CUNNINGHAM
RONALD MORTON DESMOND
1591 ASHLAND AVE, COLUMBUS, OH 43212-2327, FRANKLIN COUNTY (Jul 1999)
**Current Residents at Address:**
JACQUELINE RENEE KOMOS
SARAH M LEMANSKI
1090 LORING RD APT C, COLUMBUS, OH 43224-5101, FRANKLIN COUNTY (Oct 1997 - Jan 1999)
**Current Residents at Address:**
GYAN BHATTARAI
2027 HALSTEAD RD, UPPER ARLINGTON, OH 43221, FRANKLIN COUNTY (Feb 1995 - Jan 1997)
2027 HALSTEAD RD, COLUMBUS, OH 43221, FRANKLIN COUNTY (Feb 1995)

DIANA LYNN HADDEN  DOB: 6/xx/1969
xxx-xx-xxxx issued in Ohio  between 1/1/1986  and  12/31/1987
**Names Associated with Relative:**
DIANA L KING  DOB: 6/xx/1969
xxx-xx-xxxx issued in Ohio  between  1/1/1986 and  12/31/1987
L HADDEN DIANA  DOB: 6/xx/1969
xxx-xx-xxxx issued in Ohio  between  1/1/1986 and  12/31/1987
D HADDEN  DOB: 6/xx/1969
xxx-xx-xxxx issued in Ohio  between  1/1/1986 and  12/31/1987
L KING DIANA  DOB: 6/xx/1969
xxx-xx-xxxx issued in Ohio  between  1/1/1986 and  12/31/1987
**Previous And Non-Verified Address(es):**
1152 S GALENA RD, GALENA, OH 43021-8512, DELAWARE COUNTY (Nov 2012 - Dec 2012)
**Current Residents at Address:**
DIANA LYNN HADDEN
PATRICK M HADDEN
DIANA L HADDEN
JACOB TIBERIUS HADDEN
740-965-1134 - EST HACKWORTH KEN

21 SEDGWICK AVE, SUNBURY, OH 43074-9248, DELAWARE COUNTY (Nov 2004 - Oct 2011)
    **Current Residents at Address:**
        RANDY D MARCHIO
        BONNIE J WARD
        NATHAN DANIEL WARD
    **Current phones listed at this address:**
        740-965-3973 - EST SCHOOLS
        740-936-5390 - EST MARCHIO BONNIE

2010 TOWNSHIP ROAD 165 165, CARDINGTON, OH 43315-9708, MORROW COUNTY (Nov 2004 - Sep 2008)
    **Current Residents at Address:**
        JESSE R GROVES
8122 SMOKY ROW RD, POWELL, OH 43065-7500, FRANKLIN COUNTY (Feb 2001 - Jul 2005)
    **Current Residents at Address:**
        ROGER A MALONE
        614-792-8360

4732 STONECASTLE DR, COLUMBUS, OH 43229-9509, FRANKLIN COUNTY (Oct 1989 - Jun 2004)
    **Current Residents at Address:**
        CARL A BOWMAN SR
        HASSAN HUSSEIN ALI
        BASHIR ILMI
        614-274-0945

1308 WINESAP DR, COLUMBUS, OH 43204-1571, FRANKLIN COUNTY (Jan 1996 - Jan 2003)
    **Current Residents at Address:**
        BRIAN J POWELL
    **Current phones listed at this address:**
        614-351-0274 - EST POWELL BRIAN J
        614-274-0945

5094 WILCOX RD, AMLIN, OH 43002, FRANKLIN COUNTY (Oct 1989 - Jan 2003)
5481 REDWOOD RD, COLUMBUS, OH 43229-4473, FRANKLIN COUNTY (Jun 1995)
    **Current Residents at Address:**
        DANIEL R HADDEN
        WILLIAM R HADDEN
        WILLIAM I HADDEN
        MARSHA SMITH HADDEN
    **Current phones listed at this address:**
        614-436-3347 - EST HADDEN MARSHA S
        614-274-0945

3010 SAWDUST LN, DUBLIN, OH 43017-1694, FRANKLIN COUNTY (Oct 1989 - Dec 1991)
    **Current Residents at Address:**
        FELIPE UBALDO
        614-789-1854 - EST UBALDO FELIPE

7073 MERCHANT RD, PLAIN CITY, OH 43064-9303, DELAWARE COUNTY (Sep 1989 - Feb 1991)

PATRICK M HADDEN  DOB: 4/xx/1968
    xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    **Names Associated with Relative:**
    PATRICK M HADDEN  DOB: 3/xx/1969
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    P HADDEN  DOB: 3/xx/1969
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    PATRICK M HADRIEN  DOB: 4/xx/1968
        xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1985
    **Previous And Non-Verified Address(es):**
1152 S GALENA RD, GALENA, OH 43021-8512, DELAWARE COUNTY (Nov 2010 - May 2016)
    **Current Residents at Address:**
        DIANA LYNN HADDEN
        PATRICK M HADDEN
        DIANA L HADDEN
        JACOB TIBERIUS HADDEN
        740-965-1134 - EST HACKWORTH KEN

21 SEDGWICK AVE, SUNBURY, OH 43074-9248, DELAWARE COUNTY (Nov 2004 - Oct 2011)
    **Current Residents at Address:**
        RANDY D MARCHIO

    BONNIE J WARD
    NATHAN DANIEL WARD
**Current phones listed at this address:**
    740-965-3973 - EST SCHOOLS
    740-936-5390 - EST MARCHIO BONNIE

2010 TOWNSHIP ROAD 165, CARDINGTON, OH 43315-9708, MORROW COUNTY (Dec 2004 - Sep 2008)
    **Current Residents at Address:**
    JESSE R GROVES
    MAX EVERETT TUCKER III
    AMBER MARIE RALL
    REBECCA A LEWIS
    REBECCA LEWIS
    419-864-3567

1990 TOWNSHIP ROAD 165, CARDINGTON, OH 43315-9794, MORROW COUNTY ( 2006)
    419-864-3567

8122 SMOKY ROW RD, POWELL, OH 43065-7500, FRANKLIN COUNTY (Feb 2001 - May 2005)
    **Current Residents at Address:**
    ROGER A MALONE
1308 WINESAP DR, COLUMBUS, OH 43204-1571, FRANKLIN COUNTY (Jan 1996 - Jan 2003)
    **Current Residents at Address:**
    BRIAN J POWELL
**Current phones listed at this address:**
    614-351-0274 - EST POWELL BRIAN J
    614-274-0945

4732 STONECASTLE DR, COLUMBUS, OH 43229-9509, FRANKLIN COUNTY (Oct 1989 - Jan 2003)
    **Current Residents at Address:**
    CARL A BOWMAN SR
    HASSAN HUSSEIN ALI
    BASHIR ILMI
    614-274-0945

1309 WINESAP DR, COLUMBUS, OH 43204-1570, FRANKLIN COUNTY (Apr 1998)
5981 REDWOOD RD, COLUMBUS, OH 43229, FRANKLIN COUNTY (Nov 1993)
    614-274-0945

2255 HAMPSTEAD DR, COLUMBUS, OH 43229-2850, FRANKLIN COUNTY (May 1993 - Sep 1993)
    **Current Residents at Address:**
    DORA D BARRIENTOS
    SANTIAGO A PACHECO
    HUGO A SOLITO

**D** DON G MITCHELL  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
**Names Associated with Relative:**

  **D** DONALD L SHAU  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
  **D** DONALD SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
  **D** DONALD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
  **D** DONALD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956
  **D** DONLD L SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
  **D** CJ SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957
  **D** DON G MITCHELL  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 76 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956
  **D** DONALD SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1954  and  12/31/1956
  **D** DONALD C SHAW  DOB: 12/xx/1940 DOD:10/2/2015  (DELAWARE, OH)  Age at Death: 74 (Born 75 years ago)
  xxx-xx-xxxx issued in Ohio  between  1/1/1955  and  12/31/1957

🚩SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
6042 PIRTHSHIRE ST, DUBLIN, OH 43016-6707, FRANKLIN COUNTY (Jul 1995 - Aug 2016)
    **Current Residents at Address:**
        DON G MITCHELL
        SHIN UCHIMOTO
        TOSHIE UCHIMOTO
        MALLESH ANKSAPURAM
        FUMIHITO WATANABE
        BHAGYALAXMI ANKSAPURAM
        614-235-1168


979 HIGH ST UNIT 2, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Apr 1984 - Aug 2016)
    **Current Residents at Address:**
        DON G MITCHELL
        JEFFREY A SHAW
        614-885-7407


979 HIGH ST UNIT 1, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Mar 1981 - Aug 2016)
    **Current Residents at Address:**
        DON G MITCHELL
        JEFFREY A SHAW
        614-885-7407


5554 CROSSKIRK DR, WESTERVILLE, OH 43082-7001, DELAWARE COUNTY (Dec 2003 - Jan 2016)
    **Current Residents at Address:**
        DON G MITCHELL
        PEGGY A STEWARD
8168 LINDEN LEAF CIR, COLUMBUS, OH 43235-4617, FRANKLIN COUNTY ( 2000 - Jan 2014)
    **Current Residents at Address:**
        HOLLY ANN DROZDOWICZ
        SAM JOSEPH STRENG
        RUTH A LESTER MYERS
        614-841-9228


7695 SCHOOLWAY CT, DUBLIN, OH 43016-8201, FRANKLIN COUNTY (May 1994 - Oct 2013)
    **Current Residents at Address:**
        SUSAN ELIZABETH MCCANN
        NORIYUKI MIYAOKA
        UMEYO MIYAOKA
        MELISSA M MOSLEY
        MELISSA R WILSON
    **Current phones listed at this address:**
        614-789-6662 - EST MCCANN JAMES J JR
        614-221-6327


7786 HATHAWAY PARK CT C, DUBLIN, OH 43016-8323, DELAWARE COUNTY (Jun 1994 - Jan 2013)
        614-235-1168


PO BOX 330, WORTHINGTON, OH 43085-0330, FRANKLIN COUNTY (Mar 1981 -  2012)
238 SAINT ANTOINE ST, WORTHINGTON, OH 43085-2243, FRANKLIN COUNTY (Mar 1981 - Dec 2011)
    **Current Residents at Address:**
        DEAN M MCDONALD
    **Current phones listed at this address:**
        614-846-6260 - EST MCDONALD DEAN
        614-235-1168



    **Possible Relative:**
    CAROLYN VIRGINIA SHAW  DOB: 1/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1954 and  12/31/1956
    **Names Associated with Relative:**
    C J SHAW  DOB: 1/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1954 and  12/31/1956
    CJ SHAW  DOB: 1/xx/1937
        xxx-xx-xxxx issued in Ohio  between  1/1/1954 and  12/31/1956
    **Previous And Non-Verified Address(es):**
    1701 THE GREENS WAY APT 1411, JACKSONVILLE BEACH, FL 32250-2454, DUVAL COUNTY (Jul 2004 -  2015)
        614-436-9491

238 SAINT ANTOINE ST, WORTHINGTON, OH 43085-2243, FRANKLIN COUNTY (Aug 1984 - Oct 2013)
**Current Residents at Address:**
    DEAN M MCDONALD
**Current phones listed at this address:**
    614-846-6260 - EST MCDONALD DEAN
    614-436-9491

965 HIGH ST APT 330, WORTHINGTON, OH 43085-4065, FRANKLIN COUNTY (Sep 1993 - Feb 2005)
    614-436-9491

7743 CT W, WORTHINGTON, OH 43085, FRANKLIN COUNTY (Sep 2000 - Jan 2005)
6026 PIRTHSHIRE ST, DUBLIN, OH 43016-6707, FRANKLIN COUNTY (Sep 1997 - Feb 2002)
**Current Residents at Address:**
    HINA SYEDA
    SHAMS Q SYED
    FUMIHIKO TAKAHASHI
    614-389-8350 - EST SYEDA HINA

6042 PIRTHSHIRE ST, DUBLIN, OH 43016-6707, FRANKLIN COUNTY (Jul 1995 - Jan 2002)
**Current Residents at Address:**
    DON G MITCHELL
    SHIN UCHIMOTO
    TOSHIE UCHIMOTO
    MALLESH ANKSAPURAM
    FUMIHITO WATANABE
    BHAGYALAXMI ANKSAPURAM
    614-436-9491

979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Apr 1984 - Jan 2002)
**Current Residents at Address:**
    CARL C NOURSE
    RICHARD P NOURSE
**Current phones listed at this address:**
    614-825-6277 - EST BRADY WARE
    614-846-0371 - EST Q NP CORP
    614-846-0932 - EST Q NP CORP

7695 SCHOOLWAY CT ST, COLUMBUS, OH 43235, FRANKLIN COUNTY (Mar 2001)
PO BOX 330, WORTHINGTON, OH 43085-0330, FRANKLIN COUNTY (May 1995 - 2001)
125 W NEW ENGLAND AVE, WORTHINGTON, OH 43085-3537, FRANKLIN COUNTY (Aug 1984 - Feb 2000)
**Current Residents at Address:**
    KATHERINE HAMILTON
    SCOTT A HAMILTON
    TYLER S PAPLACZYK
    MARY KATHERINE HAMILTON
    ELIZABETH HAMILTON
    614-436-9491

PEGGY A STEWARD  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1965 and  12/31/1967
**Names Associated with Relative:**
PEGGY A SHAW  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1965 and  12/31/1967
PEGGY A STEWART  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1965 and  12/31/1967
PEGGY A STEWARD  DOB: 5/1952
    xxx-xx-xxxx issued in Ohio  between  1/1/1965 and  12/31/1967
PEGGY A STEWARD SHAW  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1965 and  12/31/1967
**Previous And Non-Verified Address(es):**
5554 CROSSKIRK DR, WESTERVILLE, OH 43082-7001, DELAWARE COUNTY (Dec 2003 - Nov 2015)
**Current Residents at Address:**
    DON G MITCHELL
    PEGGY A STEWARD
8168 LINDEN LEAF CIR, COLUMBUS, OH 43235-4617, FRANKLIN COUNTY (Nov 2005 - Jan 2013)
**Current Residents at Address:**
    HOLLY ANN DROZDOWICZ
    SAM JOSEPH STRENG
    RUTH A LESTER MYERS

1091 MARIE LOU DR, WESTERVILLE, OH 43081-1980, FRANKLIN COUNTY (May 1995 - Oct 2007)
  **Current Residents at Address:**
    THOMAS E LEHMAN
    PAULA V LEHMAN
    PAULA LEHMAN
    BRIANNE LEHMAN
1266 ALLINGTON LN, COLUMBUS, OH 43240-6093, DELAWARE COUNTY (Sep 2005)
  **Current Residents at Address:**
    SONDRA L KAYSE
    HELEN JANE VIETH
    MICHAEL DAVID SPOHN
15 LOW GAP RD, HIGHLAND HEIGHTS, KY 41076-2124, CAMPBELL COUNTY (Dec 1997 - Jan 2003)
  **Current Residents at Address:**
    RONALD S HAIGIS
6406 BUSCH BLVD APT 461, COLUMBUS, OH 43229-1853, FRANKLIN COUNTY (Jan 1997 - Jan 2003)
  **Current Residents at Address:**
    DONTAE KEITH HOBSON
    ELVIS MBUNYA
10395 HEIMBERGER RD NW, BALTIMORE, OH 43105-9405, FAIRFIELD COUNTY (Jun 1985 - Jan 2003)
  **Current Residents at Address:**
    ORA LEE BENSON
    KEITH A HANSON
    EMILIA LAUREN DARFUS
    740-400-4286 - EST HANSON KEITH

21 KALU PL, WESTERVILLE, OH 43081-3137, FRANKLIN COUNTY (Jun 1985 - Jan 2003)
  **Current Residents at Address:**
    TYRON A GODBOLT
    JENNIFER BETH MARKWOOD
    SALVADOR BANALES JR
    DIAMOND PHILLIPS
  **Current phones listed at this address:**
    614-523-2435 - EST MARKWOOD JENNIFER B
    614-899-9169

5448 HAZELWOOD RD, COLUMBUS, OH 43229-4408, FRANKLIN COUNTY (Mar 1994 - Nov 2002)
  **Current Residents at Address:**
    ROY E BURRELL
    SHARON D BURRELL
    MALCOLM BURRELL
    ROY EDWARD BURRELL II
    COREY O BURRELL
    MYESHA A OWENS
    614-396-8016 - EST BURRELL COREY O

6406 MARIE LOU RD, WESTERVILLE, OH 43081, FRANKLIN COUNTY (Jan 1997)

JEFFREY A SHAW  DOB: 7/xx/1962
  xxx-xx-xxxx issued in Ohio between 1/1/1968 and 12/31/1969
  **Names Associated with Relative:**
  JEFF A SHAW  DOB: 7/xx/1962
    xxx-xx-xxxx issued in Ohio  between 1/1/1968 and 12/31/1969
  JEFFREY A SHAW  DOB: 7/xx/1962
    xxx-xx-xxxx issued in Indiana  between 10/2/1997 and 6/1/1999
  JEFF A SHAW  DOB: 7/xx/1962
    xxx-xx-xxxx issued in Indiana  between 10/2/1997 and 6/1/1999
  JEFFREY ALAN SHAW  DOB: 7/xx/1962
    xxx-xx-xxxx issued in Ohio  between 1/1/1968 and 12/31/1969
  JEFFREY A SHAW  DOB: 1963
    xxx-xx-xxxx issued in Ohio  between 1/1/1968 and 12/31/1969
  **Previous And Non-Verified Address(es):**
  6291 DONEGAN WAY UNIT 15-62, DUBLIN, OH 43016-6172, FRANKLIN COUNTY (Nov 2010 - Aug 2016)
  351 OLENTANGY ST, COLUMBUS, OH 43202-2342, FRANKLIN COUNTY (Dec 2013)
    **Current Residents at Address:**
      EMILY E PEK
      MACKENZIE MORRIS
  6291 DONEGAN WAY UNIT 15-629, DUBLIN, OH 43016-6172, FRANKLIN COUNTY (Nov 2012 -  2013)
  3440 OLENTANGY RIVER RD APT 11G, COLUMBUS, OH 43202-1561, FRANKLIN COUNTY (Apr 2012 - Jun 2012)
  50 KENYON BROOK DR, WORTHINGTON, OH 43085-3629, FRANKLIN COUNTY (Dec 1997 - Nov 2010)
    **Current Residents at Address:**

JOSEPH E DECKER
KRISTEN LEE DECKER
614-885-7407

965 HIGH ST # ST, WORTHINGTON, OH 43085-4065, FRANKLIN COUNTY (Oct 1996 - Oct 2008)
PO BOX 330, WORTHINGTON, OH 43085-0330, FRANKLIN COUNTY (Jul 1991 - Jan 2003)
2000 LYNN GAY CIR, POWELL, OH 43065-8829, FRANKLIN COUNTY (Oct 1985 - Jan 2003)
 **Current Residents at Address:**
  GEORGE MICHAEL MIHALIK
  SUSIE CHER OPLINGER
522 MEADOWAY PARK, WORTHINGTON, OH 43085-3797, FRANKLIN COUNTY (Jul 1980 - Jan 2003)
 **Current Residents at Address:**
  BEVERLY L SHAW
  614-885-7407

70 W NORTHWOOD AVE APT, COLUMBUS, OH 43201-4303, FRANKLIN COUNTY (Jan 1990)

KAREN MURPHY SHAW  DOB: 6/xx/1961
 xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
 **Names Associated with Relative:**
 KAREN MURPHY SHAW  DOB: 6/xx/1961
  xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
 K SHAW  DOB: 6/xx/1961
  xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
 **Previous And Non-Verified Address(es):**
 190 BRIGHTON RD, COLUMBUS, OH 43202-1022, FRANKLIN COUNTY ( 2015 - Jun 2016)
  **Current Residents at Address:**
   KAREN MURPHY SHAW
   JERRY L MALOON
 PO BOX 82269, COLUMBUS, OH 43202-0269, FRANKLIN COUNTY (Jul 2014)
 351 OLENTANGY ST, COLUMBUS, OH 43202-2342, FRANKLIN COUNTY (Nov 2009 - Jul 2011)
  **Current Residents at Address:**
   EMILY E PEK
   MACKENZIE MORRIS
 50 KENYON BROOK DR, WORTHINGTON, OH 43085-3629, FRANKLIN COUNTY (May 1995 - Jun 2011)
  **Current Residents at Address:**
   JOSEPH E DECKER
   KRISTEN LEE DECKER
   614-890-4113

 522 MEADOWAY PARK, WORTHINGTON, OH 43085-3797, FRANKLIN COUNTY (Sep 1993 - Jan 2003)
  **Current Residents at Address:**
   BEVERLY L SHAW
 3220 OBERLIN CT, CINCINNATI, OH 45246-4287, HAMILTON COUNTY (Aug 1985 - Jan 2003)
  **Current Residents at Address:**
   KELLY K OMOORE
   LESLIE ALVARADO
 2000 LYNN GAY CIR, POWELL, OH 43065-8829, FRANKLIN COUNTY (Aug 1985 - Jan 2003)
  **Current Residents at Address:**
   GEORGE MICHAEL MIHALIK
   SUSIE CHER OPLINGER
 105 CRESTVIEW RD, COLUMBUS, OH 43202-2203, FRANKLIN COUNTY (Nov 2009)
  **Current Residents at Address:**
   JENNY LEA BARBER
   ANNE MARIE NUNEZ

NICHOLAS G MITCHELL  DOB: 10/xx/1971
 xxx-xx-xxxx issued in Ohio  between  1/1/1985  and  12/31/1986
 **Names Associated with Relative:**
 NICK MITCHELL  DOB: 10/xx/1971
  xxx-xx-xxxx issued in Ohio  between  1/1/1985  and  12/31/1986
 **Active Address(es):**

 5361 SUMMER RIDGE LN, GALENA, OH 43021-7031, DELAWARE COUNTY (Nov 2006 - Oct 2016)
  **Current Residents at Address:**
   BERNARDINE H MITCHELL
   PHYLLIS G HOWARD
   NICHOLAS G MITCHELL
   740-548-4980 - EST MITCHELL NICHOLAS G

**Previous And Non-Verified Address(es):**
3465 ROYAL DORNOCH CIR, DELAWARE, OH 43015-3179, DELAWARE COUNTY (Nov 1999 - Aug 2007)
    **Current Residents at Address:**
        JONATHON TOMAS DONEYHUE
        AIMEE BETH DONEYHUE
        JORDAN THEODORE DONEYHUE
    **Current phones listed at this address:**
        740-957-8009 - EST DONEYHUE AIMEE
        740-362-8308


6423 MEDINAH CT, WESTERVILLE, OH 43082-8403, DELAWARE COUNTY (Sep 2006 - Oct 2006)
    **Current Residents at Address:**
        DONALD RAY CAREY
        JACQUELINE J CAREY
        CHRISTOPHER WRIGHT
        ALEAH J CAREY
        STEVE F DANOSI
16 W LOCUST ST, NEWARK, OH 43055-5520, LICKING COUNTY (Jan 2003)
5012 BUFFALO RUN, WESTERVILLE, OH 43081-6704, FRANKLIN COUNTY (Jun 1998 - Jan 2003)
    **Current Residents at Address:**
        REBECCA JANE MCCARTHY
        CAROL G PHILBRICK
        GARY EDWIN PHILBRICK SR
643 RANDOLPH CT, COLUMBUS, OH 43085-5833, FRANKLIN COUNTY (Dec 1996 - Jan 2003)
    **Current Residents at Address:**
        DIANA NICOLE DOWDY
        SHARON A SPAN
        ANTHONY WAYNE DOWDY JR
        MATTHEW JENNIFER LUKAS
        614-433-9144 - EST LUKAS MATTHEW J


1924 FOREST ELM CT, COLUMBUS, OH 43229-8804, FRANKLIN COUNTY (Aug 1996 - Jan 2003)
    **Current Residents at Address:**
        MALCRISSA DENAE CHISHOLM
        ABDUL F SESAY
4951 BUFFALO RUN, WESTERVILLE, OH 43081-6702, FRANKLIN COUNTY (Aug 1990 - Jan 2003)
    **Current Residents at Address:**
        ASHLEY R SHAVER
        KIRK J URSO
        740-362-8308


4957 BUFFALO RUN, WESTERVILLE, OH 43081-6702, FRANKLIN COUNTY (Dec 1998 - Oct 1999)
    **Current Residents at Address:**
        TERRANCE MICHELE MOORE
        BARBARA J SIMON
        STEVEN BARRY SIMON
        740-362-8308


2665 ARLINGTON AVE, ASHTABULA, OH 44004-2379, ASHTABULA COUNTY (Dec 1990 - Jun 1995)
    **Current Residents at Address:**
        STANLEY ROGER MITCHELL JR
        440-964-2160


MEGAN ELIZABETH SHAW                    DOB: 6/xx/1991
    **Previous And Non-Verified Address(es):**
    6592 REFLECTIONS DR APT A, DUBLIN, OH 43017-2346, FRANKLIN COUNTY (Jun 2016)
        **Current Residents at Address:**
            CLARA I MEADOWS
            DEVON S BERGANZA
            RENARDO ANDREA MILLER
            MEGAN ELIZABETH SHAW
    3364 DURKIN CIR, DUBLIN, OH 43017-3611, FRANKLIN COUNTY (Nov 2012 - Jun 2015)
        **Current Residents at Address:**
            ALMEDA G EALEY
            MEGAN ELIZABETH SHAW
            614-698-0747 - EST SINGH NIDHI


    3440 OLENTANGY RIVER RD APT 11G, COLUMBUS, OH 43202-1561, FRANKLIN COUNTY (Nov 2012 - Dec 2012)
    5056 DIERKER RD APT E, COLUMBUS, OH 43220-5208, FRANKLIN COUNTY (Nov 2012 - Dec 2012)

**Current Residents at Address:**
ANTHONY D HAYES
TRISTAN NICOLE DUNN

TODD A ANGLIN  DOB: 3/xx/1962
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
**Previous And Non-Verified Address(es):**
915 N 4TH ST, COLUMBUS, OH 43201-3625, FRANKLIN COUNTY (Jan 1992 - Dec 2011)
**Current Residents at Address:**
TODD A ANGLIN
JOEL E HENDERSON II
KRISTEN JEAN HENDERSON
CLARKE MICHAEL ROTHGEB
**Current phones listed at this address:**
614-372-5780 - EST HENDERSON LAUREN
614-294-2575

901 E 4TH AVE, COLUMBUS, OH 43201-3001, FRANKLIN COUNTY (Dec 2007)
901 N 4TH ST, COLUMBUS, OH 43201-3625, FRANKLIN COUNTY (Aug 2000 - Dec 2007)
614-294-2575

357 E TOMPKINS ST, COLUMBUS, OH 43202-2734, FRANKLIN COUNTY (Sep 2007)
979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Jan 1992 - Sep 2007)
**Current Residents at Address:**
CARL C NOURSE
RICHARD P NOURSE
**Current phones listed at this address:**
614-825-6277 - EST BRADY WARE
614-846-0371 - EST Q NP CORP
614-846-0932 - EST Q NP CORP

232 N 3RD ST APT, COLUMBUS, OH 43215-2786, FRANKLIN COUNTY (Feb 1990 -  2006)
**Current Residents at Address:**
CHRISTOPHER PAUL MEYERS
614-294-2575

24 STIMMEL ST, COLUMBUS, OH 43206-1022, FRANKLIN COUNTY (Oct 1983 - Jan 2003)
**Current Residents at Address:**
SAMANTHA L CMOK
416 W 5TH AVE, COLUMBUS, OH 43201-3159, FRANKLIN COUNTY (Oct 1983 - Jan 2003)
**Current Residents at Address:**
JASON R HANKINSON
ROSE M HANKINSON
STEVE S HANKINSON
JASON MICHAEL ROMINE
PETER MICHAEL HELLIOS III
614-294-2575

5547 CHOWNING WAY, COLUMBUS, OH 43213-1409, FRANKLIN COUNTY (Jan 1990)
614-755-9588 - EST GLADFELTER MICHAEL


GREGORY M ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

**Names Associated with Relative:**
GREGORY ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG M ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREGORY MARK ANGLIN  DOB: 5/xx/1958
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREGORY M ANGLIN  DOB: 5/xx/1953
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG ANGILN  DOB: 5/xx/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M A GREG  DOB: 5/1953
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M A GREG  DOB: 5/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG M ANGLIN  DOB: 5/xx/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
GREGORY M ANGLIN  DOB: 5/xx/1958
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M ANGLIN GREG  DOB: 5/1953
  xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

**Previous And Non-Verified Address(es):**
726 WORTHINGTON FOREST PL, COLUMBUS, OH 43229-4110, FRANKLIN COUNTY (Feb 2006 - Nov 2015)
  **Current Residents at Address:**
    WENDY L OBRIAN
    CHAD C MAYS
    TYLER ADAM GEISLER
6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Jul 1995 - Nov 2015)
  **Current Residents at Address:**
    GREGORY M ANGLIN
    LARRY LEE PFAHLER
    ANDREW B ANGLIN
    MITCHELL GARRISON ANGLIN
  **Current phones listed at this address:**
      614-436-5070 - EST ALPHA PSYCHIATRIC SERVICES
      614-515-6212 - EST MORNING STAR

2071 WILLOWICK DR UNIT C, COLUMBUS, OH 43229-1527, FRANKLIN COUNTY (Jul 1995 - Sep 2015)
930 HAMLET ST, COLUMBUS, OH 43201-3537, FRANKLIN COUNTY (Oct 2004 - Jul 2015)
  **Current Residents at Address:**
    RICHARD J HENDERSON
    ROBERT F FIOREY II
    ANDREW LARRY PARSLEY
    BRIAN C LYNCH
7932 BOOTHBAY CT 32, POWELL, OH 43065-9097, FRANKLIN COUNTY (Jun 2003 -  2015)
      614-889-5199

727 JAEGER ST 729, COLUMBUS, OH 43206-2274, FRANKLIN COUNTY (Mar 1991 -  2015)
6827 N HIGH ST STE 126, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Jul 2014)
6827 N HIGH ST STE 232, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Feb 2006 - May 2014)
  **Current Residents at Address:**
    HOLLIE L WHITE
      614-436-1800 - EST CHRISTIAN COUNSELORS GROUP

979 HIGH ST FL 2ND, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY ( 2002 - Jun 2009)
      614-537-4734

3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Jul 1979 - Oct 2007)
  **Current Residents at Address:**
    LAURA KERRY LEWIS
    JAY THOMAS SIMONDS

WILMA K ANGLIN  DOB: 7/1935
  xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953

**Names Associated with Relative:**
KATIE WILMA ANGLIN  DOB: 7/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
KATHERINE WILMA ANGLIN  DOB: 7/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
KATY WILMA ANGLIN  DOB: 7/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
KATY WILMA ANGLIN  DOB: 9/xx/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
WILMA K ANGLIN  DOB: 9/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
WILMA K ANGLIN  DOB: 7/1935
    xxx-xx-xxxx issued in Kansas  between  1/1/1955  and  12/31/1956
**Previous And Non-Verified Address(es):**
2601 MEXEYE LOOP, COOS BAY, OR 97420-8705, COOS COUNTY (Feb 1997 - Sep 2004)
    **Current Residents at Address:**
        PAUL CURTIS HOWELL
        SELENA M KELLY
        GRACIANO C JOHNSEN
        MIKE KELLY
        541-888-5768

515 VELOPA CT, BROOKINGS, OR 97415-9047, CURRY COUNTY (Mar 1995 - Jan 2003)
    **Current Residents at Address:**
        AMY MARIE CORRIGAN
**Current phones listed at this address:**
        541-412-1135 - PST CORRIGAN AMY
        541-888-5768

7010 HIGHWAY 42, COOS BAY, OR 97420-9452, COOS COUNTY (Oct 1984 - Aug 2002)
760 E 1ST ST, COQUILLE, OR 97423-1905, COOS COUNTY (May 1991 - Jan 1999)
    **Current Residents at Address:**
        CHRISTOPHER I JONES
        CHARLES E KINS
        CHARLYN J OKINS
        LINDA L LUZ
        541-888-5768

515 VELOPA CT, COQUILLE, OR 97423, COOS COUNTY (Aug 1994)
        541-412-1135 - PST CORRIGAN AMY

12505 E 30TH AVE APT 30TH, SPOKANE VALLEY, WA 99216-0120, SPOKANE COUNTY (Jan 1993)

**Possible Relative:**
JAMES A DAVIS  DOB: 7/xx/1930
    xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    **Names Associated with Relative:**
    JAMES P DAVIS  DOB: 7/xx/1930
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    JAMES A DAVIS  DOB: 1931
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    JAIME DAVIS  DOB: 7/xx/1930
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    JAMES A DAVID  DOB: 7/xx/1930
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    JAMES ALLEN DAVIS  DOB: 7/xx/1930
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    JIM A DAVIS  DOB: 7/xx/1930
        xxx-xx-xxxx issued in California  between  1/1/1936  and  12/31/1951
    **Previous And Non-Verified Address(es):**
    31 SE THOMPSON AVE, WINSTON, OR 97496-9528, DOUGLAS COUNTY (May 2014)
    2556 LANDERS AVE, ROSEBURG, OR 97471-4711, DOUGLAS COUNTY (Aug 2011 - Oct 2013)
        **Current Residents at Address:**
            JAMES A DAVIS
            DOROTHY L DEBS
            JAMES LEO MOYE
            CAROLYN ETHEL MOYE
            RICK CHARLES WERTMAN
            TINA ANN HOOD
            CASEY L MOYE

248 REX ST, ROSEBURG, OR 97471-4547, DOUGLAS COUNTY (Dec 2010 - Jan 2011)
    **Current Residents at Address:**
      REBECCA A WISE
      RACHEL B YANDELL
      MARK D ESTRADA
PO BOX 831, WINSTON, OR 97496-0831, DOUGLAS COUNTY (Dec 2010 - Jan 2011)
    **Current Residents at Address:**
      BUNNY JO BUNNEY
      RONALD P WHITNEY
226 WECKS RD, MYRTLE CREEK, OR 97457-7455, DOUGLAS COUNTY (Sep 2005 - Jan 2006)
9739 W AMBER TRL, SUN CITY, AZ 85351-1346, MARICOPA COUNTY (Jun 1998 - Feb 2005)
    **Current Residents at Address:**
      JOANN ANN BELT
      623-583-8136

3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY ( 1999 - Apr 2003)
    **Current Residents at Address:**
      FRED LEON CRECELIUS JR
      LAURA ANN CRECELIUS
**Current phones listed at this address:**
      623-516-7862 - MST CRECELIUSFREDF
      623-572-9774

2601 MEXEYE LOOP, COOS BAY, OR 97420-8705, COOS COUNTY (Jan 1997 - Mar 2002)
    **Current Residents at Address:**
      PAUL CURTIS HOWELL
      SELENA M KELLY
      GRACIANO C JOHNSEN
      MIKE KELLY
1857 E VICTORIA AVE, SAN BERNARDINO, CA 92408-3047, SAN BERNARDINO COUNTY (Mar 1996 - Feb 2000)
    **Current Residents at Address:**
      GEORGIA D MOFFET
      MARIE C IZZO
      WAYNA L SPARKS
      JAMES MELVIN SPARKS
      KYLEE TERRY
      KENNITH GULIO MOORE
      JUSTIN SPARKS
**Current phones listed at this address:**
      909-478-3971 - PST SPARKS JAMES M
      623-583-8136

JIM DAVIS, COOS BAY, OR 97420, COOS COUNTY (Sep 1999)

    **Possible Relative:**
    EDWARD L DAVIS  DOB: 1/xx/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    **Names Associated with Relative:**
    EDWARD LEON DAVIS  DOB: 1/xx/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    ED LEON DAVIS  DOB: 1/xx/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    EDWARD L DAVIS  DOB: 1/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    EDWARD L DAVIS  DOB: 1/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    EDWARD TED DAVIS  DOB: 1/xx/1956
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
    **Previous And Non-Verified Address(es):**
    97972 HALLWAY RD, BROOKINGS, OR 97415-9434, CURRY COUNTY (Jul 2009 - Jun 2010)
      **Current Residents at Address:**
        ARTHUR N BARELA
        DANNY GENE COCKRUM
        LARRA C COWART
        NORMA LYNN CRAIG
        LARRY E CURTISS
        STEVEN OLIVER EARLL
        COLLEEN DORIS EARLL
        LOREN MATTHEW FALK
        NANCY D FIELDS

GEORGE MICHAEL FLEEK
3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY (Jul 2000 - Feb 2008)
**Current Residents at Address:**
FRED LEON CRECELIUS JR
LAURA ANN CRECELIUS
**Current phones listed at this address:**
623-516-7862 - MST CRECELIUSFREDF
623-583-8136

17999 GARDNER RIDGE RD, BROOKINGS, OR 97415-8210, CURRY COUNTY (Jan 1999 - Oct 2007)
**Current Residents at Address:**
PORTER C LEIGHTON
LOIS JEAN LEIGHTON
91904 CAPE ARAGO HWY APT 33, COOS BAY, OR 97420-8741, COOS COUNTY (Dec 2005)
9739 W AMBER TRL, SUN CITY, AZ 85351-1346, MARICOPA COUNTY (Jun 2000 - Jan 2003)
**Current Residents at Address:**
JOANN ANN BELT
623-583-8136

587 RANSOM AVE, BROOKINGS, OR 97415-9286, CURRY COUNTY (Mar 1996 - Jan 2003)
**Current Residents at Address:**
DANIEL L TIBBETTS
DANIEL TIBBETTS
PO BOX 7843, BROOKINGS, OR 97415-0370, CURRY COUNTY (Feb 1984 - Jan 2003)
**Current Residents at Address:**
LLOYDENE LEE SANDERS
PO BOX 733, BEATTY, NV 89003-0733, NYE COUNTY (Feb 1996 - Feb 2001)
**Current Residents at Address:**
TANISE LASHALL FAUSTIN
12999 GARDNER RDG, BROOKINGS, OR 97415, CURRY COUNTY (Jan 2000)
PO BOX 784, BROOKINGS, OR 97415-0013, CURRY COUNTY (Jun 1999)

JOY CATHERINE BUSCHINE  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

**Names Associated with Relative:**
JOY CATHERINE DAVISBLUM  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

BLUM JOY DAVIS  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C BLUM  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C DAVIS  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY SHANKS  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY BLUME STACE  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C STACE  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C DAVIS BLUM  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY BUSCHINE  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C RUST  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

J BUSCHINE  DOB: 4/xx/1958
xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C COOTZ  DOB: 4/1958

xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY B DAVIS  DOB: 4/xx/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C SHANKS  DOB: 4/xx/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY B SHANKS  DOB: 4/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C BLUM  DOB: 4/1958
    xxx-xx-xxxx issued in California  between  1/1/1977  and  12/31/1978
      SSN was linked to more than 2 people.
JOY DAVIS BLUM  DOB: 4/xx/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY C BUSCHINE                          DOB: 4/xx/1958
JOY BUSCHINI  DOB: 4/xx/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

JOY COUTTS  DOB: 4/1958
    xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972
JOY C DAVIS  DOB: 1958
    xxx-xx-xxxx issued in Idaho  between  5/2/1995  and  5/1/1996
JOY C DAVIS  DOB: 4/1958
    xxx-xx-xxxx issued in California  between  1/1/1977  and  12/31/1978
      SSN was linked to more than 2 people.
JOY SHANKS  DOB: 4/1958
    xxx-xx-xxxx issued in California  between  1/1/1977  and  12/31/1978
      SSN was linked to more than 2 people.
**Active Address(es):**

5249 WREN AVE APT 91, EL PASO, TX 79924-6507, EL PASO COUNTY (Sep 2015)
**Previous And Non-Verified Address(es):**
9152 W GLEN ELLYN LN, BOISE, ID 83704-6868, ADA COUNTY (Sep 2015)
    **Current Residents at Address:**
      JOY CATHERINE BUSCHINE
      DAVID W SHANKS
      JACK L MONTGOMERY
9487 DYER ST, EL PASO, TX 79924-6407, EL PASO COUNTY (Dec 2011 - Jan 2012)
13746 SE POWELL BLVD APT 5, PORTLAND, OR 97236-2959, MULTNOMAH COUNTY (Mar 2008 - Dec 2008)
12450 SW FISCHER RD UNIT 274, PORTLAND, OR 97224-2379, WASHINGTON COUNTY (Dec 2006 - Apr 2008)
1082 GRUNKE RD, WEISER, ID 83672-5562, WASHINGTON COUNTY (Aug 1994 - Oct 2007)
    **Current Residents at Address:**
      MATTHEW C ERICKSON
      208-549-2823


12030 SW LINCOLN AVE, PORTLAND, OR 97223-6322, WASHINGTON COUNTY (Nov 2004 - Jan 2005)
    **Current Residents at Address:**
      JOHN L STEELE
      MICHAEL P WEISS
      KEELY INGHAM
14010 SW 112TH AVE APT 6, PORTLAND, OR 97224-3762, WASHINGTON COUNTY (Nov 2004 - Jan 2005)
14010 SW 112TH AVE APT 66, PORTLAND, OR 97224-3729, WASHINGTON COUNTY (Dec 2000 - Oct 2004)
6449 SW HARBOR AVE, LINCOLN CITY, OR 97367-1125, LINCOLN COUNTY (Jun 1999 - Jan 2003)
    **Current Residents at Address:**
      MOLLIE BENDIXEN
      SHIRLEE LYNN BENELL
      LOUIS DEAN MARTIN
      GARRISON BRADLEY MILLER
      AMANDA HOFFMAN
      541-994-0280


**D** ERNEST L DAVIS  DOB: 6/xx/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1966  and  12/31/1966
    SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

**D** LEROY E DAVIS  DOB: 6/xx/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified

xxx-xx-xxxx issued in Idaho  between  1/1/1966  and  12/31/1966
🚩SSN belongs to a person reported as deceased.

🅓 ERNEST L RUST R  DOB: 6/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1966  and  12/31/1966
🚩SSN belongs to a person reported as deceased.

🅓 E L DAVIS  DOB: 6/xx/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1966  and  12/31/1966
🚩SSN belongs to a person reported as deceased.

🅓 ERNEST L DAVIS  DOB: 1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1955  and  12/31/1956
🚩SSN belongs to a person reported as deceased.

🅓 ERNEST RUST  DOB: 1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1955  and  12/31/1956
🚩SSN belongs to a person reported as deceased.

🅓 LEROY DAVIS  DOB: 6/xx/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in District of Columbia  between  1/1/1963  and  12/31/1964

🅓 R L DAVIS  DOB: 6/1955 DOD:5/15/1988 Age at Death: 32 (Born 61 years ago) - Verified
xxx-xx-xxxx issued in Idaho  between  1/1/1966  and  12/31/1966
🚩SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
5135 N HERTFORD WAY, BOISE, ID 83714-2399, ADA COUNTY (May 1988 - Dec 2007)
   **Current Residents at Address:**
     MARGARET ANNE SMITH
     WILLIAM P AMOUREUX
     LAINE M AMOUREUX
     CONOR AMOUREUX
5035 N BLUEGRASS AVE, BOISE, ID 83703-2754, ADA COUNTY (May 1986 - Aug 2007)
   **Current Residents at Address:**
     MICHIEL D BUGHER
     NICOLE ROCHELLE BARON
4333 W INDIAN SCHOOL RD APT, PHOENIX, AZ 85031-2916, MARICOPA COUNTY (Aug 1987 - Dec 1992)
   **Current Residents at Address:**
     GERMAN G DELATORRE
5430 N TURRET WAY, BOISE, ID 83703-3233, ADA COUNTY (Jan 1985 - Dec 1992)
   **Current Residents at Address:**
     MICHAEL T DUDLEY
     DEBBIE JEAN DUDLEY
     MICHAEL T DUDLEY
     JENNIFER MARIE DUDLEY
     208-384-9216 - MST DUDLEY DEBRA J

11730 W HIGHLANDER RD, BOISE, ID 83709-5120, ADA COUNTY (Apr 1984 - Dec 1990)
   **Current Residents at Address:**
     LAURA THOMAS
     JAMES A THOMAS
     MATTHEW THOMAS
     MICHAEL R THOMAS
     208-362-3246 - MST THOMAS JAMES W

20049 N 24TH WAY APT G, PHOENIX, AZ 85050-1330, MARICOPA COUNTY (Apr 1988 - May 1988)
   **Current Residents at Address:**
     NIKKI R MASTRUCCI
282 S ASH AVE, KUNA, ID 83634-2236, ADA COUNTY (Aug 1987)
   **Current Residents at Address:**
     CARRIE E ROYER
     CHARLES N J ROYER JR
1385 AMITY RD, MERIDIAN, ID 83642, ADA COUNTY (Apr 1984 - Apr 1986)
     208-888-3108 - MST COOPER BERNICE M

3132 BOX PO, BOISE, ID 83703, ADA COUNTY (Jan 1985)

DANIEL V DAVIS
   **Previous And Non-Verified Address(es):**
   914 E 3RD ST, PANA, IL 62557-1256, CHRISTIAN COUNTY (Oct 2015)
     **Current Residents at Address:**
      PATRICIA A DAVIS
      DANIEL V DAVIS

504 N STATE ST APT A, PANA, IL 62557-1085, CHRISTIAN COUNTY (Jul 2008 - Oct 2008)
   **Current Residents at Address:**
      PATRICIA A DAVIS
      DANIEL V DAVIS

DIANNA S DAVIS  DOB: 5/xx/1959
   xxx-xx-xxxx issued in Oregon  between  1/1/1974  and  12/31/1974

   **Names Associated with Relative:**
   DIANA S DAVIS  DOB: 5/xx/1959
      xxx-xx-xxxx issued in Oregon  between  1/1/1974  and  12/31/1974

   DIANNA SUE DAVIS  DOB: 5/xx/1959
      xxx-xx-xxxx issued in Oregon  between  1/1/1974  and  12/31/1974

   DIANNA S DAVIS  DOB: 5/xx/1959
      xxx-xx-xxxx issued in Idaho  between  1/1/1971  and  12/31/1972

   DIANNA DAVIS  DOB: 5/xx/1959
      xxx-xx-xxxx issued in Oregon  between  1/1/1974  and  12/31/1974

   DIANNA S DAVIS                            DOB: 5/xx/1959
   DIANNA S DAVIS  DOB: 1960
      xxx-xx-xxxx issued in Oregon  between  1/1/1974  and  12/31/1974

   **Previous And Non-Verified Address(es):**
PO BOX 1533, COOS BAY, OR 97420-0332, COOS COUNTY (Nov 2012 - May 2013)
   **Current Residents at Address:**
      HARRY J GUYE SR
97972 HALLWAY RD, BROOKINGS, OR 97415-9434, CURRY COUNTY (Jul 2006 - Mar 2011)
   **Current Residents at Address:**
      ARTHUR N BARELA
      DANNY GENE COCKRUM
      LARRA C COWART
      NORMA LYNN CRAIG
      LARRY E CURTISS
      STEVEN OLIVER EARLL
      COLLEEN DORIS EARLL
      LOREN MATTHEW FALK
      NANCY D FIELDS
      GEORGE MICHAEL FLEEK
3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY (Jul 2000 - Feb 2008)
   **Current Residents at Address:**
      FRED LEON CRECELIUS JR
      LAURA ANN CRECELIUS
   **Current phones listed at this address:**
      623-516-7862 - MST CRECELIUSFREDF
      623-583-8136

16261 HIGHWAY 101 S STE 5, BROOKINGS, OR 97415-9484, CURRY COUNTY (Apr 2005 - Oct 2007)
16261 HIGHWAY 101 S STE 9, BROOKINGS, OR 97415-9484, CURRY COUNTY (Apr 2005 - May 2006)
   **Current Residents at Address:**
      LOIS ANN HANNEMAN
      RUTH G MCELROY
      FRED MARC ORCUTT
      BEVERLY J PETTIT
587 RANSOM AVE, BROOKINGS, OR 97415-9286, CURRY COUNTY (Mar 1997 - Jan 2003)
   **Current Residents at Address:**
      DANIEL L TIBBETTS
      DANIEL TIBBETTS
      623-583-8136

PO BOX 3087, SPOKANE, WA 99220-3087, SPOKANE COUNTY (Feb 1997 - Oct 2000)
17999 GARDNER RIDGE RD, BROOKINGS, OR 97415-8210, CURRY COUNTY (Jan 1999)
   **Current Residents at Address:**
      PORTER C LEIGHTON
      LOIS JEAN LEIGHTON
      623-583-8136

PO BOX 7843, BROOKINGS, OR 97415-0370, CURRY COUNTY (Nov 1997 - Aug 1998)

**Current Residents at Address:**
LLOYDENE LEE SANDERS
PO BOX 174, CANYONVILLE, OR 97417-0174, DOUGLAS COUNTY (Aug 1993 - May 1996)

DANIAL A DAVIS  DOB: 11/xx/1981
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
**Names Associated with Relative:**
DANIEL A DAVIS  DOB: 11/xx/1981
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
DAN A DAVIS  DOB: 11/xx/1981
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
D DAVIS  DOB: 11/xx/1981
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
**Active Address(es):**
✔ 91904 CAPE ARAGO HWY APT, COOS BAY, OR 97420-8741, COOS COUNTY
**Previous And Non-Verified Address(es):**
4150 E HARTFORD AVE, PHOENIX, AZ 85032-2223, MARICOPA COUNTY (Feb 2008 - Mar 2008)
**Current Residents at Address:**
ALFREDO T TREVEDAN
SONIA TREVEDAN
99418 STATELINE LN, BROOKINGS, OR 97415-9311, CURRY COUNTY (Nov 2005 - Oct 2007)
**Current Residents at Address:**
NORMAN LAIRD MCALLISTER
17435 N 7TH ST APT 1049, PHOENIX, AZ 85022-1906, MARICOPA COUNTY (Dec 2000 - Oct 2007)
17843 N 40TH PL APT 4, PHOENIX, AZ 85032-1764, MARICOPA COUNTY (May 2006 - Jul 2006)
**Current Residents at Address:**
MERI TAKVORIAN ZARHOULEVA
2129 E ASPEN AVE, MESA, AZ 85204-1475, MARICOPA COUNTY (Apr 1996 - Apr 2005)
**Current Residents at Address:**
LINH T HUYNH
CINDI L ANAYA
DUNG ANH HUYNH
SANDRINE NHUYEN HUYNH
SION HUYNH
3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY (Jul 2000 - Jul 2004)
**Current Residents at Address:**
FRED LEON CRECELIUS JR
LAURA ANN CRECELIUS
**Current phones listed at this address:**
623-516-7862 - MST CRECELIUSFREDF
623-583-8136

1311 W BASELINE RD, TEMPE, AZ 85283-5373, MARICOPA COUNTY (Mar 2004)
7249 E BELLEVIEW ST APT, SCOTTSDALE, AZ 85257-3447, MARICOPA COUNTY (Jan 2009)
**Current Residents at Address:**
DENNIS M MC ARDLE
MARYADELE ADELE MARSILI
RYAN BUCHANAN WOODS
541-874-3053

125 KLOOSTER LN, CANYONVILLE, OR 97417-9771, DOUGLAS COUNTY
**Current Residents at Address:**
TONY R ARENS
DANIAL A DAVIS
ZARIE R SMITH
PAUL ARTHUR WHITED
ALICE LOUISE WHITED
541-874-3053

JAMES P DAVIS  DOB: 3/xx/1980
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
**Names Associated with Relative:**
JAMES P DAVIS  DOB: 1981
xxx-xx-xxxx issued in Oregon  between  1/1/1982  and  12/31/1983
**Previous And Non-Verified Address(es):**
PO BOX 844, BROOKINGS, OR 97415-0015, CURRY COUNTY (Feb 2011)
**Current Residents at Address:**
SHERI LYNN DUNAY

AMANDA L HINKLEY
56767 COUGAR RD, COQUILLE, OR 97423-9790, COOS COUNTY (Dec 2010 - Feb 2011)
   **Current Residents at Address:**
      TASHA L BURROWS
      LANCE JAMES HERMANN
      DENNIS LEROY HUFF JR
      KENNETH LEE KRAUSE
      TASHA LEANN KRAUSE
      541-824-1088 - PST HUFF DENNIS

441 AZALEA PARK RD, BROOKINGS, OR 97415-9221, CURRY COUNTY (Jan 2008)
   **Current Residents at Address:**
      PETER L BRIERLY
      STANLEY MICHAEL CROSBY
      ANGEL A OAKEY
      DAWN GEORGESON
98428 N BANK CHETCO RIVER RD APT B, BROOKINGS, OR 97415-7215, CURRY COUNTY (Aug 2005 - Sep 2006)
   **Current Residents at Address:**
      JESSICA JOANNE TORRES
      LELAND WALLACE COOKE
   **Current phones listed at this address:**
      541-813-2296 - PST COOKE JESSICA J
      541-412-9169

3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY (Jul 2000 - Sep 2001)
   **Current Residents at Address:**
      FRED LEON CRECELIUS JR
      LAURA ANN CRECELIUS
   **Current phones listed at this address:**
      623-516-7862 - MST CRECELIUSFREDF
      623-583-8136

PO BOX 7843, BROOKINGS, OR 97415-0370, CURRY COUNTY (Jul 1999)
   **Current Residents at Address:**
      LLOYDENE LEE SANDERS
587 RANSOM AVE, BROOKINGS, OR 97415-9286, CURRY COUNTY (Apr 1998 - Jan 1999)
   **Current Residents at Address:**
      DANIEL L TIBBETTS
      DANIEL TIBBETTS
PO BOX 7317, BROOKINGS, OR 97415-0386, CURRY COUNTY
432 FERN AVE, BROOKINGS, OR 97415-9058, CURRY COUNTY
   **Current Residents at Address:**
      MAVIS ANNE COPPOLO
      ALLISON A ROBERTS
93610 EASY LN, COOS BAY, OR 97420-6409, COOS COUNTY

FRANCES R DAVIS  DOB: 12/xx/1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
   **Names Associated with Relative:**
FRANCES ROGERS DAVIS  DOB: 12/xx/1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCIS ROGERS DAVIS  DOB: 12/xx/1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES A DAVIS  DOB: 12/xx/1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES ROGERS DAVIS  DOB: 1961
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES ROGERS DAVIS  DOB: 1959
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES ROGERS DAVIS  DOB: 1959
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES ROGERS DAVIS  DOB: 1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
FRANCES ROGERS DAVIS  DOB: 1961
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
ROGERS DAVIS FRANCES  DOB: 12/xx/1960
   xxx-xx-xxxx issued in Georgia  between  1/1/1971  and  12/31/1972
   **Previous And Non-Verified Address(es):**
3356 NIX CREEK RD, MARION, NC 28752-9568, MCDOWELL COUNTY (Sep 2003 - Sep 2015)
   **Current Residents at Address:**

    

FRANCES R DAVIS
PHILLIP ANTHON DAVIS
JOHNNY LEE LYNCH JR
CALEB LEE DAVIS
JOHNNY RASHAWN LYNCH
**Current phones listed at this address:**
828-738-3925 - EST LYNCH JOHNNY
828-777-7738

606 2ND ST, MORGANTON, NC 28655-3041, BURKE COUNTY (Nov 2004 - Apr 2006)
**Current Residents at Address:**
ANGELICA MICHELLE MONTALVO
828-777-7736

105 POPLAR DR, EATONTON, GA 31024-6043, PUTNAM COUNTY (Jan 1991 - 2004)
**Current Residents at Address:**
NOLA K ROGERS
CECILIE BENEDICT
336 GLADES RD, EATONTON, GA 31024-6226, PUTNAM COUNTY (Jun 1990 - Jan 2003)
**Current Residents at Address:**
RICARDO ARREOLA
706-485-8020 - EST GREEN GLADES FARM INC

863 CHURCH ST APT R4, EATONTON, GA 31024-6452, PUTNAM COUNTY (Nov 1985 - Jan 2003)
PO BOX 1011, EDINBURG, TX 78540-1011, HIDALGO COUNTY (Feb 1991 - Dec 1992)
**Current Residents at Address:**
PATRICIA S GRAY
345 BETHANY CHURCH RD, FAIRVIEW, NC 28730-9788, BUNCOMBE COUNTY
**Current Residents at Address:**
WILMA R HUNTLEY
NORMAN J HUNTLEY
**Current phones listed at this address:**
828-628-2233 - EST HUNTLEY NORMAN
828-777-7736


PHILLIP ANTHON DAVIS  DOB: 1/xx/1956
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
**Names Associated with Relative:**
PHILLIP ANTHONY DAVIS  DOB: 1/xx/1956
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHIL DAVIS  DOB: 1956
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHILLIP ANTHONY DAVIS  DOB: 1954
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHILLIP ANTHONY DAVIS  DOB: 1957
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHILIP A DAVIS  DOB: 1/xx/1956
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHILLIP ANTHONY DAVIS  DOB: 1955
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
PHILLIPS A DAVIS  DOB: 1/xx/1956
xxx-xx-xxxx issued in Georgia  between  1/1/1966  and  12/31/1966
**Previous And Non-Verified Address(es):**
3356 NIX CREEK RD, MARION, NC 28752-9568, MCDOWELL COUNTY (Sep 2003 - 2016)
**Current Residents at Address:**
FRANCES R DAVIS
PHILLIP ANTHON DAVIS
JOHNNY LEE LYNCH JR
CALEB LEE DAVIS
JOHNNY RASHAWN LYNCH
**Current phones listed at this address:**
828-738-3925 - EST LYNCH JOHNNY
828-777-7736

606 2ND ST, MORGANTON, NC 28655-3041, BURKE COUNTY (Nov 2004 - Oct 2006)
**Current Residents at Address:**
ANGELICA MICHELLE MONTALVO
336 GLADES RD, EATONTON, GA 31024-6226, PUTNAM COUNTY (Jun 1990 - 2005)
**Current Residents at Address:**

RICARDO ARREOLA
706-485-8020 - EST GREEN GLADES FARM INC

105 POPLAR DR, EATONTON, GA 31024-6043, PUTNAM COUNTY (Jan 1991 -  2004)
**Current Residents at Address:**
NOLA K ROGERS
CECILIE BENEDICT
863 CHURCH ST, EATONTON, GA 31024-6452, PUTNAM COUNTY (Jun 1984 - Jan 2003)
**Current Residents at Address:**
MANUEL M ALMANZA
SEBASTIAN R RUIZ HERNANDEZ
347 GLADES RD, EATONTON, GA 31024-6225, PUTNAM COUNTY (Apr 1984 - Jan 1988)
**Current Residents at Address:**
BARRY E DAVIS
BRYAN CHRISTOPHER DYER
JACK H DAVIS JR
706-485-7525

RR 2 BOX 73, EATONTON, GA 31024, PUTNAM COUNTY (Apr 1984)
55 QUELLETTE RD, MILLS RIVER, NC 28759-9563, HENDERSON COUNTY
**Current Residents at Address:**
JACOB RYAN WARREN
JOANNA LAIEL WARREN
828-513-1552 - EST WARREN JOANNA


CALEB LEE DAVIS                          DOB: 3/xx/1986
**Names Associated with Relative:**
CALEB L DAVIS                            DOB: 3/xx/1986
CALEB LEE DAVIS                          DOB: 1987
CALEB LEE DAVIS                          DOB: 1984
CALEB LEE DAVIS                          DOB: 1985
**Previous And Non-Verified Address(es):**
3356 NIX CREEK RD, MARION, NC 28752-9568, MCDOWELL COUNTY (Nov 2004 -  2013)
**Current Residents at Address:**
FRANCES R DAVIS
PHILLIP ANTHON DAVIS
JOHNNY LEE LYNCH JR
CALEB LEE DAVIS
JOHNNY RASHAWN LYNCH
**Current phones listed at this address:**
828-738-3925 - EST LYNCH JOHNNY
828-448-2431

606 2ND ST, MORGANTON, NC 28655-3041, BURKE COUNTY (Nov 2004 - Jan 2006)
**Current Residents at Address:**
ANGELICA MICHELLE MONTALVO
828-777-7736


PATRICIA A DAVIS  DOB: 9/xx/1965
xxx-xx-xxxx issued in Illinois  between  1/1/1978  and  12/31/1979
**Previous And Non-Verified Address(es):**
504 N STATE ST APT A, PANA, IL 62557-1085, CHRISTIAN COUNTY (Mar 2001 - Dec 2011)
**Current Residents at Address:**
PATRICIA A DAVIS
DANIEL V DAVIS
217-562-2591

504 N STATE ST APT C, PANA, IL 62557-1085, CHRISTIAN COUNTY (Feb 2001 - May 2005)
**Current Residents at Address:**
CLINTON D MOORE
217-562-2591

RR 3 BOX 128, PANA, IL 62557-7604, SHELBY COUNTY (Apr 1999 - Mar 2001)
**Current Residents at Address:**
JANICE KAY JONES
JULIE ANN HADLEY
DAVID LEE JONES II
RONALD W MILLER

RR 3 APT 128, HILLSBORO, IL 62049-9803, MONTGOMERY COUNTY (Mar 1999 - Jan 2000)
RR 128, HILLSBORO, IL 62049, MONTGOMERY COUNTY (Mar 1999)
RR 1 BOX 73, ROSAMOND, IL 62083-9801, CHRISTIAN COUNTY (Mar 1995 - Jan 1999)
810 E POPLAR ST, TAYLORVILLE, IL 62568-1927, CHRISTIAN COUNTY (Jun 1993 - Jan 1999)
    **Current Residents at Address:**
      RAPHAEL ANTHONY GARLINGHOUSE
29 S LOCUST ST APT 1, PANA, IL 62557-1462, CHRISTIAN COUNTY (Mar 1994)


SHIRLEY ANN GRAGG  DOB: 10/xx/1966
    xxx-xx-xxxx issued in Arizona  between  1/1/1978  and  12/31/1978


    **Names Associated with Relative:**
SHIRLEY ANN DAVIS  DOB: 10/xx/1966
    xxx-xx-xxxx issued in Arizona  between  1/1/1978  and  12/31/1978

SHIRLEY GRAGG  DOB: 10/xx/1966
    xxx-xx-xxxx issued in Arizona  between  1/1/1963  and  12/31/1964
        SSN belongs to a person reported as deceased.
S DAVIS  DOB: 10/xx/1966
    xxx-xx-xxxx issued in Arizona  between  1/1/1978  and  12/31/1978

SHIRLEY GRAGG  DOB: 10/xx/1966
    xxx-xx-xxxx issued in Arizona  between  1/1/1978  and  12/31/1978


    **Previous And Non-Verified Address(es):**
530 N MAIN ST, OSHKOSH, WI 54901-4963, WINNEBAGO COUNTY (Jan 2016)
2205 PIPELINE RD APT 5307, CLEBURNE, TX 76033-7784, JOHNSON COUNTY (Oct 2015)
4150 E HARTFORD AVE, PHOENIX, AZ 85032-2223, MARICOPA COUNTY (Feb 2008 - Mar 2008)
    **Current Residents at Address:**
      ALFREDO T TREVEDAN
      SONIA TREVEDAN
99418 STATELINE LN, BROOKINGS, OR 97415-9311, CURRY COUNTY (Nov 2005 - Dec 2005)
    **Current Residents at Address:**
      NORMAN LAIRD MCALLISTER
PO BOX 676, RIDDLE, OR 97469-0676, DOUGLAS COUNTY (Mar 2005 - Apr 2005)
    **Current Residents at Address:**
      JULIUS H HUBBARD
2129 E ASPEN AVE, MESA, AZ 85204-1475, MARICOPA COUNTY (Apr 1996 - Apr 2005)
    **Current Residents at Address:**
      LINH T HUYNH
      CINDI L ANAYA
      DUNG ANH HUYNH
      SANDRINE NHUYEN HUYNH
      SION HUYNH
3803 W BLACKHAWK DR, GLENDALE, AZ 85308-2276, MARICOPA COUNTY (Mar 1996 - Aug 2004)
    **Current Residents at Address:**
      DARREN DEAN MCCREARY
      PETER C TRUJILLO
      623-849-2269


3014 N 63RD AVE, PHOENIX, AZ 85033-5702, MARICOPA COUNTY (Jul 1991 - Jan 2003)
    **Current Residents at Address:**
      ANTELMO LAZALDE
      623-849-2269


20015 N 27TH ST, PHOENIX, AZ 85050-1313, MARICOPA COUNTY (Mar 1999)
    **Current Residents at Address:**
      PAUL RANDOLPH DIRLIK
      SANDRA L DIPASQUALE
      HUGH RICHARD GRUNTLER
      602-867-7429 - MST GRUNTLER HUGH R


3843 E LARKSPUR DR, PHOENIX, AZ 85032-7345, MARICOPA COUNTY (Jun 1997)
    **Current Residents at Address:**
      LONDON J ANDERSON
      ALEXANDER G ECKERT
      BRENDA F ECKERT
      623-849-2269

DIANE DAVIS
**Previous And Non-Verified Address(es):**
3842 W MOHAWK LN, GLENDALE, AZ 85308-2125, MARICOPA COUNTY (Oct 2001)
    **Current Residents at Address:**
      FRED LEON CRECELIUS JR
      LAURA ANN CRECELIUS
      623-516-7862 - MST CRECELIUSFREDF


**D** ROBERT W ANGLIN  DOB: 3/xx/1956 DOD:7/19/2000 Age at Death: 44 (Born 60 years ago) - Proof
xxx-xx-xxxx issued in Oregon  between  1/1/1971  and  12/31/1973
🚩SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

**D** BOB W ANGLIN  DOB: 3/xx/1956 DOD:7/19/2000 Age at Death: 44 (Born 60 years ago) - Proof
xxx-xx-xxxx issued in Oregon  between  1/1/1971  and  12/31/1973
🚩SSN belongs to a person reported as deceased.

**D** ROBERT W ANGLIN  DOB: 3/xx/1956 DOD:7/19/2000 Age at Death: 44 (Born 60 years ago) - Proof
xxx-xx-xxxx issued in Oregon  between  1/1/1971  and  12/31/1973
🚩SSN belongs to a person reported as deceased.

**D** ROBERT ANQLIN  DOB: 3/xx/1956 DOD:7/19/2000 Age at Death: 44 (Born 60 years ago) - Proof
xxx-xx-xxxx issued in Oregon  between  1/1/1971  and  12/31/1973
🚩SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
HC 83 BOX 1702, COQUILLE, OR 97423-9802, COOS COUNTY (Oct 1997 - Aug 2007)
RR 1 BOX 2770, COQUILLE, OR 97423-9801, COOS COUNTY (May 1994 - Jan 2003)
55294 LEE VALLEY RD, COQUILLE, OR 97423-7716, COOS COUNTY (Feb 2001)
1702 HC 83 BOX 1702, COQUILLE, OR 97423, COOS COUNTY (Dec 1999)
RR 1 BOX 2770, ROSEBURG, OR 97470, DOUGLAS COUNTY (May 1994)
12 HC 84OL, MYRTLE POINT, OR 97458, COOS COUNTY (Apr 1993)
84 HC 84 POB L 12 BOX 0L12, MYRTLE POINT, OR 97458, COOS COUNTY (Oct 1992)
HC BOX L12, MYRTLE POINT, OR 97458, COOS COUNTY (Sep 1992)
927 W 16TH ST, COQUILLE, OR 97423-1079, COOS COUNTY (Oct 1986 - Aug 1992)
    **Current Residents at Address:**
      BRIAN SIDNEY EDWARDS
      TRUDI L EDWARDS
      MENDY ANN THOMAS
      JAMES R SULLIVAN


**Possible Relative:**
ROBERT LYNN ANGLIN  DOB: 3/xx/1957
    xxx-xx-xxxx issued in Idaho  between  1/1/1969  and  12/31/1970
    **Names Associated with Relative:**
    ROBERT ANGLIN  DOB: 3/xx/1957
      xxx-xx-xxxx issued in Idaho  between  1/1/1969  and  12/31/1970
    ROBERT L ANGLIN  DOB: 3/xx/1957
      xxx-xx-xxxx issued in Idaho  between  1/1/1969  and  12/31/1970
    ROBERT L ANGLIN  DOB: 1958
      xxx-xx-xxxx issued in Idaho  between  1/1/1969  and  12/31/1970
    ROBERT LYNN ANGLIN  DOB: 1960
      xxx-xx-xxxx issued in Idaho  between  1/1/1969  and  12/31/1970
    ROBERT ANGLIN  DOB: 3/xx/1957
      xxx-xx-xxxx issued in Florida  between  1/1/1988  and  12/31/1988
    **Previous And Non-Verified Address(es):**
2838 NE CANYON PARK DR, BEND, OR 97701-5852, DESCHUTES COUNTY (Nov 2011 - Jul 2013)
    **Current Residents at Address:**
      ROBERT LYNN ANGLIN
      CHERRI JEAN TRUDELLWILSON
      DAVID C MILLER
      CLAYTON F HORN
      PICHIT F HORN
PO BOX 6163, BEND, OR 97708-6163, DESCHUTES COUNTY (Feb 2001 - Sep 2011)
    **Current Residents at Address:**
      MARCUS D TRUDELL
      KEVIN DUANE THOMPSON
1735 NE CANYON PARK DR, BEND, OR 97701-5851, DESCHUTES COUNTY (Dec 2008 - Jan 2009)
    **Current Residents at Address:**
      DAVID ANAYA
      LUANE ANN AUSTIN

TROY M TRUDELL
SIERRA SABADIN
BRITTANY F ANAYA
ASHLEY A ANAYA
63354 BRODY LN, BEND, OR 97701-8504, DESCHUTES COUNTY (Sep 2003 - Apr 2008)
**Current Residents at Address:**
CRYSTAL L DOUGLAS
STEVEN JAY PLESS
JERAMY DEAN RYNNING
541-312-9227


225 S 37TH ST, SPRINGFIELD, OR 97478-6333, LANE COUNTY (Jun 1999 - Oct 2007)
**Current Residents at Address:**
JASON ALLEN CAGLE
541-744-9108


3375 BELL AVE, EUGENE, OR 97402-2367, LANE COUNTY (Sep 1999 - Jan 2003)
**Current Residents at Address:**
BARBARA J BROWN
JOEL L LEE
LYNN A ELSTON
ELIZABETH L SPANNUTH
PO BOX 2244, EUGENE, OR 97402-0075, LANE COUNTY (Mar 1999 - Jan 2003)
**Current Residents at Address:**
TIFFANY L CHAPMAN
26060 FLECK RD, VENETA, OR 97487-9534, LANE COUNTY (Mar 1992 - Jan 2003)
**Current Residents at Address:**
CHARLES WILLIA STOVALL
MICHAEL SHANE STOVALL
685 FIGUEROA ST, EUGENE, OR 97402-2383, LANE COUNTY (Oct 1992 - Oct 2000)
**Current Residents at Address:**
DEENA G DRAKE
STEVE M TADDEI JR
PO BOX 24926, EUGENE, OR 97402-0444, LANE COUNTY (Mar 1995)


CHERRI JEAN TRUDELLWILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
**Names Associated with Relative:**
CHERRI WILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERRI JEAN WILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERRI ANGLIN  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERI WILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERRI TRUDELL WILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERRI WILSON  DOB: 1956
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
SHERRI WILSON  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
CHERI ANGLIN  DOB: 9/xx/1955
xxx-xx-xxxx issued in Oregon  between  1/1/1970  and  12/31/1970
**Previous And Non-Verified Address(es):**
2838 NE CANYON PARK DR, BEND, OR 97701-5852, DESCHUTES COUNTY (Nov 2011 - Jul 2013)
**Current Residents at Address:**
ROBERT LYNN ANGLIN
CHERRI JEAN TRUDELLWILSON
DAVID C MILLER
CLAYTON F HORN
PICHIT F HORN
1735 NE CANYON PARK DR, BEND, OR 97701-5851, DESCHUTES COUNTY (Dec 2008 - Jan 2009)
**Current Residents at Address:**
DAVID ANAYA
LUANE ANN AUSTIN
TROY M TRUDELL
SIERRA SABADIN
BRITTANY F ANAYA
ASHLEY A ANAYA

63354 BRODY LN, BEND, OR 97701-8504, DESCHUTES COUNTY (Apr 2008)
**Current Residents at Address:**
    CRYSTAL L DOUGLAS
    STEVEN JAY PLESS
    JERAMY DEAN RYNNING
3375 BELL AVE, EUGENE, OR 97402-2367, LANE COUNTY (Oct 2000 - Oct 2007)
**Current Residents at Address:**
    BARBARA J BROWN
    JOEL L LEE
    LYNN A ELSTON
    ELIZABETH L SPANNUTH
3817 PEPPERTREE DR, EUGENE, OR 97402-2919, LANE COUNTY (Dec 1996 - Oct 2007)
**Current Residents at Address:**
    CAROL B CLEMENS
    541-357-4342 - PST CLEMENS CAROL B

685 FIGUEROA ST, EUGENE, OR 97402-2383, LANE COUNTY (Nov 1993 - Oct 2007)
**Current Residents at Address:**
    DEENA G DRAKE
    STEVE M TADDEI JR
PO BOX 2244, VENETA, OR 97487, LANE COUNTY (Feb 1999 - Oct 2000)
88002 6TH ST, VENETA, OR 97487-9710, LANE COUNTY (Sep 1992 - Nov 1994)
**Current Residents at Address:**
    KELLYANNE C BRADLEY
    DONALD RAY ESLINGER
    DAVID A GAMACHE
PO BOX 24926, EUGENE, OR 97402-0444, LANE COUNTY (Oct 1994)
89141 FOREST VIEW DR, ELMIRA, OR 97437-9727, LANE COUNTY (Jun 1990 - Dec 1992)
**Current Residents at Address:**
    AMY V SIEGFRIED

NATALIE ANN ANGLIN  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

**Names Associated with Relative:**
NATALIE A BARNES  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATAALIE A BARNES  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE ANN CROSS  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE BARNES  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE ANN BARNES  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE A BARNS  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE AKABARNES  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE A BARNES  DOB: 1969
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

NATALIE A BARNES                DOB: 5/xx/1968
NATALIE A BARNESANGLIN  DOB: 5/xx/1968
    xxx-xx-xxxx issued in Oregon  between  1/1/1983  and  12/31/1984

**Previous And Non-Verified Address(es):**
1540 UMATILLA ST SW, ALBANY, OR 97321-2168, LINN COUNTY (Oct 2014 - Jun 2016)
**Current Residents at Address:**
    NATALIE ANN ANGLIN
    SHASTA A BARNES
    JEFFERY K HELMIG
6265 GEER ST, WEST LINN, OR 97068-2735, CLACKAMAS COUNTY (Aug 2011)

**Current Residents at Address:**
　　DOUGLAS C KISER
　　ALYSSA FILAN
1709 BLANKENSHIP RD APT 58, WEST LINN, OR 97068-4158, CLACKAMAS COUNTY (Jun 2008 - Aug 2008)
11496 SE 90TH AVE APT 832, HAPPY VALLEY, OR 97086-2651, CLACKAMAS COUNTY (Mar 2006 - Oct 2007)
　　**Current Residents at Address:**
　　　　ISAAC C ROCHESTER
9009 SE CAUSEY AVE APT E10, HAPPY VALLEY, OR 97086-8507, CLACKAMAS COUNTY (Sep 2005 - Oct 2007)
822 W FRANCIS ST, ROSEBURG, OR 97471-2736, DOUGLAS COUNTY (Jan 2003 - Oct 2007)
　　**Current Residents at Address:**
　　　　JEFFREY DEAN BLACK
　　　　TINA MARIE PRUNTY
　　　　CHANTY LYTSELL
　　　　JAVIER CAMACHO PICAZO
　　　　541-673-4342

2527 NW EDENBOWER BLVD APT 74, ROSEBURG, OR, 97471-8807, DOUGLAS COUNTY (Jul 2004 - Mar 2006)
　　**Current Residents at Address:**
　　　　ROBERT GORDON ILER
2118 S D ST, SPOKANE, WA 99224-4733, SPOKANE COUNTY (Oct 1996 - Jan 2006)
　　**Current Residents at Address:**
　　　　DANIEL K MEEKS
　　　　KENNA L MEEKS
9009 SE CAUSEY AVE APT E10, PORTLAND, OR 97266-8507, CLACKAMAS COUNTY (Aug 2004 - Sep 2005)
329 TROUT LOOP 16, ROSEBURG, OR 97471-7021, DOUGLAS COUNTY (Jun 2000 - Jan 2003)

BOBBY D ANGLIN DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

**Names Associated with Relative:**
BOBBY DALE ANGLIN JR  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

BOB ANGLIN  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

BOBBY D ANGLIN  DOB: 1967
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

BOBBY S ANGLIN JR  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

BOBBY DALE ANGLIN JR  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

ANGLIN BOBBY D JR  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

B ANGLIN  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

BOBBIE ANGLIN  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981

ROBERT ANGLIN  DOB: 12/xx/1966
　　xxx-xx-xxxx issued in Oregon  between  1/1/1980  and  12/31/1981
　　📌SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
1113 STRICKLAND CANYON RD, ROSEBURG, OR 97471-8617, DOUGLAS COUNTY (Jun 2008)
　　**Current Residents at Address:**
　　　　JONATHAN P PIERCE
　　　　541-672-1792

435 HARMONY DR, ROSEBURG, OR 97471-4740, DOUGLAS COUNTY (Nov 2005 - Jan 2008)
　　**Current Residents at Address:**
　　　　MARY LOU KOENIG
　　　　RENE CARLOS SANTOS
　　　　EDDIE J ZAMORA
　　　　AMBER DANIELLE ZAMORA
　　　　MARC WILSON

EMILY C SANTOS
541-672-1792

927 W 16TH ST, COQUILLE, OR 97423-1079, COOS COUNTY (Jun 2001 - Oct 2007)
**Current Residents at Address:**
BRIAN SIDNEY EDWARDS
TRUDI L EDWARDS
MENDY ANN THOMAS
JAMES R SULLIVAN
329 TROUT LOOP APT 16, ROSEBURG, OR 97471-7021, DOUGLAS COUNTY (Apr 1999 - Aug 2007)
1912 NE WINDY TREE CT, BEND, OR 97701-6612, DESCHUTES COUNTY (Jan 1999 - Jan 2003)
**Current Residents at Address:**
DARCEY R COSTELLO
JEREMIAH LEE MCCULLOUGH
60655 RIVER BEND DR, BEND, OR 97702-8945, DESCHUTES COUNTY (Sep 1998 - Jan 2003)
**Current Residents at Address:**
KATHLEEN S PERKINS
ROBERT SANFORD PERKINS
SCOTT A VICTOR
2516 E CASPER DR, SPOKANE, WA 99223-9505, SPOKANE COUNTY (Apr 1996 - Jan 2003)
**Current Residents at Address:**
MISTY D KESTELL
NATHAN C KJACK
NATALIE KESTELL
754 SE FLINT ST, ROSEBURG, OR 97470-3428, DOUGLAS COUNTY (Dec 2002)
**Current Residents at Address:**
RUBEN R BLEVENS
JAMES A PARSONS
CORRINA GONZALEZ
541-672-1792

822 W FRANCIS ST, ROSEBURG, OR 97471-2736, DOUGLAS COUNTY (Jul 2002 - Oct 2002)
**Current Residents at Address:**
JEFFREY DEAN BLACK
TINA MARIE PRUNTY
CHANTY LYTSELL
JAVIER CAMACHO PICAZO
431 N CAMMANN ST, COOS BAY, OR 97420-3401, COOS COUNTY (Mar 2001 - Jun 2001)
**Current Residents at Address:**
MELINDA JO SIMONES
JASON E NORRIS
BOBBY CARROL NORRIS
PATRICIA EILEEN NORRIS
**Current phones listed at this address:**
541-808-2044 - PST NORRIS BOBBY J
541-888-2101 - PST SIMONES MELINDA J

JEFF A ANGLIN                          DOB: 5/xx/1988
**Names Associated with Relative:**
JEFFREY ALLEN ANGLIN                          DOB: 5/xx/1988
JEFFREY A ANGLIN                          DOB: 5/xx/1988
JEFFREY A ANGLIN                          DOB: 1989
**Previous And Non-Verified Address(es):**
492 ALDER ST, YONCALLA, OR 97499-7503, DOUGLAS COUNTY (Nov 2014)
**Current Residents at Address:**
DANA GAY DUMONT
JOSE M PEINADO
AMANDA CARMEN VALENCIA
JAMES HENRY FRY JR
MELISA DERRICK
PO BOX 992, YONCALLA, OR 97499-0992, DOUGLAS COUNTY (Dec 2013 - Jul 2014)
**Current Residents at Address:**
JEFF A ANGLIN
3818 KROHN LN, ROSEBURG, OR 97471-9355, DOUGLAS COUNTY (Jun 2013 - Jul 2013)
**Current Residents at Address:**
MARTI V ANGLIN
BOBBY D ANGLIN
541-733-6169

1113 STRICKLAND CANYON RD, ROSEBURG, OR 97471-8617, DOUGLAS COUNTY
**Current Residents at Address:**
JONATHAN P PIERCE
541-673-4342


BOBBY D ANGLIN DOB: 7/xx/1944
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

**Names Associated with Relative:**
BOBBY DALE ANGLIN SR  DOB: 7/xx/1944
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

BOBBY DALE ANGLIN SR  DOB: 1945
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

BOBBY D ANGLIN SR  DOB: 7/1949
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

BOBBY DALE ANGLIN SR  DOB: 7/xx/1949
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

B ANGLIN  DOB: 7/xx/1944
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

BOB ANGLIN  DOB: 7/xx/1944
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

BOB S ANLGIN  DOB: 1944
xxx-xx-xxxx issued in California  between  1/1/1960  and  12/31/1961

**Previous And Non-Verified Address(es):**
3818 KROHN LN, ROSEBURG, OR 97471-9355, DOUGLAS COUNTY (Dec 2005 - Aug 2016)
**Current Residents at Address:**
MARTI V ANGLIN
BOBBY D ANGLIN
541-391-9579


1224 NE WALNUT ST APT 183, ROSEBURG, OR 97470-2026, DOUGLAS COUNTY ( 2005 -  2009)
153 OWYHEE LN APT 57, ROSEBURG, OR 97471-7022, DOUGLAS COUNTY (Apr 1999 - Aug 2007)
**Current Residents at Address:**
CHARLES R WALLIS
2705 NE FLOWER CT, BEND, OR 97701-6471, DESCHUTES COUNTY (Jul 1995 - Aug 2007)
**Current Residents at Address:**
DUSTI RENE KERSHNER
VERONICA MICHELLE MONTES
3611 NW BROAD ST, ROSEBURG, OR 97471-6709, DOUGLAS COUNTY (Jul 2002 - Oct 2006)
PO BOX 7523, BEND, OR 97708-7523, DESCHUTES COUNTY (Feb 1995 - Jan 2003)
**Current Residents at Address:**
MICHAEL JEROME DWELLE
3318 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Jan 1985 - Jan 2003)
**Current Residents at Address:**
SCOTT LEONARD LYNCH
JENNIFER W KELSON
MICHAEL MEEK
PO BOX 5000, ROGERS, AR 72757-5000, BENTON COUNTY (Jan 1995)
9379 SUMMERS RD, ROGERS, AR 72756-8519, BENTON COUNTY (Nov 1994 - Jan 1995)
**Current Residents at Address:**
THOMAS JOHN ARNOLD
MICHAEL J CORDES
RHONDA G SIMMONS
SHARON S SIMMONS


MARTI V ANGLIN DOB: 9/xx/1945
xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

**Names Associated with Relative:**
MARTHA VIOLA ANGLIN DOB: 9/xx/1945
xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

MARETHA V ANGLIN  DOB: 9/xx/1945
    xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

MARTHA VIOLA ANGLIN  DOB: 9/xx/1944
    xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

M ANGLIN  DOB: 9/xx/1945
    xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

MARTHA VIOLA ANGLIN  DOB: 9/xx/1945
    xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

MANTI ANGLIN
    xxx-xx-xxxx issued in Oregon  between  1/1/1961  and  12/31/1963

**Previous And Non-Verified Address(es):**
3818 KROHN LN, ROSEBURG, OR 97471-9355, DOUGLAS COUNTY (Dec 2005 - Aug 2016)
    **Current Residents at Address:**
        MARTI V ANGLIN
        BOBBY D ANGLIN
        541-637-0299

1224 NE WALNUT ST APT 183, ROSEBURG, OR 97470-2026, DOUGLAS COUNTY ( 2005 -  2009)
2705 NE FLOWER CT, BEND, OR 97701-6471, DESCHUTES COUNTY (Jun 1995 - Aug 2007)
    **Current Residents at Address:**
        DUSTI RENE KERSHNER
        VERONICA MICHELLE MONTES
        541-383-2875

3611 NW BROAD ST, ROSEBURG, OR 97471-6709, DOUGLAS COUNTY (Jul 2002 - Nov 2006)
1113 STRICKLAND CANYON RD, ROSEBURG, OR 97471-8617, DOUGLAS COUNTY (Dec 2005)
    **Current Residents at Address:**
        JONATHAN P PIERCE
153 OWYHEE LN APT 57, ROSEBURG, OR 97471-7022, DOUGLAS COUNTY (Apr 1999 - Jan 2003)
    **Current Residents at Address:**
        CHARLES R WALLIS
PO BOX 7523, BEND, OR 97708-7523, DESCHUTES COUNTY (Feb 1995 - Jan 2003)
    **Current Residents at Address:**
        MICHAEL JEROME DWELLE
3318 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Jan 1985 - Jan 2003)
    **Current Residents at Address:**
        SCOTT LEONARD LYNCH
        JENNIFER W KELSON
        MICHAEL MEEK
PO BOX 7526, BEND, OR 97708-7526, DESCHUTES COUNTY (May 1995)
    **Current Residents at Address:**
        DONALD M SCHRIVER
PO BOX 5262, SHAWNEE, OK 74801, POTTAWATOMIE COUNTY (Jan 1985 - Apr 1995)

JAKE ANGLIN  DOB: 4/xx/1964
    xxx-xx-xxxx issued in Oregon  between  1/1/1979  and  12/31/1980
    **Names Associated with Relative:**
    JAKE O ANGLIN  DOB: 4/xx/1964
        xxx-xx-xxxx issued in Oregon  between  1/1/1979  and  12/31/1980
    JAKE ANGLEO  DOB: 4/1964
        xxx-xx-xxxx issued in California  between  1/1/1969  and  12/31/1970
    JAKE ANGLIN  DOB: 9/1964
        xxx-xx-xxxx issued in Oregon  between  1/1/1979  and  12/31/1980
    **Previous And Non-Verified Address(es):**
1956 SPICETREE LN SE, SALEM, OR 97306-3404, MARION COUNTY (Jan 2013 - Nov 2013)
    **Current Residents at Address:**
        SHEREEN LEA ANGLIN
        GERALDINE BAKER
        BRETT T TALLAN
        MELANIE A FARNSWORTH
        BRIAN LOUIS REISCHKE
        LAWRENCE P SPAULDING
        SONYA C STEVENS
        SOLOMON YUE
2705 NE FLOWER CT, BEND, OR 97701-6471, DESCHUTES COUNTY (Jan 1987 - Dec 2011)

**Current Residents at Address:**
DUSTI RENE KERSHNER
VERONICA MICHELLE MONTES
541-383-2875

2738 SW UMATILLA CT, REDMOND, OR 97756-8084, DESCHUTES COUNTY (Jan 1987 - Jan 1999)
61419 S HIGHWAY 97 STE G, BEND, OR 97702-2182, DESCHUTES COUNTY (Sep 1996 - Oct 1997)
        541-389-1343 - PST EXCELLECE IN TAXES, INC

PO BOX 7486, BEND, OR 97708-7486, DESCHUTES COUNTY (Aug 1995 - Jan 1996)
2010 S OLD WIRE RD, ROGERS, AR 72758-7566, BENTON COUNTY (Dec 1994 - Jan 1996)
        **Current Residents at Address:**
        MARIA M ESPINOSA
        SHELLEY R JASPER
9379 SUMMERS RD, ROGERS, AR 72756-8519, BENTON COUNTY (Feb 1995)
        **Current Residents at Address:**
        THOMAS JOHN ARNOLD
        MICHAEL J CORDES
        RHONDA G SIMMONS
        SHARON S SIMMONS
2817 S BATES RD, SPOKANE VALLEY, WA 99206-5931, SPOKANE COUNTY (Oct 1994 - Jan 1995)
        **Current Residents at Address:**
        DEANNA SUE COWETT
        DYLAN COWETT
3316 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Oct 1992 - Mar 1993)
        **Current Residents at Address:**
        DANIEL C SCHMEDDING
3318 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Jan 1987 - Dec 1992)
        **Current Residents at Address:**
        SCOTT LEONARD LYNCH
        JENNIFER W KELSON
        MICHAEL MEEK

SHEREEN LEA ANGLIN  DOB: 8/xx/1969
    xxx-xx-xxxx issued in Washington  between  1/1/1978  and  12/31/1979
    **Names Associated with Relative:**
SHEREEN L SHEPHERD  DOB: 8/1969
        xxx-xx-xxxx issued in Washington  between  1/1/1978  and  12/31/1979
SHEREEN ANGLIN  DOB: 8/xx/1969
        xxx-xx-xxxx issued in Washington  between  1/1/1978  and  12/31/1979
SHEREEN L ANGLIN  DOB: 8/1969
        xxx-xx-xxxx issued in Washington  between  1/1/1977  and  12/31/1978
                🖐SSN was linked to more than 2 people.
    **Previous And Non-Verified Address(es):**
1956 SPICETREE LN SE, SALEM, OR 97306-3404, MARION COUNTY (Jan 2013 - Nov 2013)
        **Current Residents at Address:**
        SHEREEN LEA ANGLIN
        GERALDINE BAKER
        BRETT T TALLAN
        MELANIE A FARNSWORTH
        BRIAN LOUIS REISCHKE
        LAWRENCE P SPAULDING
        SONYA C STEVENS
        SOLOMON YUE
2705 NE FLOWER CT, BEND, OR 97701-6471, DESCHUTES COUNTY (May 1996 - Dec 2011)
        **Current Residents at Address:**
        DUSTI RENE KERSHNER
        VERONICA MICHELLE MONTES
        541-383-2875

28710 S HIGHWAY 27, FAIRFIELD, WA 99012-9720, SPOKANE COUNTY (Jan 1987 - Jul 2007)
        **Current Residents at Address:**
        ALVIN LEONARD HIEMSTRA
        LONNAH R HIEMSTRA
        AL HIEMSTRA
    **Current phones listed at this address:**
        509-283-2438 - PST HIEMSTRA AL L
        330-3953

61419 S HIGHWAY 97 STE G, BEND, OR 97702-2182, DESCHUTES COUNTY (Jun 1996 - Aug 1999)

541-389-1343 - PST EXCELLECE IN TAXES, INC

2738 SW UMATILLA AVE, REDMOND, OR 97756-8099, DESCHUTES COUNTY (Jan 1987 - Jun 1996)
    **Current Residents at Address:**
      KATHRYN A ROGERS
      MICAH PAUL AVERY
PO BOX 7486, BEND, OR 97708-7486, DESCHUTES COUNTY (Nov 1995 - Jan 1996)
3316 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Nov 1992 - Jan 1995)
    **Current Residents at Address:**
      DANIEL C SCHMEDDING
3318 S RAYMOND CIR, SPOKANE VALLEY, WA 99206-6418, SPOKANE COUNTY (Jan 1987 - Jan 1995)
    **Current Residents at Address:**
      SCOTT LEONARD LYNCH
      JENNIFER W KELSON
      MICHAEL MEEK
2010 S OLD WIRE RD, ROGERS, AR 72758-7566, BENTON COUNTY (Dec 1994)
    **Current Residents at Address:**
      MARIA M ESPINOSA
      SHELLEY R JASPER
3020 S CLINTON RD, GREENACRES, WA 99016, SPOKANE COUNTY (Apr 1992 - Dec 1992)

**D** BILLIE I ANGLIN  DOB: 9/xx/1933 DOD:5/31/2001  (COOS, OR)  Age at Death: 67 (Born 83 years ago) - Verified
xxx-xx-xxxx issued in Oregon  between  1/1/1936  and  12/31/1951
  SSN belongs to a person reported as deceased.

JEFFREY C ANGLIN  DOB: 10/xx/1955
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
**Names Associated with Relative:**
JEFF ANGLIN  DOB: 10/xx/1955
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
JEFFERY ANGLIN  DOB: 10/xx/1955
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
JEFFRY C ANGLIN  DOB: 10/xx/1955
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
JEFFERY C ANGLEN  DOB: 10/xx/1955
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
**Previous And Non-Verified Address(es):**
1825 GOLDENROD ST, SARASOTA, FL 34239-5120, SARASOTA COUNTY (May 2016)
    **Current Residents at Address:**
      JEFFREY C ANGLIN
      WANIDA W CARLISLE
PO BOX 25902, SARASOTA, FL 34277-2902, SARASOTA COUNTY (Mar 2015)
2282 ARLINGTON ST, SARASOTA, FL 34239-2441, SARASOTA COUNTY (Nov 2006 - Feb 2015)
    **Current Residents at Address:**
      JEFFREY C ANGLIN
      PAUL WILLIAM POPE
      951-2666

5140 N HIGH ST APT 219, COLUMBUS, OH 43214-1567, FRANKLIN COUNTY (Nov 1979 - Aug 2007)
      941-349-1703

1878 PROSPECT ST, SARASOTA, FL 34239-2215, SARASOTA COUNTY ( 2002 - Nov 2006)
      941-951-2666

3961 ROBERTS POINT RD, SARASOTA, FL 34242-1160, SARASOTA COUNTY (Dec 1997 - Jan 2003)
    **Current Residents at Address:**
      DIANA E FRALICK
      941-349-1703

250 FRANKLIN ST, DUBLIN, OH 43017-1108, FRANKLIN COUNTY (Jun 1987 - Jan 2003)
    **Current Residents at Address:**
      LISA ANN MENDEN
      NICHOLAS ROBERT MENDEN
22488 LAIKA AVE, PORT CHARLOTTE, FL 33952-4727, CHARLOTTE COUNTY (Nov 1979 - Jan 2003)
    **Current Residents at Address:**
      NORMAND ADRIEN MAURICE SR
      BETTY B MAURICE
      PATRICK ALLEN MCLAIN JR
      941-979-9273 - EST MAURICE NORMAND

4022 BEAVER LN APT 600F, PORT CHARLOTTE, FL 33952-9246, CHARLOTTE COUNTY (Nov 1979 - Jan 2003)
     941-349-1703

8939 RIVERSIDE DR APT 22, POWELL, OH 43065-9610, DELAWARE COUNTY (Nov 1979 - Jan 2003)

**Possible Relative:**
KATHI LYNN DETER  DOB: 1/xx/1967
    xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    **Names Associated with Relative:**
    KATRINA DETER RAE  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    KATHI LYNNDETER HUDSON  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    KATHI L RAE  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    DETER HUDSON  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    KATRINA DETER RAE  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    KATRINA LYNNDETER HUDSON  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    KATRINA RAYE  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    K DETER  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    RAE KATRINA ANGLIN  DOB: 1/xx/1967
        xxx-xx-xxxx issued in Indiana  between  1/1/1972  and  12/31/1973

    **Previous And Non-Verified Address(es):**
340 CENTER RD, VENICE, FL 34285-5522, SARASOTA COUNTY (Nov 2012 - Jul 2016)
    **Current Residents at Address:**
        KATHI LYNN DETER
        ANDREW RAY HUDSON
217 GLENWOOD AVE, OSPREY, FL 34229-9362, SARASOTA COUNTY (Aug 2010 - Dec 2012)
    **Current Residents at Address:**
        KATHI LYNN DETER
        MARJORIE E LAFRANCE
        DIAN BI JIANG
        951-2666

2282 ARLINGTON ST, SARASOTA, FL 34239-2441, SARASOTA COUNTY (Nov 2006 - Aug 2011)
    **Current Residents at Address:**
        JEFFREY C ANGLIN
        PAUL WILLIAM POPE
        813-951-2666

3017 NE EVERETT ST APT, PORTLAND, OR 97232-3363, MULTNOMAH COUNTY (Jan 1995 - May 2009)
    **Current Residents at Address:**
        SHAWNA M BURKE
        503-239-1896

1878 PROSPECT ST, SARASOTA, FL 34239-2215, SARASOTA COUNTY (Apr 2006 - Feb 2007)
2434 N FARRAGUT ST, PORTLAND, OR 97217-6429, MULTNOMAH COUNTY (Mar 2001 - Sep 2006)
    **Current Residents at Address:**
        ELIZABETH G COLE
        PHIL EDWIN GORDON CUELLAR
        JOSE HERNANDEZ
        EURIZIEL PEREZ
        JOSE M MARTINEZ
526 RAWLS AVE APT 3, SARASOTA, FL 34236-7544, SARASOTA COUNTY (Apr 2006)

**Current Residents at Address:**
LEROY A SCHLABACH
3032 59TH STREET CT W, BRADENTON, FL 34209-6937, MANATEE COUNTY (Apr 2004)
    **Current Residents at Address:**
    BETSABE BALDERAS
1936 SE 41ST AVE, PORTLAND, OR 97214-5238, MULTNOMAH COUNTY (Nov 1985 - Jan 2003)
    **Current Residents at Address:**
    JERRY J SUTHERLAND
5109 1ST AVE W, BRADENTON, FL 34209-2701, MANATEE COUNTY (Jan 1985 - Jan 1995)
    **Current Residents at Address:**
    BARBARA LYNN OTOOLE
    DENNIS J OTOOLE
    503-239-1896


**Possible Relative:**
ANDREW RAY HUDSON  DOB: 10/xx/1972
    xxx-xx-xxxx issued in Oregon  between  1/1/1988  and  12/31/1988

    **Names Associated with Relative:**
    DREW HUDSON  DOB: 10/xx/1972
        xxx-xx-xxxx issued in Oregon  between  1/1/1988  and  12/31/1988

    ANDREW R DETER HUDSON  DOB: 10/xx/1972
        xxx-xx-xxxx issued in Oregon  between  1/1/1988  and  12/31/1988

    **Previous And Non-Verified Address(es):**
    3844 GOCIO RD, SARASOTA, FL 34235-6754, SARASOTA COUNTY (Nov 2012 - May 2014)
        **Current Residents at Address:**
        NANCY MORRIS GRANT
        THOMAS C GRANT
        WILHELMINA E MICHAEL
        941-487-8343 - EST GRANT NANCY M

    6320 GEORGIA AVE, BRADENTON, FL 34207-5029, MANATEE COUNTY (Aug 2012 - May 2014)
        **Current Residents at Address:**
        JAYNE CHRISTINE COBB
        ANDREW RAY HUDSON
        MARTHA ELLEN TEETER
    2205 11TH ST W, BRADENTON, FL 34205-7019, MANATEE COUNTY (Jun 2006 -  2009)
        **Current Residents at Address:**
        KIM M CLARK
        JAMES DEWEY DYE
        MARGIE LYNN STRATTON
        JOSUE RODAS
        941-812-5073

    3017 NE EVERETT ST APT, PORTLAND, OR 97232-3363, MULTNOMAH COUNTY (Feb 1995 - Oct 2007)
        **Current Residents at Address:**
        SHAWNA M BURKE
        503-239-1896

    2901 26TH ST W, BRADENTON, FL 34205-3700, MANATEE COUNTY (May 2002 - Sep 2004)
    1507 13TH ST W, BRADENTON, FL 34205-7240, MANATEE COUNTY (Apr 2004)
        941-794-1948 - EST BRADLEY KELLY A

    1307 SW BROADWAY APT 10, PORTLAND, OR 97201-3410, MULTNOMAH COUNTY (Nov 1992 - Jan 2003)
        503-239-1896

    PO BOX 3004, LA GRANDE, OR 97850-7004, UNION COUNTY (Oct 1991 - Jan 2003)
    1936 SE 41ST AVE, PORTLAND, OR 97214-5238, MULTNOMAH COUNTY (Oct 1991 - Jun 1994)
        **Current Residents at Address:**
        JERRY J SUTHERLAND
        503-239-1896

    1307 SW BROADWAY APT 2, PORTLAND, OR 97201-3410, MULTNOMAH COUNTY (Jun 1993)

KEITH LOWELL DETER  DOB: 7/xx/1936
    xxx-xx-xxxx issued in Indiana  between  1/1/1952  and  12/31/1953
    **Names Associated with Relative:**

K DETER  DOB: 7/xx/1936
    xxx-xx-xxxx issued in Indiana  between  1/1/1952  and  12/31/1953
KATHI L DETER  DOB: 7/xx/1936
    xxx-xx-xxxx issued in Indiana  between  1/1/1952  and  12/31/1953
**Previous And Non-Verified Address(es):**
4515 PARK LAKE TER N 1, BRADENTON, FL 34209-6213, MANATEE COUNTY (Aug 1998 - Dec 2015)
    941-794-1601

2903 W D ST, GREELEY, CO 80631-1205, WELD COUNTY ( 2014 - Nov 2015)
    **Current Residents at Address:**
        CAROL LEE DETER
        KEITH LOWELL DETER
340 CENTER RD, VENICE, FL 34285-5522, SARASOTA COUNTY (Jun 2013 - Sep 2015)
    **Current Residents at Address:**
        KATHI LYNN DETER
        ANDREW RAY HUDSON
5109 1ST AVE W, BRADENTON, FL 34209-2701, MANATEE COUNTY (Oct 1989 - Jan 2003)
    **Current Residents at Address:**
        BARBARA LYNN OTOOLE
        DENNIS J OTOOLE
        941-794-1601

3402 GLENHILLS DR, DECHERD, TN 37324, FRANKLIN COUNTY (Jul 1998)
    941-794-1601

5504 1ST AVE W, BRADENTON, FL 34209-2636, MANATEE COUNTY (Mar 1993)
    **Current Residents at Address:**
        JASMIN E RAMDASS
        HARNARINE D RAMDASS
        MARYANN ANN K RAMDASS
        MARRION D RAMDASS
51091 W 1 AVE, BRADENTON, FL 33529 (Jul 1985)
3402 GLEN HILLS ST, RICHMOND, IL 60071, MCHENRY COUNTY (Jul 1985)

DETER SETH HUDSON        DOB: 11/xx/1996
    **Previous And Non-Verified Address(es):**
    340 CENTER RD, VENICE, FL 34285-5522, SARASOTA COUNTY
        **Current Residents at Address:**
            KATHI LYNN DETER
            ANDREW RAY HUDSON

CAROL LEE DETER  DOB: 7/xx/1939
    xxx-xx-xxxx issued in Indiana  between  1/1/1954  and  12/31/1955
**Names Associated with Relative:**
CAROL J DETER  DOB: 7/xx/1939
    xxx-xx-xxxx issued in Indiana  between  1/1/1954  and  12/31/1955
C DETER  DOB: 7/xx/1939
    xxx-xx-xxxx issued in Indiana  between  1/1/1954  and  12/31/1955
**Previous And Non-Verified Address(es):**
2903 W D ST, GREELEY, CO 80631-1205, WELD COUNTY ( 2014 - Dec 2015)
    **Current Residents at Address:**
        CAROL LEE DETER
        KEITH LOWELL DETER
4515 PARK LAKE TER N 1, BRADENTON, FL 34209-6213, MANATEE COUNTY (Aug 1998 - Oct 2015)
    941-794-1601

5109 1ST AVE W, BRADENTON, FL 34209-2701, MANATEE COUNTY (Jun 1993 - Jan 2005)
    **Current Residents at Address:**
        BARBARA LYNN OTOOLE
        DENNIS J OTOOLE
6109 1ST AVE W, BRADENTON, FL 34209-2426, MANATEE COUNTY (Nov 1994 - Jan 2003)
    941-794-1601

3402 GLENHILLS DR, DECHERD, TN 37324, FRANKLIN COUNTY (Jul 1998)
    941-794-1601

51091 W 1 AVE, BRADENTON, FL 33529 (Jul 1985)
3402 GLEN HILLS ST, RICHMOND, IL 60071, MCHENRY COUNTY (Jul 1985)

CONNIE RAE ANGLIN  DOB: 6/xx/1953

xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
**Names Associated with Relative:**
CONNIE R GRANDOMINIC  DOB: 6/xx/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
CONNIE K GRANDOMINICO  DOB: 6/xx/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
CONNIE R ANGLIN  DOB: 6/1952
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
CONNIE R GRANDOMINIC  DOB: 6/1952
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
CONNIE ANGLIN  DOB: 6/xx/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
C R GRANDOMINICO            DOB: 6/xx/1953
CONNIE GRANDMINICO  DOB:6/xx/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
CONNIE R GRANDOMINICO            DOB: 6/xx/1953
**Previous And Non-Verified Address(es):**
204 RIVERVIEW CIR APT 103, HIGH SPRINGS, FL 32643-8729, COLUMBIA COUNTY (Sep 2015 - May 2016)
    **Current Residents at Address:**
        JOSHUA PAUL MIRANDA
1725 NW 7TH ST, GAINESVILLE, FL 32609-8521, ALACHUA COUNTY (Aug 2014)
    **Current Residents at Address:**
        CONNIE RAE ANGLIN
        JUSTICE LEE STEELE
        KELLY BROOK MACLELLAN
2523 NW 6TH ST APT 1, GAINESVILLE, FL 32609-0919, ALACHUA COUNTY (Aug 2014)
    **Current Residents at Address:**
        ERIN A NEFF
        ZACK ROSS KENNEDY
501 NW 30TH AVE, GAINESVILLE, FL 32609-2918, ALACHUA COUNTY (Jan 2014)
    **Current Residents at Address:**
        GEORGE G RICKER
        RICHARD KEALOHAOKALANI SANTOS
        CORY G RICKER
7929 NE 221ST ST, MELROSE, FL 32666-6442, ALACHUA COUNTY (Nov 2013)
3217 NW 17TH ST, GAINESVILLE, FL 32605-2511, ALACHUA COUNTY (Apr 2012)
1901 NE 2ND ST APT 119, GAINESVILLE, FL 32609-3712, ALACHUA COUNTY (Nov 2008 - Apr 2012)
3900 NE 135TH PL, ANTHONY, FL 32617-2446, MARION COUNTY (Nov 2008 - Mar 2011)
    **Current Residents at Address:**
        SHARRA LEE DAMPIER
        KEVIN COLE KRAUTER
        AUSTIN KRAUTER
5479 WORTHINGTON FOREST PL E, COLUMBUS, OH 43229-4108, FRANKLIN COUNTY (Sep 1985 - Apr 2008)
    **Current Residents at Address:**
        SAMUEL K LEWIS
        GARY LEE RUCKER
680 BANKVIEW DR D, COLUMBUS, OH 43228-5785, FRANKLIN COUNTY (Jun 2000 - Nov 2007)
        614-870-8757


ROBERT J ANGLIN  DOB: 4/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
**Names Associated with Relative:**
ROBERT JOSEPH ANGLIN  DOB: 4/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT ANGLIN  DOB: 4/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT SU ANGLIN  DOB: 4/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT ANGLIN  DOB: 1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT J ANGLIN  DOB: 1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
**Active Address(es):**
222 145TH AVE E, MADEIRA BEACH, FL 33708-2114, PINELLAS COUNTY (Oct 2002 - Jul 2012)
    **Current Residents at Address:**
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        MELINDA E TRE ROSSOANGLIN

**Current phones listed at this address:**
    727-397-6464 - EST ROSSO-ANGLIN MIMI
    727-667-7551


222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Sep 1996 - Jun 2012)
    **Current Residents at Address:**
      PATRICIA A ANGLIN
      MIMI E ROSSO ANGLIN
      ROBERT J ANGLIN
      614-471-2444 - EST ROSSO ANGLIN MIMI

**Previous And Non-Verified Address(es):**
222 TH AVE E, MADEIRA BEACH, FL 33708-2114, PINELLAS COUNTY (May 2008)
    727-667-7551

16400 GULF BLVD APT 810, NORTH REDINGTON BEACH, FL 33708-1561, PINELLAS COUNTY (Mar 2007 - Mar 2008)
    614-471-2444

6797 N HIGH ST STE 350, WORTHINGTON, OH 43085-2533, FRANKLIN COUNTY (Sep 1997 - Jan 2003)
    614-888-9200 - EST BRIAN T DAVIS LISW SAP

4877 LAKE FOREST BLVD, WESTERVILLE, OH 43081-9279, FRANKLIN COUNTY (Jul 1996 - Jan 2003)
    **Current Residents at Address:**
      AMANDA L TUCKER
      NICHOLAS ALLEN WEAKLEY
8430 STATE ROUTE 656 APT 656, SUNBURY, OH 43074-9445, DELAWARE COUNTY (Jun 1993 - Jan 2003)
3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Jul 1979 - Jan 2003)
    **Current Residents at Address:**
      LAURA KERRY LEWIS
      JAY THOMAS SIMONDS
3599 CRANDON ST, HILLIARD, OH 43026-1808, FRANKLIN COUNTY (Jul 1979 - Jan 2003)
    **Current Residents at Address:**
      RAYANN KAY MILLER
      JOHN ANDY MOORE
350 SUITE, WORTHINGTON, OH 43085, FRANKLIN COUNTY (Mar 1999)

**Possible Relative:**
MIMI E ROSSO ANGLIN  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    **Names Associated with Relative:**
    MIMI ROSSO ANGLIN  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI ROSSO-ANGLIN  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    ANGLIN MIMI ROSSO  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI E GIESLER  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MELINDA E GIESLER  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    GIESLER MELINDA ROSSO  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI R GIESLER  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI ROSSO  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI ROSSO ROSSOANGLIN  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MELINDA E ROSSO GIESLER  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    GIESLER MIMI ROSSO SR  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MELINDA E ROSSO-ANGLIN  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI GEISLER  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI MELINDA ROSSO  DOB: 11/xx/1945
      xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
    MIMI ROSSO-GIESLER  DOB: 11/xx/1945

xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI ROSSOGIESLER  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
E ROSSO MELINDA  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E ROSSO ANGLIN  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E ROSSO-GIESLER  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI ROSSO GIESLER  DOB: 11/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI ROSSOGESLER  DOB: 11/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI ROSSOGIESLE  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
E R MELINDA  DOB: 11/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
E R MELINDA  DOB: 1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1963
MELIND ROSSOGIESLER  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E GIESLER  DOB: 1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E ROSSO  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E ROSSOANGLIN  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MELINDA E ROSSOGIESLER  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI M ANGLI  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI R GIESLER  DOB: 1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1963
MIMI R OGIESLER  DOB: 11/xx/1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
MIMI ROSSO  DOB: 1945
    xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1963
MIMI ROSSO-GIESLER  DOB: 1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963

**Active Address(es):**

222 145TH AVE E, MADEIRA BEACH, FL 33708-2114, PINELLAS COUNTY (Feb 2008 - Oct 2016)
    **Current Residents at Address:**
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        MELINDA E TRE ROSSOANGLIN
**Current phones listed at this address:**
        727-397-6464 - EST ROSSO-ANGLIN MIMI
        727-667-7551

222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Jun 1994 - Oct 2016)
    **Current Residents at Address:**
        PATRICIA A ANGLIN
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        614-471-2444 - EST ROSSO ANGLIN MIMI

**Previous And Non-Verified Address(es):**
1323 PALMETTO AVE, TOLEDO, OH 43606-4241, LUCAS COUNTY (Dec 2010)
    **Current Residents at Address:**
        TIARIA LASHELLE CLEVELAND
        QUINTIN DEAN HENDERSON
        TAISA R WILLIAMSON
        KRISTY BLINSKY
16400 GULF BLVD APT 810, NORTH REDINGTON BEACH, FL 33708-1561, PINELLAS COUNTY (Mar 2007)
        727-393-6464

4883 SMOKETALK LN, WESTERVILLE, OH 43081-7840, FRANKLIN COUNTY (Aug 1979 - Jan 2003)
    **Current Residents at Address:**
        SANDRA LOUISE STAYROOK

22 FOUNDERS CT, GAHANNA, OH 43230, FRANKLIN COUNTY (Jan 1998 - Jan 1999)
488 SMOKETALK, WESTERVILLE, OH (Aug 1974)

MIMI ANGLIN
**Previous And Non-Verified Address(es):**
222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Jul 2008)
    **Current Residents at Address:**
        PATRICIA A ANGLIN
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        614-471-2444 - EST ROSSO ANGLIN MIMI


EMILY JANE ANGLIN  DOB: 9/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    **Names Associated with Relative:**
    EMILY JANE AGLIN  DOB: 9/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    EMILY J WILSON  DOB: 9/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    EMILY J ANGLIN  DOB: 9/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    EMILY J ANGLIN  DOB: 9/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    EMILY J ANGELIN  DOB: 9/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
    **Previous And Non-Verified Address(es):**
5718 BROOKSTONE DR, CINCINNATI, OH 45230-3596, HAMILTON COUNTY (Jul 2016)
    **Current Residents at Address:**
        EMILY JANE ANGLIN
        NANCY MCMAHON
        KEVIN R MCMAHON
        CHRISTOPHER LEE WILSON
        SANDRA ANN WILSON
        EMILY WILSON
        CHRISTOPHER WILSON
        513-827-6449 - EST WILSON EMILY


924 WINGED FOOT WAY, CINCINNATI, OH 45245-3319, CLERMONT COUNTY (Nov 2008 - Jun 2016)
    **Current Residents at Address:**
        EMILY JANE ANGLIN
        CHRIS NOYE GRIMES
        JEFFREY KASH GRIMES
        CHRISTOPHER LEE WILSON
        JUSTIN GRIMES
3845 BAXENDALE DR, AMELIA, OH 45102-2631, CLERMONT COUNTY (Aug 2005 - Apr 2009)
    **Current Residents at Address:**
        KENNETH M STAUDINGER
        MARK WILLIAM GRADY
        BRADLEY THOMAS WILLOUGHBY
        513-843-4506 - EST STAUDINGER KEN


2308 MADISON RD APT 11, CINCINNATI, OH 45208-2630, HAMILTON COUNTY (Mar 2001 - Oct 2007)
689 BOSTWICK CT, CINCINNATI, OH 45244-1745, CLERMONT COUNTY (Aug 1998 - Oct 2007)
    **Current Residents at Address:**
        AMY S PICKETT
        TONY MICHAEL PICKETT
222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Apr 1998 - Oct 2007)
    **Current Residents at Address:**
        PATRICIA A ANGLIN
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        614-471-2444 - EST ROSSO ANGLIN MIMI


55 E NORWICH AVE APT B1, COLUMBUS, OH 43201-1269, FRANKLIN COUNTY (Apr 1997 - Oct 2007)
3850 FOX TRL APT 6, AMELIA, OH 45102-9314, CLERMONT COUNTY (Mar 2005 - Apr 2005)
    **Current Residents at Address:**
        LYDIA FLORA WHITE
        ERIC R COVEY
155 WARREN ST, COLUMBUS, OH 43215-1542, FRANKLIN COUNTY (Oct 1998 - Jan 2003)

**Current Residents at Address:**
    MARY ELIZABETH CURPHEY
    ALEXANDER NOSSAMAN
    MATTHEW J POLLOCK
100 SPRING MILL WAY, HARLEYSVILLE, PA 19438-3089, MONTGOMERY COUNTY (Dec 1994 - Jan 2003)
    **Current Residents at Address:**
    LAURIE A PRESTON
    BRETT P PRESTON
    215-855-5860 - EST PRESTON BRETT P


**Possible Relative:**
CHRISTOPHER LEE WILSON  DOB: 10/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1985 and  12/31/1987
    **Names Associated with Relative:**
    CHRIS L WILSON  DOB: 10/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1985 and  12/31/1987
    CHRISTOPHE CHRISTOPHER WILSON  DOB: 10/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1985 and  12/31/1987
    **Active Address(es):**

    ✔ 5718 BROOKSTONE DR, CINCINNATI, OH 45230-3596, HAMILTON COUNTY (Jul 2016)
        **Current Residents at Address:**
        EMILY JANE ANGLIN
        NANCY MCMAHON
        KEVIN R MCMAHON
        CHRISTOPHER LEE WILSON
        SANDRA ANN WILSON
        EMILY WILSON
        CHRISTOPHER WILSON
        513-827-6449 - EST WILSON EMILY


    **Previous And Non-Verified Address(es):**
    924 WINGED FOOT WAY, CINCINNATI, OH 45245-3319, CLERMONT COUNTY (Nov 2008 - Jun 2016)
        **Current Residents at Address:**
        EMILY JANE ANGLIN
        CHRIS NOYE GRIMES
        JEFFREY KASH GRIMES
        CHRISTOPHER LEE WILSON
        JUSTIN GRIMES
    3845 BAXENDALE DR, AMELIA, OH 45102-2631, CLERMONT COUNTY ( 2003 - Apr 2009)
        **Current Residents at Address:**
        KENNETH M STAUDINGER
        MARK WILLIAM GRADY
        BRADLEY THOMAS WILLOUGHBY
        513-843-4506 - EST STAUDINGER KEN


    2460 STRAIGHT ST APT 16, BATAVIA, OH 45103-1675, CLERMONT COUNTY (Jan 2001 - Jun 2004)
        **Current Residents at Address:**
        CHRISTY LYNN BEATTY
        KRYSTLE ANN BEATTY
    1447 STATE ROUTE 32, BATAVIA, OH 45103-1636, CLERMONT COUNTY (May 2004)
    2049 PLUMB LN, BATAVIA, OH 45103-8715, CLERMONT COUNTY (Jul 2000)
        **Current Residents at Address:**
        ARCHIE O WILSON
        SANDRA ANN WILSON
        513-797-7928 - EST WILSON ARCHIE O


    3854 FOX TRL APT 3, AMELIA, OH 45102-9318, CLERMONT COUNTY (Apr 1997 - May 1999)
        **Current Residents at Address:**
        SANDRA L GODSEY
        513-752-1419 - EST GODSEY JAMES A


    1810 BELL TOWER CIR, BATAVIA, OH 45103-9758, CLERMONT COUNTY (Feb 1997 - Jan 1999)
        **Current Residents at Address:**
        MICHAEL THOMAS BAKER
        TRACI L CANTER
        KAREN MARIE BOUQUET
        DUNCAN GUNNAR CANTER

SANDRA ANN WILSON  DOB: 12/xx/1951
   xxx-xx-xxxx issued in Ohio  between 1/1/1969  and  12/31/1970
**Names Associated with Relative:**
SANDY WILSON  DOB: 12/xx/1951
   xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970
**Active Address(es):**

2049 PLUMB LN, BATAVIA, OH 45103-8715, CLERMONT COUNTY (Apr 1992 -  2015)
   **Current Residents at Address:**
      ARCHIE O WILSON
      SANDRA ANN WILSON
      513-797-7928 - EST WILSON ARCHIE O

**Previous And Non-Verified Address(es):**
924 WINGED FOOT WAY, CINCINNATI, OH 45245-3319, CLERMONT COUNTY (Dec 2008 - Nov 2011)
   **Current Residents at Address:**
      EMILY JANE ANGLIN
      CHRIS NOYE GRIMES
      JEFFREY KASH GRIMES
      CHRISTOPHER LEE WILSON
      JUSTIN GRIMES
      513-943-7885

3854 FOX TRL APT 3, AMELIA, OH 45102-9318, CLERMONT COUNTY (Oct 1998 - Mar 2004)
   **Current Residents at Address:**
      SANDRA L GODSEY
      513-752-1419 - EST GODSEY JAMES A

1810 BELL TOWER CIR, BATAVIA, OH 45103-9758, CLERMONT COUNTY (Jul 1981 - Jan 2003)
   **Current Residents at Address:**
      MICHAEL THOMAS BAKER
      TRACI L CANTER
      KAREN MARIE BOUQUET
      DUNCAN GUNNAR CANTER
4004 COMMERCIAL BLVD, CINCINNATI, OH 45245-2900, CLERMONT COUNTY (Jan 2000)
**Current phones listed at this address:**
      513-232-5281 - EST AUDIO VISUAL RESOURCES
      513-753-5400 - EST KIRKER KABALA

3864 FOXTAIL LN APT 3, CINCINNATI, OH 45248-1344, HAMILTON COUNTY (Mar 1999 - Jan 2000)
53 KLINE, AMELIA, OH 45102, CLERMONT COUNTY (Jan 1990)
7186 REGIMENT DR, CINCINNATI, OH 45244-3617, HAMILTON COUNTY (Sep 1985)
   **Current Residents at Address:**
      COREY DAVIS CLAY
      NALYNNE ELAINE DOWN
      513-231-0009 - EST CLAY COREY D

4058 GLEN ESTE WITHAMSVILLE RD, CINCINNATI, OH 45245-2041, CLERMONT COUNTY (Jul 1975)
   **Current Residents at Address:**
      CLAIRE P STEWARD
      ORA RAY STEWARD
      513-752-2501 - EST STEWARD CANDY P

3864 FOX TRL, AMELIA, OH 45102-9307, CLERMONT COUNTY
      513-797-7928

KAREN IRENE HERRON  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
   xxx-xx-xxxx issued in Ohio  between  1/1/1958  and  12/31/1961
     SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

   KAREN HERRON HERRON  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
   xxx-xx-xxxx issued in Ohio  between  1/1/1958  and  12/31/1961
     SSN belongs to a person reported as deceased.

   KAREN IRENE ANGLIN  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
   xxx-xx-xxxx issued in Ohio  between  1/1/1958  and  12/31/1961
     SSN belongs to a person reported as deceased.

   KAREN HERRON HERRONANGLIN  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
   xxx-xx-xxxx issued in Ohio  between  1/1/1958  and  12/31/1961

SSN belongs to a person reported as deceased.

**D** KAREN HERRON ANGLIN  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1958 and  12/31/1961

SSN belongs to a person reported as deceased.

**D** KAREN HERRON-ANGLIN  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1958 and  12/31/1961

SSN belongs to a person reported as deceased.

**D** ANGLIN KAREN HERRON  DOB: 12/xx/1942 DOD:6/27/2010  (FAIRFIELD, OH)  Age at Death: 67 (Born 74 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1958 and  12/31/1961

SSN belongs to a person reported as deceased.

**Previous And Non-Verified Address(es):**
261 ALEXANDER LAWRENCE DR, PICKERINGTON, OH 43147-1478, FAIRFIELD COUNTY (Sep 2009 - Aug 2013)
   **Current Residents at Address:**
      KAREN IRENE HERRON
      CARROLL DEAN ARDREY
      BERNITA JEAN ARDREY
      614-837-5822 - EST ARDREY BERNITA

8430 STATE ROUTE 656 APT 656, SUNBURY, OH 43074-9445, DELAWARE COUNTY (Aug 1979 - Jul 2010)
      614-834-8526

3572 WOODY WAY, CANAL WINCHESTER, OH 43110-9642, FRANKLIN COUNTY (Apr 1994 - Mar 2009)
   **Current Residents at Address:**
      SHANA SU LASATER
      WILLIAM DAVID LASATER II
      614-834-8526

11021 MILNOR RD, PICKERINGTON, OH 43147-8902, FAIRFIELD COUNTY (Jan 2009 - Feb 2009)
   **Current Residents at Address:**
      CATHY M MANSON
      PHILIP J MANSON JR
4877 LAKE FOREST BLVD, WESTERVILLE, OH 43081-9279, FRANKLIN COUNTY (Jan 2003)
   **Current Residents at Address:**
      AMANDA L TUCKER
      NICHOLAS ALLEN WEAKLEY
1610 TURNBERRY DR APT B, PICKERINGTON, OH 43147-6847, FAIRFIELD COUNTY (Nov 1995 - Jan 2003)
   **Current Residents at Address:**
      ELIZABETH MARIE LOCOCO
**Current phones listed at this address:**
      614-694-0481 - EST ZACH CLOUSTON
      614-834-8526

3599 CRANDON ST, HILLIARD, OH 43026-1808, FRANKLIN COUNTY (Jul 1995 - Jan 2003)
   **Current Residents at Address:**
      RAYANN KAY MILLER
      JOHN ANDY MOORE
3572 WOODY WAY, COLUMBUS, OH (Sep 1996)
1820 MISTY WAY, COLUMBUS, OH 43232-1688, FRANKLIN COUNTY (Jul 1985 - Apr 1993)
   **Current Residents at Address:**
      SHIRLEY JOSEPH
      SANDRA L RINI
      614-762-2046 - EST JOSEPH SHIRLEY

ARCHIE O WILSON  DOB: 4/xx/1951
   xxx-xx-xxxx issued in Ohio  between  1/1/1963 and  12/31/1965
**Names Associated with Relative:**
WILSON ARCHIE  DOB: 4/xx/1951
   xxx-xx-xxxx issued in Ohio  between  1/1/1963 and  12/31/1965
ARCH E WILSON  DOB: 4/xx/1951
   xxx-xx-xxxx issued in Ohio  between  1/1/1963 and  12/31/1965
ARCHI WILSON  DOB: 1952
   xxx-xx-xxxx issued in Ohio  between  1/1/1963 and  12/31/1965
ARCHIE O WILSONWILSON  DOB: 4/xx/1951
   xxx-xx-xxxx issued in Ohio  between  1/1/1963 and  12/31/1965
**Active Address(es):**

2049 PLUMB LN, BATAVIA, OH 45103-8715, CLERMONT COUNTY (Apr 1992 - Oct 2016)
   **Current Residents at Address:**

ARCHIE O WILSON
SANDRA ANN WILSON
513-797-7928 - EST WILSON ARCHIE O

**Previous And Non-Verified Address(es):**
924 WINGED FOOT WAY, CINCINNATI, OH 45245-3319, CLERMONT COUNTY (Dec 2008 - Nov 2011)
**Current Residents at Address:**
EMILY JANE ANGLIN
CHRIS NOYE GRIMES
JEFFREY KASH GRIMES
CHRISTOPHER LEE WILSON
JUSTIN GRIMES
513-943-7885

2049 PLUMB, CINCINNATI, OH 45244, HAMILTON COUNTY (Feb 2001)
513-797-7928 - EST WILSON ARCHIE O

1810 BELL TOWER CIR, BATAVIA, OH 45103-9758, CLERMONT COUNTY (Sep 1985 - Dec 1999)
**Current Residents at Address:**
MICHAEL THOMAS BAKER
TRACI L CANTER
KAREN MARIE BOUQUET
DUNCAN GUNNAR CANTER
4004 COMMERCIAL BLVD, CINCINNATI, OH 45245-2900, CLERMONT COUNTY (Aug 1996 - Sep 1999)
**Current phones listed at this address:**
513-232-5281 - EST AUDIO VISUAL RESOURCES
513-753-5400 - EST KIRKER KABALA
513-821-0101

3854 FOX TRL APT 3, AMELIA, OH 45102-9318, CLERMONT COUNTY (Dec 1998 - Jan 1999)
**Current Residents at Address:**
SANDRA L GODSEY
513-752-1419 - EST GODSEY JAMES A

9209 FLORAL AVE, BLUE ASH, OH 45242-6901, HAMILTON COUNTY (Sep 1985 - Jun 1996)
597 TRENTON AVE APT 1, CINCINNATI, OH 45205-2041, HAMILTON COUNTY (Jul 1994 - Jan 1995)
**Current Residents at Address:**
KRISTIN J BOTTS
4058 GLEN ESTE WITHAMSVILLE RD, CINCINNATI, OH 45245-2041, CLERMONT COUNTY (Nov 1992)
**Current Residents at Address:**
CLAIRE P STEWARD
ORA RAY STEWARD
513-752-2501 - EST STEWARD CANDY P

928 OHIO PIKE APT 508, CINCINNATI, OH 45245-2324, CLERMONT COUNTY (May 1987)
**Current Residents at Address:**
DAVE MONHOLLEN
KELLY LEE HOLMES
MATTHEW JEFFRE HAHN

CHRISTOPHER DALE WILSON  DOB: 8/xx/1978
xxx-xx-xxxx issued in Kentucky  between  1/1/1979  and  12/31/1980
**Names Associated with Relative:**
CHRISTOPHE WILSON  DOB: 8/xx/1978
xxx-xx-xxxx issued in Kentucky  between  1/1/1979  and  12/31/1980
CHRISTOPHER D WILSON  DOB: 8/xx/1978
xxx-xx-xxxx issued in Kentucky  between  1/1/1979  and  12/31/1980
**Active Address(es):**

1324 AUTUMNVIEW DR, BATAVIA, OH 45103-2813, CLERMONT COUNTY ( 2012 -  2015)
**Current Residents at Address:**
CHRISTOPHER DALE WILSON
SHANNON DIANNE CASE
DANIELLE C HARTMAN
CHRIS WILSON
513-843-5709 - EST WILSON CHRISTOPHER D

**Previous And Non-Verified Address(es):**
3048 TOTEM POLE DR, LAKE WAYNOKA, OH 45171-9273, BROWN COUNTY (Nov 2004 - Mar 2012)
**Current Residents at Address:**

ZACHARY WILLIAM TAYLOR
MELISSA TAYLOR
4820 TEAL LN, MILFORD, OH 45150-9557, CLERMONT COUNTY (Sep 1996 - Nov 2004)
    **Current Residents at Address:**
        VIRGINIA LYNN TAMBASH
        TONY C TAMBASH
4460 TIMBER GLENN DR APT 4, BATAVIA, OH 45103-3518, CLERMONT COUNTY (Sep 2002 - Jan 2003)
6649 EPWORTH RD, LOVELAND, OH 45140-8632, CLERMONT COUNTY (Jan 2003)
    **Current Residents at Address:**
        STUART W MARDIS
310 I 2ND MAR DIV, CAMP LEJEUNE, NC 28542, ONSLOW COUNTY (Mar 2001)
7820 TEAL LN, MILFORD, OH 45150, CLERMONT COUNTY (Dec 2000)
2 MAR DIV INDIA CO 3 10, CAMP LEJEUNE, NC 28542, ONSLOW COUNTY (Feb 2000 - Oct 2000)
PSC 20108, CAMP LEJEUNE, NC 28542, ONSLOW COUNTY (Aug 2000)
3 INDIA CO 10, CAMP LEJEUNE, NC 28542, ONSLOW COUNTY (Oct 1999)

**DANIEL RAY WILSON**  DOB: 11/xx/1948 DOD:3/27/2010  (CLERMONT, OH)  Age at Death: 61 (Born 68 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
    SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

    DANIEL R ELMER  DOB: 11/xx/1948 DOD:3/27/2010  (CLERMONT, OH)  Age at Death: 61 (Born 68 years ago) - Proof
    xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
    SSN belongs to a person reported as deceased.

    DAN WILSON  DOB: 11/xx/1948 DOD:3/27/2010  (CLERMONT, OH)  Age at Death: 61 (Born 68 years ago) - Proof
    xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1965
    SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
4372 EASTWOOD DR APT 1303, BATAVIA, OH 45103-2412, CLERMONT COUNTY (Jun 2005 - Sep 2009)
53 S KLINE AVE, AMELIA, OH 45102-1950, CLERMONT COUNTY (Dec 1991 - Apr 2005)
    **Current Residents at Address:**
        BRENT DAVID MCFERREN
        ANDREA LYNNE MCFERREN
4464 TIMBER GLENN DR APT 7, BATAVIA, OH 45103-3522, CLERMONT COUNTY (Jun 1998 - Jul 2004)
        513-753-4374

5491 BETTY LN, MILFORD, OH 45150-2805, CLERMONT COUNTY (Apr 1998 - Jan 2003)
    **Current Residents at Address:**
        CHRISTOPHER M BAIRD
        BETTY MARGARET CAMPBELL
        KATHRYN MARGARET BAIRD
        JAMES E CAMPBELL
        JOSEPH RYAN BAIRD
**Current phones listed at this address:**
        513-248-0272 - EST BAIRD KATHRYN M
        513-831-0167 - EST CAMPBELL BETTY

53 N KLINE AVE, AMELIA, OH 45102-1913, CLERMONT COUNTY (Nov 1989 - Jan 2003)
    **Current Residents at Address:**
        BRENT DAVID MCFERREN
        ANDREA LYNNE MCFERREN
4464 TIM, BATAVIA, OH 45103, CLERMONT COUNTY (Jun 1998 - Jan 1999)
        513-753-4374

1 MONTGOMERY WAY APT 6, AMELIA, OH 45102-1441, CLERMONT COUNTY (Nov 1989)
    **Current Residents at Address:**
        LOUISE S LANGE
        TIMOTHY EARL JONES
        LINA KATHERINE MARIE JONES
        513-753-4374

53 KLINE ST AMELIA ST, AMELIA, OH 45102, CLERMONT COUNTY (Jul 1989)
28 CHURCH ST APT 6, AMELIA, OH 45102-1929, CLERMONT COUNTY (Mar 1988)
    **Current Residents at Address:**
        MARY JO APPLEGATE
        DENNIS F APPLEGATE JR

**SADIE WILSON**  DOB: 9/xx/1923 DOD:9/12/2014  (CLERMONT, OH)  Age at Death: 90 (Born 93 years ago)
xxx-xx-xxxx issued in Kentucky  between  1/1/1936  and  12/31/1951

**Names Associated with Relative:**

SADIE BELL WILSON  DOB: 9/xx/1923 DOD:9/12/2014  (CLERMONT, OH)  Age at Death: 90 (Born 93 years ago)
xxx-xx-xxxx issued in Kentucky  between  1/1/1936  and  12/31/1951

SADIE B WILSON  DOB: 9/xx/1922 DOD:9/12/2014  (CLERMONT, OH)  Age at Death: 90 (Born 94 years ago)
xxx-xx-xxxx issued in Kentucky  between  1/1/1936  and  12/31/1951

**Previous And Non-Verified Address(es):**
53 S KLINE AVE, AMELIA, OH 45102-1950, CLERMONT COUNTY (Jan 1974 - May 2013)
**Current Residents at Address:**
BRENT DAVID MCFERREN
ANDREA LYNNE MCFERREN
513-753-8688

PO BOX 613, AMELIA, OH 45102-0613, CLERMONT COUNTY (Jan 1974)
1650 STATE ROUTE 28, LOVELAND, OH 45140-8723, CLERMONT COUNTY (Nov 2010)
**Current Residents at Address:**
BILLIE BETTY BALL
HELEN F BOWLING
SALLY MAE BURWICK
HELEN H CARPENTER
BESSIE VALLARIE CHRISTIAN
WANDA JEAN DERICKS
SHIRLEY O DESCH
HELEN A HESS
DONNA LEE KNECHT
FLORA L MAYNARD
**Current phones listed at this address:**
513-239-6731 - EST HENSON JOYCE
513-722-0700 - EST VENETIAN GARDENS
513-575-0392 - EST BLISS JANET


EMILY WILSON
**Active Address(es):**

5718 BROOKSTONE DR, CINCINNATI, OH 45230-3596, HAMILTON COUNTY (Jul 2016)
**Current Residents at Address:**
EMILY JANE ANGLIN
NANCY MCMAHON
KEVIN R MCMAHON
CHRISTOPHER LEE WILSON
SANDRA ANN WILSON
EMILY WILSON
CHRISTOPHER WILSON
513-827-6449 - EST WILSON EMILY


ROBERT J ANGLIN  DOB: 4/xx/1972
xxx-xx-xxxx issued in Ohio  between  1/1/1988  and  12/31/1989
**Active Address(es):**
375 TOWNSHIP ROAD 209, MARENGO, OH 43334-9680, MORROW COUNTY (Apr 1998 - Oct 2016)
**Current Residents at Address:**
AMY L ANGLIN
ROBERT J ANGLIN
740-625-5459 - EST ANGLIN AMY L

**Previous And Non-Verified Address(es):**
26500 SNOWDRIFT RD, MC ARTHUR, OH 45651-8799, VINTON COUNTY (Feb 2012 - Dec 2012)
**Current Residents at Address:**
MELISSA LYNN CARLES
JAMES T DELGARN
NESTOR M CROY
ALICIA MAE CARSEY
KYLE ANDREW HUGHEY
3689 CREEK RIDGE CT, COLUMBUS, OH 43230-4018, FRANKLIN COUNTY (Dec 1985 - Apr 2003)
**Current Residents at Address:**
PAUL JOSEPH METZGER
**Current phones listed at this address:**
614-423-7617 - EST METZGER PAUL J
740-625-5459

4877 LAKE FOREST BLVD APT 1B, WESTERVILLE, OH 43081-9279, FRANKLIN COUNTY (Nov 1996 - Jan 2003)
    **Current Residents at Address:**
        NICHOLAS ALLEN WEAKLEY
45 WHITE PINE DR, CUMBERLAND, RI 02864-3319, PROVIDENCE COUNTY (Mar 1995 - Jan 2003)
8430 STATE ROUTE 656, SUNBURY, OH 43074-9445, DELAWARE COUNTY (Jun 1993 - Jan 2003)
    **Current Residents at Address:**
        KENNETH R HERB
        BEVERLY A HERB
**Current phones listed at this address:**
        740-524-3401 - EST HERB BEVERLY A
        614-901-9468

222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Oct 1991 - Jan 2003)
    **Current Residents at Address:**
        PATRICIA A ANGLIN
        MIMI E ROSSO ANGLIN
        ROBERT J ANGLIN
        614-471-2444 - EST ROSSO ANGLIN MIMI

8155 WILDFLOWER LN, WESTERVILLE, OH 43081-5631, FRANKLIN COUNTY (Oct 1991 - Jan 2003)
    **Current Residents at Address:**
        JOSHUA REED IMHOFF
        MADISON BRADFORD
        SHELBY L SALYER
        614-901-9468

6822 LANCASTER LN, COLUMBUS, OH 43229-8226, FRANKLIN COUNTY (Jun 1997)
    **Current Residents at Address:**
        RENEE S HAYES
233 ABBEY DR, CUMBERLAND, RI 02864-4605, PROVIDENCE COUNTY (Nov 1994 - Jan 1995)
    **Current Residents at Address:**
        SUSAN M ROSSIGNOLI
        SUSAN M DUQUETTE
        NICHOLAS J DUQUETTE

AMY L ANGLIN  DOB: 9/xx/1970
    xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    **Names Associated with Relative:**
    AMY L HUNNICUTT  DOB: 9/xx/1970
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    AMY LYNN ANGLIN  DOB: 9/xx/1970
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    AMY L ANGLIN  DOB: 1971
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    AMY L HDNNICUTT  DOB: 9/xx/1970
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    AMY L HDNNICUTT  DOB: 1971
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    LYNN ANGLIN AMY  DOB: 9/xx/1970
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    A ANGLIN  DOB: 9/xx/1970
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    AMY L HUNNICUTT  DOB: 1971
        xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
    **Active Address(es):**

    375 TOWNSHIP ROAD 209, MARENGO, OH 43334-9680, MORROW COUNTY ( 2003 -  2015)
    **Current Residents at Address:**
        AMY L ANGLIN
        ROBERT J ANGLIN
        740-625-5459 - EST ANGLIN AMY L

    **Previous And Non-Verified Address(es):**
3689 CREEK RIDGE CT, COLUMBUS, OH 43230-4018, FRANKLIN COUNTY (Dec 1985 - May 2003)
    **Current Residents at Address:**
        PAUL JOSEPH METZGER
**Current phones listed at this address:**
        614-423-7617 - EST METZGER PAUL J
        614-901-9468

8155 WILDFLOWER LN, WESTERVILLE, OH 43081-5631, FRANKLIN COUNTY (Jun 1997 - Jan 2003)
**Current Residents at Address:**
JOSHUA REED IMHOFF
MADISON BRADFORD
SHELBY L SALYER
614-901-9468

254 HEISCHMAN AVE, WORTHINGTON, OH 43085-2626, FRANKLIN COUNTY (Jan 1990 - Jan 2003)
**Current Residents at Address:**
KAREN R HUNNICUTT
614-846-7454 - EST HUNNICUTT KAREN R

6822 LANCASTER LN, COLUMBUS, OH 43229-8226, FRANKLIN COUNTY (Oct 1989 - Jan 2003)
**Current Residents at Address:**
RENEE S HAYES
614-901-9468

6350 CHERYLBROOK LN, DUBLIN, OH 43017-1928, FRANKLIN COUNTY (Oct 1989 - Nov 1993)
**Current Residents at Address:**
ALEJANDRO A ORTEGA

PATRICIA A ANGLIN  DOB: 5/xx/1928 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 88 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

PATRICIA A ANGLIN  DOB: 3/xx/1929 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 87 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.

PATRICIA A ANGLIN  DOB: 3/xx/1929 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 87 years ago) - Proof
xxx-xx-xxxx issued in Illinois  between  1/1/1989  and  12/31/1990

PATRICIA A ANGLIN  DOB: 5/xx/1928 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 88 years ago) - Proof
xxx-xx-xxxx issued in Illinois  between  1/1/1989  and  12/31/1990

PATRICIA ANGLIN  DOB: 5/xx/1928 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 88 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.

PATRICIA ANGLIN  DOB: 1929 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 87 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.

PATRICIA M ANGLIN  DOB: 5/xx/1928 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 88 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.

PATRICIA H ANGLIN  DOB: 5/1928 DOD:8/29/2009  (FRANKLIN, OH)  Age at Death: 81 (Born 88 years ago) - Proof
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
5935 N HIGH ST APT 216, WORTHINGTON, OH 43085-3984, FRANKLIN COUNTY (Aug 2001 - Nov 2011)
614-785-7280

5935 N HIGH ST APT 109, WORTHINGTON, OH 43085-3974, FRANKLIN COUNTY (Aug 2005 - Sep 2009)
614-785-7280

1351 KINGSGATE RD, COLUMBUS, OH 43221-1504, FRANKLIN COUNTY (Jan 2001 - Apr 2007)
**Current Residents at Address:**
ROBERT M ANGLIN
ROGER D BAKER
KIRSTEN L FELL
ADAM DAVID LOWE
**Current phones listed at this address:**
614-273-0167 - EST BAKER ROGER
614-442-6883

5480 DUBLIN RD, DUBLIN, OH 43017-1504, FRANKLIN COUNTY (Dec 1983 - Jan 2003)
**Current Residents at Address:**
DONNA JANE SHORE
LEWIS DORIAN SHORE

**Current phones listed at this address:**
> 614-389-4242 - EST SHORE DONNA J
> 614-791-1238 - EST SHORE LEW

6177 KARRER PL, DUBLIN, OH 43017-1408, FRANKLIN COUNTY (Sep 1983 - Jan 2003)
> **Current Residents at Address:**
> CHRISTOPHER JOHN FORST
> 614-889-8059

56177 KARRER PL, DUBLIN, OH 43017, FRANKLIN COUNTY (Aug 1979 - Jan 2003)
> 614-889-8059

6177 KARRER PL, COLUMBUS, OH 43170 ( 1983)

> **Possible Relative:**
> CAROL A ANGLIN  DOB: 10/xx/1960
> xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1975
> **Names Associated with Relative:**
> CAROL A ANGLIN  DOB: 10/1961
> > xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1975
> CAROL A A ANGLIN  DOB: 10/xx/1960
> > xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1975
> **Active Address(es):**
>
> ✔ 3415 RIVULET CT, FORT WAYNE, IN 46818-8987, ALLEN COUNTY (Oct 1979 - Aug 2016)
> > **Current Residents at Address:**
> > CAROL A ANGLIN
> > BRIAN A ANGLIN
> > 260-338-0541 - EST ANGLIN CAROL
>
> **Previous And Non-Verified Address(es):**
> 3407 E 675, OGDEN, UT 84414, WEBER COUNTY (Jan 2003)
> 16206 CANYON RIDGE RD, LEO, IN 46765-9565, ALLEN COUNTY (Jan 1996 - Jan 2003)
> > **Current Residents at Address:**
> > DEBORAH LYNNE LOCKE
> > RUSSELL L LOCKE
> > 260-637-6491 - EST LOCKE DEBORAH L
>
> 2520 ABBEY DR APT 5, FORT WAYNE, IN 46835-3119, ALLEN COUNTY (Oct 1979 - Jan 2003)
> > **Current Residents at Address:**
> > LISA ANN LEE
> > HAILLEJO MORRISON
> 5925 COYOTE CT, FORT WAYNE, IN 46825-2606, ALLEN COUNTY (Oct 1979 - Jan 2003)
> > **Current Residents at Address:**
> > AMY M JOHNSON
> > JOSH R JOHNSON
> > AMY JOHNSON
> > 260-373-1614 - EST JOHNSON AMY M
>
> 1150 S CLARIZZ BLVD APT 208, BLOOMINGTON, IN 47401-4273, MONROE COUNTY (Mar 2001 - Apr 2001)
> 3407 N 675 E, OGDEN, UT 84414-7520, WEBER COUNTY (Apr 2000 - Dec 2000)
> > **Current Residents at Address:**
> > DORI MARIE MUEHLHOF
> > ERIC WADE MUEHLHOF
> > 801-737-5501
>
> 2950 SIMCOE DR, FORT WAYNE, IN 46815-7019, ALLEN COUNTY (Jun 1993 - Jun 1997)
> > **Current Residents at Address:**
> > TAWANDA D WILSON
> 1612 FOLSOM LN, FORT WAYNE, IN 46815-8210, ALLEN COUNTY (Oct 1979 - Dec 1990)
> > **Current Residents at Address:**
> > KYLE D KRACHER
> > CONNIE L L KRACHER
> 222 W OAKDALE DR, FORT WAYNE, IN 46807-2038, ALLEN COUNTY (Jul 1985 - Apr 1986)
> > **Current Residents at Address:**
> > MARKETTA D JONES

SHANA M ANGLIN  DOB: 9/xx/1979
> xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
> **Names Associated with Relative:**

SHANA M ANGLIN  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA ANGLIN  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA M PEPPLE  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA ANGLIN  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA PEPPLE  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA M PEPPLE  DOB: 9/xx/1979
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981
SHANA ANGLIN  DOB: 9/xx/1978
    xxx-xx-xxxx issued in California  between  1/1/1980  and  12/31/1981

**Active Address(es):**

3415 RIVULET CT, FORT WAYNE, IN 46818-8987, ALLEN COUNTY (Jan 2012)
    **Current Residents at Address:**
        CAROL A ANGLIN
        BRIAN A ANGLIN
        260-338-0541 - EST ANGLIN CAROL

**Previous And Non-Verified Address(es):**
5105 COUNTY ROAD 3, GARRETT, IN 46738-9715, DEKALB COUNTY ( 2014 - Dec 2015)
    **Current Residents at Address:**
        SHANA M ANGLIN
        CRAIG OTHO DOUGLAS
        KATHLEEN M DOUGLAS
        TRAVES D PEPPLE
7111 EBY RD, FORT WAYNE, IN 46835-9723, ALLEN COUNTY (Mar 2015)
    **Current Residents at Address:**
        SARAH E WEBER
        JUSTIN CERVANTES
6918 PENMOKEN DR, FORT WAYNE, IN 46819-1424, ALLEN COUNTY (Feb 2005)
    **Current Residents at Address:**
        CAROLINE BORJAS
        HERIBERTO ORTIZ SUAREZ
        YOLANDA M SUAREZ
        HERIBERTO O SUAFEZ JR
        THOMAS P SUAREZ
1728 N 9TH STREET RD APT 5, LAFAYETTE, IN 47904-5021, TIPPECANOE COUNTY (Feb 2005)
1320 S COLLEGE MALL RD, BLOOMINGTON, IN 47401-6156, MONROE COUNTY (May 2004)
    **Current Residents at Address:**
        STEWART W MOON
3407 E 675, OGDEN, UT 84414, WEBER COUNTY (Jan 2003)
3201 E COVENANTER DR, BLOOMINGTON, IN 47401-5480, MONROE COUNTY (Aug 2001 - Jan 2003)
    **Current Residents at Address:**
        JESSICA A TJUNG
        CHRISTINA EDGINGTON
5925 COYOTE CT, FORT WAYNE, IN 46825-2606, ALLEN COUNTY (Aug 1998 - Jan 2003)
    **Current Residents at Address:**
        AMY M JOHNSON
        JOSH R JOHNSON
        AMY JOHNSON
        260-373-1614 - EST JOHNSON AMY M

16206 CANYON RIDGE RD, LEO, IN 46765-9565, ALLEN COUNTY (Dec 1997 - Jan 2003)
    **Current Residents at Address:**
        DEBORAH LYNNE LOCKE
        RUSSELL L LOCKE
        260-637-6491 - EST LOCKE DEBORAH L


BRIAN A ANGLIN                DOB: 1/xx/1986
    **Previous And Non-Verified Address(es):**
1710 LAVON ST, LAKELAND, FL 33805-2550, POLK COUNTY (Jun 2015)
    **Current Residents at Address:**
        REGINA S ORR
        CHAYANNE ALISA PAGE
        BRIAN A ANGLIN

3415 RIVULET CT, FORT WAYNE, IN 46818-8987, ALLEN COUNTY (Jul 2011)
**Current Residents at Address:**
  CAROL A ANGLIN
  BRIAN A ANGLIN
  260-338-0541 - EST ANGLIN CAROL


TIMOTHY D ANGLIN  DOB: 12/xx/1959
  xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  **Names Associated with Relative:**
  TIMOTHY DOUGLAS ANGLIN  DOB: 12/xx/1959
    xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  T ANGLIN  DOB: 12/xx/1959
    xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  TIM DOUGLAS ANGLIN  DOB: 12/xx/1959
    xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  TIMOTHY DOUGLAS ANGLIN  DOB: 10/1959
    xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  TIMOTHY DOUGLAS ANGLIN  DOB: 1960
    xxx-xx-xxxx issued in Indiana  between  1/1/1969  and  12/31/1970
  **Previous And Non-Verified Address(es):**
  10904 N COUNTY LINE RD E, SPENCERVILLE, IN 46788-9665, ALLEN COUNTY ( 2008 -  2015)
    260-627-7215


  10904 E COUNTY LINE RD, SPENCERVILLE, IN 46788, ALLEN COUNTY (Jul 2009)
  3407 N 675 E, OGDEN, UT 84414-7520, WEBER COUNTY (Oct 1999 - Jun 2009)
    **Current Residents at Address:**
    DORI MARIE MUEHLHOF
    ERIC WADE MUEHLHOF
    801-737-5501


  3407 E 675, OGDEN, UT 84414, WEBER COUNTY (Jan 2003)
  16206 CANYON RIDGE RD, LEO, IN 46765-9565, ALLEN COUNTY (Apr 1994 - Jan 2003)
    **Current Residents at Address:**
    DEBORAH LYNNE LOCKE
    RUSSELL L LOCKE
    260-637-6491 - EST LOCKE DEBORAH L


  1612 FOLSOM LN, FORT WAYNE, IN 46815-8210, ALLEN COUNTY (Oct 1979 - Jan 2003)
    **Current Residents at Address:**
    KYLE D KRACHER
    CONNIE L L KRACHER
  75453 V, FORT WAYNE, IN 46815, ALLEN COUNTY (Oct 1979 - Feb 2000)
  222 W OAKDALE DR, FORT WAYNE, IN 46807-2038, ALLEN COUNTY (Feb 1985 - Oct 1999)
    **Current Residents at Address:**
    MARKETTA D JONES
  226 JAMUL LN, OCEANSIDE, CA 92054-8509, SAN DIEGO COUNTY (Jan 1983 - Apr 1986)
  2520 ABBEY DR APT 5, FORT WAYNE, IN 46835-3119, ALLEN COUNTY (Oct 1979)
    **Current Residents at Address:**
    LISA ANN LEE
    HAILLEJO MORRISON

GAIL SCHEIDERER ANGLIN  DOB: 8/xx/1971
  xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  **Names Associated with Relative:**
  GAIL E SCHEIDERER  DOB: 8/xx/1971
    xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  GALL ANGLIN  DOB: 8/xx/1971
    xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  G ANGLIN  DOB: 8/xx/1971
    xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  GAIL SCHEIDERER ANGLIN  DOB: 1972
    xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  GAIL SCHEIDERER ANGLIN  DOB: 8/xx/1971
    xxx-xx-xxxx issued in Indiana  between  1/1/1974  and  12/31/1974
  **Previous And Non-Verified Address(es):**
  10904 N COUNTY LINE RD E, SPENCERVILLE, IN 46788-9665, ALLEN COUNTY ( 2008 -  2015)
    260-627-7215


  3407 N 675 E, OGDEN, UT 84414-7520, WEBER COUNTY (Oct 1999 - Jul 2010)

**Current Residents at Address:**
DORI MARIE MUEHLHOF
ERIC WADE MUEHLHOF
801-737-5501

10904 E COUNTY LINE RD, SPENCERVILLE, IN 46788, ALLEN COUNTY (Jul 2009)
3407 E 675, OGDEN, UT 84414, WEBER COUNTY (Jan 2003)
16206 CANYON RIDGE RD, LEO, IN 46765-9565, ALLEN COUNTY (Jul 1994 - Jan 2003)
**Current Residents at Address:**
DEBORAH LYNNE LOCKE
RUSSELL L LOCKE
260-637-6491 - EST LOCKE DEBORAH L

1612 FOLSOM LN, FORT WAYNE, IN 46815-8210, ALLEN COUNTY (Aug 1993 - Jan 2003)
**Current Residents at Address:**
KYLE D KRACHER
CONNIE L L KRACHER
1546 SHADOW VALLEY DR, OGDEN, UT 84403-4351, WEBER COUNTY (Sep 1999 - Jan 2000)
**Current Residents at Address:**
JOE D WREN
NANCY MARIE WREN
RANDEE WREN
320 BROWN ST APT 508, WEST LAFAYETTE, IN 47906-3250, TIPPECANOE COUNTY (Feb 1992 - Jun 1993)
316 BOLLMAN ST, DECATUR, IN 46733-2202, ADAMS COUNTY (Jan 1992 - Feb 1992)
**Current Residents at Address:**
DEBRA KAY STEVENS
TRACY LEE STEVENS
260-728-4368 - EST STEVENS DEBRA K

OWE BOX, W LAFAYETTE, IN 47906, TIPPECANOE COUNTY

THOMAS T ANGLIN  DOB: 3/xx/1939
xxx-xx-xxxx issued in Ohio  between 1/1/1953  and  12/31/1955
**Names Associated with Relative:**
T ANGLIN  DOB: 3/xx/1939
xxx-xx-xxxx issued in Ohio  between 1/1/1953  and  12/31/1955
TOM ANGLIN  DOB: 3/xx/1939
xxx-xx-xxxx issued in Ohio  between 1/1/1953  and  12/31/1955
**Active Address(es):**
✔ 127 STONYRIDGE DR APT 110, SANDUSKY, OH 44870-6609, ERIE COUNTY (Oct 2001 - Oct 2016)
**Current Residents at Address:**
THOMAS T ANGLIN
**Previous And Non-Verified Address(es):**
2000 WESTWIND DR, SANDUSKY, OH 44870-7068, ERIE COUNTY ( 2014 -  2015)
**Current Residents at Address:**
BRENDA G ANGLIN
ROY B TERRY
419-626-4070 - EST TERRY ROY D

9271 CENTRAL PARK DR APT 106D, FORT MYERS, FL 33919-4842, LEE COUNTY (May 2010 - Nov 2011)
**Current Residents at Address:**
THOMAS T ANGLIN
119 STONYRIDGE DR APT 301, SANDUSKY, OH 44870-6606, ERIE COUNTY (Aug 1993 - Sep 2001)
**Current Residents at Address:**
TANI K EDMONDS
**Current phones listed at this address:**
419-502-7338 - EST EDMONDS TANI K
419-625-0094

1034 WAYNE ST, SANDUSKY, OH 44870-3512, ERIE COUNTY (Jul 1985 - Oct 1999)
**Current Residents at Address:**
JESSICA ELEANORE NOSER
SANDRA E GRAHAM
WILLIAM ALLEN YALE
419-625-0094

THOMAS T ANGLIN  DOB: 3/xx/1962
xxx-xx-xxxx issued in Ohio  between 1/1/1973  and  12/31/1973

Comprehensive Report

**Names Associated with Relative:**
T ANGLIN  DOB: 3/xx/1962
    xxx-xx-xxxx issued in Ohio  between  1/1/1973  and  12/31/1973
THOMAS T ANGIN JR  DOB: 3/xx/1962
    xxx-xx-xxxx issued in Ohio  between  1/1/1973  and  12/31/1973
TOM ANGLIN  DOB: 3/xx/1962
    xxx-xx-xxxx issued in Ohio  between  1/1/1973  and  12/31/1973
**Active Address(es):**

127 STONYRIDGE DR APT 110, SANDUSKY, OH 44870-6609, ERIE COUNTY (Oct 2001 - Jun 2015)
    **Current Residents at Address:**
        THOMAS T ANGLIN
        419-625-0094 - EST ANGLIN TOM B

**Previous And Non-Verified Address(es):**
9271 CENTRAL PARK DR APT D-106, FORT MYERS, FL 33919-4842, LEE COUNTY (Nov 1994 - Dec 2011)
119 STONYRIDGE DR APT 301, SANDUSKY, OH 44870-6606, ERIE COUNTY (Aug 1993 - Jan 2003)
    **Current Residents at Address:**
        TANI K EDMONDS
        419-502-7338 - EST EDMONDS TANI K

106 #D, FORT MYERS, FL 33919, LEE COUNTY (Nov 1998)
15771 WINDWARD WAY CIR APT 4203, FORT MYERS, FL 33908-2533, LEE COUNTY (Jan 1992 - Aug 1995)
15770 WINDWARD WAY CIR APT 2203, FORT MYERS, FL 33908-2531, LEE COUNTY (Jan 1989 - Jan 1993)
    **Current Residents at Address:**
        JAMES D MCNULTY
        JUDITH A FRAZIER
5849 QUEEN ELIZABETH WAY APT, FORT MYERS, FL 33907-5458, LEE COUNTY (Aug 1989)
15390 MCGREGOR BLVD APT, FORT MYERS, FL 33908-2504, LEE COUNTY (Jan 1989)

AMY ANGLIA COOK  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
**Names Associated with Relative:**
AMY L ANGLIN  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY A COOK  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY LYNN ANGLIN  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY L ANGLIN  DOB: 1964
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY L ANGLINCOOK  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
A COOK  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY A COOK  DOB: 11/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
AMY L COOK  DOB: 12/xx/1963
    xxx-xx-xxxx issued in Ohio  between  1/1/1979  and  12/31/1981
**Active Address(es):**

53 EBEN CHAMBERLAIN RD, WHITINSVILLE, MA 01588-1084, WORCESTER COUNTY (Nov 2008 - Dec 2012)
    **Current Residents at Address:**
        AMY ANGLIA COOK
        THOMAS BRYAN COOK
        THOMAS COOK
        ASHLEY COOK
        508-266-0085 - EST COOK AMY A

**Previous And Non-Verified Address(es):**
4 MORGAN DR, NORTH GRAFTON, MA 01536-2207, WORCESTER COUNTY (Sep 2002 - Feb 2011)
    **Current Residents at Address:**
        JAMES DOUGLAS NEWHOUSE
        AMIE M NEWHOUSE
        JAMES NEWHOUSE
    **Current phones listed at this address:**
        508-839-2301 - EST NEWHOUSE AMIE M
        508-839-7657

8430 STATE ROUTE 656, SUNBURY, OH 43074-9445, DELAWARE COUNTY (May 1985 - Nov 2003)
    **Current Residents at Address:**

Comprehensive Report

KENNETH R HERB
BEVERLY A HERB
740-524-3401 - EST HERB BEVERLY A

76 STERLING AVE, BUFFALO, NY 14216-2808, ERIE COUNTY (Apr 1992 - Dec 2002)
**Current Residents at Address:**
GERTRUDE E PENHARLOW
ERIK J MOYER
KATHLEEN K EOANNOU
JAVIER A GARCIA
MATTHEW J ROLLO
51 CHARLES RIVER DR, FRANKLIN, MA 02038-2887, NORFOLK COUNTY (Feb 2000 - Sep 2002)
**Current Residents at Address:**
LISA CARLA WHALEN
STEPHEN H WHALEN
**Current phones listed at this address:**
508-553-9934 - EST WHALEN LISA C
508-528-4827

4976 ROCKNE CIR, CARMEL, IN 46033-9793, HAMILTON COUNTY (Dec 1996 - Nov 2000)
**Current Residents at Address:**
MARK DAVID HILBURGER
FRANCES KAY HILBURGER
6077 PRIMACY PKWY STE 300, MEMPHIS, TN 38119-5766, SHELBY COUNTY (Feb 2000 - Oct 2000)
901-291-5500 - CST PRIMACY RELOCATION LLC

14 REDBUD CT, EAST AMHERST, NY 14051-1242, ERIE COUNTY (Jan 1996 - Dec 1996)
**Current Residents at Address:**
JOHN C HOGG
LORI A HOGG
**Current phones listed at this address:**
716-568-2001 - EST HOGG JOHN C
716-688-2894

4127 CIRCLE CT, BUFFALO, NY 14221-7503, ERIE COUNTY (Jul 1992 - Jan 1996)
**Current Residents at Address:**
MICHAEL E CIESLIK
CRAIG W MORRIS
KRISTEN S MORRIS
KYM M CANNIZZARO
40 COUNTY RD APT 2, BARRINGTON, RI 02806-4518, BRISTOL COUNTY (Apr 1991 - Jan 1995)

**Possible Relative:**
THOMAS BRYAN COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
**Names Associated with Relative:**
THOMAS BRYAN COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
BRYAN B COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
BRYANAMY A COOK THOMAS  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
T B COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
TBRYAN COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
THOMAS BRYAN COOK  DOB: 12/xx/1966
xxx-xx-xxxx issued in Georgia  between  1/1/1974  and  12/31/1975
**Active Address(es):**
53 EBEN CHAMBERLAIN RD, WHITINSVILLE, MA 01588-1084, WORCESTER COUNTY (Nov 2008 - Oct 2016)
**Current Residents at Address:**
AMY ANGLIA COOK
THOMAS BRYAN COOK
THOMAS COOK
ASHLEY COOK
508-266-0085 - EST COOK AMY A

**Previous And Non-Verified Address(es):**
4 MORGAN DR, NORTH GRAFTON, MA 01536-2207, WORCESTER COUNTY (Sep 2002 - Feb 2009)

**Current Residents at Address:**
JAMES DOUGLAS NEWHOUSE
AMIE M NEWHOUSE
JAMES NEWHOUSE
**Current phones listed at this address:**
508-839-2301 - EST NEWHOUSE AMIE M
508-839-7657

51 CHARLES RIVER DR APT D, FRANKLIN, MA 02038-2887, NORFOLK COUNTY (Feb 2000 - Jan 2003)
508-528-4827

14 REDBUD CT, EAST AMHERST, NY 14051-1242, ERIE COUNTY (Jan 1996 - Jan 2003)
**Current Residents at Address:**
JOHN C HOGG
LORI A HOGG
**Current phones listed at this address:**
716-568-2001 - EST HOGG JOHN C
716-688-1894

76 STERLING AVE, BUFFALO, NY 14216-2808, ERIE COUNTY (Apr 1992 - Jan 2003)
**Current Residents at Address:**
GERTRUDE E PENHARLOW
ERIK J MOYER
KATHLEEN K EOANNOU
JAVIER A GARCIA
MATTHEW J ROLLO
508-528-4827

6077 PRIMACY PKWY STE 300, MEMPHIS, TN 38119-5766, SHELBY COUNTY (Feb 2000 - Oct 2000)
901-291-5500 - CST PRIMACY RELOCATION LLC

4976 ROCKNE CIR, CARMEL, IN 46033-9793, HAMILTON COUNTY (Dec 1996 - Feb 1998)
**Current Residents at Address:**
MARK DAVID HILBURGER
FRANCES KAY HILBURGER
508-528-4827

4127 CIRCLE CT, BUFFALO, NY 14221-7503, ERIE COUNTY (Feb 1990 - Jan 1993)
**Current Residents at Address:**
MICHAEL E CIESLIK
CRAIG W MORRIS
KRISTEN S MORRIS
KYM M CANNIZZARO
40 COUNTY RD APT 6, BARRINGTON, RI 02806-4518, BRISTOL COUNTY (Apr 1991)
25 NEWBERRY PL, GROSSE POINTE FARMS, MI 48236-3749, WAYNE COUNTY (Feb 1990)
**Current Residents at Address:**
KAREN M NESI
FRANK A NESI
313-881-9496 - EST NESI FRANCESCA A


THOMAS COOK
**Active Address(es):**
53 EBEN CHAMBERLAIN RD, WHITINSVILLE, MA 01588-1084, WORCESTER COUNTY (Dec 2012)
**Current Residents at Address:**
AMY ANGLIA COOK
THOMAS BRYAN COOK
THOMAS COOK
ASHLEY COOK
508-266-0085 - EST COOK AMY A


ASHLEY COOK                          DOB: 5/xx/1995
**Active Address(es):**
53 EBEN CHAMBERLAIN RD, WHITINSVILLE, MA 01588-1084, WORCESTER COUNTY
**Current Residents at Address:**
AMY ANGLIA COOK
THOMAS BRYAN COOK
THOMAS COOK

ASHLEY COOK
508-266-0085 - EST COOK AMY A

**D** ROBERT M ANGLIN  DOB: 1/xx/1927 DOD:2/28/2002  (FRANKLIN, OH)  Age at Death: 75 (Born 89 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Names Associated with Relative:**

**D** ROBERT M AGLIN  DOB: 1/xx/1927 DOD:2/28/2002  (FRANKLIN, OH)  Age at Death: 75 (Born 89 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.

**D** ROBERT A ANGLIN  DOB: 1/xx/1927 DOD:2/28/2002  (FRANKLIN, OH)  Age at Death: 75 (Born 89 years ago) - Verified
xxx-xx-xxxx issued in Ohio  between  1/1/1936  and  12/31/1951
SSN belongs to a person reported as deceased.
**Previous And Non-Verified Address(es):**
1351 KINGSGATE RD, COLUMBUS, OH 43221-1504, FRANKLIN COUNTY (Dec 1996 - Dec 2011)
     **Current Residents at Address:**
          ROBERT M ANGLIN
          ROGER D BAKER
          KIRSTEN L FELL
          ADAM DAVID LOWE
**Current phones listed at this address:**
          614-273-0167 - EST BAKER ROGER
          614-442-6883

6177 KARRER PL, DUBLIN, OH 43017-1408, FRANKLIN COUNTY (Sep 1983 - Jan 2005)
     **Current Residents at Address:**
          CHRISTOPHER JOHN FORST
          614-889-8059

5480 DUBLIN RD, DUBLIN, OH 43017-1504, FRANKLIN COUNTY (Aug 1979 - Jan 2003)
     **Current Residents at Address:**
          DONNA JANE SHORE
          LEWIS DORIAN SHORE
**Current phones listed at this address:**
          614-389-4242 - EST SHORE DONNA J
          614-791-1238 - EST SHORE LEW
          614-889-8059


     **Possible Relative:**
     BRENDA G ANGLIN  DOB: 7/xx/1939
          xxx-xx-xxxx issued in Pennsylvania  between  1/1/1956  and  12/31/1959
          **Active Address(es):**

          127 STONYRIDGE DR APT 110, SANDUSKY, OH 44870-6609, ERIE COUNTY (Oct 2001 - Jun 2015)
               **Current Residents at Address:**
                    THOMAS T ANGLIN
                    419-625-0094 - EST ANGLIN TOM B

          **Previous And Non-Verified Address(es):**
          2000 WESTWIND DR, SANDUSKY, OH 44870-7068, ERIE COUNTY ( 2014 -  2015)
               **Current Residents at Address:**
                    BRENDA G ANGLIN
                    ROY B TERRY
                    419-626-4070 - EST TERRY ROY D

          119 STONYRIDGE DR APT 301, SANDUSKY, OH 44870-6606, ERIE COUNTY (Aug 1993 - Sep 2001)
               **Current Residents at Address:**
                    TANI K EDMONDS
          **Current phones listed at this address:**
                    419-502-7338 - EST EDMONDS TANI K
                    419-625-0094

          1034 WAYNE ST, SANDUSKY, OH 44870-3512, ERIE COUNTY (Dec 1985 - Oct 1999)
               **Current Residents at Address:**
                    JESSICA ELEANORE NOSER
                    SANDRA E GRAHAM
                    WILLIAM ALLEN YALE

419-625-0094

9 STONYRIDGE DR, SANDUSKY, OH 44870, ERIE COUNTY (May 1999)
419-625-0094


BAILEY THOMAS GIESLER  DOB: 11/xx/1976
    xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    **Names Associated with Relative:**
    BAILEY THOMAS WYANT  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    T GIESLER BAILEY  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    THOMAS GIESLER BAILEY  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    THOMAS WYANT BAILEY  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    BASILEY GIESLER  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    T WYANT BAILEY  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    BAILEY T ANGLIN  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    BAILEY BIESLER  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    BIESLER BAILEY  DOB: 11/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    **Previous And Non-Verified Address(es):**
    171 CORNELL CT, WESTERVILLE, OH 43081-2213, FRANKLIN COUNTY (Nov 1994 - Aug 2016)
        **Current Residents at Address:**
            BAILEY THOMAS GIESLER
            JASON A WYANT
            MELINDA E ROSSOANGLIN
    222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (May 1996 - May 2009)
        **Current Residents at Address:**
            PATRICIA A ANGLIN
            MIMI E ROSSO ANGLIN
            ROBERT J ANGLIN
    **Current phones listed at this address:**
            614-471-2444 - EST ROSSO ANGLIN MIMI
            614-478-2916


    5640 SPRINGSIDE DR, COLUMBUS, OH 43230-8352, FRANKLIN COUNTY (May 2003)
        **Current Residents at Address:**
            DAVID MICHAEL MUIRHEAD
            COLLIN SAMUEL PITTRO
    4419 DUKE ST APT 201, ALEXANDRIA, VA 22304-2561, ALEXANDRIA COUNTY (Mar 2000 - May 2001)
        **Current Residents at Address:**
            NICOLE L ALLEN
            ALLISON MICHELE GILLUS
            VINCENT KARL VALENTINE
            JUSTINA JAMES
    1547 BRANDELS U PB, WALTHAM, MA 02254 (May 1996 - Dec 1999)
    415 SOUTH ST APT, WALTHAM, MA 02453-2728, MIDDLESEX COUNTY (Nov 1998 - Jan 1999)
    1547 BRANDELS U PB, ALEXANDRIA, VA 02254


    **Possible Relative:**
    JASON A WYANT  DOB: 4/xx/1976
        xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
        **Names Associated with Relative:**
        JASON WYANT  DOB: 4/xx/1976
            xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
        JASON ANDREW WYANT  DOB: 4/xx/1976
            xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
        JASON A WYANT  DOB: 4/xx/1976
            xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
        JASON WYANT  DOB: 4/xx/1976
            xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977
        JASON ANDREW WYANT  DOB: 4/xx/1976
            xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1977

**Previous And Non-Verified Address(es):**
171 CORNELL CT, WESTERVILLE, OH 43081-2213, FRANKLIN COUNTY (Nov 2004 - Nov 2013)
    **Current Residents at Address:**
        BAILEY THOMAS GIESLER
        JASON A WYANT
        MELINDA E ROSSOANGLIN
223 BARKS RD W, MARION, OH 43302-7301, MARION COUNTY (Nov 2004 - Jun 2005)
    **Current Residents at Address:**
        JERMYN D BROCK
        LEONA T CARMON
        DAMON L CARMAN
        SHADA L REECE
        JASONE LESEAN MONTGOMERY
1340 DUBLIN RD APT 1, COLUMBUS, OH 43215-1012, FRANKLIN COUNTY (May 1999 - Feb 2003)
        614-485-9280

1300 KING AVE APT 7, COLUMBUS, OH 43212-2222, FRANKLIN COUNTY (May 1999 - Jun 2001)
**Current phones listed at this address:**
        614-824-4012 - EST CROMES ALAN
        614-485-9280

6382 CR 254, ARCADIA, OH 44804, HANCOCK COUNTY (May 1996 - Oct 2000)
6382 COUNTY ROAD 254, ARCADIA, OH 44804, HANCOCK COUNTY (May 2000)
3682 COUNTY ROAD 254 APT 254, ARCADIA, OH 44804-9757, HANCOCK COUNTY (Jul 1996 - Apr 2000)
        614-485-9280

2935 MARSEILLES GALION RD E, MARION, OH 43302-8563, MARION COUNTY (Jul 1994 - Jan 2000)
    **Current Residents at Address:**
        PEBBLE L WYANT
        GERALD L WYANT
        ZACHARY A WYANT
        614-485-9280

3682 COUNTY HWY APT 254, ARCADIA, OH 44804, HANCOCK COUNTY (Dec 1998)
3692 COUNTY ROAD 254, ARCADIA, OH 44804-9757, HANCOCK COUNTY (Jul 1994 - Apr 1996)

PEBBLE L WYANT  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1968  and  12/31/1968
    **Names Associated with Relative:**
P L WYANT  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1968  and  12/31/1968
PABBLE L WYANT  DOB: 5/xx/1951
    xxx-xx-xxxx issued in Ohio  between  1/1/1968  and  12/31/1968
    **Previous And Non-Verified Address(es):**
2935 MARSEILLES GALION RD E, MARION, OH 43302-8563, MARION COUNTY (Feb 1993 - Oct 2015)
    **Current Residents at Address:**
        PEBBLE L WYANT
        GERALD L WYANT
        ZACHARY A WYANT
        740-387-5256

3682 COUNTY ROAD 254 APT 254, ARCADIA, OH 44804-9757, HANCOCK COUNTY (Jan 1993 - Oct 2009)
        740-387-5256

530 FISHLOCK AVE, FINDLAY, OH 45840-6418, HANCOCK COUNTY (Apr 1979 - Jan 2003)
    **Current Residents at Address:**
        SUSAN M NOVINS
        PAULETTE MARY GOSSET
        567-525-3699 - EST NOVINS SUSAN

3682 C R 254, ARCADIA, OH 44804, HANCOCK COUNTY (Oct 2000)
2935 MARSEIELLES RD, MARION, OH 43302, MARION COUNTY (Jun 1998)
        740-387-5256

1422 BLANCHARD AVE, FINDLAY, OH 45840-6510, HANCOCK COUNTY (Apr 1979 - Jan 1990)
    **Current Residents at Address:**
        MISTY DAWN CASTLE
        DERRICK LEE RADER
    **Current phones listed at this address:**
        419-427-0707 - EST RADER DERRICK L

419-424-1533

GERALD L WYANT  DOB: 11/xx/1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1961 and  12/31/1963
    **Names Associated with Relative:**
    GERALD A WYANT  DOB: 11/1946
        xxx-xx-xxxx issued in Ohio  between  1/1/1961 and  12/31/1963
    GERALD L WYANT  DOB: 1947
        xxx-xx-xxxx issued in Ohio  between  1/1/1961 and  12/31/1963
    **Previous And Non-Verified Address(es):**
    2935 MARSEILLES GALION RD E, MARION, OH 43302-8563, MARION COUNTY (Feb 1993 - Oct 2015)
        **Current Residents at Address:**
            PEBBLE L WYANT
            GERALD L WYANT
            ZACHARY A WYANT
            740-387-5256

    3682 COUNTY ROAD 254 254, ARCADIA, OH 44804-9757, HANCOCK COUNTY (Sep 1993 - Jan 2003)
        740-387-5256

    530 FISHLOCK AVE, FINDLAY, OH 45840-6418, HANCOCK COUNTY (Apr 1979 - Jan 2003)
        **Current Residents at Address:**
            SUSAN M NOVINS
            PAULETTE MARY GOSSET
            567-525-3699 - EST NOVINS SUSAN

    2935 MARSEIELLES RD, MARION, OH 43302, MARION COUNTY (Jun 1998)
    1422 BLANCHARD AVE, FINDLAY, OH 45840-6510, HANCOCK COUNTY (Apr 1979 - Jan 1990)
        **Current Residents at Address:**
            MISTY DAWN CASTLE
            DERRICK LEE RADER
         **Current phones listed at this address:**
            419-427-0707 - EST RADER DERRICK L
            419-424-1533


ZACHARY A WYANT  DOB: 8/xx/1979
    xxx-xx-xxxx issued in Ohio  between  1/1/1979 and  12/31/1981
    **Previous And Non-Verified Address(es):**
    2935 MARSEILLES GALION RD E, MARION, OH 43302-8563, MARION COUNTY (Apr 1999 - Dec 2011)
        **Current Residents at Address:**
            PEBBLE L WYANT
            GERALD L WYANT
            ZACHARY A WYANT
            740-387-5256


KAREN HERMENIA ANGLIN  DOB: 4/xx/1946
    xxx-xx-xxxx issued in Ohio  between  1/1/1962 and  12/31/1963
    **Previous And Non-Verified Address(es):**
    800 LILA AVE APT 6, MILFORD, OH 45150-1633, CLERMONT COUNTY (Aug 2003 - Oct 2014)
        **Current Residents at Address:**
            KAREN HERMENIA ANGLIN
        **Current phones listed at this address:**
            513-630-1588 - EST DEMPSEY PAUL
            513-576-1763

    511 CHILD ST APT, WARREN, RI 02885-1829, BRISTOL COUNTY (Jun 2001 - Jun 2002)
    25 PARK SQUARE AVE APT, RIVERSIDE, RI 02915-2908, PROVIDENCE COUNTY (Dec 1998 - Nov 2000)
        **Current Residents at Address:**
            PEGGY JEAN PRATT
            CLAIRE D MELLO
            JESSE MELLO
            JOHN P WOOD
            401-433-6937

    170 CRESCENT VIEW AVE, RIVERSIDE, RI 02915-2855, PROVIDENCE COUNTY (Apr 1993 - Jan 1995)
        **Current Residents at Address:**
            MICHAEL A CASANOVA

CHRISTINA A CASANOVA
401-433-6937

6293 FEDER RD, COLUMBUS, OH 43228-9414, FRANKLIN COUNTY (Jan 1992 - Dec 1992)
**Current Residents at Address:**
RICHARD A LACKEY
ELLA MONIQUE LACKEY
401-433-6937

6293 FEDER RD, BARRINGTON, RI 02806, BRISTOL COUNTY (Dec 1991 - Dec 1992)
20 BOSWORTH ST STE 1, BARRINGTON, RI 02806-4106, BRISTOL COUNTY (Nov 1991)
**Current Residents at Address:**
RAYMOND L WILLIER
14 SURREY RD, BARRINGTON, RI 02806-4520, BRISTOL COUNTY (Apr 1991)
**Current Residents at Address:**
BRIDGET ELIZABETH COTTONE
15 STILLMEADOW DR, CINCINNATI, OH 45245-2805, CLERMONT COUNTY (Nov 2014)
**Current Residents at Address:**
EMILY WILSON
513-752-0708 - EST WILSON EMILY

117 JOHN ST APT 51, LINCOLN, RI 02865-1730, PROVIDENCE COUNTY

**Possible Relative:**
KAREN H ANGLIN  DOB: 4/xx/1919
xxx-xx-xxxx issued in Ohio  between  1/1/1962  and  12/31/1963
**Previous And Non-Verified Address(es):**
170 CRESCENT VIEW AVE, RIVERSIDE, RI 02915-2855, PROVIDENCE COUNTY (Dec 1992 - May 2006)
**Current Residents at Address:**
MICHAEL A CASANOVA
CHRISTINA A CASANOVA
401-433-6937

25 PARK SQUARE AVE APT 2, RIVERSIDE, RI 02915-2908, PROVIDENCE COUNTY (Dec 1994 - Jan 2003)
401-433-6937

6208 MEMORIAL DR, DUBLIN, OH 43017-8911, FRANKLIN COUNTY (Jul 1993)
**Current Residents at Address:**
GARY W VOLL
JENNY F VOLL
KAREN W VOLL
GINA E VOLL
GARY W VOLL
KENNETH A DOBSON
JERRY VOLL
614-792-3818 - EST VOLL GARY

6293 FEDER RD, COLUMBUS, OH 43228-9414, FRANKLIN COUNTY (Jan 1992 - Apr 1993)
**Current Residents at Address:**
RICHARD A LACKEY
ELLA MONIQUE LACKEY
401-433-6937

20 BOSWORTH ST STE 1, BARRINGTON, RI 02806-4106, BRISTOL COUNTY (Jan 1992)
**Current Residents at Address:**
RAYMOND L WILLIER
14 SURREY RD, BARRINGTON, RI 02806-4520, BRISTOL COUNTY (Jan 1991)
**Current Residents at Address:**
BRIDGET ELIZABETH COTTONE
117 JOHN ST APT 51, LINCOLN, RI 02865-1730, PROVIDENCE COUNTY (Jan 1991)

BREIN K ANGLIN          DOB: 7/xx/1988
**Names Associated with Relative:**
BREIN ANGLAN          DOB: 7/xx/1988
**Previous And Non-Verified Address(es):**
91701 ANCHORAGE LN, COOS BAY, OR 97420-4747, COOS COUNTY (Jul 2016)
**Current Residents at Address:**
DANIEL J WARNER
BREIN K ANGLIN
2071 NE STEPHENS ST UNIT K1, ROSEBURG, OR 97470-1448, DOUGLAS COUNTY ( 2007 - Feb 2008)

PO BOX 2107, WINSTON, OR 97496-2107, DOUGLAS COUNTY ( 2007 - Feb 2008)
 **Current Residents at Address:**
  EDDIE LEE MOSS
777 HEMLOCK AVE APT 2, COOS BAY, OR 97420-2564, COOS COUNTY
 **Current Residents at Address:**
  ROSANN C HAMILTOM
  BILL VANRENSELAAR
  DANIEL J WARNER

**Neighbors:**
 **Neighborhood:**
  7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Mar 2010 - Oct 2010)
   **Residents:**
    ANDREW B ANGLIN          DOB: 7/xx/1984
    MAYAKRISHNAN ALAGARSAMY


   **Address(es):**
   7404 BRANDSHIRE LN APT A, DUBLIN, OH 43017-2492, FRANKLIN COUNTY (May 2011 - Oct 2016)
    **Residents:**
     SHANNON M HORD  DOB: 12/xx/1970
      xxx-xx-xxxx issued in Ohio  between  1/1/1974  and  12/31/1974
     PHILLIP A CUMMINS  DOB: 1/xx/1946
      xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1963
     CHRISTINE A CUMMINS  DOB: 10/xx/1948
      xxx-xx-xxxx issued in Ohio  between  1/1/1963  and  12/31/1966
     614-659-7423 - EST RAINES SHANNON

 **Neighborhood:**
  918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Dec 2003 - Apr 2004)
   **Residents:**
    CRISTY NICOLE BRINEGAR  DOB: 8/xx/1977
     xxx-xx-xxxx issued in Ohio  between  1/1/1977  and  12/31/1979
    GEORGE H BRINEGAR  DOB: 4/xx/1974
     xxx-xx-xxxx issued in Ohio  between  1/1/1984  and  12/31/1985
    CHELSEY K ANGLIN                DOB: 9/xx/1986


   **Address(es):**
   912 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Aug 1990 - Oct 2016)
    **Residents:**
     GARY THOMAS SOMMERVILLE  DOB: 4/xx/1951
      xxx-xx-xxxx issued in Michigan  between  1/1/1963  and  12/31/1964
     SUSAN ANN SOMMERVILLE  DOB: 5/xx/1951
      xxx-xx-xxxx issued in Michigan  between  1/1/1966  and  12/31/1968
     614-846-2015

   924 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY ( 2002 - Oct 2016)
     TIMOTHY J MEAGER  DOB: 5/xx/1960
      xxx-xx-xxxx issued in Ohio  between  1/1/1976  and  12/31/1976
     614-433-7261

   925 COLONY WAY, COLUMBUS, OH 43235-1755, FRANKLIN COUNTY (Nov 1986 - Oct 2016)
     JUDITH HEPLER LANE  DOB: 6/xx/1946
      xxx-xx-xxxx issued in Alabama  between  1/1/1963  and  12/31/1963
   908 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY ( 2013 - Oct 2016)
    **Residents:**
     KRISTI LYNN GARDNER  DOB: 6/xx/1977
      xxx-xx-xxxx issued in Ohio  between  1/1/1983  and  12/31/1984
     RICHARD MATTHEW GARDNER  DOB: 12/xx/1977
      xxx-xx-xxxx issued in Virginia  between  1/1/1989  and  12/31/1989
     614-468-1104 - EST GARDNER KRISTI L

   907 COLONY WAY, COLUMBUS, OH 43235-1755, FRANKLIN COUNTY (Mar 1987 - Oct 2016)
     DENISE L CLARK  DOB: 5/xx/1953
      xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

Comprehensive Report



**Important:**  The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  No Permissible Purpose
**Your GLBA Permissible Use:**  No Permissible Purpose

# Custom Comprehensive Report

**Date:** 12/08/17

**Report Legend:**
- Shared Address
- Deceased
- Probable Current Address

**Comprehensive Report Summary:**
    Names Associated With Subject:
      None Found
    Bankruptcies:
      None Found
    Liens and Judgments:
      1 Found
    Phones Plus:
      None Found
    Email Address:
      None Found
    Address(es) Found:
      0 Verified and 4 Non-Verified Found
    Possible Properties Owned:
      None Found
    Watercraft:
      None Found
    FAA Certifications:
      None Found
    FAA Aircrafts:
      None Found
    Possible Criminal Records:
      2 Found
    Professional Licenses:
      None Found
    Voter Registration:
      4 Found
    Hunting/Fishing Permit:
      None Found
    Concealed Weapons Permit:
      None Found
    Possible Relatives:
      1st Degree - 9 Found
      2nd Degree - None Found
      3rd Degree - None Found

**Subject Information:  (Best Information for Subject)**

**Name:** ANDREW B ANGLIN   DOB:7/xx/1984
**SSN:**
**Age:** 33

**Address Summary:**

7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Mar 2010 - Oct 2010)
915 N HIGH ST, COLUMBUS, OH 43201-2406, FRANKLIN COUNTY (Nov 2016)
6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Nov 2016)
918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Dec 2003 - Apr 2004)

**Active Address(es):**

[None Found]

**Previous And Non-Verified Address(es):**
7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Mar 2010 - Oct 2010)
    **Name Associated with Address:**
        ANDREW B ANGLIN
        **Current Residents at Address:**
      WILLIAM L BAKER
      ANDREW B ANGLIN
      MAYAKRISHNAN ALAGARSAMY
915 N HIGH ST, COLUMBUS, OH 43201-2406, FRANKLIN COUNTY (Nov 2016)
    **Name Associated with Address:**
        ANDREW B ANGLIN
6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Nov 2016)
    **Name Associated with Address:**
        ANDREW B ANGLIN
        **Current Residents at Address:**
      GREGORY M ANGLIN
      LARRY LEE PFAHLER
      MATTHEW JACQUES
    **Current phones listed at this address:**
        614-436-5070 - EST ALPHA PSYCHIATRIC SERVICES
        614-515-6212 - EST MORNING STAR
918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Dec 2003 - Apr 2004)
    **Name Associated with Address:**
        ANDREW B ANGLIN
        **Current Residents at Address:**
      CRISTY NICOLE BRINEGAR
      GEORGE H BRINEGAR
      JOSEPH KARL GAAL
      CHELSEY K ANGLIN
    **Property Ownership Information for this Address**
        **Property:**
            Parcel Number - 213-001514
            Owner Name: GEORGE H BRINEGAR
            Property Address: - 918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY
            Sale Date - 09/30/2009
            Sale Price - $265,000
            Subdivision Name - WORTHINGTON HILLS
            Total Market Value - $257,000
            Assessed Value - $89,950
            Land Value - $46,500
            Improvement Value - $210,500
            Land Size - 14,080 Square Feet
            Year Built - 1965
            Seller Name: KATHRYN L ANGLIN
            Legal Description - COLONY WAY WORTHINGTON HILLS 1 LOT 44
            Loan Amount - $260,200
            Loan Type - FEDERAL HOUSING AUTHORITY
            Lender Name - FIRST PLACE BK
            Data Source - A

Custom Comprehensive Report

**Bankruptcies:**
    [None Found]


**Liens and Judgments:**
    Filing Number:  763GV1000080100
    Filing Type:  CIVIL JUDGMENT
    Location:  ALBEMARLE DISTRICT COURT
    State:  VA
    Original Filing Date: 3/4/2010
    Amount: $868
    Debtor Name: ANGLIN, ANDREW B
    Debtor SSN:
    Debtor Address: 7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400
    Creditor: THE RECTOR AND VISITORS OF THE U


**Phones Plus:**
    [None Found]

**Email Address:**
    [None Found]


**Possible Properties Owned by Subject:**
    [None Found]


**Watercraft:**
    [None Found]

**FAA Certifications:**
    [None Found]

**FAA Aircrafts:**
    [None Found]

**Possible Criminal Records:**
    **Ohio Court:**
        Name: ANDREW B ANGLIN
        SSN: xxx-xx-xxxx
        Address: 9181 COLONY WAY, COLUMBUS, OH 43235
        State of Origin: Ohio
        County of Origin: FRANKLIN
        DOB: 07/xx/1984
        Race: WHITE
        Sex: Male
        Eyes: BLUE
        Height: 5´ 07"
        Weight: 120

        Case Number: 2006 CR B 000369

        **Offenses**:
            **Offense #1**
            Offense Date: 01/05/2006
            Arresting Agency: COLUMBUS
            Court Case Number: 2006 CR B 000369
            Court Offense: MISDEMEANOR DRUG ABUSE
            Court Statute: 2925.11
            Court Disposition: DISMISSED Status:CLOSED
            Court Disposition Date: 01/30/2006
            Court Level/Degree: MISDEMEANOR MINOR


            **Offense #2**
            Offense Date: 01/05/2006
            Arresting Agency: COLUMBUS

Court Case Number: 2006 CR B 000369
Court Offense: DRUG PARAPHERNALIA
Court Statute: 2925.11
Court Disposition: GUILTY TO AMEND CHARGE Status:CLOSED
Court Disposition Date: 01/30/2006
Court Level/Degree: MISDEMEANOR MINOR

**Offense #3**
Offense Date: 01/05/2006
Offense: AMENDED: DISORDERLY CONDUCT, M4
Arresting Agency: COLUMBUS
Court Case Number: 2006 CR B 000369
Court Offense: DRUG PARAPHERNALIA
Court Plea: GUILTY
Court Statute: 2925.14(C1)
Court Disposition: GUILTY AMENDED CHRG Status:CLOSED
Court Disposition Date: 01/30/2006
Court Fine: $100.00
Court Level/Degree: MISDEMEANOR - FOURTH DEGREE

**Offense #4**
Offense Date: 01/05/2006
Offense: AMENDED: DISORDERLY CONDUCT, M4
Arresting Agency: COLUMBUS
Court Case Number: 2006 CR B 000369
Court Offense: DRUG PARAPHERNALIA
Court Plea: GUILTY
Court Statute: 2925.14(C1)
Court Disposition: TRANSFER Status:CLOSED
Court Disposition Date: 01/13/2006
Court Fine: $100.00
Court Level/Degree: MISDEMEANOR - FOURTH DEGREE

**Court Activity:**
  [NONE FOUND]

**California Court:**
  Name: ANDREW BARRETT ANGLIN
  SSN: xxx-xx-xxxx
  State of Origin: California
  County of Origin: SANTA_BARBARA

  Case Number: 1135373

  **Offenses**:
    **Offense #1**
    Court Case Number: 1135373
    Court Offense: NOT SPECIFIED
    Court Level/Degree: MISDEMEANOR

  **Court Activity:**
    [NONE FOUND]

**Professional License(s):**
  [None Found]

**Voter Registration:**
  Name: ANDREW B ANGLIN
  Address: 915 N HIGH ST, COLUMBUS, OH 43201-2406
  DOB: 7/xx/1984

Last Vote Date: 11/8/2016
State of Registration: Ohio

Name: ANDREW B ANGLIN
Address: 915 N HIGH ST, COLUMBUS, OH 43201-2406
DOB: 7/xx/1984
Political Party: NONE DECLARED
State of Registration: Ohio

Name: ANDREW B ANGLIN
Address: 6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517
DOB: 7/xx/1984
Last Vote Date: 11/8/2016
State of Registration: Ohio

Name: ANDREW B ANGLIN
Address: 918 COLONY WAY, COLUMBUS, OH 43235-1720
DOB: 7/xx/1984
Political Party: NONE DECLARED
State of Registration: Ohio

**Hunting/Fishing Permit:**
   [None Found]

**Concealed Weapons Permit:**
   [None Found]

**Firearms and Explosives:**
   [None Found]

**Possible Relative Summary:**
   > CHELSEY K ANGLIN , Age 31
   > KATHRYN L ANGLIN , Age 61
      >> KATIE L ANGLIN  - (AKA), Age 61
      >> KATYRYN CARDWELL ANGLIN  - (AKA), Age 61
      >> KATYRYN ANGLIN  - (AKA), Age 61
      >> KATHRYN L ANGLIN  - (AKA), Age 60
      >> KATHRYN LYNN ANGLIN  - (AKA), Age 61
      >> KATHRYNL ANGLIN  - (AKA), Age 61
      >> KATYRYN ANGLIN  - (AKA), Age 60
      >> L ANGLIN KATHRYN  - (AKA), Age 61
   > GREGORY M ANGLIN , Age 59
      >> GREGORY ANGLIN  - (AKA), Age 59
      >> GREG ANGLIN  - (AKA), Age 59
      >> GREG M ANGLIN  - (AKA), Age 59
      >> GREGORY MARK ANGLIN  - (AKA), Age 59
      >> GREG MARK ANGLIN  - (AKA), Age 59
      >> GREGORY M ANGLIN  - (AKA), Age 64
      >> GREG MARK ANGLIN  - (AKA), Age 59
      >> GREG MARK ANGLIN  - (AKA), Age 59
      >> M A GREG  - (AKA), Age 64
      >> GREG ANGILN  - (AKA), Age 59
      >> M A GREG  - (AKA), Age 59
      >> GREG M ANGLIN  - (AKA), Age 59
      >> GREGORY M ANGLIN  - (AKA), Age 59
      >> M ANGLIN GREG  - (AKA), Age 64
   > MITCHELL GARRISON ANGLIN , Age 28
      >> MITCH ANGLIN  - (AKA), Age 28
      >> MITCHELL GARRISON ANGLIN  - (AKA), Age 28
   > TODD A ANGLIN , Age 55
   > WILMA K ANGLIN , Age 82
      >> KATIE WILMA ANGLIN  - (AKA), Age 82
      >> KATY WILMA ANGLIN  - (AKA), Age 82
      >> KATY WILMA ANGLIN  - (AKA), Age 82
      >> WILMA K ANGLIN  - (AKA), Age 82
      >> KATHERINE WILMA ANGLIN  - (AKA), Age 82
      >> WILMA K ANGLIN  - (AKA), Age 82
   > JEFFREY CLARK ANGLIN , Age 62

>> JEFF ANGLIN  - (AKA), Age 62
>> JEFFERY ANGLIN  - (AKA), Age 62
>> JEFFRY C ANGLIN  - (AKA), Age 62
>> JEFFERY C ANGLEN  - (AKA), Age 62
> ROBERT J ANGLIN , Age 72
>> ROBERT JOSEPH ANGLIN  - (AKA), Age 72
>> ROBERT ANGLIN  - (AKA), Age 72
>> ROBERT SU ANGLIN  - (AKA), Age 72
>> ROBERT ANGLIN  - (AKA), Age 71
>> ROBERT J ANGLIN  - (AKA), Age 71
> BREIN K ANGLIN , Age 29
>> BREIN ANGLAN  - (AKA), Age 29


**Possible Relatives:**
CHELSEY K ANGLIN              DOB: 9/xx/1986
    **Previous And Non-Verified Address(es):**
    729 JAEGER ST, COLUMBUS, OH 43206-2274, FRANKLIN COUNTY (Jun 2015 - Jun 2017)
        **Current Residents at Address:**
            DENNIS L WILSON
            CHELSEY K ANGLIN
    726 WORTHINGTON FOREST PL, COLUMBUS, OH 43229-4110, FRANKLIN COUNTY (Feb 2013 - Nov 2015)
        **Current Residents at Address:**
            GREGORY M ANGLIN
            TYLER ADAM GEISLER
    7932 BOOTHBAY CT 32, POWELL, OH 43065-9097, FRANKLIN COUNTY (Nov 2004 - Oct 2015)

    6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Feb 2015 - Aug 2015)
        **Current Residents at Address:**
            GREGORY M ANGLIN
            LARRY LEE PFAHLER
            MATTHEW JACQUES
    **Current phones listed at this address:**
            614-436-5070 - EST ALPHA PSYCHIATRIC SERVICES
            614-515-6212 - EST MORNING STAR


    918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Feb 2012)
        **Current Residents at Address:**
            CRISTY NICOLE BRINEGAR
            GEORGE H BRINEGAR
            JOSEPH KARL GAAL
            CHELSEY K ANGLIN

    7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY
        **Current Residents at Address:**
            WILLIAM L BAKER
            ANDREW B ANGLIN
            MAYAKRISHNAN ALAGARSAMY
    2071 WILLOWICK DR C, COLUMBUS, OH 43229-1527, FRANKLIN COUNTY (Nov 2014)
        **Current Residents at Address:**
            KAREN ANN GERACI
    3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY
        **Current Residents at Address:**
            LAURA KERRY SIMONDS
            JAY THOMAS SIMONDS


KATHRYN L ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

    **Names Associated with Relative:**
    KATIE L ANGLIN  DOB: 11/xx/1956
        xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

    KATYRYN CARDWELL ANGLIN  DOB: 11/xx/1956
        xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

    KATYRYN ANGLIN  DOB: 11/xx/1956
        xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

    KATHRYN L ANGLIN  DOB: 1957
        xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATHRYN LYNN ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATHRYNL ANGLIN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

KATYRYN ANGLIN  DOB: 1957
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

L ANGLIN KATHRYN  DOB: 11/xx/1956
    xxx-xx-xxxx issued in Ohio  between  1/1/1969  and  12/31/1970

**Previous And Non-Verified Address(es):**
PO BOX 340966, COLUMBUS, OH 43234-0966, FRANKLIN COUNTY (Nov 2003 - Jun 2017)
    **Current Residents at Address:**
        KATHRYN L ANGLIN
        FRANCIS OLIVER PREST JR

7407 BRANDSHIRE LN APT B, DUBLIN, OH 43017-3400, FRANKLIN COUNTY (Nov 2008 - Dec 2015)
    **Current Residents at Address:**
        WILLIAM L BAKER
        ANDREW B ANGLIN
        MAYAKRISHNAN ALAGARSAMY

918 COLONY WAY, COLUMBUS, OH 43235-1720, FRANKLIN COUNTY (Oct 1998 - Feb 2012)
    **Current Residents at Address:**
        CRISTY NICOLE BRINEGAR
        GEORGE H BRINEGAR
        JOSEPH KARL GAAL
        CHELSEY K ANGLIN
        614-888-9110

918 COLONY WAY, PERRY, OH 44081, LAKE COUNTY (Mar 1999 -  2006)
731 NE ALAMEDA AVE, ROSEBURG, OR 97470-1509, DOUGLAS COUNTY (Apr 2005)
    **Current Residents at Address:**
        MICHELLE RENEE RATHEUN
        ROBERT E SANDERS
979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (May 2001 - Nov 2003)
    **Current Residents at Address:**
        CARL C NOURSE
        RICHARD P NOURSE
**Current phones listed at this address:**
        614-825-6277 - EST BRADY WARE
        614-846-0371 - EST QNP CORP
        614-846-0932 - EST QNP CORP

PO BOX 340153, COLUMBUS, OH 43234-0153, FRANKLIN COUNTY (Mar 2003)
    **Current Residents at Address:**
        ANDREW R NEIDERT
6797 N HIGH ST APT, WORTHINGTON, OH 43085-2533, FRANKLIN COUNTY (Dec 1999 - Jun 2001)
        614-888-3965

3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY ( 1987 - Dec 1999)
    **Current Residents at Address:**
        LAURA KERRY SIMONDS
        JAY THOMAS SIMONDS
        614-888-3965

614 BLENHEIM RD, COLUMBUS, OH 43214-3224, FRANKLIN COUNTY (Sep 1984 - Oct 1999)
    **Current Residents at Address:**
        ANTHONY JOHN MCCAMPBELL
        ELIZABETH ANN MCCAMPBELL
        WILSON JAKE GREENFIELD
        614-888-3965


GREGORY M ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

**Names Associated with Relative:**

GREGORY ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG M ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREGORY MARK ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREGORY M ANGLIN  DOB: 5/xx/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG MARK ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M A GREG  DOB: 5/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG ANGILN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M A GREG  DOB: 5/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

GREG M ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1970  and  12/31/1971
GREGORY M ANGLIN  DOB: 5/xx/1958
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

M ANGLIN GREG  DOB: 5/1953
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965

**Previous And Non-Verified Address(es):**

6827 N HIGH ST STE 121, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Jul 1995 - Nov 2015)
    **Current Residents at Address:**
      GREGORY M ANGLIN
      LARRY LEE PFAHLER
      MATTHEW JACQUES
    **Current phones listed at this address:**
      614-436-5070 - EST ALPHA PSYCHIATRIC SERVICES
      614-515-6212 - EST MORNING STAR

726 WORTHINGTON FOREST PL, COLUMBUS, OH 43229-4110, FRANKLIN COUNTY (Feb 2006 - Nov 2015)
    **Current Residents at Address:**
      GREGORY M ANGLIN
      TYLER ADAM GEISLER
2071 WILLOWICK DR UNIT C, COLUMBUS, OH 43229-1527, FRANKLIN COUNTY (Jul 1995 - Sep 2015)
    **Current Residents at Address:**
      KAREN ANN GERACI
930 HAMLET ST, COLUMBUS, OH 43201-3537, FRANKLIN COUNTY (Oct 2004 - Jul 2015)
    **Current Residents at Address:**
      RICHARD J HENDERSON
      ANDREW LARRY PARSLEY
      BRIAN C LYNCH
7932 BOOTHBAY CT 32, POWELL, OH 43065-9097, FRANKLIN COUNTY (Jun 2003 -  2015)
      614-889-5199

727 JAEGER ST 729, COLUMBUS, OH 43206-2274, FRANKLIN COUNTY (Mar 1991 -  2015)
6827 N HIGH ST STE 126, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Jul 2014)
6827 N HIGH ST STE 232, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY (Feb 2006 - May 2014)

**Current Residents at Address:**
GREGORY M ANGLIN
614-436-1800 - EST CHRISTIAN COUNSELORS GROUP

979 HIGH ST FL 2ND, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY ( 2002 - Jun 2009)
614-537-4734

3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Jul 1979 - Oct 2007)
**Current Residents at Address:**
LAURA KERRY SIMONDS
JAY THOMAS SIMONDS

MITCHELL GARRISON ANGLIN          DOB: 9/xx/1989
**Names Associated with Relative:**
MITCH ANGLIN          DOB: 9/xx/1989
MITCHELL GARRISON ANGLIN          DOB: 9/xx/1989
**Previous And Non-Verified Address(es):**
888 THURBER DR W APT F, COLUMBUS, OH 43215-1268, FRANKLIN COUNTY (Mar 2016)
270 E 12TH AVE APT B5, COLUMBUS, OH 43201-2251, FRANKLIN COUNTY (Nov 2012)
21 N FISHER DR RM 247, OXFORD, OH 45056-3659, BUTLER COUNTY (Nov 2008)
7932 BOOTHBAY CT, POWELL, OH 43065-9097, FRANKLIN COUNTY
**Current Residents at Address:**
CHRISTINA MARIE JUSTUS
VINCENT M ROSSETTI
614-390-1184

6827 N HIGH ST STE 232, WORTHINGTON, OH 43085-2517, FRANKLIN COUNTY
**Current Residents at Address:**
GREGORY M ANGLIN
614-436-1800 - EST CHRISTIAN COUNSELORS GROUP

TODD A ANGLIN  DOB: 3/xx/1962
xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
**Previous And Non-Verified Address(es):**
915 N 4TH ST, COLUMBUS, OH 43201-3625, FRANKLIN COUNTY (Jan 1992 - Dec 2011)
**Current Residents at Address:**
TODD A ANGLIN
SHERRIE LYN DAVEY
CLARKE MICHAEL ROTHGEB
614-294-2575

901 E 4TH AVE, COLUMBUS, OH 43201-3001, FRANKLIN COUNTY (Dec 2007)
901 N 4TH ST, COLUMBUS, OH 43201-3625, FRANKLIN COUNTY (Aug 2000 - Dec 2007)
614-294-2575

357 E TOMPKINS ST, COLUMBUS, OH 43202-2734, FRANKLIN COUNTY (Sep 2007)
979 HIGH ST, WORTHINGTON, OH 43085-4047, FRANKLIN COUNTY (Jan 1992 - Sep 2007)
**Current Residents at Address:**
CARL C NOURSE
RICHARD P NOURSE
**Current phones listed at this address:**
614-825-6277 - EST BRADY WARE
614-846-0371 - EST QNP CORP
614-846-0932 - EST QNP CORP

232 N 3RD ST APT, COLUMBUS, OH 43215-2786, FRANKLIN COUNTY (Feb 1990 -  2006)
**Current Residents at Address:**
CHRISTOPHER PAUL MEYERS
614-294-2575

24 STIMMEL ST, COLUMBUS, OH 43206-1022, FRANKLIN COUNTY (Oct 1983 - Jan 2003)
416 W 5TH AVE, COLUMBUS, OH 43201-3159, FRANKLIN COUNTY (Oct 1983 - Jan 2003)
**Current Residents at Address:**
JASON ROBERT HANKINSON
ROSE M HANKINSON
PATRICK HENDERSON BLATTNER
PETER MICHAEL HELLIOS III
614-294-2575

5547 CHOWNING WAY, COLUMBUS, OH 43213-1409, FRANKLIN COUNTY (Jan 1990)
    614-755-9588 - EST GLADFELTER MICHAEL

WILMA K ANGLIN  DOB: 7/1935
    xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    **Names Associated with Relative:**
    KATIE WILMA ANGLIN  DOB: 7/1935
        xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    KATY WILMA ANGLIN  DOB: 7/1935
        xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    KATY WILMA ANGLIN  DOB: 9/xx/1935
        xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    WILMA K ANGLIN  DOB: 9/1935
        xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    KATHERINE WILMA ANGLIN  DOB: 7/1935
        xxx-xx-xxxx issued in Oregon  between  1/1/1951  and  12/31/1953
    WILMA K ANGLIN  DOB: 7/1935
        xxx-xx-xxxx issued in Kansas  between  1/1/1955  and  12/31/1956
    **Previous And Non-Verified Address(es):**
    2601 MEXEYE LOOP, COOS BAY, OR 97420-8705, COOS COUNTY (Feb 1997 - Sep 2004)
        **Current Residents at Address:**
            PAUL CURTIS HOWELL
            SELENA M KELLY
            GRACIANO C JOHNSEN
            AFTON M ATKINS
            ISAAC AMANDRA IRVIN
            MIKE KELLY
            541-888-5768

    515 VELOPA CT, BROOKINGS, OR 97415-9047, CURRY COUNTY (Mar 1995 - Jan 2003)
        **Current Residents at Address:**
            RICHARD DERICK CORRIGAN
            AMY MARIE CORRIGAN
    **Current phones listed at this address:**
            541-412-1135 - PST CORRIGAN AMY M
            541-888-5768

    7010 HIGHWAY 42, COOS BAY, OR 97420-9452, COOS COUNTY (Oct 1984 - Aug 2002)
    760 E 1ST ST, COQUILLE, OR 97423-1905, COOS COUNTY (May 1991 - Jan 1999)
        **Current Residents at Address:**
            CHRISTOPHER I JONES
            CHARLES E KINS
            CHARLYN J OKINS
            LINDA L LUZ
            541-888-5768

    515 VELOPA CT, COQUILLE, OR 97423, COOS COUNTY (Aug 1994)
            541-412-1135 - PST CORRIGAN AMY M

    12505 E 30TH AVE APT 30TH, SPOKANE VALLEY, WA 99216-0120, SPOKANE COUNTY (Jan 1993)

JEFFREY CLARK ANGLIN  DOB: 10/xx/1955
    xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
    **Names Associated with Relative:**
    JEFF ANGLIN  DOB: 10/xx/1955
        xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
    JEFFERY ANGLIN  DOB: 10/xx/1955
        xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
    JEFFRY C ANGLIN  DOB: 10/xx/1955
        xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
    JEFFERY C ANGLEN  DOB: 10/xx/1955
        xxx-xx-xxxx issued in Ohio  between  1/1/1965  and  12/31/1965
    **Previous And Non-Verified Address(es):**
    PO BOX 25902, SARASOTA, FL 34277-2902, SARASOTA COUNTY (Mar 2015 - Jun 2016)
    1825 GOLDENROD ST, SARASOTA, FL 34239-5120, SARASOTA COUNTY (May 2016)
        **Current Residents at Address:**
            WANIDA W CARLISLE
    2282 ARLINGTON ST, SARASOTA, FL 34239-2441, SARASOTA COUNTY (Nov 2006 - Feb 2015)
        **Current Residents at Address:**

JEFFREY CLARK ANGLIN
PAUL WILLIAM POPE
CHRISTINE ANNE SCHWERIN
951-2666

5140 N HIGH ST APT 219, COLUMBUS, OH 43214-1567, FRANKLIN COUNTY (Nov 1979 - Aug 2007)
941-349-1703

1878 PROSPECT ST, SARASOTA, FL 34239-2215, SARASOTA COUNTY ( 2002 - Nov 2006)
**Current Residents at Address:**
ELIZABETH ROBIN DELUCIA
941-951-2666

3961 ROBERTS POINT RD, SARASOTA, FL 34242-1160, SARASOTA COUNTY (Dec 1997 - Jan 2003)
941-349-1703

250 FRANKLIN ST, DUBLIN, OH 43017-1108, FRANKLIN COUNTY (Jun 1987 - Jan 2003)
**Current Residents at Address:**
LISA ANN MENDEN
NICHOLAS ROBERT MENDEN
22488 LAIKA AVE, PORT CHARLOTTE, FL 33952-4727, CHARLOTTE COUNTY (Nov 1979 - Jan 2003)
**Current Residents at Address:**
CRAIG STEVEN NELSON
ERIN M NELSON
NORMAND ADRIEN MAURICE SR
BETTY B MAURICE
HANNAH NELSON
941-979-9273 - EST MAURICE NORMAND

4022 BEAVER LN APT 600F, PORT CHARLOTTE, FL 33952-9246, CHARLOTTE COUNTY (Nov 1979 - Jan 2003)
941-349-1703

8939 RIVERSIDE DR APT 22, POWELL, OH 43065-9610, DELAWARE COUNTY (Nov 1979 - Jan 2003)

ROBERT J ANGLIN  DOB: 4/xx/1945
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
**Names Associated with Relative:**
ROBERT JOSEPH ANGLIN  DOB: 4/xx/1945
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT ANGLIN  DOB: 4/xx/1945
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT SU ANGLIN  DOB: 4/xx/1945
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT ANGLIN  DOB: 1946
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
ROBERT J ANGLIN  DOB: 1946
xxx-xx-xxxx issued in Ohio  between  1/1/1961  and  12/31/1963
**Previous And Non-Verified Address(es):**
222 145TH AVE E, MADEIRA BEACH, FL 33708-2114, PINELLAS COUNTY (Oct 2002 - Jul 2012)
**Current Residents at Address:**
MIMI E GIESLER
JAMES T DELGARN
**Current phones listed at this address:**
727-397-6464 - EST ROSSO-ANGLIN MIMI
727-667-7551

222 FOUNDERS CT, COLUMBUS, OH 43230-5076, FRANKLIN COUNTY (Sep 1996 - Jun 2012)
**Current Residents at Address:**
PATRICIA A ANGLIN
MIMI E GIESLER
ROBERT J ANGLIN
614-471-2444 - EST ROSSO-ANGLIN MIMI

222 TH AVE E, MADEIRA BEACH, FL 33708-2114, PINELLAS COUNTY (May 2008)
727-667-7551

16400 GULF BLVD APT 810, NORTH REDINGTON BEACH, FL 33708-1561, PINELLAS COUNTY (Mar 2007 - Mar 2008)
614-471-2444

6797 N HIGH ST STE 350, WORTHINGTON, OH 43085-2533, FRANKLIN COUNTY (Sep 1997 - Jan 2003)

614-888-9200 - EST BRIAN T DAVIS LISW SAP

4877 LAKE FOREST BLVD, WESTERVILLE, OH 43081-9279, FRANKLIN COUNTY (Jul 1996 - Jan 2003)
8430 STATE ROUTE 656 APT 656, SUNBURY, OH 43074-9445, DELAWARE COUNTY (Jun 1993 - Jan 2003)
3570 JENMAR CT, DUBLIN, OH 43016-9506, FRANKLIN COUNTY (Jul 1979 - Jan 2003)
    **Current Residents at Address:**
      LAURA KERRY SIMONDS
      JAY THOMAS SIMONDS
3599 CRANDON ST, HILLIARD, OH 43026-1808, FRANKLIN COUNTY (Jul 1979 - Jan 2003)
    **Current Residents at Address:**
      NICHOLLE ELIEN HORN
      RAYANN KAY CLIPNER
      JOHN ANDREW MOORE
      ALEXANDER MOORE KYLER
      JOHN MOORE
350 SUITE, WORTHINGTON, OH 43085, FRANKLIN COUNTY (Mar 1999)


BREIN K ANGLIN       DOB: 7/xx/1988
**Names Associated with Relative:**
BREIN ANGLAN       DOB: 7/xx/1988
**Previous And Non-Verified Address(es):**
91701 ANCHORAGE LN, COOS BAY, OR 97420-4747, COOS COUNTY (Jul 2016 - Dec 2016)
    **Current Residents at Address:**
      DANIEL J WARNER
      BREIN K ANGLIN
2071 NE STEPHENS ST UNIT K1, ROSEBURG, OR 97470-1448, DOUGLAS COUNTY ( 2007 - Feb 2008)
PO BOX 2107, WINSTON, OR 97496-2107, DOUGLAS COUNTY ( 2007 - Feb 2008)
    **Current Residents at Address:**
      EDDIE LEE MOSS
777 HEMLOCK AVE APT 2, COOS BAY, OR 97420-2564, COOS COUNTY
    **Current Residents at Address:**
      BILL VANRENSELAAR
      DANIEL J WARNER
      FELICIA GARLAND