# EXHIBIT D

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS



| About | Voters | Election Info | Candidates | Poll Worker | Maps & Data | Contact |

**Follow Us**

 

**Franklin County
Board of Elections**
1700 Morse Rd
Columbus, OH 43229

Phone (614) 525-3100
Fax (614) 525-3489
Early Voting Hours

**Hours of Operation
Office Hours**
Mon-Fri 8 a.m. - 5 p.m.

Update Voter Address
Register to Vote

# ANDREW B. ANGLIN

🔖 Bookmark this page

If you have not updated or verified your information in the last ten (10) days, please do so now at the  Secretary of State website.

## Registration Information

**Registered Area:** PERRY
ANDREW B. ANGLIN
918 COLONY WAY
COLUMBUS OH 43235
Edit Registration Information

**Polling Location:** Get Directions*
WORTHINGTON KILBOURNE HIGH SCHOOL
1499 HARD ROAD
COLUMBUS OH 43235

**School District:** WORTHINGTON CSD
**City or Village:** NONE
**Township:** PERRY

**Precinct:** PERRY-D 2

- District: 140
- Ward:
- Precinct: D

* Google Maps is an internet-based mapping service. The Franklin County Board of Elections makes no guarantee as to the accuracy of Google Maps and its directions.

**Request Absentee Ballot** [+]

**Candidate Nominating Petition** [+]

**Poll Worker** [+]

**Sample Ballots** [+]

**Election History** [−]

**Registration active since:** 10/11/2016          **Party Affiliation:** Unaffiliated

| Year | Primary | General | Special |
|------|---------|---------|---------|
| 2017 |         |         |         |
| 2016 |         | X       |         |

- U: Unaffiliated
- X: Unaffiliated or voted in General Election
- D: Democrat
- R: Republican
- L: Libertarian
- C: Constitution
- G: Green
- S: Socialist

**Representatives** [+]

Home | County Home | Ohio Secretary of State | Site Map | Contact