# EXHIBIT F

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

| | Our Office | Your Property | Search | On-Line Tools | Reference | Contact Us |

**Search by Owner:** ANGLIN GREG
Type in: LastName FirstName

**Options** — Sort by: Parcel ID / Ascending — Results/page: 25 — [Search]

Data Current as of 19/Dec/2017

**Results** — Click rows to view property details — Displaying 1 - 8 of 8

| | Parcel ID ▲ | Address | Owner 1 | Owner 2 |
|---|---|---|---|---|
| ☐ ... | 010-031492-00 | 930 HAMLET ST | ANGLIN GREGORY | |
| ☐ ... | 010-032833-00 | 727-729 JAEGER ST | ANGLIN GREGORY M | |
| ☐ ... | 010-054420-00 | 357 E TOMPKINS ST | ANGLIN GREG | |
| ☐ ... | 010-190979-00 | 729 WORTH FOREST PL | ANGLIN GREG | |
| ☐ ... | 010-190981-00 | 729 WORTH FOREST PL | ANGLIN GREGORY | |
| ☐ ... | 010-190989-00 | 737 WORTH FOREST PL | ANGLIN GREG | |
| ☐ ... | 010-191025-00 | 5442 WORTH FOREST PL | ANGLIN GREGORY | |
| ☐ ... | 610-189556-00 | 7932 BOOTHBAY CT | ANGLIN GREGORY M | |

**Selection Manager**
Select page all
Select all
Deselect page all
Deselect all

**Search Manager**
View List - Map

**Reports**
Proximity Report
Map Report
Parcel Summary
Parcel Detail

Printable Version     Results Page: [1]    [Go]

**Disclaimer:**
The information on this web site is prepared from the real property inventory maintained by the Franklin County Auditor's Office. Users of this data are notified that the primary information source should be consulted for verification of the information contained on this site. The county and vendors assume no legal responsibilities for the information contained on this site. Please notify the Franklin County Auditor's Real Estate Division of any discrepancies.

Powered by iasWorld® Public Access. All rights reserved.

**ParcelID: 010-031492-00**  **Map-Rt: 010-C056 -066-00**
ANGLIN GREGORY                          930 HAMLET ST

## Owner

| | |
|---|---|
| Owner | ANGLIN GREGORY |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | 930 HAMLET ST<br>C S HYDES<br>LOT 5 |
| Calculated Acres | .12 |
| Legal Acres | 0 |
| Tax Bill Mailing | GREGORY ANGLIN<br><br>6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085-2517 |
| | View Google Map |

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | JUN-09-2015 |
| Transfer Price | $117,500 |
| Instrument Type | GW |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 01302 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43201 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 6,900 | 28,900 | 35,800 |

|       | Land    | Improvements | Total    |
|-------|---------|--------------|----------|
| TIF   | 83,100  | 86,800       | 169,900  |
| Exempt|         |              |          |
| Total | 90,000  | 115,700      | 205,700  |
| CAUV  | 0       |              |          |

## 2017 Taxable Value

|       | Land   | Improvements | Total  |
|-------|--------|--------------|--------|
| Base  | 2,420  | 10,120       | 12,540 |
| TIF   | 29,090 | 30,380       | 59,470 |
| Exempt|        |              |        |
| Total | 31,510 | 40,500       | 72,010 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|----------------|------------|-----|
| 4,476.72       | 0.00       |     |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|----------|--------------|-------|----------|------------|------------|
| 1900     | 1,208        | 6     | 3        | 1          |            |

## Site Data

| Frontage | Depth | Acres | Historic District |
|----------|-------|-------|-------------------|
|          |       |       | Italian Village   |
|          |       |       | Italian Village   |

**ParcelID: 010-032833-00**   **Map-Rt: 010-J025 -066-00**
ANGLIN GREGORY M   727-729 JAEGER ST

## Owner

| | |
|---|---|
| Owner | ANGLIN GREGORY M |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | 727-729 JAEGER ST<br>E S 40 X 95.6<br>B F MARTINS LOT 22 |
| Calculated Acres | .09 |
| Legal Acres | 0 |
| Tax Bill Mailing | FIFTH THIRD BANK<br>DFW4-2<br>1500 SOLANA BLVD BLDG 1<br>ROANOKE TX 76262-1720 |

View Google Map

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | OCT-20-1998 |
| Transfer Price | $78,600 |
| Instrument Type | GW |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 520 - TWO-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 01601 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43206 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 131,200 | 237,200 | 368,400 |

| | | | |
|---|---:|---:|---:|
| TIF | | | |
| Exempt | | | |
| Total | 131,200 | 237,200 | 368,400 |
| CAUV | 0 | | |

## 2017 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 45,920 | 83,020 | 128,940 |
| TIF | | | |
| Exempt | | | |
| Total | 45,920 | 83,020 | 128,940 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 8,015.96 | 0.00 | |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1897 | 2,376 | 10 | 4 | 2 | |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| 40 | 100 | .0918 | German Village |

**ParcelID: 010-054420-00**　　　　　　　　　　**Map-Rt: 010-B011 -079-00**
**ANGLIN GREG**　　　　　　　　　　　　　　　**357 E TOMPKINS ST**

### Owner

| | |
|---|---|
| Owner | ANGLIN GREG |
| Owner Address | 6827 N. HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | 357 TOMPKINS ST<br>PT LOTS 65 & 66 |
| Calculated Acres | .05 |
| Legal Acres | 0 |
| Tax Bill Mailing | CHASE HOME FINANCE LLC<br><br>1500 SOLANA BLVD BLDG 1<br>ROANOKE TX 76262-1720 |
| | View Google Map |

### Most Recent Transfer

| | |
|---|---|
| Transfer Date | JUN-30-2005 |
| Transfer Price | $83,200 |
| Instrument Type | GW |

### 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 01300 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43202 |

### 2017 Current Market Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 25,100 | 109,900 | 135,000 |

|  | | |
|---|---:|---:|
| TIF | | |
| Exempt | | |
| Total | 25,100 | 109,900 | 135,000 |
| CAUV | 0 | | |

### 2017 Taxable Value

|  | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 8,790 | 38,470 | 47,260 |
| TIF | | | |
| Exempt | | | |
| Total | 8,790 | 38,470 | 47,260 |

### 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 2,938.06 | 0.00 | |

### Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---:|---:|---:|---:|---:|---:|
| 1900 | 1,040 | 6 | 3 | 1 | |

### Site Data

| Frontage | Depth | Acres | Historic District |
|---:|---:|---:|---|
| 26 | 84 | .0501 | |

**ParcelID: 010-190979-00**       **Map-Rt: 010-T128A -054-00**
**ANGLIN GREG**                   **729 WORTH FOREST PL**

## Owner

| | |
|---|---|
| Owner | ANGLIN GREG |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | WORTHINGTON FOREST CONDOMINIUM<br>UNIT 726 BLDG 4 |
| Calculated Acres | .01 |
| Legal Acres | 0 |
| Tax Bill Mailing | GREG ANGLIN<br><br>6827 N HIGH ST STE 232<br>WORTHINGTON OH 43085-2517 |
| | View Google Map |

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | NOV-19-2015 |
| Transfer Price | $0 |
| Instrument Type | QE |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 550 - CONDOMINIUM UNIT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | T3600 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | Yes |
| Board of Revision | No |
| Zip Code | 43229 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 5,000 | 29,000 | 34,000 |

| | | | |
|---|---:|---:|---:|
| TIF | | | |
| Exempt | | | |
| Total | 5,000 | 29,000 | 34,000 |
| CAUV | 0 | | |

## 2017 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 1,750 | 10,150 | 11,900 |
| TIF | | | |
| Exempt | | | |
| Total | 1,750 | 10,150 | 11,900 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 739.80 | 0.00 | |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---:|---:|---:|---:|---:|---:|
| 1970 | 1,214 | 5 | 2 | 1 | 1 |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|

**ParcelID: 010-190981-00**  **Map-Rt: 010-T128A -025-00**
ANGLIN GREGORY              729 WORTH FOREST PL

## Owner

| | |
|---|---|
| Owner | ANGLIN GREGORY |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | WORTHINGTON FOREST<br>CONDO UNIT 729<br>BLDG 2B |
| Calculated Acres | .02 |
| Legal Acres | 0 |
| Tax Bill Mailing | GREGORY ANGLIN<br><br>6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085-2517 |
| | View Google Map |

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | JAN-13-2014 |
| Transfer Price | $24,000 |
| Instrument Type | SH |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 550 - CONDOMINIUM UNIT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | T3600 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No  2018: No |
| Homestead Credit | 2017: No  2018: No |
| Rental Registration | Yes |
| Board of Revision | No |
| Zip Code | 43229 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 5,000 | 36,300 | 41,300 |

|  | | | |
|---|---:|---:|---:|
| TIF | | | |
| Exempt | | | |
| Total | 5,000 | 36,300 | 41,300 |
| CAUV | 0 | | |

## 2017 Taxable Value

|  | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 1,750 | 12,710 | 14,460 |
| TIF | | | |
| Exempt | | | |
| Total | 1,750 | 12,710 | 14,460 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 898.94 | 0.00 | |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---:|---:|---:|---:|---:|---:|
| 1970 | 1,358 | 7 | 3 | 2 | 1 |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|

**ParcelID: 010-190989-00**                    **Map-Rt: 010-T128A -027-00**
**ANGLIN GREG**                                **737 WORTH FOREST PL**

## Owner

| | |
|---|---|
| Owner | ANGLIN GREG |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | WORTHINGTON FOREST<br>CONDOMINIUM<br>UNIT 737 BLDG 2B |
| Calculated Acres | .01 |
| Legal Acres | 0 |
| Tax Bill Mailing | GREG ANGLIN<br><br>6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085-2517 |
| | View Google Map |

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | OCT-28-2013 |
| Transfer Price | $15,000 |
| Instrument Type | SH |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 550 - CONDOMINIUM UNIT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | T3600 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43229 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 5,000 | 31,500 | 36,500 |

| | | | |
|---|---|---|---|
| TIF Exempt | | | |
| Total | 5,000 | 31,500 | 36,500 |
| CAUV | 0 | | |

### 2017 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 1,750 | 11,030 | 12,780 |
| TIF | | | |
| Exempt | | | |
| Total | 1,750 | 11,030 | 12,780 |

### 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 794.50 | 0.00 | |

### Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1970 | 1,196 | 6 | 2 | 1 | 1 |

### Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| | | | |

**ParcelID: 010-191025-00**  **Map-Rt: 010-T128A -031-00**
ANGLIN GREGORY  5442 WORTH FOREST PL

### Owner

| | |
|---|---|
| Owner | ANGLIN GREGORY |
| Owner Address | 6827 N HIGH ST STE 121 WORTHINGTON OH 43085 |
| Legal Description | WORTHINGTON FOREST CONDO UNIT 5442 BLDG 2 |
| Calculated Acres | .02 |
| Legal Acres | 0 |
| Tax Bill Mailing | GREGORY ANGLIN 6827 N HIGH ST STE 121 WORTHINGTON OH 43085-2517 |
| | View Google Map |

### Most Recent Transfer

| | |
|---|---|
| Transfer Date | NOV-19-2015 |
| Transfer Price | $26,150 |
| Instrument Type | QC |

### 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 550 - CONDOMINIUM UNIT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | T3600 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: No 2018: No |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | Yes |
| Board of Revision | No |
| Zip Code | 43229 |

### 2017 Current Market Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 5,000 | 36,300 | 41,300 |

| | | | |
|---|---:|---:|---:|
| TIF | | | |
| Exempt | | | |
| Total | 5,000 | 36,300 | 41,300 |
| CAUV | 0 | | |

## 2017 Taxable Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 1,750 | 12,710 | 14,460 |
| TIF | | | |
| Exempt | | | |
| Total | 1,750 | 12,710 | 14,460 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---:|---:|---:|
| 898.94 | 0.00 | |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---:|---:|---:|---:|---:|---:|
| 1970 | 1,358 | 7 | 3 | 2 | 1 |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|

**ParcelID: 610-189556-00**  **Map-Rt: 610-T118A -032-00**
ANGLIN GREGORY M  7932 BOOTHBAY CT

## Owner

| | |
|---|---|
| Owner | ANGLIN GREGORY M |
| Owner Address | 6827 N HIGH ST STE 121<br>WORTHINGTON OH 43085 |
| Legal Description | BOOTHBAY CT<br>WOODBRIDGE VILL COND<br>UNIT 32 |
| Calculated Acres | .01 |
| Legal Acres | 0 |
| Tax Bill Mailing | CHASE HOME FINANCE LLC<br><br>1500 SOLANA BLVD BLDG 1<br>ROANOKE TX 76262-1720 |
| | View Google Map |

## Most Recent Transfer

| | |
|---|---|
| Transfer Date | JUN-16-2003 |
| Transfer Price | $92,500 |
| Instrument Type | WD |

## 2017 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 550 - CONDOMINIUM UNIT |
| Tax District | 610 - COLUMBUS-WORTHINGTON CSD |
| School District | 2516 - WORTHINGTON CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | T2800 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2017: Yes 2018: Yes |
| Homestead Credit | 2017: No 2018: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43065 |

## 2017 Current Market Value

| | Land | Improvements | Total |
|---|---:|---:|---:|
| Base | 12,500 | 71,700 | 84,200 |

| | Land | Improvements | Total |
|---|---|---|---|
| TIF | | | |
| Exempt | | | |
| Total | 12,500 | 71,700 | 84,200 |
| CAUV | 0 | | |

## 2017 Taxable Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 4,380 | 25,100 | 29,480 |
| TIF | | | |
| Exempt | | | |
| Total | 4,380 | 25,100 | 29,480 |

## 2017 Taxes

| Net Annual Tax | Total Paid | CDQ |
|---|---|---|
| 1,924.90 | 0.00 | |

## Dwelling Data

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1981 | 1,056 | 4 | 2 | 1 | 1 |

## Site Data

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| | | | |