# EXHIBIT K

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

Home > Whois Lookup > DailyStormer.com

## Whois Record for DailyStormer.com

### − Whois & Quick Stats

| | |
|---|---|
| **Risk Score** | 0 |
| **Email** | abuse@godaddy.com is associated with ~49,025,002 domains<br>gregorymarkanglin@yahoo.com is associated with ~6 domains |
| **Registrant Org** | Greg Anglin is associated with ~9 other domains |
| **Registrar** | GODADDY.COM, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2013-03-20 - Expires on 2017-03-20 - Updated on 2015-04-16 |
| **Name Server(s)** | JEAN.NS.CLOUDFLARE.COM (has 1,688,151 domains)<br>KIRK.NS.CLOUDFLARE.COM (has 1,688,151 domains) |
| **IP Address** | 104.25.34.6 - 10 other sites hosted on this server |
| **IP Location** | - Arizona - Phoenix - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET - CloudFlare, Inc., US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 69 records have been archived since 2013-03-24 |
| **IP History** | 16 changes on 15 unique IP addresses over 3 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 3 changes on 4 unique name servers over 3 years |
| **Whois Server** | whois.godaddy.com |

### − Website

| | |
|---|---|
| **Website Title** | ⊕ Just a moment... |
| **Server Type** | cloudflare-nginx |
| **Response Code** | 503 |
| **SEO Score** | 59% |
| **Terms** | 32 (Unique: 28, Linked: 4) |
| **Images** | 0 (Alt tags missing: 0) |
| **Links** | 1 (Internal: 0, Outbound: 1) |

### Whois Record ( last updated on 2016-12-23 )

```
Domain Name: DAILYSTORMER.COM
Registry Domain ID: 1787753602_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-03-21T15:01:34Z
Creation Date: 2013-03-20T22:43:18Z
Registrar Registration Expiration Date: 2017-03-20T22:43:18Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
```

```
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Greg Anglin
Registrant Organization:
Registrant Street: 6827 N. High St.
Registrant City: Worthington
Registrant State/Province: Ohio
Registrant Postal Code: 43085
Registrant Country: US
Registrant Phone: 6144361800
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: gregorymarkanglin@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Greg Anglin
Admin Organization:
Admin Street: 6827 N. High St.
Admin City: Worthington
Admin State/Province: Ohio
Admin Postal Code: 43085
Admin Country: US
Admin Phone: 6144361800
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: gregorymarkanglin@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Greg Anglin
Tech Organization:
Tech Street: 6827 N. High St.
Tech City: Worthington
Tech State/Province: Ohio
Tech Postal Code: 43085
Tech Country: US
Tech Phone: 6144361800
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: gregorymarkanglin@yahoo.com
Name Server: JEAN.NS.CLOUDFLARE.COM
Name Server: KIRK.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

## Tools

| Whois History |
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse Whois Lookup ▼ |
| Reverse IP Address Lookup ▼ |
| Reverse Name Server Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |
| ⬇ Preview the Full Domain Report |
| Queue Screenshot for Addition |

## Available TLDs

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DailyStormer.com | View Whois |