# EXHIBIT T

PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

**RULES OF PRACTICE**
**OF THE**
**COURT OF COMMON PLEAS**

**STATEMENT OF PURPOSE**

Delay in criminal and civil cases in the Courts of Common Pleas throughout the state of Ohio is a serious problem in the administration of justice. Constitutional courts were created to serve the litigants and the interest of the public at large, not for the convenience or benefit of judges and lawyers. Unnecessary delay erodes the public's confidence in the judicial system.

It is the obligation of the judges of the Court of Common Pleas, Franklin County, Ohio, to operate the Court in a manner that is lawful, fair, just, and efficient for the benefit of the citizens of Franklin County and all other litigants that come before it. To that end, the following rules are designed (l) to expedite the disposition of both criminal and civil cases in this Court, while at the same time safeguarding the rights of litigants to the just processing of their cases; (2) to expedite and make consistent the disposition of cases in the general branch of the Court; and (3) to serve the public interest which mandates the prompt disposition of all cases before this Court.

## RULE 91 (8-17-11) - ADMISSION OF OUT-OF-STATE ATTORNEYS

**91.01**   An attorney not licensed to practice in Ohio who currently is licensed to practice in any other state or the District of Columbia may, in the discretion of the trial judge, be permitted to represent parties in any litigation pending or to be filed in this court after completion of all of the following conditions:

A. Filing a written Certificate of *pro hac vice* Registration from the Supreme Court of Ohio pursuant to Section 2(A)(3) of Rule XII, of the Rules for the Government of the Bar;

B. Certifying in writing familiarity with this court's Local Rules and the appropriate Ohio Criminal or Civil Rules, Rules of Evidence and Rules of Professional Conduct;

C. Be sponsored in writing by an attorney licensed to practice law in Ohio. The sponsoring attorney, or another attorney licensed to practice in Ohio, shall be co-counsel with the attorney admitted *pro hac vice*.

D. The sponsoring attorney shall submit with the motion and certification an entry granting the motion.

**91.02**   Scheduling for, or continuance of any trial or hearing date shall not be permitted solely because of the unavailability of or inconvenience to out-of-state counsel.