UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

vs.

ANDREW ANGLIN, publisher of
the *Daily Stormer*,

    Defendant.

Case No.: 9:17-cv-00050-DLC-JCL

DECLARATION OF JEFFREY A. CREMEANS

1. My name is Jeffrey A. Cremeans. I am a court appointed process server in the state of Ohio. I was hired by the Southern Poverty Law Center to serve Andrew Anglin with a Summons and Complaint in the lawsuit *Gersh v. Anglin*, case number 9:17-cv-50, filed in the United States District Court for the District of Montana.

2. In order to serve Mr. Anglin with process, I was provided pictures of him. Additionally, I familiarized myself with what Mr. Anglin looks like by reviewing various images on the internet. I also watched several videos on You Tube and other social media. Said videos and images ranged from the past 3 years to present time.

3. On December 10, 2017, I was shopping at Meijer's grocery store at 8000 E. Broad St., Reynoldsburg, Ohio 43068, which is located on the far east side of Columbus, Ohio on the corner of Waggoner Rd. and E. Broad St.

4. While shopping I noticed a man in the store who looked exactly like the images and videos I had seen of Andrew Anglin. I've seen his face many times via the pictures and videos and this face matched him perfectly. As I got closer, I knew then without a doubt that it was Mr. Anglin. I began approaching him, but then stood stationery as I was waiting on my son to go get another shopping cart. As Mr. Anglin approached the self-checkout register, I got close to him while he was paying for his items. He appeared very paranoid, looking over his shoulder. I noticed he began to get a credit card out of his wallet, but then put the card back in

Page 1

his wallet and grabbed a white envelope with the logo of what appeared to be from Fifth-Third Bank that had cash in it. After he checked himself out, I approached him as he was leaving the store. I spoke with the person and said to him, "You look like someone I know. Is your name Andrew." The man replied "Nope" and then quickly fled the store.

5. Although this individual denied his name was Andrew, I am absolutely certain that he was Andrew Anglin based on the images and videos I reviewed in order to attempt to serve him with process, how quickly he fled the store after I attempted to confirm his identity, because of his paranoid behavior, and because he entered a car matching the description of a car I understand is owned by Andrew Anglin's father and which my colleague previously spotted at a residence believed to be associated with Andrew Anglin while attempting to personally serve him in this case.

6. Because I was at the grocery store on a personal errand I did not have the lawsuit paperwork with me at that time in order to serve Mr. Anglin with process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2017.

_____
Jeffery A. Cremeans