# EXHIBIT 2

Franklin County, Ohio
Board of Elections

Subpoena Response (Part 1)

# Voter's Declaration/Affirmation
# Federal Write-in Absentee Ballot (FWAB)

ANDREW B ANGLIN

*020104113*

For absent Uniformed Service members, their families, and citizens residing outside the U.S.

Please print in ink.

**Qualification & Voter Registration**
Many States require that you be registered and requested an absentee ballot before using this form.

Have you already registered and requested an absentee ballot?  ☐ Yes  ☒ No

If you answer No, you can do this via the Federal Post Card Application, or in a few States, by marking the box below. Check your State's pages in the Voting Assistance Guide on FVAP.gov to see if your State allows registration via this form.

☒ I also want to register to vote and/or request an absentee ballot for all elections in which I am eligible to vote.

**Classification**
Make only 1 selection.

☐ I am a member of the Uniformed Services or Merchant Marine on active duty OR ☐ I am an eligible spouse or dependent.
☐ I am an activated National Guard member on State orders.
☐ I am a U.S. citizen residing outside the United States, and I intend to return.
☒ I am a U.S. citizen residing outside the United States, and my return is not certain.
☐ I am a U.S. citizen and have never resided in the United States.

**Legal name**

Last name: Anglin
Suffix:
First name: Andrew
Middle name: Barret
Previous name (if applicable):

**Identification**
Some States require your full SSN. Check your State's pages in the Voting Assistance Guide on FVAP.gov.

State Driver's License or I.D.:
OR Social Security Number: [redacted]
Birth date: [redacted]
Sex: ☒ M  ☐ F
Race: White

**Contact information**
Include international prefixes. No DSN numbers.

Telephone: [redacted]
Fax:
Email: [redacted]
Alternate Email:

**Political party**

Your State may require you to specify a political party to vote in primary elections: Republican

**Voting residence address**
Usually your last U.S. residence or your legal U.S. residence. See instructions.

Street Address (not P.O. Box): 6827 N HIGH ST STE 1   Apt. #: Suite 1
City/Town/Village: WORTHINGTON
County: Franklin   State: OH   Zip Code: 43085-2517

**Where to send my voting materials**
This is your current mailing address and should be different from above. If required, place a forwarding address in Box 9.

Krasnodar
Krasnodar Krai
350000

RECEIVED BY MAIL
2016 OCT 27 PM 3:02
FRANKLIN COUNTY BOARD OF ELECTIONS

**Additional requirements for your State**
Such as: future ballot receipt preference, mail forwarding address, additional phone, or other State required information. See your State's pages in the Voting Assistance Guide on FVAP.gov.

**Affirmation (REQUIRED):** I swear or affirm, under penalty of perjury, that:
- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and
- I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.
- In voting, I have marked and sealed this ballot in private and have not allowed any person to observe the marking of this ballot, except those authorized to assist voters under State and Federal law.

Signature X [signature]
You must sign and fill in.
Today's date: 10/04/2016
Witness signature/date if required by your State
Signature — WITNESS NOT REQUIRED —
Date — WITNESS NOT REQUIRED —

This information is for official use only. Any unauthorized release may be punishable by law.   PREVIOUS EDITIONS ARE OBSOLETE.   Standard Form 186 (Rev. 08-2013), OMB No. 0704-0502

020104113  B  WORTH 3-A 1
E 571028005
R ANDREW B ANGLIN

# Voter Registration and Absentee Ballot Request Federal Post Card Application (FPCA)

For absent Uniformed Service members, their families, and citizens residing outside the

**Classification**
Make only 1 selection.
(In most States, you must be absent from your voting district to use this form).

I request an absentee ballot for all elections in which I am eligible to vote AND:
- ☐ I am a member of the Uniformed Services or Merchant Marine on active duty OR ☐ I am an eligible spouse or dependent.
- ☐ I am an activated National Guard member on State orders.
- ☐ I am a U.S. citizen residing outside the United States, and I intend to return.
- ☑ I am a U.S. citizen residing outside the United States, and my return is not certain.
- ☐ I am a U.S. citizen and have never resided in the United States.

**Political party**
Your State may require you to specify a political party to vote in primary elections: Republican

**Legal name**
Last name: Anglin
First name: Andrew
Middle name:
Suffix:
Previous name (if applicable):

**Identification**
Some States require your full SSN. Check your State's pages in the Voting Assistance Guide on FVAP.gov.
- State Driver's License or ID
- OR Social Security Number
- Birth date
- Sex ☑ M ☐ F
- Race

**Contact information**
Include international prefixes. No DSN numbers.
- Telephone
- Fax
- Email

**Ballot receipt**
Rank from 1-3 in order of preference; be sure appropriate contact information is provided above.
I prefer to receive my ballot, as permitted by my State, by: 1 Email/Online ☐ Mail ☐ Fax

**Voting residence address**
Usually your last U.S. residence or your legal U.S. residence. See Instructions.
- Street Address (not P.O. Box): 6827 N. High Street
- Apt # Suite 121
- City/Town/Village: Worthington
- County: Franklin County
- State: OH
- Zip Code: 43085-

**Where to send my ballot**
This is your current mailing address and should be different from above. If required, place a forwarding address in Box 9.

Krasnodar, Krasnodar Krai 350015
Russian Federation

[stamp: RECEIVED BY MAIL — FRANKLIN COUNTY BOARD OF ELECTIONS — 2016 OCT 27 PM 3:02]

**Additional requirements for your State**
Such as: mail forwarding address, additional email address/phone number, or other State required information. See Voting Assistance Guide.

Please send ballots to me at the indicated address for all elections this calendar year, including primaries, general and special elections

**Affirmation (REQUIRED):** I swear or affirm, under penalty of perjury, that:
- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and
- I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.

Signature X [signed]
Today's date: 10/01/2016
You must sign and send in.

Witness signature / date (required by your State)
Signature
Date

PREVIOUS EDITIONS ARE OBSOLETE.    Standard Form 76 (Rev. 08-2013), OMB No. 0704-050