Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,
Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **NOTICE OF ERRATA RE: DEFENDANT ANDREW ANGLIN'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |
| ANDREW ANGLIN, | |
| Defendant. | |

# NOTICE OF ERRATA RE: DEFENDANT ANDREW ANGLIN'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendant Andrew Anglin gives notice of errata regarding his Reply Brief in Support of Motion to Dismiss (Dkt. No. 59). At page 12, the brief states: "As the evidence indicates, Plaintiff changed his domicile from Ohio; as recently as October 2016, he was a Russian domiciliary." *Id.* The identifier "Plaintiff" was scrivener's error and should have said "Defendant."

Thus, the brief should state: "As the evidence indicates, Defendant changed his domicile from Ohio; as recently as October 2016, he was a Russian domiciliary."

Dated: January 16, 2018.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147

/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP