IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | CV 17-50-M-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW ANGLIN, | |
| Defendant. | |

Plaintiff Tanya Gersh has moved to strike Defendant's "Errata" (doc. 64) and accompanying Declaration of Andrew Anglin (doc 64-1), or in the alternative, for leave to file a response. Defendant opposes the motion to strike, but does not oppose the alternative request for leave to file a response. According,

IT IS ORDERED Plaintiff's motion is DENIED to the extent she seeks to strike the Errata and affidavit, but GRANTED to the extent she seeks leave to file a response. Plaintiff shall file her response on or before January 29, 2018. Defendant may file a reply on or before February 8, 2018.

DATED this 18th day of January, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1