# Exhibit A

Moonbase Holdings Agent Address Change



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 01/17/2018 | 201801700160 | AGENT ADDRESS CHANGE (LAD) | 25.00 | 300.00 | 0.00 | 0.00 |

## Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS LLC
KAREN ZAPPITELLI
5271 NORWICH ST
HILLIARD, OH 43206

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**
3938347

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)
**AGENT ADDRESS CHANGE**
         Effective Date:   01/16/2018

Document No(s):
201801700160



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of January, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

Page 1

Form 521 Prescribed by:



**JON HUSTED**
Ohio Secretary of State

Toll Free: (877) SOS-FILE  (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov
File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:
Regular Filing (non expedite)
P.O. Box 788
Columbus, OH 43216
Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

## Statutory Agent Update
## Filing Fee: $25

**(CHECK ONLY ONE(1) BOX)**

**(1) Subsequent Appointment of Agent**
- ☐ Corp (165-AGS)
- ☐ LP (165-AGS)
- ☐ LLC (171-LSA)
- ☐ Business Trust (171-LSA)
- ☐ Real Estate Investment Trust (171-LSA)

**(2) Change of Address of an Agent**
- ☐ Corp (145-AGA)
- ☐ LP (145-AGA)
- ☒ LLC (144-LAD)
- ☐ Business Trust (144-LAD)
- ☐ Real Estate Investment Trust (144-LAD)

**(3) Resignation of Agent**
- ☐ Corp (155-AGR)
- ☐ LP (155-AGR)
- ☐ LLC (153-LAG)
- ☐ Partnership (153-LAG)
- ☐ Business Trust (153-LAG)
- ☐ Real Estate Investment Trust (153-LAG)

Name of Entity: Moonbase Holdings, LLC

Charter, License or Registration No.: 3938347

Name of Current Agent: Andrew Anglin

**Complete the information in this section if box (1) is checked**

Name and Address of New Agent

Name of Agent

Mailing Address

City         State         ZIP Code

Form 521              Page 3 of 7              Last Revised: 05/14/2014

Page 2

**Complete the information in this section if box (1) is checked and business is an Ohio entity**

ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT

The Undersigned, _____ Name of Agent, named herein as the statutory agent for _____ Name of Business Entity, hereby acknowledges and accepts the appointment of statutory agent for said entity.

Signature: _____
Individual Agent's Signature/Signature on behalf of Business Serving as Agent

**Complete the information in this section if box (2) is checked**

New Address of Agent: PO Box 208
Mailing Address

City: Worthington    State: OH    ZIP Code: 43085

**Complete the information in this section if box (3) is checked**

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

_____
Mailing Address

City: _____  State: _____  Zip Code: _____

**By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.**

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

Signature

By

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

Zappitelli CPA Inc.
Signature

*Karen Zappitelli* (signature)
By

Karen Zappitelli
Print Name

Form 521                        Page 5 of 7                    Last Revised: 05/14/2014

Page 4