IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>　　　　　　Defendant. | CV 17-50-M-DLC-JCL<br><br><br>ORDER |

　　　Defendant Andrew Anglin has submitted a declaration in support of his pending motion to dismiss, in which he states that if the Court requires him to, he "will make any necessary *in camera* submission" to establish his current whereabouts. (Doc. 64-1, at 5). Defendant claims that "for reasons of personal safety," he cannot publicly file proof of his current whereabouts. (Doc. 64-1, at 5).

　　　IT IS ORDERED that Defendant shall have until February 16, 2018, within which to submit whatever proof he deems necessary to establish his current whereabouts for *in camera* review by the Court. The Court will reserve ruling on whether to maintain any materials submitted by Defendant ex parte under seal or order that they be publicly filed in the case, with appropriate redactions, until after

1

it has had the opportunity to complete its *in camera* review.

DATED this 7th day of February, 2018.

/s/ Jeremiah C. Lynch
_____
Jeremiah C. Lynch
United States Magistrate Judge