# EXHIBIT 1

Transcript of Deposition of
Dr. Richard Carrier

January 23, 2018

In the Matter of:

*Carrier v. Freethoughtblogs Network, et al.*
Case No. 2:16-cv-00906

United States District Court
Southern District of Ohio
Eastern Division

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

\* \* \*

DR. RICHARD CARRIER,

       Plaintiff,
  vs.                    Case No. 22:16-CV-00906

FREETHOUGHTBLOGS NETWORK,
PAUL Z. MYERS, PH.D., THE ORBIT,
STEPHANIE ZVAN, SKEPTICON, INC.,
LAUREN LANE, AND AMY FRANK SKIBA,

       Defendants.

\* \* \*

      Deposition of DR. RICHARD CARRIER, Plaintiff herein, called by the Defendants for direct examination pursuant to the Rules of Civil Procedure, taken before me, Wqueana N. George, a Notary Public in and for the State of Ohio, at the offices of Campbell, Perry, LLC, 7240 Muirfield Drive, Suite 120, Dublin, Ohio, on Tuesday, January 23, 2018, at 10:50 o'clock a.m.

\* \* \*

Page 2

| | EXAMINATIONS CONDUCTED | Page |
|---|---|---|
| 2 | BY MR. RANDAZZA:................................4 | |
| 3 | BY MR. PERRY:..................................98 | |
| 4 | BY MR. RANDAZZA:..............................115 | |
| 5 | BY MR. PERRY:.................................124 | |
| 6 | BY MR. RANDAZZA:..............................125 | |

Case 9:17-cv-00050-DLC-JCL   Document 70-1   Filed 02/08/18   Page 4 of 8
Carrier, Dr. Richard v. FreeThoughtBlogs Network, et al.                                    Dr. Richard Carrier

Page 3

```
 1    APPEARANCES:

 2          On behalf of the Plaintiff:

 3               Campbell, Perry, LLC

 4          By:  Jeffrey T. Perry
                 Attorney at Law
 5               7240 Muirfield Drive
                 Suite 120
 6               Dublin, Ohio  43017

 7          On behalf of the Defendants:

 8               Randazza Law Group

 9          By:  Marc J. Randazza
                 and
10               Lateigra C. Cahill
                 Attorneys at Law
11               4035 S. El Capitan Way
                 Las Vegas, Nevada  89147
12
                       *   *   *
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1              DR. RICHARD CARRIER
 2  of lawful age, Plaintiff herein, having been first
 3  duly cautioned and sworn, as hereinafter certified,
 4  was examined and said as follows:
 5                DIRECT EXAMINATION
 6  BY MR. RANDAZZA:
 7      Q    All right.  Dr. Carrier, I'm going to ask
 8  you a few preliminary questions that might seem a
 9  little weird, but there is a reason for it.
10      A    Okay.
11      Q    He can hand signal to you if I'm full of
12  bologna.
13      A    All right.
14      Q    Have you ever had your deposition taken
15  before?
16      A    No.
17      Q    Have you ever seen it done on TV?
18      A    Done on TV, no.  The only thing close to
19  that is I saw a training video on it.
20      Q    So, it's an interrogation, but there won't
21  be any extreme conditions or any torture or
22  anything.  You just have to answer under penalty of
23  perjury.  Do you know what that means?
24      A    Yes.
25      Q    What does it mean to you?
```

Page 125

1   I don't know how they are running it at Orbit, but
2   from their behavior, I'm assuming it runs the same.
3           MR. RANDAZZA:  That's it.
4           MR. PERRY:  He will waive.
5           COURT REPORTER:  Would you like a
6   transcript?
7           MR. RANDAZZA:  E-mail a dirty in advance
8   and an e-tran.
9           COURT REPORTER:  Do you want an e-tran?
10          MR. PERRY:  Send me a quote.
11          (Thereupon, the deposition was concluded
12  at 2:56 o'clock p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 9:17-cv-00050-DLC-JCL   Document 70-1   Filed 02/08/18   Page 7 of 8
Carrier, Dr. Richard v. FreeThoughtBlogs Network, et al.                    Dr. Richard Carrier

Page 126

```
 1   STATE OF OHIO          )
 2   COUNTY OF MONTGOMERY )    SS:   CERTIFICATE
 3              I, Wqueana N. George, a Notary Public
 4   within and for the State of Ohio, duly commissioned
 5   and qualified,
 6              DO HEREBY CERTIFY that the above-named DR.
 7   RICHARD CARRIER, was by me first duly sworn to
 8   testify the truth, the whole truth and nothing but
 9   the truth.
10              Said testimony was reduced to writing by
11   me stenographically in the presence of the witness
12   and thereafter reduced to typewriting.
13              I FURTHER CERTIFY that I am not a relative
14   or Attorney of either party, in any manner
15   interested in the event of this action, nor am I, or
16   the court reporting firm with which I am affiliated,
17   under a contract as defined in Civil Rule 28(D).
18
19
20
21
22
23
24
25
```

Page 127

1          IN WITNESS WHEREOF, I have hereunto set my

2     hand and seal of office at Dayton, Ohio, on this 6th

3     day of February, 2018.

4

5

6

7                           _____

8                           WQUEANA N. GEORGE
                            NOTARY PUBLIC, STATE OF OHIO
9                           My commission expires 03-05-2020