IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                    Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>                    Defendant. | CV 17-50-M-DLC-JCL<br><br><br>ORDER |

Plaintiff Tanya Gersh has filed a motion to vacate the deadline for amending the pleadings pending the Court's ruling on Defendant Andrew Anglin's motion to dismiss. Because discovery in the case has been stayed pending that ruling (Doc. 41, at 1-2), Plaintiff explains that the parties have not had sufficient time to do the discovery necessary to determine whether to amend their pleadings to add additional parties, claims, or defenses. Defendant argues Plaintiff has not established good cause for modifying the scheduling order as required under Federal Rule of Civil Procedure 16(b)(4) because she could have accomplished the necessary discovery before the Court imposed the stay. The Court has considered the parties' respective arguments and finds that Plaintiff has sufficiently established good cause for vacating the deadline for amending the pleadings.

1

Accordingly,

IT IS ORDERED that Plaintiff's motion is GRANTED and the March 16, 2018, deadline for amending the pleadings is VACATED. The Court will reset the motions deadline and other pretrial deadlines if necessary after ruling on Defendant's motion to dismiss.

DATED this 21st day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge