IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | CV 17-50-M-DLC-JCL |
| vs. | ORDER |
| ANDREW ANGLIN, | |
| Defendant. | |

Defendant Andrew Anglin has moved to reschedule the oral argument scheduled for 1:30 p.m. on April 3, 2018, on the ground that one of three defense counsel, Marc Randazza, has a scheduling conflict. In the interest of moving this case forward as expeditiously as possible,

IT IS ORDERED that Defendant's motion to reschedule the oral argument is DENIED. The Court will, however, will relieve Mr. Randazza of the requirement that he appear and participate personally in the oral argument and allow Defendant's other counsel of record to participate in his stead.

DATED this 22nd day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge