Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar #6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO UTILIZE VISUAL PRESENTATION FOR HEARING CALENDARED ON APRIL 3, 2018** |
| ANDREW ANGLIN, | |
| Defendant. | |

COMES NOW the Defendant, Andrew Anglin, and by and through counsel of record Marc J. Randazza and Mathew M. Stevenson, hereby gives notice that the defense intend to present visual evidence via laptop computer / the Court's in-court vision-network system, as pertains to oral argument, currently calendared in the Court for Tuesday, April 3, 2018 at 1:30 pm.

Dated: March 26, 2018.   Respectfully submitted,

/s/ Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, Nevada 89147


/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103


/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2018, I served filed the following document upon Plaintiff via electronic mail and USPS First Class Mail as follows:

Morris Dees, Esq.
J. Richard Cohen, Esq.
David C. Dinielli, Esq.
James M. Knoepp, Esq.
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Morris.dees@splcenter.org
Richard.cohen@splcenter.org
David.dinielli@splcenter.org
jim.knoepp@splcenter.org

John Morrison, Esq.
Robert Farris-Olsen, Esq.
Morrison, Sherwood, Wilson, & Deola, PLLP
401 N. Last Chance Gulch St.
Helena, M 59601
john@mswdlaw.com
rfolsen@mswdlaw.com

/s/ Mathew M. Stevenson
Mathew M. Stevenson