TIMOTHY C. FOX
Montana Attorney General
JON BENNION
Deputy Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COCHENOUR
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
jonbennion@mt.gov
dales@mt.gov
mcochenour2@mt.gov

COUNSEL FOR INTERVENOR

RECEIVED
MAY 14 2018
Clerk, U.S. Courts
District of Montana
Missoula Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TANYA GERSH, | Case No. CV 17-50-M-DLC-JCL |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO INTERVENE AS A MATTER OF RIGHT** |
| ANDREW ANGLIN, | |
| Defendant. | |

Timothy C. Fox, Attorney General of Montana, moves to intervene in this case under Fed. R. Civ. P. 5.1(c) for the limited purpose of

defending the constitutionality of Mont. Code Ann. § 27-1-1503(2).

Counsel for the State contacted counsel for both parties in this matter, who indicated that they do not oppose this motion.

Respectfully submitted this 11th day of May, 2018.

TIMOTHY C. FOX
Montana Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

By: *Matthew T. Cochenour*
Matthew T. Cochenour
Assistant Attorney General
Counsel for Intervenor

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing document to be mailed to:

John Morrison
Robert Farris-Olsen
Morrison, Sherwood, Wilson & Deola, PLLP
401 N. Last Chance Gulch
Helena, MT 59601

Morris Dees
J. Richard Cohen
David C. Dinielli
James M. Knoepp
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Marc J Randazza
Randazza Legal Group, PLLC
4035 S. El Capitan Way
Las Vegan, NV 89147

Jay M. Wolman
Randazza Legal Group, PLLC
199 Pearl Street, 14th Floor
Hartford, CN 06103

Mathew M. Stevenson
Stevenson Law Office
1120 Kensington
Suite B
Missoula, MT 59801

DATED: May 11, 2018

By: *Matthew T. Cochenour*
Matthew T. Cochenour
Assistant Attorney General