IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | CV 17-50-M-DLC-JCL |
| vs. | ORDER |
| ANDREW ANGLIN, | |
| Defendant. | |

The Attorney General of Montana has filed a motion for leave to intervene in the above-captioned case as a matter of right under Federal Rule of Civil Procedure 5.1(c) for the limited purpose of defending the constitutionality of Montana Code Annotated § 21-1-1503(2). The Attorney General's motion is timely under Rule 5.1(c), and is not opposed by either party. Accordingly,

IT IS ORDERED that the Attorney General's unopposed motion to intervene as a matter of right is GRANTED.

DATED this 17th day of May, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge

1