Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **DEFENDANT ANDREW ANGLIN'S MOTION FOR A PROTECTIVE ORDER** |
| ANDREW ANGLIN, | |
| Defendant. | |

## DEFENDANT ANDREW ANGLIN'S
## MOTION FOR A PROTECTIVE ORDER

Defendant Andrew Anglin, by and through his undersigned counsel, hereby moves this Honorable Court to issue a protective order pursuant to Fed. R. Civ. P. 26(c)(1).  In support hereof, Defendant refers this Honorable court to the accompanying Brief in Support of Motion for a Protective Order, the Declaration of Jay M. Wolman, and exhibits, filed herewith.

Pursuant to Fed. R. Civ. P. 26(c) and Local Civil Rule 26.3(c)(1), counsel for Mr. Anglin and Plaintiff spoke telephonically on July 6, 2018 and conferred in good faith concerning all disputed issues in this Motion.  Plaintiff's counsel indicated that Plaintiff objects to the relief requested herein.

Dated: July 9, 2018.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman