# **EXHIBIT 3**

July 5, 2018 email
from Jay Wolman



Trey Rothell <tar@randazza.com>

## SERVICE OF DOCUMENT - 9:17-cv-50 - Gersh v. Anglin

**Jay M. Wolman** <jmw@randazza.com>   Thu, Jul 5, 2018 at 11:45 AM
To: Rachel Grossman <Rachel.Grossman@splcenter.org>
Cc: "matstevenson@bigskylegal.com" <matstevenson@bigskylegal.com>, "mjr@randazza.com" <mjr@randazza.com>, "ecf@randazza.com" <ecf@randazza.com>, David Dinielli <David.Dinielli@splcenter.org>, Jim Knoepp <Jim.Knoepp@splcenter.org>, Jessica Lewis <Jessica.Lewis@splcenter.org>, john <john@mswdlaw.com>, denise <denise@mswdlaw.com>

Dear David, et al.,

We are working on responding to your discovery requests.  As you are aware, our client lives abroad and we need to meet with him to assist in responding to the requests.  To that end, we would like your consent to a 60 day extension on the deadline to reply.

Thank you for your consideration.

Sincerely,
Jay Wolman

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
Tel: 702-420-2001 | Email: jmw@randazza.com

* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Thu, Jun 7, 2018 at 7:03 PM, Rachel Grossman <Rachel.Grossman@splcenter.org> wrote:

> Counsel,
>
> Please find attached for service Plaintiff's First Set of Interrogatories and First Requests for Production of Documents to Defendant Andrew Anglin. Service is also being completed through U.S. mail.
>
> Thank you,
>
> **Rachel Grossman** (*she/her/hers*)
>
> Paralegal | Economic Justice, LGBT Rights & Special Litigation
>
> **SOUTHERN POVERTY LAW CENTER**
>
> 400 Washington Avenue, Montgomery, Alabama 36104
>
> t: 334.956.8440 | f: 334.956.8481

e: rachel.grossman@splcenter.org