| | |
|---|---|
| John Morrison | Morris Dees* |
| Robert Farris-Olsen | J. Richard Cohen* |
| MORRISON, SHERWOOD, | David C. Dinielli* |
| WILSON, & DEOLA, PLLP | Jim Knoepp* |
| 401 N. Last Chance Gulch St. | SOUTHERN POVERTY LAW CENTER |
| Helena, MT 59601 | 400 Washington Avenue |
| ph. (406) 442-3261 | Montgomery, AL 36104 |
| fax (406) 443-7294 | ph. (334) 956-8200 |
| john@mswdlaw.com | fax (334) 956-8481 |
| rfolsen@mswdlaw.com | morris.dees@splcenter.org |
| *Attorneys for Plaintiff Tanya Gersh* | richard.cohen@splcenter.org |
| | david.dinielli@splcenter.org |
| | jim.knoepp@splcenter.org |
| | *Attorneys for Plaintiff Tanya Gersh* |
| | *Admitted Pro Hac Vice |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>Defendant. | **Cause No. CV-17-50-M-DLC-JCL**<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY OR, IN THE ALTERNATIVE, FOR LEAVE TO RESPOND** |

Plaintiff Tanya Gersh respectfully moves the Court to strike Defendant's

Notice of Supplemental Authority filed on September 12, 2018, Dkt. No. 104, or,

in the alternative, for authorization to file a response. As set forth in Plaintiff's

contemporaneously filed Brief in Support, Defendant's Notice violates Local Rule 7.4 because it does not present pertinent authority.

Pursuant to L.R. 7.1(c)(1), counsel for the other parties have been contacted regarding this motion. Intervenors do not object to this motion. Defendants do object to this motion.

DATED this 21st of September, 2018.

By:   /s/ John M. Morrison<br>
John M. Morrison<br>
MORRISON SHERWOOD WILSON DEOLA PLLP<br>
*Attorneys for Plaintiff*