IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | CV 17-50-M-DLC-JCL |
| vs. | ORDER |
| ANDREW ANGLIN, | |
| Defendant. | |

Plaintiff Tanya Gersh moves to strike Defendant Andrew Anglin's notice of supplemental authority or, in the alternative, for leave to respond. Having considered the parties' arguments,

IT IS ORDERED that Plaintiff's motion to strike is DENIED but her alternative motion for leave to respond to Defendant's notice of supplemental authority is GRANTED. Plaintiff's response, not to exceed five pages, shall be filed on or before October 8, 2018. Defendant shall have up to and including October 18, 2018, within which to file an optional reply, not to exceed five pages.

DATED this 28th day of September, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge

1