# Exhibit 1



Online Business Filing System

Dashboard       Online Services

# View Business Details

## TANYA GERSH, LLC (C119746), Domestic Limited Liability Company

Log in to ePass to file your business documents and maintain your business. If you don't have an ePass account you will be able to create one.

| File My Annual Report | Request Entity Information ▾ |

**General Details** | Documents | History Details

| | |
|---|---|
| **Entity Name** | TANYA GERSH, LLC |
| ▸ Show Name History | |
| **Entity Status** | Active Good Standing |
| ▸ Show entity status history | |
| **Business Identifier** | C119746 |
| **Entity Type** | Domestic Limited Liability Company |
| **Type of Limited Liability Company** | Limited Liability Company |
| **Formation Date** | 11/26/2002 |
| **Involuntary Intent Date** | 09/01/2016 |
| **Last AR Filed Date** | 05/30/2018 |

## State or Country of Jurisdiction

| | |
|---|---|
| **Country** | United States |

State                                    Montana

# Registered Agent in Montana

## Agent Name

| | |
|---|---|
| **Name** | JUDAH GERSH |
| **Street Address** | 121 WISCONSIN AVENUE, WHITEFISH, Montana, 59937, United States |
| **Mailing Address** | 121 WISCONSIN AVE, WHITEFISH, Montana, 59937, United States |
| **Registered Agent Type** | Non-Commercial |

# Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | 121 WISCONSIN AVENUE, WHITEFISH, Montana, 59937, United States |
| **Term** | Perpetual |
| **Purpose** | NONE STATED |

Cancel

**BUSINESS SERVICES**

(406) 444-5522 - Annual Reports
(406) 444-3665 - Business Entity
(406) 444-2468 - UCC
(406) 444-3976 - Fax
sosbusiness@mt.gov

**CERTIFICATION & NOTARY SERVICES**

(406) 444-5379
(406) 444-1877
(406) 444-4263 - Fax
sosnotary@mt.gov

**ELECTION SERVICES**

1-888-884-8683 (VOTE)
(406) 444-4732
(406) 444-2023 - Fax
soselections@mt.gov

**INTERGOVERNMENTAL RECORDS & INFORMATION MANAGEMENT**

State/Local Government Employees Only
(406) 444-9000
(406) 444-9002 - Fax
sosrecords@mt.gov

**ADMINISTRATIVE RULES SERVICES**

(406) 444-2055
(406) 444-5596
(406) 444-4263 - Fax
sosarm@mt.gov

**MAILING ADDRESS**

Montana Secretary of State
P.O. Box 202801
Helena, MT 59620-2801

mt.gov | MCA | Employment Opportunities

Front Desk (406) 444-2034 | See a problem with this page?

ADA Notice & Accommodations | Accessibility | Privacy & Security | Unsubscribe

Copyright ©2017