# Exhibit 2

Feedback | Like 15.5M | Wednesday, Oct 17th | +99 NEW ARTICLES | Top



Share

| Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Colum

Latest Headlines   Royal Family   News   World News   Arts   Headlines   Pictures   Most read   Wires   Games

○ Site  ○ Web   Enter your search

Login

# White supremacist and alt-right leader Richard Spencer's mom claims her real estate business in rural Montana is being ruined by the angry backlash against her son for his 'extreme positions'

- Sherry Spencer says she is suffering financially since her son became prominent
- Spencer claims she is considering selling a building she owns in Whitefish, MT
- She singled out a local human rights group, saying it is doing her 'financial harm'
- Richard Spencer delivered a 'hate speech' celebrating Trump's win last month

By **LIAM QUINN FOR DAILYMAIL.COM**
**PUBLISHED:** 09:24 EDT, 15 December 2016 | **UPDATED:** 13:44 EDT, 15 December 2016

**58** shares        **49** View comments

Like Daily Mail        +1 Daily Mail
Follow @DailyMail     Follow Daily Mail
Follow @dailymailuk   Follow Daily Mail

**FEMAIL TODAY**


▶ It's over! Diddy, 48, splits from long time girlfriend Cassie, 32, amid claims rapper has already moved on with a model young enough to be his daughter

The mother of white supremacist Richard Spencer claims she is suffering financially due to the backlash against her son's controversial views.

Sherry Spencer, who lives in Whitefish, Montana, said she is being forced to sell a building she owns in the small town because residents are rebelling against her son.


▶ Jennifer Garner and Ben Affleck happily divorced: The stars both smile in LA... after working on their split for an agonizing three years

Richard Spencer shot to prominence last month when footage emerged of him delivering a 'hateful speech' at a white nationalist meeting held to celebrate Donald Trump's election win.


▶ Lena Dunham reveals she had her left ovary removed in an emotional post... after fans complained about her being 'too sick' to promote her show

**Scroll down for video**


▶ EXCLUSIVE: Justin Bieber is seen tenderly wiping crumbs off Hailey's face then smothering her with kisses as he tells fan, 'Yes, we ARE married.'


▶ EXCLUSIVE: Sex addict Mel B used a secret Hollywood dating website to hook up with famous single men who posted explicit photos on their profiles

▶ From Wonder Woman to an inflatable dinosaur and a baby koala, the amazing Halloween costumes you can order on Amazon right now
SPONSORED

▶ Kim Kardashian poses with a naked male model to plug new makeup line in time for her 38th birthday
The siren was seen on her knees



**The mother of white supremacist Richard Spencer claims she is suffering financially due to the backlash against her son's controversial views. Richard Spencer is pictured at Texas A&M on December 6**



**Sherry Spencer is pictured with her husband Dr. Rand Spencer at a benfit in April 2016**

A video by **The Atlantic** taken inside the Ronald Reagan building showed Spencer, leader of the National Policy Institute, shouting, 'Hail Trump, hail our people, hail victory!' as some of the people in attendance lifted their hands in a Nazi salute.

He also claimed America belongs to white people, who he suggested are faced with the decision to either 'conquer or die'.

The speech drew intense criticism from the US Holocaust Memorial Museum, which said in a statement Spencer made: 'several direct and indirect references to Jews and other minorities, often alluding to Nazism.'

**SHARE THIS**  **RELATED ARTICLES**

'It was clear she was the star': Busy Philipps says it was 'hard to connect' with Katie Holmes as she dishes on 'intense dynamic' of Dawson's Creek cast

Ashley Graham appears to have lost 20lbs in tight dress as her days of being 200lbs are over... but she refuses to talk size as 'it bugs her'

EXCLUSIVE: 'I'm sorry for past misunderstandings - I'm letting everything go.' Samantha Markle tells DailyMailTV she is ending rift with Meghan

'She looks a bit like you!' Prince Harry breaks royal protocol by taking photo of Meghan with a young fan after girl's grandma points out their resemblance


Ariana Grande hides her Pete Davidson tattoo with a Band-Aid... after skipping Wicked tribute rehearsal because of 'anxiety' Having a tough time


Mystery of Harry's new bling: Duke of Sussex baffles fans by wearing a black ring on his RIGHT hand in Australia (so is it a gift from Meghan?)


The Conners ratings sink in comparison to Roseanne season premiere as Barr's on-screen kids say they 'still love her very much' despite scandal


Mischa Barton joins Heidi and Spencer Pratt for dinner as they shoot scenes for upcoming reboot of The Hills Trio dined at Bottlefish in Brentwood


'I've been to hell and back': Louis C.K. says he lost '$35 million in an hour' and reveals he gets booed in street as he addresses #MeToo scandal in stand-up set


Khloe Kardashian shares pinup image as relationship with Tristan has become so 'strained' she has 'doubts' about moving to Cleveland for him

Hanging up his wings: Puppeteer, 84, who played Big Bird and Oscar the Grouch since Sesame Street's season

ARTICLE

**58** shares



'He spoke in German to quote Nazi propaganda and refer to the mainstream media. He implied that the media was protecting Jewish interests and said, "One wonders if these people are people at all?"'

And according to Sherry Spencer, the criticism has been echoed by people in her hometown - where he son also has a business registered and visits regularly.

Sherry Spencer told **KTMF** she is selling a building she owns at 22 Lupfer Avenue, which she currently sublets. It houses a beauty salon and vacation rentals. She also runs a real estate business from the building.



**Spencer's mother, Sherry, lives in Whitefish, Montana (pictured). Her son regularly visits her, and his National Policy Institute is registered to her home**


'All That Remains' founding member and guitarist Oli Herbert found dead aged 44
The heavy metal band confirmed the tragic news


Nicole Kidman, 51, is almost unrecognizable as an undercover cop in violent new trailer for Destroyer
Plays LAPD detective who is haunted by past


Someone still wears her designs! Ivanka Trump steps out in sweater and loafers from her own label - three months after shutting down the brand


Elle King says her 'destructive marriage' which lasted one year and ended in violence led to substance abuse, PTSD and depression
Rob Schneider daughter


Janet Jackson to be honoured with 2018 Global Icon Award at MTV EMAs and will perform greatest hits live on stage in Bilbao, Spain


Sofia Vergara oozes chic while holding on to Joe Manganiello in Beverly Hills... as they head toward their three-year wedding anniversary


Does the 'maternity salad' REALLY induce labor? OBGYNs weigh in as Hillary Duff joins the legions of heavily pregnant women who've been turning to LA dish


'It's a dinglehopper!' Fans compare Cardi B to the Little Mermaid after video emerges of the star brushing her long hair with a plastic FORK

Will Smith and wife Jada Pinkett wear Keffiyeh as they're seen in Dubai with his son Trey shooting mystery project...after their tearful online chat

Kim Zolciak is accused of photoshopping her children to make them look 'slimmer' and



+99

Share



**Sherry Spencer says she is being forced to considering selling the building she owns at 22 Lupfer Avenue (pictured), because of backlash against her son**

'Heil Trump!' White supremacists salute Trump at D.C. dinner

SHARE THIS

 



 MORE

MORE VIDEOS


The travel nightmare ends today with the release of Re…


School student captured on camera snorting a white su…


Julia and Sasha accuse Kim and Chris of calling them 'm…


Iggy Azalea and boyfriend Nick Young at the MTV Awa…

0:01 / 1:06



responds with profane outburst



+99

Share


▶ Dakota Johnson cuts a stylish figure in ripped jeans and aviator shades as she jets back to Los Angeles after denying pregnancy rumors


▶ Kim Kardashian and Kanye West check out giraffes as they take a safari ride with North, 5, in Uganda
Trio are on a visit to Africa


▶ 'You shone like the true princess you are': Eugenie's model pal Poppy Delevigne pays a VERY gushing tribute to newlywed (after baby news stole her thunder)


▶ 'We talked and it was lovely': Orange is the New Black star Laverne Cox reveals she was the FIRST transgender person that Caitlyn Jenner EVER spoke to


▶ Claire Foy admits she wanted to 'violently hurt' a man with a #MeTooFraud placard during the controversial Brett Kavanaugh hearings


▶ Rita Ora travels in style as she heads out in emerald green tracksuit at Heathrow Airport in London
Wore eye-catching attire flying in from Amsterdam


▶ Channing Tatum and new 'girlfriend' Jessie J are 'having fun' together but still want to keep their relationship 'low-key'
Singer looks like Jenna


▶ Melania Trump forced to change aircraft after SMOKE filled cabin and reporters used wet towels to cover faces - as president jokes: 'I hope this plane's better'


▶ Don't leave home without it! Actress Shay Mitchell launches innovative and budget-friendly travel collection for men and women

**Kobe Bryant dropped from animated film**

'As painful as this is, I am exploring a potential sale of the building,' she said.

She also took aim at a local human rights group, Love Lives Here, and accused it of damaging her family.

'We are stunned by the actions of Love Lives Here, an organization claiming to advocate tolerance and equal treatment of all citizens, yet coursing financial harm to many innocent parties,' she said.

One of the strongest opponents to Sherry is local real estate agent Tanya Gersh, who said Spencer has backed her son and allowed him to spread his views.




**Tanya Gersh (left) has called on Sherry Spencer to sell the building, while Ina Albert's Love Lives Here group has criticized Richard Spencer's statements**



**Richard Spencer is pictured before an interview at Texas A&M in College Station on December 6, 2016**

'She is profiting off of the people of the local community, all the while having facilitated Richard's work spreading hate by letting him live and use her home address for his organization,' Gersh told the network.

Love Lives Here also responded to Sherry's remarks, saying it 'did not know what she (was) talking about'.

'We don't cause financial harm to anybody,' co-founder Ina Albert said, before going on to say the group does not have a specific problem with the Spencers.

'I don't know what (Richard) does when he comes here. But that is not our problem with Richard Spencer.



Cara Delevingne prowls around in loud leopard print ensemble as she makes NYC's streets her catwalk
Model, 26, took a walk on the wild side


Penelope Cruz's lookalike younger sister Monica wears royal blue mini dress as she launches jewelry collection in Spain in Pain



Get voting Swiftly! Taylor urges fans to go to polls EARLY in another politically-charged Instagram post after endorsing Democratic candidates



EXCLUSIVE: Britney Spears inks new Las Vegas deal and will rake in $507,000 per show, beating out Celine Dion's nightly take of $476,000



Priyanka Chopra flashes a hint of midriff as she bundles up in bold red sweater during chilly NYC morning
Stepped out without her fiance Nick Jonas



Need a holiday? Madonna fans can now stay in her luxurious former house in London she shared with ex-husband Guy Ritchie - for $975 a night


How a different Carrie could have burned down the gym: Sissy Spacek reveals studio wanted another actress but her wild audition helped nab her the role


'I AIN'T DEAD, B*****S!!!!': Roseanne slams ABC after watching her character get killed off by an opioid overdose on The Conners


The great Meghan bake off! Duchess makes loaf of banana bread on Aussie tour to take to lunch with farmers - and it's devoured in minutes



Richard Spencer shot to national prominence after he was filmed by The Atlantic in November delivering a speech in Washington D.C



During his address, Spencer used 'Nazi-like' language, according to his critics, and said 'Hail Trump'




- Melanie Griffith, 61, and Goldie Hawn, 72, look stylish as they step out for Sting concert in LA
Dynamic duo had night out together


- Back in the Big Apple! Beaming Ivanka Trump dons all-black outfit as she and Jared Kushner arrive at their NYC apartment after returning to hometown


- Jeff Goldblum, 65, dons wild zebra stripes during LA date night with dancer wife Emilie Livingston, 35
The veteran actor was having a great time


- Is THIS why Kate is yet to visit her nephew? Palace reveals Duchess was tied up with private engagement the morning after Pippa gave birth to baby boy


- Arabian nights! Princess Diana's model niece Lady Kitty Spencer, 27, shares a glimpse into her VERY glamorous working vacation in Dubai


- Ayda Field says she knew Meghan was pregnant BEFORE it was announced - because the Duchess left her coat on at Eugenie's wedding reception



+99

Share











- Arctic Monkeys' Alex Turner CONFIRMS new romance with Alexa Chung lookalike girlfriend Louise Verneuil as he kisses French singer in LA



- Ariana Grande says she's 'very sad' as she breaks her silence after shock split from fiancé Pete Davidson to thank fans for their support
Singer opened up



- Jonathan Cheban betrays his best friend Kim Kardashian by hitting Drake concert... after Kanye West exploded over KiKi song



- EXCLUSIVE: Seth MacFarlane donated more than $2 MILLION to Democratic candidates in just the first four months of 2018 reveal FEC filings

- Eye-popping Lily Allen leaves little to the imagination as she goes braless beneath totally

Case 9:17-cv-00050-DLC-JCL   Document 110-2   Filed 10/17/18   Page 8 of 8

Many in the audience for Spencer's speech raised their hands in Nazi salutes during the address

'It is the National Policy Institute and what that stands for and our town being smeared by his philosophy.'

The National Policy Institute was established in 2005 by Spencer, and it is described by the Southern Poverty Law Center as 'hate group'.

Gersh went on to call for Sherry to sell the building immediately, and then use the money to help human rights causes.

'(She) Could address this by selling the building, making a donation to human rights efforts, and making a statement in opposition to white supremacist ideas spread by Richard,' Gersh said.

Sherry Spencer also told the network she loves her son, but does now agree with his 'extreme positions'.

DailyMail.com contacted Richard Spencer for comment.

**Students confront riot police at white supremacist speech**



Watch the full video

            

0:00 / 0:00

**Read more:**
- White Nationalists Salute the President-Elect: "Hail Trump!" - The Atlantic
- A Community and a Family Torn Apart by Richard Spencer's Notorie - ABC FOX Montana Local News, Weather, Sports KTMF | KWYB

---

**Share or comment on this article: White supremacist Richard Spencer's mother Sherry says she is suffering financially**

**58**
shares

---

**MOST WATCHED NEWS VIDEOS**　　　　　　　　　Embed this </>

Moment biker has near-death experience in

Harry and Meghan drive to the Airport as

Meghan Markle greets fans outside the

Mercedes driver slams on the brakes causing a


shoot-up while continuing US tour in New Orleans

+99
Share


▶ Alice Eve breaks down in tears before sharing a passionate kiss with a mystery man during emotional outing in LA
Actress was seen getting emotional


▶ Pregnant Meghan can't hide her delight as cute little boy refuses to let go of Harry as couple meet drought-hit farmers, Aboriginal kids and flying doctors


▶ EXCLUSIVE: I saw Dennis Hof go off for sex with a hooker - and hours later I found him dead. Porn star Ron Jeremy tells how he tried to wake up his pal


▶ Kylie Jenner shares sweet video of daughter Stormi as baby girl cuddles up to her mom in adorable clip together
Reality star sure has taken to motherhood


▶ The Sussex squad! Royals' 10-strong entourage for their tour Down Under includes a celebrity hairdresser - plus Canada's best-connected stylist


▶ Emily Ratajkowski goes braless in an asymmetrical satin top and white pants at a Moet & Chandon launch party in NYC
Model fizzed at bash


▶ REVEALED: How Aaron Hernandez begged Bill Belichick to be traded 'because he feared he would be shot on the football field' - but nobody alerted cops


▶ Chic in shades! Crown Princess Victoria of Sweden looks cool in a casual ensemble as she joins husband Prince Daniel for a hike in Amman


▶ Busy Philipps had an 'emotional' affair with another man but BFF Michelle Williams talked her out of divorcing her husband, she confesses in memoir

Rob Kardashian 'has lost 30 to 50 lbs and is