John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
Jim Knoepp*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
jim.knoepp@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>Defendant. | Case No.: 9:17-cv-00050-DLC-JCL<br><br>**PLAINTIFF'S UNOPPOSED REQUEST FOR AUTHORIZATION TO RESPOND TO DEFENDANT'S SUPPLEMENTAL AUTHORITY** |

Pursuant to L.R. 7.4, Plaintiff Tanya Gersh respectfully requests the Court to authorize her to file a response to the supplemental authority submitted by Defendant on October 30, 2018, dkt. no. 111.

Defendant submitted as "supplemental authority" an unfinalized opinion issued by the State of Michigan Court of Appeals concerning a dispute between two local public servants whose acrimonious relationship compelled one party to post inflammatory and negative comments online about the other. Dkt. No. 111, citing *TM v. MZ*, Case No. 15-001798-PH (Mich. Ct. App. Oct. 23, 2018). Although the authority deals generally with an incident of the same type as the one at issue in this case, the issue presented in *TM* did not result in harm to the petitioner of the same type or magnitude. The cited authority only concerns a speculative harm and the injunctive power of the court being used as a prior restraint on speech. In addition, Defendant's interest in citing this case seems to be more focused on its use of *Org. for a Better Austin v. Keefe*, 402 U.S. 415 (1971), an authority Defendant failed to previously bring to the attention of the Court.

Plaintiff respectfully requests authorization to file a response, not to exceed five pages, explaining why neither of these opinions provide support to Defendant's position in this case.

Plaintiff states that she has contacted counsel for Defendant and counsel for Intervenor, and neither party opposes this request.

DATED: November 7, 2018.

/s/ David C. Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

Page 3

/s/ John Morrison
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record.

DATED: November 7, 2018.

                                              /s/ David C. Dinielli
                                              Attorney for Plaintiff Tanya Gersh
                                              on behalf of all Attorneys for Plaintiff