IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW ANGLIN, <br><br> Defendant. | CV 17-50-M-DLC-JCL <br><br><br> ORDER |

Plaintiff Tanya Gersh requests leave to respond to Defendant Andrew Anglin's notice of supplemental authority.

IT IS ORDERED that Plaintiff's request is GRANTED. Plaintiff's response, not to exceed five pages, shall be filed within 10 days of this order. Defendant shall have up to 10 days after Plaintiff's response is filed to submit an optional reply brief, not to exceed five pages.

DATED this 7th day of November, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1