# **EXHIBIT 2**

August 11, 2018 Transmission Email



Alex Shepard <ajs@randazza.com>

## Gersh v. Anglin: Answers to Gersh First Interrogatories

**Alex Shepard** <ajs@randazza.com>   Sat, Aug 11, 2018 at 11:32 AM
To: john@mswdlaw.com
Cc: rfolsen@mswdlaw.com, morris.dees@splcenter.org, richard.cohen@splcenter.org, david.dinielli@splcenter.org, jim.knoepp@splcenter.org, Marc Randazza <mjr@randazza.com>, "Jay M. Wolman" <jmw@randazza.com>, Staff Two <tar@randazza.com>, Sarah Dones-Caraballo <sid@randazza.com>, Tennyson Fauver <tjf@randazza.com>

Dear counsel,

Attached please find Andrew Anglin's supplemental answers and objections to Tanya Gersh's first interrogatories.

Sincerely,
-Alex Shepard

--

**Alex James Shepard**\* | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: ajs@randazza.com

_____

\* Licensed to practice law in California and Nevada

📄 **2018.08.11_Anglin_Response_Gersh_Rogs--Answers.pdf**
203K