IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

NOV 19 2018

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>    Defendant. | CV 17–50–M–DLC–JCL<br><br>ORDER |

The Court having been advised of information that may bear on Counsel Marc J. Randazza's admission to practice pro hac vice in this matter,

IT IS ORDERED that Mr. Randazza shall, on or before November 30, 2018, file in the record of this case an update to his pro hac vice application reporting any new information required by Rule 83.1(d)(5) of the Local Rules of Procedure for the District of Montana.

DATED this 19th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court