Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| TANYA GERSH, | ) | Case No. 9:17-cv-50-DLC-JCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| vs. | ) | **MARC J. RANDAZZA** |
| | ) | **PURSUANT TO D. MONT. L. R.** |
| ANDREW ANGLIN, | ) | **83.1 (d)(5)** |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Marc J. Randazza, declare:

1.      I am the managing partner of Randazza Legal Group in Las Vegas, Nevada, and one of Defendant Andrew Anglin's attorneys in this action.

2.      On November 14, 2017, I submitted a Declaration to this Court wherein I stated, pursuant to D. Mont. L.R. 83.1(d)(3)(F) that I was not currently suspended or disbarred in any other court.

3.      On October 26, 2018, pursuant to D. Mont. L.R. App. B(2)(B), I notified the Court in writing that on October 10, 2018, the Supreme Court of the State of Nevada imposed discipline upon me pursuant to a Conditional Guilty Plea: specifically, that the Supreme Court of Nevada suspended me for a term of 12 months, with the suspension stayed.  A copy of the order was delivered to the Court along with the notice.

4.      Although I am not currently suspended, given that the suspension is stayed, I hereby update my application and declaration of the foregoing, to the extent it is new information that may be required by L.R. 83.1(d)(5).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2018.

_____
/s/ Marc J. Randazza
Marc J. Randazza