# EXHIBIT A

Page 1

GREGORY ANGLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - -

DEAN OBEIDALLAH,            )
                            )
      Plaintiff,            )
                            )
   vs.                      ) Case No.
                            )
ANDREW B. ANGLIN, et al.,   ) 2:17 CV 720
                            )
      Defendants.           )

- - - - - - - - - - - - - - - - - - - - - - - - -

Wednesday, October 31, 2018

[REDACTED]

DEPOSITION OF GREGORY ANGLIN

- - - - - - - - - - - - - - - - - - - - - - - - -

Jackie Olexa White

Registered Merit Reporter

- - - - - - - - - - - - - - - - - - - - - - - - -

Job No. 150002

Page 24

1       GREGORY ANGLIN

2   about his personal mail -- what mail are we talking          09:18:51
3   about exactly?  His personal mail?                           09:18:54
4       Q.      Other than personal mail directed to             09:18:57
5   Mr. Andrew Anglin what other type of mail was sent to        09:18:59
6   that address?                                                09:19:03
7       A.      Are we talking about the office address or       09:19:07
8   the post office box address, I'm sorry?                      09:19:09
9       Q.      Right now, sir, we're talking about Suite        09:19:11
10  121, 6827 North High Street.                                 09:19:13
11      A.      Okay.  He received legal documents to that       09:19:17
12  address.  He received contributions sent to him.  I          09:19:20
13  don't know if they were contributions; probably the          09:19:30
14  wrong word.  Readers of the Daily Stormer would send         09:19:32
15  money to that address.                                       09:19:35
16      Q.      And I believe you testified earlier that         09:19:38
17  you would pick up this mail.  And my follow-up               09:19:40
18  question was:  What would you do with it after you           09:19:45
19  picked it up?                                                09:19:47
20      A.      If there were -- I would deposit it into         09:19:49
21  his bank account.                                            09:19:52
22      Q.      Okay.  And what bank is that?                    09:19:56
23      A.      ███████████████                                  09:19:57
24      Q.      And what is the name of the account              09:20:01
25  holder?                                                      09:20:02

Page 25

| | | |
|---|---|---|
| 1 | GREGORY ANGLIN | |
| 2 | A. Andrew Anglin. | 09:20:04 |
| 3 | Q. And do you have the account number? | 09:20:06 |
| 4 | A. I have it somewhere. I don't know it. | 09:20:10 |
| 5 | I'm sure I could retrieve it. | 09:20:14 |
| 6 | MR. QURESHI: We would make a request for | 09:20:16 |
| 7 | that information, please. | 09:20:17 |
| 8 | And what was the frequency with which you | 09:20:21 |
| 9 | would make deposits on behalf of Mr. Andrew Anglin? | 09:20:23 |
| 10 | A. It varied quite a lot. Perhaps once a | 09:20:33 |
| 11 | month. | 09:20:39 |
| 12 | Q. The address at the ▮▮▮▮ where you | 09:20:43 |
| 13 | would make the deposits, do you recall that? | 09:20:45 |
| 14 | A. I don't. It was normally -- well, there | 09:20:48 |
| 15 | were a couple ▮▮▮▮ branches that are near my home. | 09:20:50 |
| 16 | So one of them would have been at Graceland Shopping | 09:20:53 |
| 17 | Center. One of them would have been on | 09:20:56 |
| 18 | Dublin-Granville Road. | 09:21:00 |
| 19 | Q. The deposits you would make are in an | 09:21:05 |
| 20 | account held in Mr. Andrew Anglin's name, is that | 09:21:08 |
| 21 | correct? | 09:21:11 |
| 22 | A. That's correct. | 09:21:12 |
| 23 | Q. Was there any business account associated | 09:21:12 |
| 24 | with the funds that you would receive? | 09:21:14 |
| 25 | A. No. | 09:21:17 |