John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
Jim Knoepp*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
jim.knoepp@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

      Plaintiff,

vs.

ANDREW ANGLIN, publisher of
the *Daily Stormer*,

      Defendant.

Case No.:  9:17-cv-00050-DLC-JCL

DECLARATION OF ELIZABETH
LITTRELL IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Littrell, under oath to this Court, declare:

1.     I am an attorney at the Southern Poverty Law Center and one of Plaintiff's counsel in this action.

2.     I do not reside and am not regularly employed in Montana.

1

3.    My office address, telephone, fax, and e-mail contact information is:

Beth Littrell
Southern Poverty Law Center
150 E. Ponce De Leon Ave., Suite 340
Decatur, GA 30030
Phone: (404) 221-5876
Fax: (404) 221-5857
E-mail: beth.littrell@splcenter.org

4.    I have made arrangements to pay the admission fee simultaneously

with the filing of this application.

5.    I am proficient in electronic filing in the federal courts in which I

regularly practice.

6.    I am admitted an in good standing and eligible to practice in the

following courts:

| Court | Date of Admission |
|---|---|
| State of Georgia | October 15, 2001 |
| Georgia Court of Appeals, | April 29, 2002 |
| Supreme Court of Georgia | April 29, 2002 |
| United States District Court for the Northern District of Georgia | April 29, 2002 |
| United States Court of Appeals for the Eleventh Circuit | Jan 6, 2003 |
| United States District Court for the Middle District of Georgia | November 1, 2005 |
| United States Court of Appeals for the Fourth Circuit | April 7, 2014 |
| United States Court of Appeals for the Fifth Circuit | December 15, 2016 |

7.    I am not currently suspended or disbarred in any other court.

8.    I have never been held in contempt or otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b)-(f) equivalents.

9.    I have not made a *pro hac vice* application to this court within the last two years (If so, please include title and case number).

10.    I understand that *pro hac vice* admission to this Court is personal to me only, is not an admission of my law firm, and that I will be held fully accountable for the conduct of the litigation in this Court.

11.    I certify that I have complied with Montana R. Prof'l Conduct 8.5 and that, except as to Rules 6.1 through 6.4, I will be bound by the Rules of Professional Conduct in my practice of law in this State and will be subject to the disciplinary authority of this State.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated November 20th, 2018

Elizabeth Littrell
Southern Poverty Law Center
150 E. Ponce De Leon Ave., Suite 340
Decatur, GA 30030
Phone: (404) 221-5876
Fax: (404) 221-5857
E-mail: beth.littrell@splcenter.org

3