

DEC 0 6 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>Defendant. | CV 17-50-M-DLC-JCL<br><br>ORDER |

Plaintiff moves for the admission of Elizabeth Littrell to practice before this Court in this case with John Morrison to act as local counsel. Ms. Littrell's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Littrell pro hac vice is GRANTED on the condition that Ms. Littrell shall do her own work. This means that Ms. Littrell must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Littrell, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 6th day of December, 2018

Jeremiah C. Lynch
United States Magistrate Judge