IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA A. GERSH, | CV 17–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | |
| Defendant. | |

Before the Court is Defendant Andrew Anglin's Unopposed Motion to Continue Final Pretrial Conference and Trial. (Doc. 125.)

It is ORDERED that the motion (Doc. 125) is GRANTED.

It is FURTHER ORDERED that the trial date and associated deadlines set forth in the previous scheduling order (Doc. 41) are VACATED. The scheduling order (Doc. 41) otherwise remains in effect. The following schedule will govern all further pretrial proceedings:

| | |
|---|---|
| Deadline for Amending Pleadings: | April 30, 2019 |
| Close of Fact Discovery: | April 30, 2019 |
| Disclosure of Plaintiff's Damages Experts and Simultaneous Disclosure of Liability Experts: | May 30, 2019 |

Disclosure of Defendant's
Damages Experts:                        June 28, 2019

Discovery Deadline:                      July 26, 2019

Motions Deadline (fully briefed):        September 13, 2019

Motions In Limine Deadline:              September 26, 2019
(fully briefed)

Attorney Conference to Prepare
Final Pretrial Order:                    week of October 7, 2019

E-file Final Pretrial Order,
Proposed Jury Instructions,
Proposed Voir Dire Questions,
and Trial Briefs and e-mail
to dlc_propord@mtd.uscourts.gov
(Trial Briefs are optional):             October 17, 2019

Notice to Court Reporter of
Intent to Use Real-Time:                 October 17, 2019

Notice to I.T. Supervisor of
Intent to Use CD-ROM or
Videoconferencing:                       October 17, 2019

Final Pretrial Conference:               October 24, 2019 at 2:30 p.m.
                                         Missoula, Montana

Jury Trial (7-member jury):              November 4, 2019 at 9:00 a.m.[1]
                                         Russell Smith Courthouse
                                         Missoula, Montana

_____

[1]Pursuant to 18 U.S.C. § 3161(h) and Fed.R.Crim.P. 50, criminal matters take priority over civil matters in the event of a conflict.  Accordingly, all civil trial settings are subject to the Court's criminal calendar.

The Court notes that two discovery motions filed by the Plaintiff (Docs. 112 & 123) are currently pending and that the Defendant has represented that he anticipates filing discovery motions. The Court asks that all discovery motions be filed as soon as the moving party becomes aware of the reasonable necessity of filing, so that discovery can be completed on or before the stipulated deadline.

DATED this 20th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court