# EXHIBIT A

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

## UNITED STATES DISTRICT COURT

## DISTRICT OF MONTANA

## MISSOULA DIVISION

| | | |
|---|---|---|
| TANYA GERSH, | ) | Case No. 9:17-cv-50-DLC-JCL |
| | ) | |
| Plaintiff, | ) | **DEFENDANT ANDREW** |
| | ) | **ANGLIN'S RESPONSES AND** |
| vs. | ) | **OBJECTIONS TO PLAINTIFF'S** |
| | ) | **THIRD SET OF** |
| ANDREW ANGLIN, | ) | **INTERROGATORIES** |
| | ) | |
| Defendant. | ) | |
| | ) | |

DocuSign Envelope ID: 9B871167-B668-4788-8C1F-870CDE97DA05

## <u>DEFENDANT ANDREW ANGLIN'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S THIRD SET OF INTERROGATORIES</u>

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Andrew Anglin ("Anglin" or "Defendant") hereby responds and objects to Plaintiff's Third Set of Interrogatories.

## <u>GENERAL OBJECTIONS</u>

1.      Anglin objects to each instruction, definition, and/or Interrogatory to the extent it seeks to impose duties on Anglin beyond the scope of the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      Anglin objects to each Interrogatory to the extent it seeks confidential, proprietary, or sensitive business information.

3.      Anglin objects to each Interrogatory to the extent it seeks information protected by the attorney-client privilege or work product doctrine.  To the extent any Interrogatory may be broadly interpreted to seek such information subsequent to the filing of this litigation, Defendant will assume such information is not sought.

4.      Anglin objects to each Interrogatory to the extent it seeks information not within the possession, custody, or control of Anglin.

5.      Anglin objects to Plaintiff's Interrogatories to the extent that they are vague, ambiguous, overly broad, or seek to impose on Anglin an unduly burdensome search for and disclosure of information that is neither relevant to the subject matter of this action, nor proportional to the needs of the case.

6.      Anglin reserves the right to supplement, amend, and correct the responses set forth below, consistent with, and only with, Fed. R. Civ. P. 26(e)(1).

Anglin's investigation is ongoing, and the information contained in these answers is preliminary.

7.     Anglin hereby incorporates by reference these general objections into each specific response.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 14:

Describe in detail every step you have taken to locate and/or preserve documents responsive to Plaintiff's First Requests for Production. Your description should include (without limitation) a recitation of when you received and reviewed those requests, an identification of any persons with whom you communicated about those requests, a listing of all locations (physical and electronic) you (or someone on your behalf) search for potentially responsive documents, a description of the method used (for example, whether you performed a key word search) to attempt to identify potentially responsive electronic documents, efforts taken to obtain documents that you have the legal right to obtain upon demand, such as telephone and bank records, and an explanation of how and when you reviewed and approved the written responses to the Plaintiff's first Requests for Production that your counsel served on your behalf.

### RESPONSE TO INTERROGATORY NO. 13:

Objection. This interrogatory is vague, overbroad, and unintelligible, nor is it relevant or proportionate to the needs of the case. It is a compound interrogatory containing at least one dozen separate interrogatories. The interrogatory lacks

DocuSign Envelope ID: 9B871167-B668-4788-8C1F-870CDE97DA05

foundation as to claim of a legal right to obtain identified records.  It seeks primarily communications protected by the attorney-client privilege as well as information regarding attorney work-product.  Plaintiff's inquiry is unduly burdensome and intrusive without sufficient justification.  *See, e.g.*, *SAS Inst. Inc. v. World Programming Ltd.*, No. 5:10-CV-25-FL, 2014 U.S. Dist. LEXIS 26680, at *10 (E.D.N.C. Mar. 3, 2014)(denying interrogatory as to scope of party's search).

Subject to the foregoing objections, Mr. Anglin responds as follows:

(1) Mr. Anglin does not recall when he received Plaintiff's First Set of Requests for Production.

(2) Mr. Anglin does not recall when he reviewed Plaintiff's First Set of Requests for Production.

(3) Mr. Anglin does not recall any individuals, aside from counsel, with whom he communicated about the requests.

(4) Mr. Anglin does not recall physical locations he searched for potentially responsive documents.

(5) Mr. Anglin is not personally aware of physical locations anyone on his behalf searched for potentially responsive documents.

(6) Mr. Anglin is not personally aware of electronic locations anyone on his behalf searched for potentially responsive documents.

(7) Mr. Anglin does not recall when he reviewed the responses to Plaintiff's First Set of Requests for Production.

Anglin Responses and Objections to Plaintiff's Second Set of Interrogatories
9:17-cv-50-DLC-JCL

Dated: December 17, 2018.

As to objections,

/s/ Marc J. Randazza

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson

Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,*
*Andrew Anglin*

## **VERIFICATION OF INTERROGATORY RESPONSES**

I, Andrew Anglin, hereby state that the foregoing responses are true and correct to the best of my knowledge, information, and belief.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____12/17/2018_____, 2018

Andrew Anglin

Case No. 9:17-cv-50-DLC-JCL

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on December 17, 2018, a copy of the foregoing

was served via electronic mail and U.S. Mail on counsel for Plaintiff as follows:

John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
john@mswdlaw.com
rfolsen@mswdlaw.com

Morris Dees
J. Richard Cohen
David C. Dinielli
Jim Knoepp
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
jim.knoepp@splcenter.org

*Attorneys for Plaintiff Tanya Gersh*

/s/ Marc J. Randazza
Marc J. Randazza