# EXHIBIT B

John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Morris Dees*
J. Richard Cohen*
David C. Dinielli*
Jim Knoepp*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
morris.dees@splcenter.org
richard.cohen@splcenter.org
david.dinielli@splcenter.org
jim.knoepp@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

vs.

ANDREW ANGLIN, publisher of the *Daily Stormer*,

    Defendant.

Case No.: 9:17-cv-00050-DLC-JCL

**Plaintiff's Third Set of Interrogatories to Defendant Andrew Anglin**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rule 26 of the Local Rules of the U.S. District Court for the District of Montana, Plaintiff Tanya Gersh, through counsel, hereby requests that Defendant Andrew Anglin, within thirty (30) days of the date of service hereof, respond to these

Page 1

Interrogatories. Each Interrogatory should be answered separately, fully, in writing, and under oath. Responses should be served upon counsel of record for the Plaintiff at the Southern Poverty Law Center, 400 Washington Avenue, Montgomery, AL 36104. These Interrogatories should be read, interpreted, and responded to in accordance with the instructions and definitions set forth herein, as well as in the Federal Rules of Civil Procedure and the Local Rules of the District of Montana. These interrogatories are continuing, and you are hereby requested and instructed to provide any and all supplemental information in response to any of these interrogatories that may become available after service of your initial answers.

## I.   Definitions and Instructions

As used in these Interrogatories, the following terms shall have the meaning set forth below:

1. "Defendant," "you," and "your" mean Defendant Andrew Anglin.

2. As used herein, "document" shall have the broadest possible definition and scope and should include any document, item, or thing within the scope of Fed. R. Civ. P. 26 and 34(a)(1).

3. "Electronically stored information" ("ESI"), as used herein, is used in its broadest sense and means all things meeting the definition of Fed. R. Civ. P. 34(a)(1)(A), including but not limited to information stored in a computer system, computer hard drives, computer tape backups, floppy diskettes, flash drives, CD-

ROMs, and e-mail. The term likewise includes all documents originating or received from official e-mail accounts. The term also includes all associated metadata.

5. If you are unable to answer or object to a portion of any Interrogatory, or to any subpart thereof, the remainder of the Interrogatory, or the non-objected-to subparts, must nonetheless by answered fully and completely and the reason(s) for the inability to provide a complete response should be clearly stated.

6. Should a privilege be asserted with respect to any part of any discussion, document, or other communication concerning information requested by any of the following interrogatories, you are requested to answer the interrogatories in the manner indicated herein, except that the contents of the part deemed privileged need not be summarized; instead, indicate that a privilege is claimed for such part and state the nature of the privilege claimed and the facts upon which such claim is based in sufficient detail to permit the Court to adjudicate the validity of the claim.

7. If, in responding to these Interrogatories, you encounter any ambiguities when construing a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in your response.

## II. Interrogatories

14. Describe in detail every step you have taken to locate and/or preserve documents responsive to Plaintiff's First Requests for Production. Your description should include (without limitation) a recitation of when you received and reviewed those requests, an identification of any persons with whom you communicated about those requests, a listing of all locations (physical and electronic) you (or someone on your behalf) searched for potentially responsive documents, a description of the method used (for example, whether you performed a key word search) to attempt to identify potentially responsive electronic documents, efforts taken to obtain documents that you have the legal right to obtain upon demand, such as telephone and bank records, and an explanation of how and when you reviewed and approved the written responses to the Plaintiff's First Requests for Production that your counsel served on your behalf.

DATED: November 15, 2018

_David D._____
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was sent via email and first class U.S. Mail to counsel for the Defendant, as follows:

Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, Montana 59801
matstevenson@bigskylegal.com
*Attorney for Defendant Andrew Anglin*

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
mjr@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
jmw@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Dale M. Schowengerdt
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
dales@mt.gov
*Attorney for Intervenor State of Montana*

Jonathan W. Bennion
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
jonbennion@mt.gov
*Attorney for Intervenor State of Montana*

Matthew T. Cochenour
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
mcochenour2@mt.gov
*Attorney for Intervenor State of Montana*

on this 15th day of November, 2018.

_____
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff