# EXHIBIT C

# Shopper Info for Shopper ID 47954540

| | |
|---|---|
| Shopper ID: | 47954540 |
| Private Label ID: | 1 |
| Login Name: | helloandre |
| First Name: | Andrew |
| Middle Name: | |
| Last Name: | Anglin |
| Company: | |
| Address1: | ▮▮▮▮▮▮▮▮▮▮ |
| Address2: | |
| City: | ▮▮▮▮▮ |
| State/Prov: | ▮ |
| Postal Code: | ▮ |
| Country: | ▮ |
| Phone Work: | ▮▮▮▮▮ |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | ▮▮▮▮▮▮▮▮ |
| BirthDate: | |
| Gender: | |
| Date Created: | 11/19/2011 2:40:51 PM |
| Last Changed By: | PLATAPI-8521 |
| Last Changed By Date: | 5/27/2018 1:45:59 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin: | |
| Password Reminder: | |
| Twitter Handle: | |

# Notes for Shopper ID 47954540
# 11/18/2011 to 11/16/2018

| Entered Date / By | Note |
|---|---|
| 8/14/2017 9:06:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Mike Lyons, employee mxlyons |
| 8/14/2017 9:06:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Mike Lyons, employee mxlyons |
| 8/14/2017 8:29:10 AM / Robert, Gary / Client IP: GoDaddy Internal | Gary Robert accessed account with reason "General/Research". Validation was skipped. |
| 8/14/2017 8:29:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Gary Robert, employee grobert |
| 8/14/2017 8:05:28 AM / Van Klaveren, Melanie / Client IP: GoDaddy Internal | helped Andrew Anglin CB# ▮▮▮▮▮▮▮▮▮ regarding Account-Settings Account<br><br>Additional Comments:<br><br>review of acct for social and legal for domain transferred out |
| 8/14/2017 8:00:18 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent TransferAwayCancellation email for DAILYSTORMER.COM to: admin. |
| 8/14/2017 8:00:16 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent TransferFromApproved email for DAILYSTORMER.COM to: admin. |
| 8/14/2017 7:53:35 AM / Lyons, Mike / Client IP: GoDaddy Internal | #OCEO - accepted domain transfer away of DAILYSTORMER.COM per Nima |
| 8/14/2017 7:51:23 AM / DomainNotificat / Client IP: GoDaddy Internal | Cancelling: .COM Bulk Domain Name Registration (6-20) (recurring) OrderID: 526144340<br>RowID: 1 Namespace:domain ResourceID: 142015992 |
| 8/14/2017 7:51:22 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: .COM Bulk Domain Name Registration (6-20) (recurring) OrderID: 526144340<br>RowID: 1 Namespace:domain ResourceID: 142015992 |
| 8/14/2017 7:51:17 AM / RegAgentSvc / Client IP: GoDaddy Internal | A TransferFromApproved E-mail has been sent to shopperId 47954540 for domain dailystormer.com. |
| 8/14/2017 7:51:16 AM / RegAgentSvc / Client IP: GoDaddy Internal | Domain namedailystormer.com removed by RegAgentSvc on 8/14/2017 |
| 8/14/2017 7:51:11 AM / Administrator-7735 (Michael Lyons) / Client IP: GoDaddy Internal | DCC domain transfer from accepted requested DAILYSTORMER.COM (ID=142015992) |
| 8/14/2017 7:50:58 AM / Manager: Michael Lyons / Client IP: GoDaddy Internal | CRM user 7735 - Michael Lyons has entered DCC5 accessing shopper 47954540. |
| 8/14/2017 7:50:54 AM / Manager: Michael Lyons / Client IP: GoDaddy Internal | CRM user 7735 - Michael Lyons has entered DCC5 accessing shopper 47954540. |
| 8/14/2017 7:50:34 AM / Lyons, Mike / Client IP: GoDaddy Internal | Mike Lyons accessed account with reason "General/Research". Validation was skipped. |
| 8/14/2017 7:50:33 AM / Lyons, Mike / Client IP: GoDaddy Internal | #OCEO - pushing domain transfer per Nima |
| 8/14/2017 7:50:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Mike Lyons, employee mxlyons |
| 8/14/2017 7:38:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Melanie Van Klaveren, employee mvanklaveren |
| 8/14/2017 7:38:00 AM / Van Klaveren, Melanie / Client IP: GoDaddy Internal | Melanie Van Klaveren accessed account with reason "General/Research". Validation was skipped. |
| 8/14/2017 7:17:39 AM / Manager: Michelle K Barnes / Client IP: GoDaddy Internal | CRM user 1562 - Michelle K Barnes has entered DCC5 accessing shopper 47954540. |
| 8/14/2017 7:17:34 AM / Manager: Michelle K Barnes / Client IP: GoDaddy Internal | CRM user 1562 - Michelle K Barnes has entered DCC5 accessing shopper 47954540. |
| 8/14/2017 7:17:00 AM / Auth Platform / Client IP: GoDaddy Internal | Shopper 47954540 was impersonated by Michelle Heffelfinger, employee miheffelfinger |