# EXHIBIT D



One family.
Different Unlimited plans.
Now go mix and match.
Learn more

starting at
$40 /line
Per month w/ 4 lines on Go Unlimited. Plus taxes and fees.
When you enroll in Auto Pay.

Offer details

AdChoices

**POLITICS** 12/13/2017 04:00 pm ET | **Updated** Dec 13, 2017

# This Is The Daily Stormer's Playbook

A leaked style guide reveals they're Nazis about grammar (and about Jews).

 By Ashley Feinberg



HUFFPOST ILLUSTRATION/GETTY

Back in September, Vox Day, a Gamergate holdover who has assumed the position of racist alt-right figurehead, published a handful of brief excerpts from what he described as the "Andrew Anglin" style guide. For the blissfully unaware, Anglin is a neo-Nazi troll and propagandist who runs The Daily Stormer, one of the more prominent sites of the white supremacist web. The passages selected by Vox Day in his blog post suggested that Anglin is persnickety about detail and presentation — except on the subject of the Jews, who are to be blamed "for everything."

HuffPost has acquired the 17-page document in its entirety, as well as transcripts from an IRC channel where the document was shared in an effort to recruit new writers. It's more than a style guide for writing internet-friendly neo-Nazi prose; it's a playbook for the alt-right.

The style guide, according to Vox Day, was a set of directives for whoever might be writing under Anglin's name, the idea being that Anglin's army of ghostwriters need to maintain some sense of consistent style. But the guide appears to be for all of the site's writers, many of whom write under their own names (or at least their own pseudonyms).

Last Friday, in an IRC channel, Andrew Auernheimer, a white supremacist hacker and Daily Stormer system administrator also known

This Is The Daily Stormer's Playbook

ANG000008

> okay basically, it works like this, you can write articles, if we dont like them you can put them on your own blog or whatever, if we accept them for publication we will pay you $14.88

"Fourteen," of course, alludes to the 14 words in the old David Lane slogan, "We must secure the existence of our people and a future for white children." The double eights refer to the eighth letter of the alphabet ("HH" or "Heil Hitler"). The number 1488 is a common shibboleth among white supremacists. We're sure they find this extremely clever.

When one person asked if the site had any paid positions open, Weev dropped in a link and wrote, "theres style guide read the site for a couple weeks, get a hang of the style and editorial tone [sic]" followed immediately by "learn the style guide."

Like any such guide, this one contains plenty of discussion about the more mundane aspects of blog hygiene — grammar, formatting, quirks of house style. "'Muslim' should be spelled 'Moslem,'" it notes at one point.

**Byline**

The byline is entered manually. It should be entered thusly at the top of the page:

Andrew Anglin
&lt;b&gt;Daily Stormer&lt;/b&gt;
May 20, 2017

**Article Body**

There should always be a header image at the top of an article. A YouTube clip can also fill this spot.

The basic format should usually be:

- A bit of commentary
- Quote from mainstream news source
- A bit more commentary

You can also break up the quote from the mainstream source and interject commentary. You can use multiple sources (details on quote method below).

DAILY STORMER STYLE GUIDE

This is mostly indistinguishable from any other blog, whatever its opinions on genocide. While The Daily Stormer might seem like an amateur operation — if only because it's mostly run by a single guy — it is certainly not screwing around when it comes to presentation.

**Note:** Make sure the hyperlink is limited to words, and does not stretch into the spacing between words.

**Ex**

As the Washington Post reported, the turkroach was duct-taped to his seat by passengers until the plane landed.

This looks sloppy.

DAILY STORMER STYLE GUIDE

This is no accident. The site's stylistic decisions, the subjects it covers, the specific racial slurs it employs — all are consciously chosen for the purpose of furthering The Daily Stormer's ultimate goal, which, according to the style guide itself, is "to spread the message of nationalism and anti-Semitism to the masses." Everything is deliberate.

The guide is particularly interested in ways to lend the site's hyperbolic racial invective a facade of credibility and good faith. Or at the very least, in how to confuse its readers to the point where they can't tell the difference. The Daily Stormer, for instance, uses block quotes for much the same reason Richard Spencer stuffs himself into vests. In explaining why a writer should heavily block-quote mainstream news articles, the guide notes that it allows writers to borrow some of mainstream media's air of scrupulousness and good hygiene.

This Is The Daily Stormer's Playbook



ANG000009

Case 9:17-cv-00050-DLC-JCL   Document 128-4   Filed 01/07/19   Page 4 of 10

> - Being able to see the mainstream source quoted allows us to co-opt the perceived authority of the mainstream media, and not look like one of those sites we are all probably familiar with where you are never certain if what they are saying has been confirmed.
> - By simply commenting on existing news items, rather than rewriting the facts of the story, we can never be accused of "fake news" - or delisted by Facebook as such - as it is clear that all we are doing is commenting on existing news.
> - The contrast between the mainstream writing style and our own humorous, snarky style can be funny.
>
> DAILY STORMER STYLE GUIDE

The Daily Stormer also takes steps to mimic what's already familiar, couching its caustic ideology in something comfortable and easy to digest. More specifically, it's mimicking the defunct website Gawker (where, full disclosure, I used to work).

> The site is in many ways modeled off of successful liberal blogs such as Gawker. They have produced a great method to appeal to the same age demographic we want to appeal to.
>
> DAILY STORMER STYLE GUIDE

While Anglin claims to strive "to cover as much news as any mainstream news site," as well as "anything that people are talking about," his Google News alerts hint at a much more specific focus that would best be described as "Hey, let's have a race war."

> I have all sorts of tags on my GN feed:
> - All the names of the various nationalist parties in Europe
> - Racism
> - Antisemitism
> - Jews
> - Israel
> - AIPAC
> - Immigration
> - Gang-rape
> - Sexual assault
> - Neo-Nazi
> - White Supremacist
> - Multiculturalism
> - Erdogan
> - Putin
> - ISIS
> - Black Lives Matter
>
> And so on. I will also add ongoing current event tags like "Tamir Rice" or "whiteness month" at the bottom.
>
> DAILY STORMER STYLE GUIDE

While the site ostensibly takes care not to explicitly endorse violence, Anglin and his staffers know exactly what it takes to send their readers into a frenzy.

> **Note:** If you're writing about some enemy Jew/feminist/etc., link their social media accounts. Twitter especially. We've gotten press attention before when I didn't even call for someone to be trolled but just linked them and people went and did it.
>
> DAILY STORMER STYLE GUIDE

They also take pains to try and not turn off any readers who might be just starting to flirt with white supremacy. Again, this manifests itself in a concerted effort to mix the vicious and the mundane, which mainstream outlets have also accomplished, though entirely by accident.

This Is The Daily Stormer's Playbook


ANG000010

> While racial slurs are allowed/recommended, not every reference to non-white should not be a slur and their use should be based on the tone of the article. Generally, when using racial slurs, it should come across as half-joking - like a racist joke that everyone laughs at because it's true. This follows the generally light tone of the site.
>
> It should not come across as genuine raging vitriol. That is a turnoff to the overwhelming majority of people.
>
> DAILY STORMER STYLE GUIDE

As for what those racial slurs should be, Anglin is happy to clarify.

> "Nigger" is okay to use sometimes, but shouldn't be used constantly.
>
> The following racial slurs are allowed and advisable:
>
> - Negro/Negroid
> - Monkey
> - Ape
> - Spic
> - Wetback
> - Beaner
> - Beanperson
> - Kike
> - Yid
> - Sheeny
> - Christ-killer
> - Haji
> - Sandperson
> - Paki (can be used for non-Pakistani Moslems, especially Arabs, because that's funny)
> - Muzzie
> - Chink
> - Gook
> - Zipperhead
>
> And others
>
> DAILY STORMER STYLE GUIDE

Women, of course, get their own set of epithets.

> Woman can be called the following:
>
> - Slut
> - Whore
> - Bitch
> - Harlot
> - Trollop
> - Slag
> - Skag
>
> Whenever writing about women make sure to follow the prime directive and blame Jew feminism for their behavior.
>
> DAILY STORMER STYLE GUIDE



This Is The Daily Stormer's Playbook

ANG000011

Case 9:17-cv-00050-DLC-JCL   Document 128-4   Filed 01/07/19   Page 6 of 10

> This has worked out very well so far, and the site continues to grow month by month, indicating that there is no ceiling on this. As such, though we do mean to keep readers who are already in the know informed and entertained, it should always be considered that the target audience is people who are just becoming aware of this type of thinking.
>
> The goal is to continually repeat the same points, over and over and over and over again. The reader is at first drawn in by curiosity or the naughty humor, and is slowly awakened to reality by repeatedly reading the same points. We are able to keep these points fresh by applying them to current events.
>
> The basic propaganda doctrine of the site is based on Hitler's doctrine of war propaganda outlined in Mein Kampf, Volume I, Chapter VI. If you have not read this, please do so immediately.
>
> DAILY STORMER STYLE GUIDE

The redundancies are obvious to anyone who gives the site as much as a passing glance. After all, there are only so many ways to say "all misery is the work of a secret cabal of globalist Jewish bankers" before you start repeating yourself. Still, it is jarring to read Anglin explain — in such clear-eyed terms, no less — how he actively uses "curiosity or the naughty humor" to draw people in. It's easy to *think* they are probably being deliberately manipulative. But it's also easy to think that a white supremacist recruiting conspiracy is insane and you're being too paranoid.

You're not being too paranoid.

> **Prime Directive: Always Blame the Jews for Everything**
>
> As Hitler says, people will become confused and disheartened if they feel there are multiple enemies. As such, all enemies should be combined into one enemy, which is the Jews. This is pretty much objectively true anyway, but we want to leave out any and all nuance.
>
> So no blaming Enlightenment thought, pathological altruism, technology/urbanization, etc. - just blame Jews for everything.
>
> This basically includes blaming Jews for the behavior of other nonwhites. Of course it should not be that they are innocent, but the message should always be that if we didn't have the Jews, we could figure out how to deal with nonwhites very easily.
>
> The same deal with women. Women should be attacked, but there should always be mention that if it wasn't for the Jews, they would be acting normally.
>
> DAILY STORMER STYLE GUIDE

And just in case you didn't quite get the message, Anglin goes on.

> What should be completely avoided is the sometimes mentioned idea that "even if we got rid of the Jews we would still have all these other problems." The Jews should always be the beginning and the end of every problem, from poverty to poor family dynamics to war to the destruction of the rainforest.
>
> DAILY STORMER STYLE GUIDE

All of this is aided by a veil of irony.

> **Lulz**
>
> The tone of the site should be light.
>
> Most people are not comfortable with material that comes across as vitriolic, raging, non-ironic hatred.
>
> The unindoctrinated should not be able to tell if we are joking or not. There should also be a conscious awareness of mocking stereotypes of hateful racists. I usually think of this as self-deprecating humor - I am a racist making fun of stereotype of racists, because I don't take myself super-seriously.
>
> This is obviously a ploy and I actually do want to gas kikes. But that's neither here nor there.



This Is The Daily Stormer's Playbook

ANG000012

Let's see that one more time:

> This is obviously a ploy and I actually do want to gas kikes. But that's neither here nor there.

Remember this the next time you find yourself wondering if perhaps they don't mean it *quite like that*. Because they always, always do.

> **Positivity**
>
> We are covering very negative content, generally, but still as much effort as possible should be put into presenting a positive message. We should always claim we are winning, and should celebrate any wins with extreme exaggeration.
>
> This does not mean we downplay the enemy, just that we play up ourselves. We overestimate our influence.
>
> DAILY STORMER STYLE GUIDE

And as with any good white supremacist platform, The Daily Stormer puts a heavy emphasis on memes ("fresh memes are best but old memes are good too"). This is largely to aid in the digestion of garbage.

> **Hijacking Culture**
>
> Always hijack existing cultural memes in any way possible. Don't worry if the meme was originally Jewish. It doesn't matter.
>
> Cultural references and attachment of entertainment culture to Nazi concepts have the psychological purpose of removing it from the void of weirdness that it would naturally exist in, due to the way it has been dealt with by the culture thus far, and making it a part of the reader's world.
>
> Through this method we are also able to use the existing culture to transmit our own ideas and agenda.
>
> DAILY STORMER STYLE GUIDE

> Packing our message inside of existing cultural memes and humor can be viewed as a delivery method. Something like adding cherry flavor to children's medicine.
>
> DAILY STORMER STYLE GUIDE

Anglin once again points to a popular liberal site (this time, BuzzFeed) as a model for smuggling in neo-Nazism. Also, 50 Cent.

> Less ambitious forms of cultural appropriation could be as simple as just posting anime gifs, of pop culture gifs of the style that buzzfeed uses.
>
> As always, I err on the side of audacity, not shying away from using whatever crap I think of or come across online.
>
> I once rewrote the lyrics of 50 Cent's "In Da Club" to make it about the migrant crisis.
>
> DAILY STORMER STYLE GUIDE

You can easily find Anglin's "In Da Club" rendition if you so choose. It evinces a disappointing sense of meter and rhyme on the part of the master race.

> You can find me in the club, bottle full of tea
> Look mami I got the Moroccan hash if you into getting headaches
> I'm into gang-rape, I ain't into making love
> So come give me a hug if you into to getting trafficked



This Is The Daily Stormer's Playbook

ANG000013

As always there is a larger aim here: to humanize inhumanity. And meanwhile, he exhorts his writers to dehumanize their opponents — dehumanize them, he writes, "to the point where people are ready to laugh at their deaths."

> **Dehumanization**
>
> There should be a conscious agenda to dehumanize the enemy, to the point where people are ready to laugh at their deaths. So it isn't clear that we are doing this - as that would be a turnoff to most normal people - we rely on lulz.
>
> Again, if the article is entirely serious, it should not contain dehumanizing language. Dehumanization is extremely important, but it must be done within the confines of lulz.
>
> DAILY STORMER STYLE GUIDE

As for how to incite violence without explicitly calling for it, Anglin has plenty of ideas.

> I'm extremely careful about never suggesting violence. I go beyond legal requirements in America. However, whenever someone does something violent, it should be made light of, laughed at.
>
> For example, Anders Breivik should be forever referred to as a heroic freedom fighter. This is great because people think you must be joking. But there is a part of their brain that doesn't think that.
>
> When it comes to more immediate violent trends, I'm slightly more careful. The burnings of migrant centers is one of these things. I'm slightly hesitant to say "patriotic heroes burn another might center," given that this could be construed as calling for more arson (whereas it can't be construed that I'm calling for Breivik to kill more brats).
>
> Dylann Roof I have labeled "DyRo," and though I offer explanations for what he did, I never condemn him. I also think it is very funny to say that he was simply defending himself when he was attacked in a church by black mamies trying to steal his iPhone. That sort of silly humor really bites at the Jew "pure evil" narrative.
>
> DAILY STORMER STYLE GUIDE

The constant line-toeing and the deliberate muddying of intentions and meaning can have a dizzying effect, especially for media outlets that aren't used to grappling with such bad actors. Anglin knows this, and he is doing everything in his power to exploit it.

> We had another major media success when we claimed that Taylor Swift was our "Aryan Goddess" and that we believed her to be a secret Nazi. The media was literally obsessed with this for a news cycle, and was writing articles about how Swift couldn't possibly be a Nazi - and giving actual explanations as to why not.
>
> **Note:** The people working in the media themselves have been indoctrinated with stereotypes about racists being inbred hillbilly retards, so you can make them believe that you believe things you do not actually believe very easily, and they will promote it to try and make fun of you.
>
> DAILY STORMER STYLE GUIDE

Remember this style guide the next time an alt-righter says something so hammily outrageous that you begin to doubt its sincerity. This is *by design*. The Daily Stormer and other groups like it want you to be unsure if you should take them seriously. Andrew Anglin wants you to think he's just a troll, that he's spouting incendiary crap for no other reason than to get a rise out of you. Remember that the irony and the coy misdirection are all in service of tricking people into following him on his path toward a white supremacist state. This *is* what he believes.

You can read the style guide in its entirety below.

To print the document, click the "Original Document" link to open the original PDF. At this

This Is The Daily Stormer's Playbook


ANG000014



ANG000015


**Obama, Bush Asked To Speak At John McCain's Funeral; Trump Told To Stay Away**


**The Netflix for Learning makes learning simple**
Advertisement by The Great Courses Plus


**Nation's Top Student Loan Official Resigns**


**Trump Misquotes Approval Rating, Cites Disapproval Rating**


**'Complicit' Ivanka Trump Called Out Over Attempt To Celebrate Women's Equality Day**

## WHAT'S HOT


**Tim Conway Suffering From Dementia: Reports**


**The Healthiest Breakfast Cereals, Ranked By Nutritionists**


**The Difference Between A $5 White Tee And A $125 White Tee**


**Trump Ditched White House Statement Lauding McCain For Tweet On Senator's Death: Report**


**Sacha Baron Cohen Tries To Goad 'Lady Killer' O.J. Simpson To Confess**


**Trailer For 'True Detective' Season 3 Promises A Haunting Story**


**Glasses-Wearers Are Going Crazy Over This Site**
Advertisement by GlassesUSA.com


**John Oliver Corrects The Record: MySpace Is Not Back**



ANG000016