# EXHIBIT E

| | |
|---|---|
| **From:** | Beth Littrell |
| **To:** | "Jay M. Wolman"; Tennyson Fauver; Marc Randazza |
| **Cc:** | Jim Knoepp; Maggie Ferdinand; Mat Stevenson; Jessica Lewis; john; Jami Welch; John Morrison; David Dinielli |
| **Subject:** | Gersh v. Anglin: Plaintiff"s Supplemental Response to Defendant"s 1st Request for Production of Documents |
| **Date:** | Friday, December 14, 2018 3:34:00 PM |

Counsel:

As noted in our letter dated December 6, 2018 concerning this matter, we anticipated that documents gathered via a third-party IT service management company responsive to Defendant's First Set of Requests for Production of Documents would be available for production by December 14, 2018. We are working diligently to code and identify responsive nonprivileged documents provided to us via the aforementioned vendor in order to supplement Plaintiff's production. However, due to technical issues and staffing concerns, we will be unable to have these supplemental electronic discovery documents ready for production today.  We believe an additional 7-10 days should suffice to prepare and deliver these to you, and will produce as soon as they are ready.

Respectfully yours,

Beth Littrell
Senior Attorney
Southern Poverty Law Center
Atlanta Office
404-221-5876

CONFIDENTIALITY NOTICE:  This email transmission from Southern Poverty Law Center., and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 404-221-4052, and destroy the original transmission and its attachments without reading or saving it in any manner.



Fighting Hate
Teaching Tolerance
Seeking Justice

Southern Poverty Law Center
PO Box 1287
Decatur, GA 30031-1287
404.521.6700
www.splcenter.org

December 28, 2018

Sent via electronic mail to:
Jay M. Wolman <jmw@randazza.com>, Marc Randazza <mjr@randazza.com>

Attorneys for Mr. Anglin
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Re:     Plaintiff's Finalized Production of Documents Responsive to Defendant's First Request
        for Production of Documents and Things

Counsel:

As set out in our correspondence to you dated December 6, 2018 and December 14, 2018, Plaintiff now
provides additional documents gathered via a third-party IT service management company to complete
her initial response to Defendant's First Set of Requests for Production of Documents and Things.
Given the technical problems you relayed regarding accessing the files produced on a password-protected
flash drive on December 6, 2018, documents in this production batch have been uploaded to the internet
and are available here, titled "Batch 4":

███████████████████████████████

Please let us know if you would like us to also send these to you on a flash drive.

Respectfully yours,

/s Beth Littrell

Senior Attorney, Southern Poverty Law Center
Co-counsel for Plaintiff

 **Southern Poverty Law Center**

Fighting Hate
Teaching Tolerance
Seeking Justice

Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
334.956.8200
www.splcenter.org

December 6, 2018

Attorneys for Mr. Anglin
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV  89117

> Re:   *Tanya Gersh v. Andrew Anglin*, Civil Action No. 9:17-cv-00050-DLC-JCL
> Plaintiff's Production of Files Responsive to Defendant's First Set of Requests for
> Production of Documents

Counsel:

Enclosed please find a thumb drive with files responsive to Defendant's First Set of Requests for Production of Documents.[1] Additional documents gathered via a third-party IT service management company should be available for production by December 14, 2018.

Please take note of the following. Where Plaintiff objected on bases other than a privilege (attorney-client, spousal, work product, health professional-client, etc.) or the First Amendment, all non-privileged responsive documents were, or will be, provided within the limitations described in Plaintiff's Objections and Responses. Where objections to requests were based on privileges or work product protection, we will provide a privilege log along with our forthcoming supplemental response described above.

We are withholding a small number of documents which will be produced pursuant to a protective order. Pending entry of a protective order, we have redacted the following information from the produced records: contact information of private individuals who were the recipients of communications relating to the subject matter of this litigation, Social Security Numbers, and financial and bank account numbers.

Regards,

/s

David Dinielli
Co-Lead Counsel for Plaintiff

---

[1] The password for the thumb drive was e-mailed to all counsel for Defendant on December 6, 2018.