# EXHIBIT F

| | |
|---|---|
| **From:** | Jim Knoepp |
| **To:** | Jay M. Wolman |
| **Cc:** | Staff Two; mjr@randazza.com; matstevenson@bigskylegal.com; David Dinielli; Jessica Lewis |
| **Subject:** | Re: Proposed Stipulations |
| **Date:** | Tuesday, January 16, 2018 8:48:45 PM |

Thanks for the response Jay. I'll get it filed shortly.

On Jan 16, 2018, at 9:07 PM, Jay M. Wolman <jmw@randazza.com> wrote:

> Dear Jim,
>
> Thank you for your patience.  I was a bit tied up this evening.
> If we are reduced to just a single stipulation, so be it.  You may affix Marc's signature.
>
> Sincerely,
> Jay Wolman
>
> _____
> **Jay Marshall Wolman, CIPP/US, Counsel**\*
> **Randazza Legal Group, PLLC**
> 100 Pearl Street, 14th Floor | Hartford, CT 06103
> Tel: 702-420-2001 | Email: jmw@randazza.com
> _____
> \* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.
>
> The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.
>
> On Tue, Jan 16, 2018 at 8:29 PM, Jim Knoepp <Jim.Knoepp@splcenter.org> wrote:
>> All—
>>
>> I need an answer on the stipulation(s) please. I am on eastern time so would like to get this done within the next couple of hours. Call me if that would make things easier.
>>
>> Thank you.
>>
>> Jim
>> 334-309-6771
>>
>>
>> On Jan 16, 2018, at 7:19 PM, Jim Knoepp <Jim.Knoepp@splcenter.org> wrote:

Also, without an agreement on the articles for context we aren't going to be able to stipulate to #2 and #3. Let me know how you want me to proceed with the filing. Just file a stipulation with #1 only and add Marc's /s/ to the document?

Jim

---

**From:** Jim Knoepp <jim.knoepp@splcenter.org>
**Date:** Tuesday, January 16, 2018 at 6:03 PM
**To:** "Jay M. Wolman" <jmw@randazza.com>, Staff Two <tar@randazza.com>
**Cc:** "mjr@randazza.com" <mjr@randazza.com>, "matstevenson@bigskylegal.com" <matstevenson@bigskylegal.com>, David Dinielli <david.dinielli@splcenter.org>, Jessica Lewis <Jessica.Lewis@splcenter.org>
**Subject:** Re: Proposed Stipulations

Jay—

Is there a reason you all still are not able to stipulate to the various articles? You had indicated in your redline to the last version that you thought we would be able to come to agreement on those. Something in the wording of the stipulation that you don't like?

Jim

---

**From:** "Jay M. Wolman" <jmw@randazza.com>
**Date:** Tuesday, January 16, 2018 at 5:01 PM
**To:** Jim Knoepp <jim.knoepp@splcenter.org>, Staff Two <tar@randazza.com>
**Cc:** "mjr@randazza.com" <mjr@randazza.com>, "matstevenson@bigskylegal.com" <matstevenson@bigskylegal.com>, David Dinielli <david.dinielli@splcenter.org>, Jessica Lewis <Jessica.Lewis@splcenter.org>
**Subject:** Re: FW: Proposed Stipulations

Dear Jim,

Thank you for your attention to this matter. Our revisions are attached.

Sincerely,
Jay Wolman

_____
**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
Tel: 702-420-2001 | Email: jmw@randazza.com

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Tue, Jan 16, 2018 at 10:31 AM, Jim Knoepp <Jim.Knoepp@splcenter.org> wrote:

> Counsel—
>
> Just a reminder that the deadline to file our stipulations is today.
>
> Thank you.
>
> Jim
>
> ---
>
> **From:** Jim Knoepp <jim.knoepp@splcenter.org>
> **Date:** Monday, January 8, 2018 at 4:12 PM
> **To:** "Jay M. Wolman" <jmw@randazza.com>, "mjr@randazza.com" <mjr@randazza.com>, "matstevenson@bigskylegal.com" <matstevenson@bigskylegal.com>
> **Cc:** David Dinielli <david.dinielli@splcenter.org>, Jessica Lewis <Jessica.Lewis@splcenter.org>, john <john@mswdlaw.com>
> **Subject:** Re: Proposed Stipulations
>
> Counsel—
>
> Attached is an updated version of the proposed stipulated facts.  You will recall that the court granted an extension on the deadline to file these until next Tuesday, January 16th.  This version fixes the issue with the Bates numbers from the first version.  Please review and let me know if you have any questions.  If there is some disagreement with respect to a stipulation on the articles and forum material then perhaps we can have a call later this week to discuss?
>
> The updated production is here: ███████████████████████████████████
>
> Thank you.
>
> Jim
>
> ---
>
> **From:** Jim Knoepp <jim.knoepp@splcenter.org>
> **Date:** Tuesday, December 5, 2017 at 9:52 PM

**To:** "Jay M. Wolman" <jmw@randazza.com>, "mjr@randazza.com" <mjr@randazza.com>, "matstevenson@bigskylegal.com" <matstevenson@bigskylegal.com>
**Cc:** David Dinielli <david.dinielli@splcenter.org>, Jessica Lewis <Jessica.Lewis@splcenter.org>, john <john@mswdlaw.com>
**Subject:** Proposed Stipulations

Counsel—

I am sending this on behalf of David who is out of pocket at the moment. Attached please find a draft Statement of Stipulated Facts for your review. As I think you know, the Statement of Stipulated Facts needs to be filed by this Thursday, December 7th. The stipulations primarily concern information from www.dailystormer.com—articles and forum posts that appeared on the website. As you will see in the attached, we have Bates numbered the documents. They have been uploaded to box.com for your review and downloading. The link is [redacted] and the password is [redacted]. Please note that the link will expire after December 31, 2017.

Please make any proposed changes in track changes in the attached, as well as any stipulations you would like us to consider.

Thank you.

Jim

*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

James Knoepp
General Counsel
 and Senior Supervising Attorney
Southern Poverty Law Center
150 East Ponce de Leon Ave., Suite 340
Decatur, GA  30030
phone:  (334) 309-6771
fax:      (404) 221-5857
jim.knoepp@splcenter.org
*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\**

This communication was sent by an attorney and may contain confidential and/or privileged information intended only for the addressee. If you have received this e-mail in error or if you are not the intended recipient, please advise by return e-mail or by calling (334) 309-6771 and then delete this e-mail and your reply immediately without reading or forwarding to others.