# **EXHIBIT E**

Southern Poverty Law Center Financial Information



# FINANCIAL INFORMATION

The Southern Poverty Law Center's latest financial information and annual report.

The Southern Poverty Law Center is a tax-exempt, charitable organization incorporated in 1971 under section 501(c)(3) of the Internal Revenue Code. All contributions, grants and bequests are tax deductible. Our tax identification number is 63-0598743.

Our work is supported primarily through donor contributions. We do not receive or use government funds. During the last fiscal year, approximately 68% of our total expenses were spent on program services. At the end of the fiscal year, our endowment – a special, board-designated fund established to support our future work – stood at $432.7 million. We are proud of the stewardship of our resources.

The annual report reviews our programmatic work from the past year.

Audited Financial Statement This statement provides our most recent financial information, presented in accordance with generally accepted accounting principles.

IRS Form 990 As a 501(c)(3) tax-exempt charitable organization, our annual federal income tax return, IRS form 990, is available for review.

IRS letter confirming 501(c)(3) status We are incorporated and is a nonprofit organization under section 501(c)(3) of the Internal Revenue Code. Our tax identification number is 63-0598743. Donations are tax deductible under the rules set out by the IRS.

* * *