# **EXHIBIT F**

Plaintiff's Privilege Log

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

KEY: [A] = Attorney; [S] = SPLC Employee/Privileged Agent

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL004060 | PL004293 | 6/7/2017 | Email | Tree Hugger Soap Co. | David Dinielli [A,S] [A,S]; Rick Mula [A,S] [A,S] | | Tree Hugger Soap | David Dinielli [A,S]; Rick Mula [A,S]; Tree Hugger Soap | Communications to SPLC re: harassment, meeting. | Work Product |
| 2 | PL004294 | PL004530 | 6/7/2017 | Email | Tree Hugger Soap Co. | David Dinielli [A,S], Rick Mula [A,S] | | Tree Hugger Soap | David Dinielli [A,S]; Rick Mula [A,S]; Tree Hugger Soap | Communications to SPLC re: harassment, meeting | Work Product |
| 3 | PL004531 | PL004531 | 1/1/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh | Tanya Gersh; David Winter | Confidential communication to reporter | 1st Amendment |
| 4 | PL004532 | PL004533 | 7/10/2017 | Email, Twitter | Tanya Gersh | Judah Gersh, David Dinielli [A,S] | | Tanya Gersh, @Fuhgeddaboudit0 | Tanya Gersh; Judah Gersh; David Dinielli [A,S] | Confidential communication with attorney for the purpose of securing legal advice re: harassment, threat | Attorney-Client |
| 5 | PL004534 | PL004535 | 1/11/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh, weblink.no.reply@software.com | Tanya Gersh; Judah Gersh | Confidential communication between spouses re: harassment | Marital Communication |
| 6 | PL004536 | PL004536 | 4/26/2018 | Email | Judah Gersh | David Dinielli [A,S] | Judah Gersh; Keegan Hankes [S] [S]; Jim Knoepp [A,S] [A,S]; Jessica Lewis [A,S] [A,S] | Judah Gersh, Judah Gersh, David Dinielli [A,S] | David Dinielli [A,S]; Judah Gersh; Keegan Hankes [S]; Jim Knoepp [A,S]; Jessica Lewis [A,S] | Confidential communication between spouse as client's agent and attorneys for the purpose of securing legal advice re: harassment, threats | Attorney-Client |
| 7 | PL004537 | PL004537 | 4/25/2018 | Email | Judah Gersh | David Dinielli [A,S] | Judah Gersh, David Dinielli [A,S], Jessica Lewis [A,S], Jim Knoepp [A,S], Keegan Hankes [S] | Judah Gersh, David Dinielli [A,S] | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Keegan Hankes [S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of securing legal advice re: harassment, threats | Attorney-Client |
| 8 | PL004538 | PL004538 | 4/25/2018 | Email | David Dinielli [A,S] | Judah Gersh | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Keegan Hankes [S] | David Dinielli [A,S] | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Keegan Hankes [S] | Confidential communication between spouse as client's agent and attorneys providing legal advice re: harasment, threats | Attorney-Client |
| 9 | PL004539 | PL004540 | 12/4/2017 | Email | Judah Gersh | Tanya Gersh | | Alysen Cameron; admin@purewestmt.com; Judah Gersh; Tanya Gersh | Tanya Gersh; Judah Gersh | Confidential communication between spouses re: harassment | Marital Communication |
| 10 | PL004541 | PL004541 | 4/17/2017 | Image | | | | | | Email attachment with image of minor | Protective Order |
| 11 | PL004542 | PL004543 | 2/17/2017 | Email | Judah Gersh | Rick Mula [A,S] | Michael Warner [S] [S]; David Dinielli [A,S]; Richard Cohen [A,S] [A,S] | Judah Gersh; Rick Mula [A,S] | Marc Roston; Richard Cohen [A,S]; Rick Mula [A,S]; David Dinielli [A,S]; Judah Gersh; Michael Warner [S] | Confidential communication between spouse as client's agent and attorneys for the purpose of securing legal advice re: harassment, threats | Attorney-Client |
| 12 | PL004544 | PL004545 | 2/16/2017 | Email | Rick Mula [A,S] | Judah Gersh; Richard Cohen [A,S]; David Dinielli [A,S] | Michael Warner [S] | Rick Mula [A,S]; Judah Gersh | Richard Cohen [A,S]; David Dinielli [A,S]; Judah Gersh; Rick Mula [A,S]; Michael Warner [S]; Marc Roston | Confidential communication between spouse as client's agent and attorneys providing/securing legal advice re: harassment, threats; containing work product | Attorney-Client, Work Product |
| 13 | PL004546 | PL004547 | 2/15/2017 | Email | Judah Gersh | Heidi Beirich [S] [S] | Judah Gersh; Keegan Hankes [S] | Judah Gersh; Heidi Beirich [S]; Wendy Via [S] [S]; David Dinielli [A,S] | David Dinielli [A,S]; Richard Cohen [A,S]; Jim Knoepp [A,S]; Rick Mula [A,S]; Heidi Beirich [S]; Wendy Via [S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of securing/providing legal advice re: harassment, threats; containing work product | Attorney-Client, Work Product |
| 14 | PL004548 | PL004548 | | Spreadsheet | | | | | | Email attachment to PL004546 re: extremist's threats | Work Product |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

KEY: [A] = Attorney; [S] = SPLC Employee/Privileged Agent

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | PL004549 | PL004567 | | Spreadsheet | | | | | | Email attachment to PL004546 re: extremist's threats | Work Product |
| 16 | PL004568 | PL004569 | 2/13/2017 | Email | Judah Gersh | Heidi Beirich [S] | Keegan Hankes [S]; Judah Gersh | David Dinielli [A,S]; Judah Gersh; Wendy Via [S]; Heidi Beirich [S] | David Dinielli [A,S]; Richard Cohen [A,S]; Jim Knoepp [A,S]; Rick Mula [A,S]; Heidi Beirich [S]; Wendy Via [S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of securing/providing legal advice re: harassment, threats; containing work product | Attorney-Client, Work Product |
| 17 | PL004570 | PL004570 | 2/13/2017 | Spreadsheet | | | | | | Email attachment to PL004568 re: extremist's threats | Work Product |
| 18 | PL004571 | PL004589 | 2/13/2017 | Spreadsheet | | | | | | Email attachment to PL004568 re: extremist's threats | Work Product |
| 19 | PL004590 | PL004591 | 2/11/2017 | Email | Heidi Beirich [S] | Keegan Hankes [S] | Judah Gersh | David Dinielli [A,S]; Judah Gersh; Wendy Via [S]; Heidi Beirich [S] | David Dinielli [A,S]; Richard Cohen [A,S]; Jim Knoepp [A,S]; Rick Mula [A,S]; Heidi Beirich [S], Wendy Via [S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of providing/secuing legal advice; containing work product | Attorney-Client, Work Product |
| 20 | PL004592 | PL004593 | 2/11/2017 | Email | Wendy Via [S] | Judah Gersh | David Dinielli [A,S]; Richard Cohen [A,S]; Jim Knoepp [A,S]; Rick Mula [A,S]; Heidi Beirich [S] | David Dinielli [A,S]; Judah Gersh; Wendy Via [S]; | David Dinielli [A,S]; Richard Cohen [A,S]; Jim Knoepp [A,S]; Rick Mula [A,S]; Heidi Beirich [S], Wendy Via [S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of providing/securing legal advice; containing work product | Attorney-Client, Work Product |
| 21 | PL004594 | PL004595 | 2/10/2017 | Email | Judah Gersh | David Dinielli [A,S] | Judah Gersh; Richard Cohen [A,S]; Wendy Via [S]; Jim Knoepp [A,S]; Rick Mula [A,S] | Judah Gersh; David Dinielli [A,S] | Judah Gersh; Richard Cohen [A,S]; Wendy Via [S]; Jim Knoepp [A,S]; Rick Mula [A,S]; David Dinielli [A,S]; Judah Gersh | Confidential communication between spouse as client's agent and attorneys for the purpose of providing legal advice re: harassment, threats; containing work product | Attorney-Client, Work Product |
| 22 | PL004596 | PL004598 | 3/3/2017 | Email | Jim Knoepp [A,S] | Judah Gersh; Rita Reichart | | Jim Knoepp [A,S]; Judah Gersh; Rita Reichert | Judah Gersh, Richard Cohen [A,S], Jim Knoepp [A,S], David Dinielli [A,S], Rick Mula [A,S] | Email chain re: MT Board of Realty complaint filed against Tanya Gersh, SPLC representation of same | MT State Regulations |
| 23 | PL004599 | PL004600 | 1/31/2017 | Email | Judah Gersh | Howard Graves [S] [S] | Richard Cohen [A,S]; Rick Mula [A,S]; David Dinielli [A,S] | WaesHael; Judah Gersh | | Confidential communication between spouse as client's agent and attorneys for the purpose of providing legal advice; containing work product | Attorney-Client, Work Product |
| 24 | PL004601 | PL004608 | 12/30/2016 | Email | Judah Gersh | Steve Sheinberg [A] | | Judah Gersh; Steve Sheinberg [A]; Marc Roston; Francine Roston; Jonathan Greenblatt [A] | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |
| 25 | PL004609 | PL004613 | 12/30/2016 | Email | Steve Sheinberg [A] [A] | Judah Gersh | | Steve Sheinberg [A]; Judah Gersh; Marc Roston; Francine Roston | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher,Todd Gutnick, Judah Gersh | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | KEY: *[A] = Attorney; [S] = SPLC Employee/Privileged Agent* | | | | | | | | | | |
| 26 | PL004614 | PL004618 | 12/29/2016 | Email | Steve Sheinberg [A] | Judah Gersh | | Steve Sheinberg [A]; Judah Gersh; Marc Roston; Francine Roston | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher, Todd Gutnick, Judah Gersh | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |
| 27 | PL004619 | PL004624 | 12/29/2016 | Email | Judah Gersh | Steve Sheinberg [A] | | Steve Sheinberg [A]; Judah Gersh; Marc Roston; Francine Roston | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher, Todd Gutnick, Judah Gersh | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |
| 28 | PL004625 | PL004628 | 12/29/2016 | Email | Steve Sheinberg [A] | Judah Gersh | Marc Roston; | Steve Sheinberg [A]; Judah Gersh; Marc Roston; Francine Roston; Jonathan Greenblatt [A] | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher, Marc Roston; Judah Gersh; Todd Gutnick Marc Roston; Judah Gersh; Todd Gutnick | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |
| 29 | PL004629 | PL004632 | 12/29/2016 | Email | Judah Gersh | Steve Sheinberg [A] | Marc Roston; Judah Gersh | Steve Sheinberg [A]; Judah Gersh; Marc Roston; Francine Roston; Jonathan Greenblatt [A] | Steve Sheinberg [A]; Francine Roston, Marc Roston, Jonathan Greenblatt [A], Alan Secher, Marc Roston; Judah Gersh; Todd Gutnick Marc Roston; Judah Gersh; Todd Gutnick | Confidential communication between ADL attorney and potential clients for the purpose of securing legal advice re: harassment | Attorney-Client |
| 30 | PL004633 | PL004633 | 12/21/2016 | Email | Richard Cohen [A,S] | Judah Gersh | | Richard Cohen [A,S]; Judah Gersh | Judah Gersh; Richard Cohen [A,S] | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice | Attorney-Client |
| 31 | PL004634 | PL004634 | 12/21/2016 | Email | Richard Cohen [A,S] | Judah Gersh | | Richard Cohen [A,S]; Judah Gersh | Richard Cohen [A,S]; Judah Gersh | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice re: harassment of minor child. | Attorney-Client |
| 32 | PL004635 | PL004635 | 12/21/2016 | Email | Judah Gersh | Richard Cohen [A,S] | | Judah Gersh; Richard Cohen [A,S] | Richard Cohen [A,S]; Judah Gersh | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice re: harassment of minor child. | Attorney-Client |
| 33 | PL004636 | PL004636 | 12/21/2016 | Email | Judah Gersh | Richard Cohen [A,S] | | Judah Gersh; Richard Cohen [A,S] | Richard Cohen [A,S]; Judah Gersh | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice re: harassment of minor child. | Attorney-Client |
| 34 | PL004642 | PL004642 | 12/30/2016 | Email | Howard Graves [S] | Judah Gersh | Richard Cohen [A,S] | Howard Graves [S]; Howard Graves [S] | Judah Gersh; Howard Graves [S], Richard Cohen [A,S] | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice | Attorney-Client |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

KEY: [A] = Attorney; [S] = SPLC Employee/Privileged Agent

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | PL004643 | PL004643 | 12/30/2016 | Email | Judah Gersh | Howard Graves [S]; Richard Cohen [A,S] | | Judah Gersh | Howard Graves [S]; Richard Cohen [A,S] | Confidential communication between attorney and potential client for the purpose of securing/providing legal advice | Attorney-Client |
| 36 | PL004644 | PL004645 | 10/16/2018 | Email | Tanya Gersh | David Dinielli [A,S]; Judah Gersh | | Tanya Gersh; Katie Mettler | David Dinielli [A,S], Judah Gersh, Francine Roston | Confidential communication from, re: reporter | 1st Amendment |
| 37 | PL004646 | PL004646 | 7/17/2017 | Email | Rick Mula [A,S] | Tanya Gersh; Judah Gersh; David Dinielli [A,S] | | Alex Cowan; Tanya Gersh | Tanya Gersh; Judah Gersh; David Dinielli [A,S]; Rick Mula [A,S] | Confidential communication with attorney, for the purpose of securing/providing legal advice re: harassing message | Attorney-Client |
| 38 | PL004647 | PL004647 | 7/6/2017 | Email | Judah Gersh | Tanya Gersh | Rick Mula [A,S], David Dinielli [A,S] | Tanya Gersh; Judah Gersh | Rick Mula [A,S]; David Dinielli [A,S], Tanya Gersh, Judah Gersh | Confidential communication between spouses and with attorney, for the purpose of securing legal advice re: harassing, threatening voice mail | Attorney-Client |
| 39 | PL004648 | PL004648 | 7/6/2017 | Email | Rick Mula [A,S] | Tanya Gersh, Judah Gersh, David Dinielli [A,S] | | Tanya Gersh, Rick Mula [A,S] | Rick Mula [A,S]; David Dinielli [A,S], Tanya Gersh, Judah Gersh | Confidential communication between spouses and with attorney, for the purpose of securing legal advice re: harassing, threatening voice mail | Attorney-Client |
| 40 | PL004649 | PL004652 | 2/8/2017 | Email | Judah Gersh [A] | Kris Fuehrer | | Judah Gersh; kris.fuehrer@jccscpa.com | kris.fuehrer@jccscpa.com; Jud | Confidential communication with attorney, for the purpose of securing legal advice, also asked about welfare of family | Attorney-Client |
| 41 | PL004653 | PL004655 | 2/8/2017 | Email | Kris Fuehrer | Judah Gersh [A] | | kris.fuehrer@jccscpa.com; Judah | kris.fuehrer@jccscpa.com | Confidential communication with attorney, for the purpose of securing legal advice, also asked about welfare of family | Attorney-Client |
| 42 | PL004657 | PL004658 | 1/9/2017 | Email | Sue Basta | Judah Gersh | | Sue Basta; Judah Gersh | Sue Basta; Judah Gersh | Confidential communication with attorney for the purpose of securing legal advice re: defamation, privacy | Attorney-Client |
| 43 | PL004659 | PL004660 | 1/9/2017 | Email | Judah Gersh | Sue Basta | Michael Basta | Judah Gersh; Sue Basta; Michael Basta | Judah Gersh; Sue Basta; Michael Basta | Confidential communication with attorney for the purpose of securing legal advice re: defamation, privacy | Attorney-Client |
| 44 | PL004661 | PL004662 | 12/29/2016 | Photo of Document | | | | | | Handwritten notes from client for purposes of assisting with litigation | Work Product |
| 45 | PL004663 | PL004664 | 12/29/2016 | Letter | Rita Reichert | Tanya Gersh | | | | DOL letter re: license complaint from Kevin Dooley | MT State Regulatoins |
| 46 | PL004665 | PL004666 | 12/17/2016 | Email | Cherie Regev | Tanya Gersh | Judah Gersh | Cherie Regev; Tanya Gersh | Tanya Gersh; Judah Gersh; Cherie Regev | Communication re: effect of troll storm and minor child | Protective Order |
| 47 | PL004667 | PL004667 | 12/17/2016 | Email | Tanya Gersh | Cherie Regev | Judah Gersh | Tanya Gersh; Cherie Regev | Tanya Gersh; Judah Gersh; Cherie Regev | Communication re: effect of troll storm and minor child | Protective Order |
| 48 | PL004668 | PL004669 | 5/23/2017 | Email | Rick Mula [A,S] | Judah Gersh | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client, Work Product |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

KEY: [A] = Attorney; [S] = SPLC Employee/Privileged Agent

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | PL004670 | PL004671 | 5/23/2017 | Email | Judah Gersh | Rick Mula [A,S] | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client, Work Product |
| 50 | PL004672 | PL004672 | 5/22/2017 | Email | Rick Mula [A,S] | Judah Gersh | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client, Work Product |
| 51 | PL004673 | PL004673 | 5/19/2017 | Email | Judah Gersh | Rick Mula [A,S] | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client, Work Product |
| 52 | PL004674 | PL004675 | 4/21/2017 | Email | Rick Mula [A,S] | Judah Gersh | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client, Work Product |
| 53 | PL004676 | PL004677 | 4/21/2017 | Email | Rick Mula [A,S] | Judah Gersh | | Rick Mula [A,S]; Judah Gersh | Rick Mula [A,S]; Judah Gersh | Confidential communication between spouse as client's agent with attorney, for the purpose of providing/securing legal advice and discussing potential witnesses, evidence collection | Attorney-Client |
| 54 | PL004678 | PL004678 | 10/26/2018 | Email | Tanya Gersh | Judah Gersh; David Dinielli [A,S]; Jessica Lewis [A,S]; Richard Cohen [A,S] | | thieglelunchbucket@gmail.com; Tanya Gersh | Tanya Gersh, Judah Gersh; David Dinielli [A,S]; Jessica Lewis [A,S]; Richard Cohen [A,S] | Confidential communication with attorney, for the purpose of securing legal advice re: harassment | Attorney-Client |
| 55 | PL004679 | PL004679 | 9/20/2017 | Email | Tanya Gersh | David Dinielli [A,S] | Judah Gersh | Tanya Gersh, David Dinielli [A,S] | Tanya Gersh, David Dinielli [A,S], Judah Gersh | Confidential communication with attorney, for the purpose of securing legal advice re: harassing message | Attorney-Client |
| 56 | PL004680 | PL004680 | 9/20/2017 | Email | David Dinielli [A,S] | Tanya Gersh, Judah Gersh | | Tanya Gersh, David Dinielli [A,S] | Tanya Gersh, David Dinielli [A,S], Judah Gersh | Confidential communication with attorney, for the purpose of securing legal advice re: harassing message | Attorney-Client |
| 57 | PL004681 | PL004681 | 9/19/2017 | Email | Judah Gersh | Tanya Gersh | | | | Confidential communication between spouses re: harassing Instagram message | Marital Communication |
| 58 | PL004682 | PL004682 | 8/21/2017 | Email | Judah Gersh | Tanya Gersh | | Tanya Gersh; Judah Gersh | Judah Gersh; Tanya Gersh | Confidential communication between spouses re: harassing, threatening voice mail | Marital Communication |
| 59 | PL004683 | PL004683 | 8/11/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh; Judah Gersh | Judah Gersh; Tanya Gersh | Confidential communication between spouses re: FB harassment | Marital Communication |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

KEY: [A] = Attorney; [S] = SPLC Employee/Privileged Agent

| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | PL004684 | PL004684 | 8/11/2017 | Email | Judah Gersh | Tanya Gersh | | Judah Gersh; Tanya Gersh | Tanya Gersh; Judah Gersh | Confidential communication between spouses re: FB harassment | Marital Communication |
| 61 | PL004685 | PL004686 | 7/25/2017 | Email | David Dinielli [A,S] | Tanya Gersh; Judah Gersh | | David Dinielli [A,S]; Judah Gersh; @Fuhgeddaboudit | Tanya Gersh; Judah Gersh; David Dinielli [A,S] | Confidential communication between client and attorney for the purpose of providing/securing re: Twitter harassment | Attorney-Client |
| 62 | PL004687 | PL004688 | 7/25/2017 | Email | Judah Gersh | Tanya Gersh | David Dinielli [A,S] | Judah Gersh; Tanya Gersh; @Fuhgeddaboudit | Tanya Gersh; Judah Gersh; David Dinielli [A,S] | Confidential communication between client and attorney for the purpose of providing/securing re: Twitter harassment | Attorney-Client |
| 63 | PL004689 | PL004690 | 7/25/2017 | Email | Tanya Gersh | Judah Gersh; David Dinielli [A,S] | | Tanya Gersh; @Fuhgeddaboudit | Tanya Gersh; Judah Gersh; David Dinielli [A,S] | Confidential communication between client and attorney for the purpose of providing/securing re: Twitter harassment | Attorney-Client |
| 64 | PL004691 | PL004692 | 5/24/2017 | Email | Judah Gersh | David Dinielli [A,S] | Rick Mula [A,S] | jesusisnotjew@hotmail.gb; admin@purewest.com; laura@puremt.com; Judah Gersh | Judah Gersh; Rick Mula [A,S] ; David Dinielli [A,S]; admin@purewest.com; laura@puremt.com | Confidential communication between spouse as client's agent and attorney for the purpose of providing/securing re: harassing, threatening message | Attorney-Client |
| 65 | PL004693 | PL004694 | 5/24/2017 | Email | David Dinielli [A,S] | Judah Gersh | Rick Mula [A,S] | jesusisnotjew@hotmail.gb; admin@purewest.com; laura@puremt.com; Judah Gersh; Rick Mula [A,S] | Judah Gersh; Rick Mula [A,S] ; David Dinielli [A,S]; admin@purewest.com; laura@puremt.com | Confidential communication between spouse as client's agent and attorney for the purpose of providing/securing re: harassing, threatening message | Attorney-Client |
| 66 | PL004695 | PL004696 | 5/24/2017 | Email | Judah Gersh | Rick Mula [A,S]; David Dinielli [A,S] | | jesusisnotjew@hotmail.gb; admin@purewest.com; laura@puremt.com; Judah Gersh | Judah Gersh; Rick Mula [A,S] ; David Dinielli [A,S]; admin@purewest.com; laura@puremt.com | Confidential communication between spouse as client's agent and attorney for the purpose of providing/securing re: harassing, threatening message | Attorney-Client |
| 67 | PL004697 | PL004697 | 5/17/2017 | Email | Judah Gersh | Tanya Gersh | | Judah Gersh | Tanya Gersh | Confidential communcation between spouses re: harassment | Marital Communication |
| 68 | PL004698 | PL004698 | 2/17/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh; account-security-noreply@account.microsft.com | Judah Gersh; Tanya Gersh | Confidential communcation between spouses re: harassment, consequences | Marital Communication |
| 69 | PL004698 | PL004699 | 2/17/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh; weblink.no.reply@software.com | Judah Gersh; Tanya Gersh | Confidential communication between spouses re: consequences of harassment | Marital Communication |
| 70 | PL004699 | PL004700 | 1/11/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh; weblink.no.reply@software.com | Judah Gersh; Tanya Gersh | Confidential communication between spouses re: consequences of harassment | Marital Communication |
| 71 | PL004701 | PL004702 | 1/6/2017 | Email | Tanya Gersh | Judah Gersh | | Tanya Gersh | Judah Gersh | Confidential communcation between spouses re: harassment | Marital Communication |
| 72 | PL004703 | PL004703 | 12/26/2016 | Email | Judah Gersh | Richard Cohen [A,S] | | Judah Gersh; billthegasman@gmail.com | mail@bigskyattorneys.com; Richard Cohen [A,S] | Confidential communication between client and counsel re harassment, for purposes of securing legal advice | Attorney-Client |

Plaintiff's Privilege Log
Gersh v. Anglin, Case No. 9:17-cv-00050-DLC-JCL, Dist. Mont.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KEY: *[A] = Attorney; [S] = SPLC Employee/Privileged Agent* | | | | | | | | | | | |
| No. | ProdBeg | ProdEnd | DateCreated | Doc Type | From | To | CC'd | Author(s) within Email Chain | All Recipients/CC on Email Chain | Document Summary | Privileges |
| 73 | PL004704 | PL004706 | 12/1/2017 | Email | Judah Gersh | David Dinielli [A,S] | Tanya Gersh; Jim Knoepp [A,S]; Jessica Lewis [A,S] | Tanya Gersh; Judah Gersh; | Tanya Gersh; Jim Knoepp [A,S]; Jessica Lewis [A,S] | Confidential communication between spouse as client's agent, client and attorneys re: harassment, harassing messages, harasser | Attorney-Client |
| 74 | PL004707 | PL004709 | 12/1/2017 | Email | Tanya Gersh | David Dinielli [A,S]; | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Judah Gersh | Tanya Gersh; David Dinielli [A,S] | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Judah Gersh | Confidential communication between spouse as client's agent, client and attorneys re: harassment, harassing messages, harasser | Attorney-Client |
| 75 | PL004710 | PL004712 | 12/1/2017 | Email | David Dinielli [A,S] | Tanya Gersh; Judah Gersh; Jim Knoepp [A,S]; Jessica Lewis [A,S] | | David Dinielli [A,S]; Tanya Gersh | Jessica Lewis [A,S]; Jim Knoepp [A,S]; Judah Gersh | Confidential communication between attorney and spouse as client's agent and client re: harassment, harassing messages, harasser | Attorney-Client |
| 76 | PL004713 | PL004714 | 4/22/2017 | Email | Tanya Gersh | Rebecca Sturtevant [S] | | Tanya Gersh; Rebecca Sturtevant [S]; paul100rad@gmail.com | | Confidential communication between client and attorney's agent for purpose of securing legal advice re: harassing messages | Attorney-Client |
| 77 | PL004715 | PL004716 | 4/22/2017 | Email | Rebecca Sturtevant [S] | Tanya Gersh | | Tanya Gersh; Rebecca Sturtevant [S]; paul100rad@gmail.com | | Confidential communication between client and attorney's agent for purpose of securing legal advice re: harassing messages | Attorney-Client |
| 78 | PL004717 | PL004717 | 4/22/2017 | Email | Rebecca Sturtevant [S] | Tanya Gersh | | Tanya Gersh; Rebecca Sturtevant [S]; paul100rad@gmail.com | | Confidential communication between client and attorney's agent for purpose of securing legal advice re: harassing messages | Attorney-Client |
| 79 | PL004718 | PL004719 | 7/17/2017 | Email | Tanya Gersh | Rick Mula [A,S] | | Tanya Gersh; Alex Cowan | Tanya Gersh; Judah Gersh; David Dinielli [A,S]; Rick Mula [A,S] | Confidential communication between client and attorneys re: harassing messages for purpose of securing legal advice | Attorney-Client |
| 80 | PL004720 | PL004720 | 11/22/2016 | Email | Tanya Gersh | Rabbi Allen Secher | | Tanya Gersh; Rabbi Allen Secher | Rabbi Allen Secher; Tanya Secher | Confidential communication between Judaic adherent and Rabbi re: community/personal concern for the purpose of receiving guidance | Clergy |
| 81 | PL004721 | PL004721 | 11/22/2016 | Email | Rabbi Allen Secher | Tanya Gersh | | Rabbi Allen Secher | Tanya Gersh | Confidential communication between Judaic adherent and Rabbi responding to request for guidance | Clergy |
| 82 | PL004722 | PL004722 | 11/22/2016 | Email | Tanya Gersh | Rabbi Secher | | Tanya Gersh | Rabbi Secher | Confidential communication between Judaic adherent and Rabbi re: community/personal concern for the purpose of receiving guidance | Clergy |
| 83 | PL004723 | PL004724 | 4/4/2018 | Email | Tanya Gersh | Keith Meehan | | Tanya Gersh; Keith Meehan | Keith Meehan; Tanya Gersh | Email from Tanya to minor child's school re: effect of harassment on, and other private information concerning, child. | Protective Order |