IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | |
| Plaintiff, | CV 17-50-M-DLC-JCL |
| vs. | ORDER |
| ANDREW ANGLIN, | |
| Defendant, | |
| and | |
| STATE OF MONTANA, | |
| Defendant-Intervenor. | |

The following motions are pending in this case: (1) Plaintiff Tanya Gersh's Motion to Compel Defendant to Respond to Requests for Production and for Sanctions (Doc. 123); Plaintiff's Motion to Enter Protective Order Governing "Confidential" and "Highly Confidential" Information (Doc. 132) and; (3) Defendant Andrew Anglin's Motion to Compel Plaintiff to Respond to Interrogatories and Requests for Production (Doc. 134).

IT IS ORDERED that oral argument on all three pending motions is set for

March 14, 2019, at 1:30 p.m., at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana.

DATED this 14th day of February, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge