Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### MISSOULA DIVISION

| | | |
|---|---|---|
| TANYA GERSH, | ) | Case No. 9:17-cv-50-DLC-JCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| vs. | ) | **COMPEL MONTANA HUMAN** |
| | ) | **RIGHTS NETWORK TO** |
| ANDREW ANGLIN, | ) | **COMPLY WITH SUBPOENA** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>DEFENDANT'S MOTION TO COMPEL MONTANA HUMAN RIGHTS NETWORK TO COMPLY WITH SUBPOENA</u>

Pursuant to Federal Rules of Civil Procedure 26 and 45, and Local Rule (LR) 26.3(c), Defendant Andrew Anglin respectfully moves this Court for an order compelling non-party Montana Human Rights Network ("MHRN") d/b/a Love Lives Here to comply with Mr. Anglin's Subpoena to MHRN by responding fully to all document requests in the Subpoena.  Mr. Anglin also moves the Court find MHRN in contempt under Rule 45(g) and impose an appropriate sanction, including an award of costs and fees incurred in making this motion.

As set forth more fully in the accompanying memorandum, Defendant served his Subpoena on MHRN on January 24, 2019.  MHRN responded with  boilerplate and inapplicable objections, and it refused to produce any responsive documents at all.

On February 19, 2019, counsel for Mr. Anglin and MHRN met and conferred telephonically. MHRN again refused to provide any responsive documents.

WHEREFORE Mr. Anglin requests the Court compel MHRN to immediately and completely respond to Defendant's Subpoena in its entirety. Mr. Anglin also requests the Court award attorney's fees and costs incurred in bringing this Motion as a sanction in accordance with Fed. R. Civ. P. 45(g).


Dated: February 21, 2019.          Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman

Jay M. Wolman, *pro hac vice*
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103


/s/ Mathew M. Stevenson

Mathew M. Stevenson
Stevenson Law Office
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,*
*Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

### CERTIFICATE PURSUANT TO LR 26.3(C)(2)(B)

Pursuant to Local Rule 26.3(c)(2)(B), I hereby certify that the parties complied with subsection (c)(1) prior to filing this motion through comprehensive correspondence and through direct dialogue in a telephone conversation.

/s/ Jay M. Wolman
Jay M. Wolman

Case No. 9:17-cv-50-DLC-JCL

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF and by First Class Mail, postage prepaid, to:

Andres Haladay, Esq.
Drake Law Firm, P.C.
111 N. Last Chance Gulch
Arcade Building, Suite 3J
Helena, MT 59601

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP