# <u>EXHIBIT 2</u>

PL003215 Email from Sherry Spencer
Dated December 5, 2016

From: Sherry Spencer [mailto: ███████████ ]
Sent: Monday, December 05, 2016 4:38 PM
To: David Winter
Subject: Re: News Story About Your Whitefish Property

Mr. Winter,

As I would hope Tanya Gersh has told you, my son, Richard Spencer, has neither ownership nor financial interest in my building. As painful as this is, I am exploring a potential sale of the building in response to Ms. Gersh's insistence that I sell, as well as to protect the innocent commercial tenants in my building who have been threatened with boycotts of their businesses. My husband and I love this community and wish to continue our lives here. As parents, we deeply love our son, as we always will. We unequivocally do not agree with the extreme positions espoused by Richard. We are stunned by the actions of Love Lives Here, an organization claiming to advocate tolerance and equal treatment of all citizens, yet coursing financial harm to many innocent parties. My husband and I are not accustomed to the spotlight, we feel we are not part of the story as our son is a grown man, and we simply ask to be left in peace.

Sherry Spencer

Sherry Spencer
cell: 214 ███████

Notice: This email is not encrypted, however it is confidential and may be privileged; it is for the sole use of the named and intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, delete all copies and notify Sayles\Werbner, P.C.

**0053**