# **<u>EXHIBIT 3</u>**

PL003368-69 November 22, 2019 Email From Rachel Carroll Rivas

**To:** 'Kim Abbott'[kim@mhrn.org]; 'Will Randall'[
**From:** rachelc
**Sent:** Tue 11/22/2016 9:00:06 PM
**Importance:** Normal
**Subject:** notes from Tayna about Sherry Spencer
**Received:** Tue 11/22/2016 9:00:06 PM

Tanya called Sarah who rents in Sherry's building this morning to say she can have her husband get out of your building lease, called a few other people in building. Maybe protestors coming to building. All agree they despise Spencer's and didn't know she was Richard's mom.

Sarah called Tanya back and asked if Sherry could call Tanya.

Sherry calls. Tanya tells Sherry about protest potential at building and that she had recommended business's leave and they need income. Sherry says 'Tanya, what do I do. I don't support what he is saying. I love my tenants and the people of whitefish.' Tanya says to Sherry, 'Sell building, you can't profit from the people of whitefish while you are supporting him and he lives in your house and gets mail ther. Sell it and give a portion to MHRN.' Sherry say OK, she doesn't want his presence to hurt whitefish. She says his bags are packed and he only has her vacation home he stays in. Tanya tells her she need to make a statement. Sherry says she oesn't know how to go about this and is not a writer. Tanya tells her she will put something together for her. Sherry says that it can't say she doesn't love her son. Tanya says it's not about that.

Sherry is willing to sell for what she has in it. No need to profit. They are going to list to pay off mortgage, so Sherry will possibly loose what she put into plus some. Listing for $2 million. In listing agreement 1% or more of sale and a percent of Tanya's commission will go to MHRN. Donation will thus come from Tanya, buyer and Sherry.

Tanya asked Sherry if she was telling her the truth? And she said 'absolutely, I promise.'

I am going to graft the statement and a press release and send to Tanya. We are all three going to get on the phone together.

I talked to Weinberg and he doesn't trust Sherry and thinks she is playing us and actually agrees with Richard.

One step at a time and we'll see where this goes..

Rachel Carroll Rivas

Co-Director

Montana Human Rights Network

www.mhrn.org <http://www.mhrn.org/>

rachelc@mhrn.org <mailto:rachelc@mhrn.org>

406-442-5506 x 13

406-442-1989 (cell)

PL003369