# **EXHIBIT 4**

November 22, 2016 Email from Rachel Carroll Rivas to Will Randall

 Tanya Gersh <tonyagersh@gmail.com>

## Sherry statement and press advisory
2 messages

**rachelc** <rachelc@mhrn.org>  Tue, Nov 22, 2016 at 9:18 PM
To: Will Randall <prandall@cyberport.net>, mail@tanyagersh.com

Tanya and Will,

Ok here is my draft of Sherry's statement and the press advisory. Clearly, I just guessed about a statement location/time. I also was writing the statement from her and that was a bit hard! Tanya, do you think this captures her conversation with you ok? I'm very open to feedback and am happy to get on a call with you both and with Sherry.

Amazing Tanya, this is just amazing. Crossing our fingers it all works out.

Rachel Carroll Rivas

Co-Director

Montana Human Rights Network

www.mhrn.org

rachelc@mhrn.org

406-442-5506 x 13

406-442-1989 (cell)

2 attachments

 **EMBARGOED- press advisory- Mother of white nationalist 'alt-right' leader, Richard Spencer,.docx**
14K

 **Reconciling with my community statement by Sherry Spencer.docx**
14K

**Tanya Gersh** <mail@tanyagersh.com>  Wed, Nov 23, 2016 at 10:19 AM
To: Sherry Spencer <sherryspencer@mac.com>

Hi Sherry. After talking with you about your intentions yesterday morning I contacted the director from the local Human Rights Network for their help in making sure people in the community didn't protest the building. I also contacted Love Lives Here for their support. The response was incredible. I mentioned what we discussed about the possibility of you making a small donation to the Network with the sale of your building to make a statement. They offered to write your public statement. Please consider changing it into your own words and releasing it to them for public statement. It would bring positive attention to you and to the building. It would help clinch a sale and bring so much relief to our community. See below:

*Reconciling with my community statement by Sherry Spencer*

*It is with a deep love for the community of Whitefish that I am making a statement today about the sale of my building in downtown Whitefish and announcing my own disagreement with the beliefs of the white nationalist 'alt-right' movement, of which my son Richard is an active spokesperson.*

*I have come to love Whitefish and the people of this community and the state of Montana. I value my friendships and want to be an active participant in a thriving, welcoming, fun and prosperous community. I have served on local boards and built what I had hoped were lasting friendships. I love and enjoy the beauty of the landscape that has brought and kept so many people here.*

*However, I have recently come to believe that because of my son's activity and leadership in the white nationalist movement his presence in Whitefish is hurting the people here. Over the last few years and especially in the last few months I have experienced a distancing from this community I love. My personal and business relationships have suffered. In addition, I have watched and been made aware of the damage his message is doing to those people who are targeted by his movement. I want to work to mend this damage and that is why I am making this announcement.*

*As a mother, I hope that my community understands that I love my son deeply. However, I cannot in good conscience continue to operate my real estate property in Whitefish and profit off of the people of this community while he claims Whitefish as his part-time home. I have decided to put my building on the market and donate a portion of the proceeds to the Montana Human Rights Network, who works to shine a bright light on hate a bigotry and promotes human rights for all people. I am working with a realtor who will also be donating to the Human Right Network as part of her role in the sale.*

*As you can imagine this is an incredibly difficult decision, but I felt it was the right decision for the community of Whitefish, the people of Montana and hopefully all people everywhere. I hope this is a step in the direction of reconciliation with a community I love and an example of how our common humanity can overcome bigotry.*




TANYA GERSH, REALTOR
RESORT & SECOND-HOME PROPERTY SPECIALIST

PureWest   CHRISTIE'S INTERNATIONAL REAL ESTATE

**CELL** 406.261.4830
**EMAIL** Tanya@purewestmt.com
492 E 2nd St, Whitefish, MT 59937
WWW.WHITEFISHLAKEREALTY.COM
WWW.PUREWESTREALESTATE.COM