# **EXHIBIT 5**

PL002967 December 8, 2016 Email
From Ms. Rivas

**To:** sherryspencer@ █████████
**From:** rachelc
**Sent:** Thur 12/8/2016 7:12:03 PM
**Importance:** Normal
**Subject:** reaching out to you

Dear Sherry,

I wanted to reach out to you and email seemed like a good first step. I can barely imagine what you must be going through right now. My kiddos are just little and that love as a mom is so deep, I'm sure you know that feeling well.

I am writing to you because I was very touched when heard that you were potentially going to make a statement, sell your building and make a donation. I'm not sure how accurate this is, Montana is small and the rumors abound. But, from what I've heard it sounds like you are in a place of reconciliation with the community of Whitefish that you have called home, and that warmed my heart.

At the Network we've worked with and been in conversation with families like yours before. Perhaps some of that experience might be helpful if you were interested in chatting. I wanted to reach out an open that door to you.

Sincerely,

Rachel Carroll Rivas
Co-Director
Montana Human Rights Network
www.mhrn.org
█████████
406-442-5506 x 13
█████████ (cell)