# **EXHIBIT 7**

PL003996 December 13, 2016 Emails Between Ina Albert and Tanya Gersh

**To:** Ina Albert[]
**From:** tonyagersh@gmail.com
**Sent on behalf of:** Tanya Gersh
**Sent:** Tue 12/13/2016 3:27:43 PM
**Importance:** Normal
**Subject:** Re: Thank You!!!!
**Received:** Tue 12/13/2016 3:27:43 PM

Sorry that news program had to drag us into being associated with that sort of publicity. I was devistated when I heard Spencer's quote on Love Lives Here and how the news caster spun it and made you have to defend the organization. He took an email I sent to the Human Rights Network (that I was dumb enough to forward to him) and made the story. I'm nervous about becoming a target now...

On Dec 11, 2016 2:58 PM, "Ina Albert" <​​​​​​​​​​> wrote:

> Dear Tanya and Judah,
> Friday night would not have been possible without you. Thanks you so much for making magic happen for all of us. I was a night I will not forget. Seeing you lighting the candles with your children in front of our Whitefish friends. Hearing the story of Chanukah told to a willing and receptive audience. Hearing Christmas and Chanukah music played together and everyone participating in both. What a night!
>
> Thank you both for being open to the possibility that it was and is.
>
> May we be together soon again.
>
> Best thoughts and blessings, Ina
>
> Ina Albert
> Whitefish, MT 59937
> www.AgingGloriously.com