# **EXHIBIT 8**

PL003407 December 26, 2016 Email Exchange

**Cc:** Allen Secher .[■■■■■■■■■■]; Tanya Gersh[tonyagersh@gmail.com]; Will Randall[■■■■■■■■■■]; Richard Cohen[richard.cohen@splcenter.org]
**To:** Judah Gersh[gersh@bigskyattorneys.com]; Marc Roston[■■■■■■■■■■]
**From:** Francine Roston
**Sent:** Mon 12/26/2016 3:44:39 AM
**Importance:** Normal
**Subject:** Re: A Strategy for working together
**Received:** Mon 12/26/2016 3:45:26 AM

We propose we have the phone call with Richard Cohen tomorrow. Based on that we can set a time for us all to meet. For now, we are staying with the strategy of not talking to media. We understood that to include the three families. We understood that Will and Rachel were taking press inquiries in an attempt to squash stories. At some point it switched to Will and Rachel giving quotes to defend Love Lives Here. And we all saw very clearly what happened with those quotes n how they fed the storm and hurt Tanya.
Tomorrow, we hope Richard addresses this question regarding press.
Finally, please remember this is very real for Tanya and Judah. They, and their son, will continue to be attacked if any of the three families or LLH or MT Human Rights Network keeps speaking.
So, we ask that you stop until consensus is reached.
And now, we leave it to Richard to facilitate the discussion.

Sent from my iPhone

On Dec 25, 2016, at 5:32 PM, Judah Gersh <gersh@bigskyattorneys.com> wrote:

> I'm generally available for a conference call.

On Dec 25, 2016 4:36 PM, "Allen Secher ." <■■■■■■■■■■> wrote:

> Everyone:
>
> We are writing because we are deeply concerned about the lack of communication and joint decision-making between our families. We desperately need to consult about how we respond to the hate crimes taking place against us and our community.
>
> As it stands right now, it seems to us there have been too many instances when each of us have acted on our own. The risk here is that we will be divided and this precisely feeds into what the people who are attacking us want to happen.
>
> Here are two examples that illustrate what concerns us. First, there was a unilateral decision to cancel the governor's news conference. We later found out that the FBI had not objected to holding the conference. This was a missed opportunity because the Governor would have been speaking out against hatred in front of a cross section of business and community leaders who were being targeted. As a result, we missed the chance to frame these attacks as an offense against the community as a

whole, rather than as an attack against the small Jewish minority within our community.

Similarly, putting ADL and the Jewish Crisis Response Team front and center frames this as a conflict between Jews and those who hate them. There is a broader issue at stake here.  In contrast, having the Southern Poverty Law Center be our main representative would identify this as a broader human rights issue, which it surely is.

If we fail to go forward as a unified body, then the small Jewish community in Whitefish will split, and this will play directly into the hands of those who are attacking us.

Love Lives Here has been in the center of this controversy from the beginning. Love Lives Here is committed to the importance of fighting for human rights, both locally and statewide. We have organized a broad coalition of people who stand ready to work with us. This can only happen, however, if we act in concert and with one voice.

So long as the situation here in Whitefish remains heated, I suggest we have a daily, 15-minute phone check-in at a standing time, say 8:30AM, during which we would let each other know what is happening and what we plan to do so that we can remain maximally coordinated and connected in our work together. Perhaps that first conversation should be tomorrow prior to our call from SPLC. I also think we would benefit from a bi-weekly face-to-face, in which we could make joint decisions about strategies and priorities.  This is the kind of coordinated effort that has proven successful in other grass-roots civil rights and anti-bigotry work, and will help us remain a community of concern rather than as set of isolated individuals.

We know these are very tough and emotional times for all of us and we hope you accept this email in the spirit in which it is sent.

Ina Albert and Rabbi Allen Secher

PL003409