# EXHIBIT A

| | |
|---|---|
| **From:** | Jessica Lewis |
| **To:** | mjr@randazza.com; matstevenson@bigskylegal.com; jmw@randazza.com |
| **Cc:** | David Dinielli; Jim Knoepp; john; Beth Littrell |
| **Subject:** | Gersh v. Anglin - Pl."s Objections and Responses to Def."s Discovery Requests and Draft Protective Order |
| **Date:** | Thursday, October 25, 2018 8:18:02 PM |
| **Attachments:** | Stipulated Protective Order v1- 181025.docx<br>Pl. Obj. and Resp. to Def. First Requests for Production.pdf<br>Pl. Obj. and Resp. to Def. First Set of Interrogatories.pdf |

Counsel –

Attached please find Plaintiff Tanya Gersh's Objections and Responses to Defendant's First Requests for Production of Documents and First Set of Interrogatories. As previously discussed, please also find attached a drafted Protective Order for your review and comment. We look forward to working with you on finalizing this protective order for filing.

Jessica Lewis, Law Fellow
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue, Montgomery, Alabama 36104
t: 334.531.3954 | f: 334.956.8481
e: jessica.lewis@splcenter.org

*Admitted to practice in Alabama.*