# EXHIBIT E

| | |
|---|---|
| **From:** | Beth Littrell |
| **To:** | Jay M. Wolman; Randazza Marc John; Mathew Stevenson |
| **Cc:** | rfolsen@mswdlaw.com; Alex Shepard; Mathew Stevenson; Tennyson Fauver; David Dinielli; Jim Knoepp; john; Maya Rajaratnam |
| **Subject:** | Gersh v. Anglin: Deposition Documents and Additional Production (1 of 2) |
| **Date:** | Tuesday, February 5, 2019 5:44:56 PM |
| **Attachments:** | R Spencer on D Duke 1.9.17.pdf<br>R Spencer on D Duke 12.26.16.pdf<br>R Spencer on D Duke 12.27.16.pdf |

Counsel:

Pursuant to our meeting in which we conferred about alleged deficiencies in our production, Plaintiff's legal team has not had an opportunity to discuss your positions as relayed in the afore-referenced meeting given travel to and from Montana and the daily depositions, including the need to continue Ms. Spencer's deposition an additional day.  We are scheduled to do so Friday, and intend to provide our response by close of business on the same day.

In addition, and with apologies, in preparing for tomorrow's deposition, we have identified documents we may use as exhibits tomorrow as well as documents that were inadvertently left out of production, many of which are duplicative of other documents produced. Please see attached documents, and one additional forthcoming email with attachments.  Based on this discovery, we will be conducting an additional audit to ensure that all responsive records are produced and will supplement accordingly, inclusive of the attached in Bates Stamped form, as soon as practicable.

Respectfully,

Beth Littrell

Senior Attorney

Southern Poverty Law Center

Atlanta Office

404-221-5876

CONFIDENTIALITY NOTICE:  This email transmission from Southern Poverty Law Center., and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 404-221-4052, and destroy the original transmission and its attachments without reading or saving it in any manner.