# EXHIBIT F

| | |
|---|---|
| **From:** | Beth Littrell |
| **To:** | mjr@randazza.com; jmw@randazza.com |
| **Cc:** | dales@mt.gov; jonbennion@mt.gov; mcochenour2@mt.gov; David Dinielli; Jim Knoepp; Maya Rajaratnam |
| **Subject:** | Gersh v. Anglin: Follow-up to Meet and Confer Discussion |
| **Date:** | Friday, February 8, 2019 4:52:52 PM |

Counsel:

Pursuant to our meet and confer discussion on January 25, which was responsive to your letter dated January 22, 2018, counsel has discussed the concerns you expressed in the meeting. We will be timely supplementing our discovery in accordance with those discussions.

Respectfully,

Beth Littrell

Senior Attorney

Southern Poverty Law Center

Atlanta Office

404-221-5876

CONFIDENTIALITY NOTICE:  This email transmission from Southern Poverty Law Center., and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 404-221-4052, and destroy the original transmission and its attachments without reading or saving it in any manner.