# EXHIBIT 1

Paul Bedard, "Support for Southern Poverty Law Center links Scalise, Family Research Council Shooters," WASHINGTON EXAMINER (June 14, 2017)

# Support for Southern Poverty Law Center links Scalise, Family Research Council shooters

by Paul Bedard | June 14, 2017 02:48 PM

The shooter blamed for Wednesday's bloody attack on a Republican congressional baseball team shared a tie with the 2012 gunman who attacked the conservative Family Research Council in Washington.

Both were fans of the Southern Poverty Law Center.



Confessed Terrorist Floyd Corkins Admits to Using SPLC T…

James T. Hodgkinson, 66, of Illinois, liked the SPLC on his Facebook page, along with other liberal groups such as Media Matters and MoveOn.org. Since the shooting, his page has been dismantled, but Secrets saw it as did WND and Conservative Review.

While he has liberal leanings, police have not said what motivated Hodgkinson to shoot House GOP Whip Steve Scalise, a Republican aide and two U.S. Capitol Police officers before being killed.

In the 2012 shooting at FRC that injured a security guard, convicted domestic terrorist Floyd Lee Corkins II said he targeted the group because the Southern Poverty Law Center (SPLC) identified them as a "hate group" due to their traditional marriage views.

"Southern Poverty Law lists anti-gay groups," Corkins told interrogators in a video, which FRC obtained from the FBI. "I found them online, did a little research, went to the website, stuff like that."

Case 9:17-cv-00050-DLC-JCL   Document 143-1   Filed 02/27/19   Page 3 of 4





At the time, Secrets reported that Corkins, who pleaded guilty to terrorism charges, said in court that he hoped to "kill as many as possible and smear the Chick-Fil-A sandwiches in victims' faces, and kill the guard."

The shooting occurred after an executive with Chick-Fil-A announced his support for traditional marriage, angering same-sex marriage proponents."

The Southern Poverty Law Center still lists FRC as an "anti-gay" hate group on the "hate map" Corkins used. "The SPLC's reckless labeling has led to devastating consequences," said FRC President Tony Perkins. "Because of its 'hate group' lists, a deadly terrorist had a guidemap to FRC and other organizations. Our staff is still reeling from the attack, and the chilling effect this could have on organizations that are simply fighting for their values is outrageous."

*Paul Bedard, the Washington Examiner's "Washington Secrets" columnist, can be contacted at pbedard@washingtonexaminer.com*

