Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, ) | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF ERRATA RE: BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |
| ANDREW ANGLIN, ) | |
| Defendant. ) | |

# NOTICE OF ERRATA RE: BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Defendant Andrew Anglin hereby submits this Notice of Errata.  In the Brief in Support of Defendant's Motion for a Protective Order, filed February 27, 2019, counsel for Mr. Anglin inadvertently stated that "Mr. Anglin does not reside in the United States, has not resided there for {___} years, and has no intention of returning to the country out of fear for his personal safety." (Dkt. No. 143 at 2.)  The sentence was intended to read that Mr. Anglin has not resided in the United States "for over 5 years" instead of "for {___} years."

Dated: February 28, 2019.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP