# EXHIBIT A

**From:** David Dinielli
**To:** "Marc John Randazza"
**Cc:** Jay M. Wolman; Mat Stevenson; john; Beth Littrell
**Subject:** RE: Gersh v. Anglin -- deposition of Andrew Anglin
**Date:** Thursday, January 17, 2019 1:31:50 PM

Thank you, Marc.

-David

**From:** Marc John Randazza [mailto:mjr@randazza.com]
**Sent:** Thursday, January 17, 2019 11:40 AM
**To:** David Dinielli
**Cc:** Jay M. Wolman; Mat Stevenson; john; Beth Littrell
**Subject:** Re: Gersh v. Anglin -- deposition of Andrew Anglin

He has not yet committed. I will harass him about it today

Marc John Randazza, JD, MAMC, LLM

Randazza Legal Group

Las Vegas - Gloucester - Miami

Sent from iPhone (maybe even using Siri). If the message is at all intelligible, it is a minor miracle.

Il giorno 17 gen 2019, alle ore 09:26, David Dinielli <David.Dinielli@splcenter.org> ha scritto:

> Marc –
>
> Have you been able to find out where Mr. Anglin is willing to be deposed? Please let us know as soon as you can. If there is a dispute about where the deposition should be taken, we'd like to make certain the issue is resolved well before the close of discovery.
>
> Thank you,
> David
>
> **From:** Marc Randazza [mailto:mjr@randazza.com]
> **Sent:** Thursday, January 03, 2019 1:36 PM
> **To:** David Dinielli
> **Cc:** Jay M. Wolman; Mat Stevenson; john; Beth Littrell
> **Subject:** Re: Gersh v. Anglin -- deposition of Andrew Anglin
>
> David,
>
> Mr. Anglin is not in Ohio and despite what the court found, he does not live there. Mr. Anglin has declined to inform me of his whereabouts. However, I am aware that it is not in the United States, and that he will not voluntarily travel to

the United States.

I will reach out to him and find out where he would be willing to report to a deposition.

On Thu, Jan 3, 2019 at 2:32 PM David Dinielli <David.Dinielli@splcenter.org> wrote:

> Happy New Year, Marc, Jay, and Mat.
>
> We would like to take the deposition of Andrew Anglin in April. We currently intend to notice the deposition to be taken in Ohio, where the court has found that Mr. Anglin is domiciled, but are happy to discuss an alternative location if there is someplace that would be more convenient for parties and counsel. Please let us know your thoughts on this when you can.
>
> Also, please let us know which dates in April would work. It would be good to get this deposition calendared sooner rather than later.
>
> Thank you,
> David Dinielli

\-\-

_____

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
2764 Lake Sahara Drive, Suite 109| Las Vegas, NV 89117 (**PLEASE NOTE NEW ADDRESS**)
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | San Francisco | Hartford | Gloucester, Mass.

_____

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.