# EXHIBIT C

| | |
|---|---|
| **From:** | Beth Littrell |
| **To:** | Randazza Marc John; David Dinielli |
| **Cc:** | Morris Dees; Richard Cohen; Jim Knoepp; john; rfolsen@mswdlaw.com; Wolman Jay Marshall; Alex Shepard; Mathew Stevenson; Tennyson Fauver |
| **Subject:** | RE: Anglin v. Gersh \| Meet and Confer |
| **Date:** | Friday, January 25, 2019 4:18:00 PM |
| **Attachments:** | PL"s Protective Order_1.24.19_compare.pdf<br>PL"s Proposed Protective Order_final.pdf |

Mr. Randazza:

We received your recent letter seeking an opportunity to meet and confer about alleged deficiencies in our discovery responses. Given other obligations, travel and the upcoming deposition schedule, we have the following availability over the next 2 weeks to meet and confer:

- Tuesday, 1/29: 2-3 and 4- 5 EST
- Wednesday, 1/30, 1-2 EST and 4-5 EST
- Tuesday, 2/5, 12-1 EST
- Friday, 2/8, 1-2 EST

Further, attached please find a motion to enter a protective order and a document comparing this document with your edits. We have given your suggested edits due consideration and propose the attached as compromise. Please let us know whether you will oppose this motion and/or whether you would like to enter it as a stipulated order.

With regard to Mr. Anglin's deposition and the proposed agreement, we would need an assurance that the deposition would be conducted within the U.S. in a forum convenient to counsel.  If so, subject to the language in the proposed protective order, we are inclined to accept this arrangement.

We look forward to hearing from you on these matters.

Respectfully,


Beth Littrell
Senior Attorney
Southern Poverty Law Center
Atlanta Office
404-221-5876

CONFIDENTIALITY NOTICE:  This email transmission from Southern Poverty Law Center., and any documents, files or previous email messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify us by reply email or by telephone at 404-221-4052, and destroy the original transmission and its attachments without reading or saving it in any manner.

**From:** Randazza Marc John <mjr@randazza.com>
**Sent:** Friday, January 25, 2019 2:25 PM
**To:** David Dinielli <David.Dinielli@splcenter.org>
**Cc:** Beth Littrell <beth.littrell@splcenter.org>; Morris Dees <morris.dees2@splcenter.org>; Richard Cohen <Richard.Cohen@splcenter.org>; Jim Knoepp <Jim.Knoepp@splcenter.org>; john <john@mswdlaw.com>; rfolsen@mswdlaw.com; Wolman Jay Marshall <jmw@randazza.com>; Alex Shepard <ajs@randazza.com>; Mathew Stevenson <matstevenson@bigskylegal.com>; Tennyson Fauver <tjf@randazza.com>
**Subject:** Re: Anglin v. Gersh | Meet and Confer

David, et. al.,

Would you like to speak about our correspondence today? If you believe that we can not come to a compromise on any of it, I can respect that. But, please let us know that.

We intend to file a motion to compel next week, unless we have made some progress on these items.

Further, do you have a position with respect to our client's deposition? The request from us is that you agree to a protective order. That PO would require all parties and counsel to keep the location of the deposition confidential until 7 days after the deposition has concluded.

---

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | Hartford | Gloucester, Mass.

---
\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.
-------------------------------------------------
View my research on my Academia page:
marcrandazza.academia.edu
-------------------------------------------------

> On Jan 22, 2019, at 12:38 PM, Tennyson Fauver <tjf@randazza.com> wrote:
>
> Counsel:
>
> Please see the attached correspondence from Marc Randazza pursuant to L.R. 26.3(c)(1). Please reach out to our office if you have any questions.
>
> Sincerely,
>
> **Tennyson J. Fauver**\* | **Randazza Legal Group, PLLC**
> 2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117

Tel: (702) 420-2001 | Email: tjf@randazza.com

*Not an attorney - Not licensed to practice law.

<2019.1.22 MJR ltr to oc re Meet and Confer.pdf>