Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **NOTICE OF SUPPLEMENT PURSUANT TO L.R. 83.1 (d)(5)** |
| ANDREW ANGLIN, | |
| Defendant. | |

## NOTICE OF SUPPLEMENT PURSUANT TO L.R. 83.1 (d)(5)

On November 14, 2017, Attorney Mat Stevenson filed an Unopposed Motion for Admission *Pro Hac Vice* of Marc J. Randazza as an Attorney for Defendant Andrew Anglin pursuant to D. Mont. L.R. 83.1(d). *See* Dkt. No. 22. Attorney Stevenson attached a Declaration of Marc J. Randazza in Support of the Motion for Admission *Pro Hac Vice*. *Id.* at 5. On November 15, 2017, this Court granted Attorney Randazza's admission. See Dkt. No. 24. On October 26, 2018, Attorney Randazza promptly notified this Court pursuant to D. Mont. L.R. App. B(2)(B) that the State of Nevada issued an order regarding Attorney Randazza. *See* Dkt. No. 119. On November 20, 2018, Attorney Randazza filed a Notice of Supplement Pursuant to L.R. 83.1(d)(5) regarding the order from the State of Nevada (Dkt. No. 119) and an accompanying declaration (Dkt No. 119-1).

Attorney Randazza also wishes to disclose that on January 14, 2019, he received an order from the Presiding Disciplinary Judge for the Arizona State Bar regarding reciprocal discipline in Arizona. *See* Exhibit 1; *see also* Randazza Declaration at 3. The Arizona Bar imposed reciprocal discipline of a reprimand and 18 months of concurrent probation. *Id*. at 3; *see also* Randazza Declaration at 5.

Pursuant to D. Mont. L.R. 83.1(3)(E)-(G) and (d)(5) and the Order of November 19, 2018 (Dkt. No. 118), Attorney Randazza hereby updates the information from his prior declaration and reports new information in the accompanying declaration.

Dated: March 14, 2019.　　　　Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Marc J. Randazza