Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **DECLARATION OF MARC J. RANDAZZA PURSUANT TO L.R. 83.1 (d)(5)** |
| ANDREW ANGLIN, | |
| Defendant. | |

## DECLARATION OF MARC J. RANDAZZA
## PURSUANT TO L.R. 83.1 (d)(5)

I, Marc J. Randazza, declare:

1. I am the managing partner of Randazza Legal Group in Las Vegas, Nevada, and one of Defendant Andrew Anglin's attorneys in this action.

2. On November 14, 2017, I submitted a Declaration to this Court wherein I stated, pursuant to D. Mont. L.R. 83.1(d)(3)(F) that I was not currently suspended or disbarred in any other court.

3. To the extent that may be required by L.R. 83.1(d)(5), I also wish to disclose that recently on January 14, 2019, I received an order from the Presiding Disciplinary Judge for the Arizona State Bar regarding reciprocal discipline in Arizona. *See* Exhibit 1.

4. A copy of the order from Arizona is attached to the Notice my office filed today.

5. Pursuant to the order the Arizona Bar imposed reciprocal discipline of a reprimand and 18 months of probation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2019.

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*