| | |
|---|---|
| John Morrison | J. Richard Cohen* |
| Robert Farris-Olsen | David C. Dinielli* |
| MORRISON, SHERWOOD, | Jim Knoepp* |
| WILSON, & DEOLA, PLLP | Elizabeth Littrell* |
| 401 N. Last Chance Gulch St. | SOUTHERN POVERTY LAW CENTER |
| Helena, MT 59601 | 400 Washington Avenue |
| ph. (406) 442-3261 | Montgomery, AL 36104 |
| fax (406) 443-7294 | ph. (334) 956-8200 |
| john@mswdlaw.com | fax (334) 956-8481 |
| rfolsen@mswdlaw.com | richard.cohen@splcenter.org |
| *Attorneys for Plaintiff Tanya Gersh* | david.dinielli@splcenter.org |
| | jim.knoepp@splcenter.org |
| | beth.littrell@splcenter.org |
| | *Attorneys for Plaintiff Tanya Gersh* |
| | *Admitted Pro Hac Vice* |

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

vs.

ANDREW ANGLIN, publisher of the *Daily Stormer*,

    Defendant.

Case No.:  9:17-cv-00050-DLC-JCL

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that the appearance of Morris Dees of the Southern Poverty Law Center is hereby withdrawn as counsel *pro hac vice* for Plaintiff Tanya Gersh. Plaintiff will continue to be represented by the law firms of

Page 1

Morrison, Sherwood, Wilson & Deola, PLLP, and the Southern Poverty Law Center.

DATED March 19, 2019.

/s/ David Dinielli
Attorney for Plaintiff Tanya Gersh

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, Montana 59801
matstevenson@bigskylegal.com
*Attorney for Defendant Andrew Anglin*

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
mjr@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
jmw@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Dale M. Schowengerdt
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
dales@mt.gov
*Attorney for Intervenor State of Montana*

Jonathan W. Bennion
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
jonbennion@mt.gov
*Attorney for Intervenor State of Montana*

Matthew T. Cochenour
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
mcochenour2@mt.gov
*Attorney for Intervenor State of Montana*

on this 19th day of March, 2019.

/s/ David Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff