TIMOTHY C. FOX
Montana Attorney General
JON BENNION
Deputy Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COCHENOUR
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
jonbennion@mt.gov
dales@mt.gov
mcochenour2@mt.gov

COUNSEL FOR INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TANYA GERSH, Plaintiff, and TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, Intervenor, v. ANDREW ANGLIN, Defendant. | Case No. CV 17-50-M-DLC-JCL **NOTICE OF CLARIFICATION** |
|---|---|

On May 17, 2018, the Court granted the Montana Attorney General's motion to intervene in this matter for the limited purpose of defending the constitutionality of Mont. Code Ann. § 27-1-1503(2). *See* Docs. 88, 90. Recent orders reflect that the State of Montana is an Intervenor; however, they incorrectly align the State with the Defendant, the party who has raised the possibility of a challenge to the statute. *See e.g.*, Doc. 160.

After consultation with the clerk of court, the Attorney General files this notice of clarification and asks the Court to amend the caption to accurately reflect the Intervenor's position. The State submits that the caption set forth on this Notice accurately reflects the status of the parties.

Respectfully submitted this 19th day of March, 2019.

        TIMOTHY C. FOX
        Montana Attorney General
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401

By: */s/ Matthew T. Cochenour*
        MATTHEW T. COCHENOUR
        Assistant Attorney General
        Counsel for Intervenor

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

DATED: March 19, 2019     By:  */s/ Matthew T. Cochenour*
                                Matthew T. Cochenour
                                Assistant Attorney General