# EXHIBIT B

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| Bates Number | Username | Type of Comment | Comment |
|---|---|---|---|
| PL000112 | 99999 | Admitted Harasser | "emailed ALL respectfully told them to charge the bitch" |
| PL000213 | 99999 | Admitted Harasser | "Keep going folks, I emailed and am sending in complaint to her employer. I say jail time for her...." |
| PL001002 | 99999 | Admitted Harasser | "Emailed all contacts with my disgust of the whole Tanya - Love Lives Here terror group. Stated I am waiting for charges to be laid and that I am informing all and everyone I know of their criminal behaviour. No stopping now, let the world know! Cheers from Ontario Canada" |
| PL000608 | Amasius | Admitted Harasser | "Email sent to 'Love Lives Here.' Tagline: Some advice. 'Y'all evil kikes need to quit harassing Richard Spencer's mother and issue an apology if you want the trolling to stop. Are you even capable of doing that, what with being a bunch of parasitic rat-demons? I see you've thrown Tanya Gersh under the bus, but that's not nearly enough. This is Trump's America now, and your games are through. Richard Spencer for Montana congress!'" |
| PL000044 | Angry_White_Goy | Admitted Harasser | "Called them and told them Jewish supremacism would no longer be tolerated" |
| PL001376-77 | AR14 | Violent Poster | [Image of fully armed men with caption: "Join Your Local #RIGHTWINGDEATHSQUAD."] |
| PL000058-59 | AryanKnight | Admitted Harasser | "FYI: here's a good resolution form prepared to conveniently aid your freedom-loving activism (-you don't have to state your real name/address)... *It's your civic-duty to DO IT NOW!!*" [copy of a complaint with Montana Department of Labor & Industry] |
| PL000056 | AryanUprising | Admitted Harasser | "All the other phone numbers are engaged or voicemail or full voicemail but Mr Gersh has VERY NICE receptionist who will politely take your message. I asked her very politely if her boss's wife has a habit of harassing the mothers of people who's political opinions she doesn't like." |
| PL001119 | AryanUprising | Violent Poster | "These corrupt politician bastards have shown their true colours (blue and white) and foolishly backed the wrong horse. You would think, in their positions, they would have access to better legal and political advice. It's almost as it they've been compromised in some way. Pizza, anyone?" |

1

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000972-73 | Azzmador | Violent Poster | "Only total surrender will do. We will teach these parasitic Christ killers once and for all not to try and Jew the goyim." [image of man with gorilla head and an ax going after a Jewish man with the caption: Surrender Juden!]" |
| PL001451-1452 | Azzmador | Violent Poster | "If you had a billion you should invest in the fine research @weev is doing in the field of race-specific bio-weapons. [image of Mel Gibson with a gun; photo of a Jewish man with a target on his face]" |
| PL000049 | Ballast | Admitted Harasser | "Put her jew husbands number in as the spoof number. Do no harm, call and say hi. Enjoy" [screenshot of description for app called 'Caller ID Faker'] |
| PL000215 | beardsweatyugly | Violent Poster | "Am I the only one totally sick of these self absorbed cunts posing for 'selfies' in this way? [screenshot of Tanya's email to Sherry with her photo at the bottom] Phony fucking smile, the only thing worse would be a damned Duckface! So extortion is the game this yenta wants to play? Somebody needs their life ruined I see? Give her the wish!" |
| PL000216 | beardsweatyugly | Violent Poster | "Selfie taking Tanya in Auschwitz Pj's, eating and shitting diamonds, while being raised by wolves, don't forget some guards using highly flammable jewish cordwood to keep them warm in the towers." |
| PL000696 | Bhibatsu | Violent Poster | "Day of the Rope! Or woodchipper! But fire is best." |
| PL001515-16 | BrentMcKaskell | Violent Poster | [Image of Whitefish with caption: "We're Coming, Kikes! Whitefish Jews... You can Protest But You Can't Escape!"] |
| PL000850 | CaucasianSensation | Admitted Harasser | "Sent emails, you're the man Anglin! You will make a great Field Marshal in the race war. Hail victory!" |
| PL001400 | CaucasianSensation | Violent Poster | "Race traitors should be dealt with very harshly; one day they'll wish they were never born." |
| PL000941 | Chris | Violent Poster | "And the only solution is the final solution." |
| PL000340 | clonesoftyr | Violent Poster | "I want the names of all the white traitors for when after we win the war of ideas. We can list their names right here... they must pay and will" |
| PL000139 | Coal_Gasification | Violent Poster | "Image if house suffers from a little fire due to one of their holocaust candles lit on the first night of their racist holiday, that's quickly approaching. What a shame." |
| PL001144 | Constantine | Violent Poster | "I just can't wait until the shooting starts. I only hope it will be before I am too old to enjoy it." |
| PL000180 | death_to_vogons | Admitted Harasser | [screenshot of email to Judah Gersh] "Get your greasy kike family out of the US and move to Israel!" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000896 | DiamondE | Admitted Harasser | "Thank you for correcting me. Pay phones are harder find these days. My calls were polite, free of vulgarity & threats. But I made my points loud & clear." |
| PL000067 | Dr_James_Crow | Admitted Harasser | [referring to Tanya Gersh's realtor profile] "I signed up and tried, but it has to approve them before publishing [frown emoji] I kept it as innocuous as possible and left my wife's son out of it. Maybe it will make it through even with extortion allegations." |
| PL000132-33 | Dr_James_Crow | Admitted Harasser | "Hopefully we have just enough (even one would do) local goys to drop off a note, rearrange some lawn furniture, any little (non-criminal) thing to blur the line between the internet and their real world." |
| PL000043 | DrillerKiller | Admitted Harasser | "Reviews posted! Time to hit up the phones next!" |
| PL001645 | Dunno & Aspiring Rapper | Violent Poster | "...someone start preheating the ovens" "On it!" |
| PL001435-42 | elCid | Violent Poster | [Several violent illustrations of Jewish people being killed/decapitated/etc.] |
| PL000041 | emperorofthesun | Violent Poster | [Quoting article written by Ina Albert] "*Had America not welcomed refugees from Russia and Eastern Europe in the late 1800s and early 1900s, my husband and I would have been murdered in the Holocaust.* every.single.time. Next time we will murder you in a holocaust, it seems there is no other choice." |
| PL000792 | Endri456 | Admitted Harasser | "Been dialing away all morning [laughing emoji]" |
| PL000797 | Endri456 | Admitted Harasser | "Omfg I called the business owner with the 'love lives here sign' and I got him to freak out. He was calling me racist and bigoted. I was telling him that he supports terrorist criminals. Omfg I wish I had something to records it with. Then I told him I was recording it and he hung up hahahaha. He was saying to go there and say it to his race I was like 'are you threatening me you criminal [three laughing emojis] If anyone calls him try to record it it was so funny [laughing emoji]" |
| PL000804 | Endri456 | Admitted Harasser | "Yea he's a lying bitch. He told me he has done business with miss spencer. I asked him when was the last time.. He said 5 years ago [three laughing emojis] he wasn't even letting me talk he just kept yelling. I tried to sneak in words while he was breathing In between his yeels. I would say 'terrorist' criminal, racist, hateful bigot. I know it got to him. i was on the phone with him for 10 mins. Then I called him back and said I recorded the conversation and would |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| | | | look into a lawyer for him threatening me. He called ms spencer a racist biggot lmfao." |
| PL001313 | Endri456 | Violent Poster | "I wish you would do that. Not only would you get executed Nazi style.. For every Nazi you kill 10,000 new ones will be born. Whatever the outcome we win. We know your tricks you fucking kike. And if you are indeed a white like you claim to be.. Everyone knows that liberals are sensitive coward pussies. You are no match for right wing America. I hope something starts so we can cleanse America of Jews, shitskins, and traitors. Also a lot of whitefish residents support spencer.. They just keep quiet. Same reason trump won. The fact that you try to intimidate us just shows what a scared coward you are." |
| PL000196 | evK | Violent Poster | "I don't have much love for Dickie but lets stop this kike pincer movement in it's tracks. He might be a limp wristed soft spoken effeminate JQ cuck but he is white [smiley face] Oven Ready Gentlemen..." |
| PL000157 | FromJewToDust | Violent Poster | "I'm sure we can allow ourselves to have a one time psychological break that would let us to solve our jewish problem." |
| PL000108 | GeneralFranco | Admitted Harasser | "Made some phone calls but the voicemail machines are filled up" |
| PL000186 | GeneralFranco | Admitted Harasser | [Posted number for PureWest] "I tried calling but they're close on weekends. They need to know that lawsuits are coming" |
| PL000825 | GeneralFranco | Admitted Harasser | "I called these three at PureWest Real Estate. The last one didn't want to talk to me. Scott said I didn't know the full details of the situation but I expressed gratitude that he fired her but I also stressed multiple times that they need to issue a statement distancing themselves from Tanya Gersh and saying that her actionsdo not represent the rest of their realtors." |
| PL000837 | GeneralFranco | Admitted Harasser | "done It says it'll take a few days to post the review if we all do a little, few calls, few emails, few negative reviews, the combined effect against these Jews is tremendous" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000946 | GeneralFranco | Admitted Harasser | "Left my comment" |
| PL000997-98 | GeneralFranco | Violent Poster | [Image of Pepe putting a baby with a yarmulke into a meat grinder] |
| PL000800 | GhettoTarzan | Admitted Harasser | "A big thank you to Daily Stormer for posting this information. I've been doing my part to punish these criminals. Show no mercy to these fucks. This is what they do to us. Enjoy their misery." |
| PL000199 | G-Man | Admitted Harasser | "Oops, guys, I already fucked up. Yesterday I told Gersh to donate to Hamas [devil emoji]" |
| PL000236-237 | Goyim_Revolution | Violent Poster | [Image of Pokemon poster that has been edited to say "Kikemon - Gotta gas them all" with anti-Semitic caricatures of Jewish people] |
| PL001523 | H8ER | Violent Poster | "To Whitefish the Kikes all went/ to whine, complain and vent/ but we kicked ass/ and gave 'em the gas/ Our Victory they couldn't prevent!" |
| PL000085 | Hakenkreuz88 | Admitted Harasser | "I just posted this to her design business faceberg page (https://www.facebook.com/search/top/?q=Tanya%20Gersh%20Event%20Design) where she was bragging about a article in a magazine featuring her 'Will it include our efforts to extort a Whitefish family out of their property because of one of their family members political beliefs by using East Coast mov tactics. That's not the way we are in the Northwest...you might want to take your mafia style thug behavior back east.'" |
| PL000155 | Hakenkreuz88 | Admitted Harasser | [Screenshot of fake review about Buffalo Café] |
| PL000227 | hardass | Violent Poster | "My hatred for jews is now on a whole new level. The bold little fuckers are begging to be exterminated at this point [frowning emoji]" |
| PL000034 | HeinzeGuderian | Violent Poster | "How's about in the oven to finish cookin... OOOOPS burnt them, must throw them in the trash...[winking emoji]" |
| PL000046-47 | HenriAlanko | Admitted Harasser and Violent Poster | [Screenshot of message sent to Tanya Gersh) "Stay away from Richard Spencer's mother, you cunt. This is not the first time your Christ-killing tribe has tried to fuck with the Alt-Right and its troll army. Remember: We have a notoriously long memory." |
| PL000962 | Herr Wolfe | Violent Poster | "AA, you have done a magnificent job- so well researched and organized and excited! I do however think an apology is NOTenough. I am a noob to your site but I smell blood and I like it." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL001295 | Herr Wolfe | Violent Poster | "Me thinks a good omen for the march, 4 dead jews 15 injured! hap now! [link to video of terrorist attack in Jerusalem] GREAT VIDEO you watch the jews die!!" |
| PL001383 | HerrOberst | Violent Poster | "I love the smell of Kikes in the oven, it smells like... victory!" |
| PL000079-80 | Hunter308 | Admitted Harasser | "I've been calling real estate offices in Whitefish, MT, turns out she works for: Trails West Real Estate. No reviews. Real Estate Agency. Whitefish, MT, USA" |
| PL000080 | Hunter308 | Admitted Harasser | "I called Pure West they told me she didn't work there (Vallery is the secretary) , so, I called all the local real estate offices and they told me she does work at Pure West. Then I called Trails West Real Estate and the guy told me she does work for them???????????????????" |
| PL000090-91 | Hunter308 | Admitted Harasser | [In response to comment identifying supporters of LLH] "Thanks for the names, I called them all, Fun, Fun." |
| PL00099 | Hunter308 | Admitted Harasser | [In response to a list of new contacts] "Brilliant! I'm low tech, I just keep calling then google then call more. The more people I speak to the more energy I get." |
| PL000802-03 | Hunter308 | Admitted Harasser | "Done!, called every number on the list. Christmas hours are causing a problem with contact ratio's. Vallery at Whitefish/Purewest Real Estate office is a delightful person. Make sure to wish her a Merry Christmas." |
| PL001607 | ionwhitelll | Violent Poster | "Makes me want to go to Whitefish and find that cunt Gersh - It would be fitting for her to meet up with an AR/NS woman." |
| PL000691 | jewshoes | Violent Poster | "Merry Christmas, may your ovens be warm over this festive season." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000848-49 | jewshoes | Admitted Harasser | "To: info@purewestmt.com, ... Subject: Request for response - Whitefish supporters To whom it may concern, everyone involved and unfortunately implicated: as a concerned citizen, voter and tax payer, the interests of the town of Whitefish have recently been severely compromised by one: Ms Tanya Gersh, resident and realtor of Whitefish. Many of us seek a formal response from your office and or business, in order to make determinations regarding participation in future protests in support of a Mrs Spencer, resident of Whitefish, real estate owner and mother of one Richard Spencer. Ms Tanya Gersh has apparently disgraced herself and the business people of the town of Whitefish by her bullying behaviour and extortionate communications with Mrs Spencer. She has also named the group "Love Lives Here" and has thereby implicated "LLH" in her abhorrent behaviour. Your formal and public denunciation of Ms Gersh's criminal behaviour is sought in order for us to clarify your position on such matters of business ethics and common human decency.<br>Sincerely, and awaiting your formal response,<br>Whitefish Supporters" |
| PL000062-63 | Jsteele | Violent Poster | [In response to comment by emperorofthesun (see above)] "In a *real* holocaust this time. And punishing (((someone))) for their never-ending subversion, upheaval and crimes is not murder but justice." |
| PL000074 | JSteele | Violent Poster | "Our problem with these uppity kikes is an old one, and their shit is getting old, *really* old and intolerable. It's time way overdue for a, pardon the expression, 'final solution.' I'm serious." |
| PL001579 | Jugo_Fukov | Violent Poster | "I can't stand these kikes... MAKE THE HOLOCAUST REAL THIS TIME" |
| PL000959 | JuliusCaesar | Violent Poster | "Whitefish is an excellent occasion for Kristalnacht 2." |
| PL000113-14 | JustinKire | Admitted Harasser | "She also arranges weddings, pedo parties, etc. for the goys: [ad for Tanya Gersh's Event Design] I'm calling these kikes. I'm also going to sic my shitlord sons on that jewy-ass kid. I think they have twitter accounts since they aren't on Gab. If anyone has his instagram that's definitely fertile ground." |
| PL001116-17 | Kris137 | Violent Poster | "Tanya Gersch & her (((supporters))) will fry. Looking forward to our march of solidarity! Hail Victory!" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000781 | La_Binz | Admitted Harasser | "Can someone give an account of how your phone call went? I called Gersh's husband's law office the other day and tbh it was all very awkward. The woman secretary answered the phone and I asked to speak with Mr. Gersh. She if course denied my request, so I asked her if she was aware that she is working for a man who's wife is involved in a criminal Mafia style racketeering organization that intimidates and harasses innocent women. She said, in a very annoyed voice, how she didn't know what I was talking about. So I told her to pass along the message that as a Montana resident (I'm not) I will be boycotting any business who is in any way affiliated with the group Live Lives here and Tanya Gersh, and that includes this law firm and anyone they represent and that I'll be calling their clients next. She said 'ooookkaaayyyy' literally just like that. The whole conversation lasted about 90 seconds and I felt kind of sleazy for harassing the business of the husband. I mean, I know they do this to us, and I think they definitiey deserve for the tables to be turned but it all feels very Jewey to me. Maybe it's because I'm a woman and conflict gives me anxiety. Is this about how it goes for you all, or did I do something wrong?" |
| PL000248-249 | Leon29 | Admitted Harasser | "Here's my email to her husband's office: Good morning sir, madame, I need to consult a lawyer about a case of extortion. A local realtor is trying to force me to sell my property by threatening my tenants and organizing political protests in the street in front of my building. This local realtor takes offense to my wife's son's political positions, and has chosen to threaten me and my livelyhood. I'd like to consult with you about taking her to court, getting her realtor's license revoked and involving the FBI on extortion and racketeering charges, as well as seeking financial compensation. Thank you, Sincerely Tyronne Dejarvus" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000249 | Logos14_88Evropa | Admitted Harasser | "Your actions re: Mrs. Spencer (including blackmail and/or extortion, which , at the least, it most certainly seems to be) are absolutely shameless, abhorrent, and should be utterly condemned. Your attempts t strong-arm her our of her ownership of her mixed-use facility are underhanded, politically motivated and are are pathetically selfish. Regardless of her son'a politics, she should not be dragged over the hot coals just because you feel like attacking as a means to ruin his finance (he gets the majority of income through non-conventional means and this is predicated on his respected free speech - you know, the kind where you don't have to self-censor to protect, for instance, your mother and her property. You, madam, are a vulture swooping down on the most vulerable, and not only that, but you make a despicable point of pretending to hold the moral high ground when you are, in fact, about as ethical as a tapeworm takng resources/food/sustenance from its host until it died. You should be ashamed. As a journalist and freelance writer with several articles published on just this kind of stuff. I may wish to act further in the futre, so please be forewarned. Your actions have consequence and I'm a *very* good journalist. Have a good day. Rethink your plans unless you want to open a can of worms the likes of which you've never seen." |
| PL000033 | MaceDindu | Admitted Harasser | "One fun thing you can do is call periodically, but hang up before they answer. It's super annoying when you pick up the phone, but whoever was calling has already hung up. Plus, it's no charge to you." |
| PL001533 | MANNvsMACHINE | Violent Poster | [Illustration of a white man spraying "berg spray" on caricature of a Jewish man with an insect's body, and with the caption: "They sting like a bee, dart like a flea and strip you bare like a locust... You, too, will make a ready meal, if you remain unfocused. Stand up! Take arms! Defend yourself, like the heroes of the past. When the kikes come crawling, just send them sprawling with a dose of Poison Gas!" |
| PL000731 | MarkRobert | Admitted Harasser | [Statement sent to Governor Steve Bullock (same as below)] |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL001091-92 | MarkRobert | Admitted Harasser | "I contacted Governor Steve Bullock, sending him following statement. Sherry Spencer, is being harassed, threatened & extorted, this is coercion of the highest order, Tanya Gersh & Whitefish Mayor John Muhifeld might well be involved in a racketeering scheme. Whitefish Mayor John Muhlfeld came out to defend Tanya Gersh's actions, but why would he side with an extortionist??? Now U.S. Sen. Jon Tester (D-MT), U.S. Sen. Steve Daines (R-MT), U.S. Rep. Ryan Zinke (R-MT), Gov. Steve Bullock (D) and state Attorney General Tim Fox (R). might also be defending Tanya Gersh's actions, but why would these people side with an extortionist??? Tanya Gersh is a realtor in Whitefish with links to "human rights" organizations Love Lives Here & Montana Human Rights Network. On November 22, 2016 Tanya Gersh and Sherry Spencer spoke on the phone. Gersh threatened Spencer, telling her to either sell her business or face 200 protesters and national media feeding frenzy outside of her business, which would drive down the property value until she complied. Tanya Gersh gave Sherry Spencer an ultimatum; demanding that Spencer make a public denouncement of her son in a written statement, & make a donation to Montana Human Rights Network from the sale of her business property. One of Sherry Spencer's renters reported that Gersh threatened her business with boycotts unless she moved. This renter also alleged that Gersh referred to her as "collateral damage."<br>Tanya Gersh's coercion for profit, sounds a lot like a racketeering scheme, how far down the rabbit-hole does this go??? The Montana Human Rights Network, Love Lives Here & the Whitefish Mayor John Muhlfeld all of whom came out to defend Tanya Gersh's actions might well be involved in this racketeering scheme |
| PL000181-82 | Michal | Violent Poster | "We have to go hard after this fucking hews kikes and destroy them, everyone of them !!!" |
| PL000822 | Milesius | Violent Poster | [Illustration of a Pepe Nazi in front of Auschwitz with a sign that says "Welcome Whitefish Jews!"] |
| PL000793 | Mister_Sheckel | Admitted Harasser | "One email down! With Jews, you lose!" |
| PL000837 | Mister_Sheckel | Admitted Harasser | "I've just knocked of every email from the list. We'll see how this turns out!" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000076 | Moishe_the_Beagle | Admitted Harasser | "Left a message with the Gersh husband's law firm, cordially telling him and his family to quit harassing Sherry Spencer and fuck off back to Israel. Left msg on Tanya's phone saying the same thing. I let her know that people all over the world are disgusted by her low behaviour. Tried to leave a msg at Love Lives Here, but the message bank was full, lol. Other Jew bitch seems to have shut off her phone. Let's keep it up!" |
| PL000590 | Moishe_the_Beagle | Admitted Harasser | "Just tried to email love lives here and it bounced. Then I went to the web contact form which I've used before and it was taken down. We're winning guys, keep it up!" |
| PL000818 | Mstr.Rick | Admitted Harasser | "I sent a Christmas card to LLH on Monday. Wait till those bitches open it up. LOL Sending another out today to The Frame Shop asking them to stop supporting LLH and the Extortionist Jews. Emails OTW. Anglin you are a madman. Keep at it! 1488 |
| PL001318-19 | Myrgroht | Violent Poster | [Image of woman with a gun with the caption: "Oh Kike! Into the Oven!"] |
| PL000921 | Nurflugel | Admitted Harasser | "I have contacted all the groups, politely and respectfully. The only people that talked back at me were the Gersh husband's legal office." |
| PL000574 | OdalGuardian | Violent Poster | "GOODBYE JEWS! [photo of Nazis pointing with a gun]" |
| PL000754 | Paddedummy | Violent Poster | [Offensive illustration of Tanya Gersh] |
| PL000822 | pen-meister | Admitted Harasser | "I just called the Walking Man Frame Shop - they answered - A sked him to withdraw support from LLH and he said 'that's not gonna happen' and hung up....has anyone else had any luck with him?" |
| PL000837 | pen-meister | Admitted Harasser | "Manager at the Firebrand Hotel - hung up as soon as I began to humbly requested they break ties with the Gersh's on first to the main number but then on my second call on the toll-free number she begrudgingly took time (rather frustrated asking me not to voice these concerns) to indulge me for a few sentences stating our grievance.... maybe some others have let her know too...." |
| PL000838 | pen-meister | Admitted Harasser | "Just finished all phone calls ....feels good man" |
| PL0001122-23 | pen-meister | Violent Poster | [Image of a shadow hand labeled "DS" going after a figure of Tanya with pointy teeth, crying eyes, and a star of David] |
| PL001150 | pen-meister | Violent Poster | "After her termination for terror and extortion, Tanya Girsh was reassigned a new office [image of Tanya with a star of david in a gas chamber] |

11

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000202 | PolarBear | Admitted Harasser | "Don't worry people. We are in the game against the yahudi of Montana. We can get more assertive if we have to. Apply more pressure. Ms Gash could drive her car off a cliff because her brakes failed. Who would know why?" |
| PL000267 | PolarBear | Admitted Harasser | "Thank you for the short cut. I've worn out their office phone privileges." |
| PL000976 | PolarBear | Admitted Harasser | "I filed complaints both criminally with the Sheriff's Office and Adm with gersch's employer." |
| PL000078-79 | Poseidon | Violent Poster | "You could tell them how much coke it would take to cremate all 6,000 Jews on a Topf double-muffle oven in continuous operation. Data from the Topf double-muffle at Gusen shows that in 1941 the Germans managed to get the consumption down to 30.6 kg of coke per corpse in continuous operation, which compares with 47.9 kg per corpse for semi-continuous operation. Thus, 6,000 Jews * 30.6 kg of coke per Jew = 183.6 tons. (Cf. the total of 1,037 tons of coke delivered to Auschwitz-Birkenau between 16th February 1942 and 25th October 1943.) As for how long it would take to cremate the 6,000, one corpse per muffle per hour is a fair if optimistic estimate. Thus, operating at the maximum possible of 20 hours per day (to allow for cleaning out slag and general maintenance), 40 Jews could be cremated per day, and it would take 150 days to cremate all 6,000. Given that the firebricks would only survive for around 2,000 cremations per muffle before needing replacement due to cracking and spalling, the oven would likely have to be shut down for a few weeks whilst extensive repairs were performed. Electric ovens could achieve the required 3,000 cremations per muffle, but the coke-fired ovens were subject to greater temperature fluctuations, and 3,000 cremations per muffle is unrealistic. Therefore the operation would take about 180 days. However, it would be better still to replicate Auschwitz I by having three double-muffle ovens. The firebricks would then probably withstand 1,000 cremations per muffle (provided they were run as intended with one corpse at a time per muffle, and no one tried stuffing multiple bodies simultaneously). This would enable cremation of 120 Jews per day, and so 6,000 could be cremated in 50 days. The required coke consumption would remain in 183.6 tons. The meme could read something like this: No. of Jews in Montana = 6,000. Coke required to cremate a Jew = 30.6 kg. Coke required to cremate 6,000 Jews = 183.6 tons." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000087 | Poseidon | Violent Poster | "Calorific value of a gallon of diesel = 139,000 BTU. 1 BTU is approximately 1,055 J. So 1 diesel gallon ~ 146.6 MJ, 5 diesel gallons ~ 733.2 MJ = 24.4 kg of coke @ 30 MJ/kg of coke. So 5 gallons of diesel is about right to make a body disappear, given a reasonably efficient furnace. It would require much more fuel in open-air pits, since much more heat escapes by radiation and convection." |
| PL000689 | Poseidon | Admitted Harasser | "Here's a site that accepts reviews of Judah Gersh's law office: http://www.whereorg.com/gersh-law-office-of-judah-m-8938145/write-a-review and here's a review that I left:" |
| PL001555 | Psychopath | Violent Poster | [Image of man stabbing head of a caricature of a Jewish man] |
| PL000130 | Reg | Violent Poster | "So discouraging because you are looking for others to take action. It is not discouraging when you decide to take action yourself. It is simply a case of deciding what you are going to do to set things right. I have participated. I can't say here what I've done. I can say I am monitoring the situation and Spencer losing is not just going to be painful for Mrs Spencer." |
| PL000027 | ReinhardHeydrich1 | Admitted Harasser | "I visited her yesterday. I had lots of fun! HAHAHAHAHAHAHA SEIG HEIL! mail@tanyagersh.com" [photo of man with gun and photo of man winking at camera] |
| PL001043 | RobotHitler | Violent Poster | "GAS THE KIKES, WHITEFISH NOW!" |
| PL000059 | Ronald_McNazi | Admitted Harasser and Violent Poster | "Call these Grimy Kikes and keep asking it they are interested in selling their property or anything that is visible on their property. Cars, swing sets, yard decorations. It's perfectly legal. Like this. I noticed you have a 2014 Cadillac in your drive way. Is it for sale. I'm verrry interested." |
| PL000718 | ryanmurdough | Admitted Harasser | "I have sent numerous emails to various people in Whitefish regarding White nationalist groups that are willing to travel to Whitefish to peacefully protest the actions of Jews toward Sherry Spencer." |
| PL000746 | ryanmurdough | Admitted Harasser | [Screenshot of review left on Tanya Gersh's Real Estate website] "The wife of Judah Gersh, Tanya, along with her Jewish associates threatened Sherry Spencer with financial ruin if she did not comply and sell her business in Whitefish MT. Tanya did this solely because she disagreed with the politics of Mrs. Spencer's son. What Tanya Gersh did was highly unethical and from what I hear, she will be investigated for it and possibly have her license revoked." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000050-51 | Sabertooth | Admitted Harasser | "I launched an unrelenting barrage of kike slicing insults at Tanya Gersh Twitter today. Her behaviour is nothing short of repugnant." |
| PL000829 | SamCrow | Admitted Harasser | "To Who It May Concern, Who knew Meyer Lansky still operates a syndicate in the guise of Tanya Gersh and 'Love Lives Here' in Whitefish. I am appalled at the shakedown of Richard Spencer's mother. Needless to say Whitefish will be crossed off my list as a potential vacation spot till this matter is resolved. Obviously a public condemnation of Gersh and her fellow extortion racketeers is in order. Sam Crow Sent a bunch of these emails off today" |
| PL000801 | SarahSoapovich | Admitted Harasser | "Just sent a few emails to the Real Estate firms. must go on." |
| PL001323 | Shitlord_Savage | Violent Poster | [Image of a cariacture of a Jewish man being shot in the back of the head] |
| PL000053-54 | SHIVDEALERCA | Violent Poster | [in response to a comment that said 'Some folks think they can escape'] "Exactly. Stop running away people! Stop retreating... Stand turn and fire! Retreat into our own remote location or internet ghettos works into their favor. Pound these people in the streets, at the checkout line, on the bus, etc etc, and in cyberia... 247365." |
| PL000055 | SHIVDEALERCA | Admitted Harasser and Violent Poster | "Lol mine was 'id like to donate 6,000 dollars because 6,000 Jews were gassed and pulverized into ashes in ww2. Please call me back at 1800fuckjew'" |
| PL000047 | somedaysoon | Admitted Harasser | "Just tried calling the witch. Her voicemail is full, good work fam." |
| PL000048 | somedaysoon | Admitted Harasser | "Called Love Lives Here, left them a voicemail. Note. I did NOT call them deplorable." |
| PL000049-50 | somedaysoon | Admitted Harasser | "Left 'Love Lives Here' a nastygram on the website contact function. I made sure to bring up the subject of harassment being a possible violation of the laws under which non-profits operate. I have no idea if it is, by the way, since the ADL is alive and well, but it can't hurt. And if anyone here knows about that stuff, some digging might be in order." |
| PL000134 | somedaysoon | Violent Poster | "If one was to, hypothetically speaking, buy a couple boxes of rock salt, no one would ever think of anything except home made ice cream." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000950 | Steve | Admitted Harasser and Violent Poster | "make up a jew sounding gmail account. Type a letter to the kike as follows: Dear Tanya Gersh, As a jewish transgendered woman, with 2 adopted african gay children, it saddens me to hear that you have been harassing Mrs Spencer. I of all people, understand what its like to be persecuted. I have had swaztikas painted on my bagel shop, and I have been raped my white supremacists. But as a jew we must allow for freedom of speech or we are no better than the filthy goy. I therefore, request that you sell your home, and donate 10% of the proceeds to the dailystormer as a token gesture that we value freedom of speech. Don't worry we will still crush the goy, but we must choose our battles carefully as they are on to us. We must as least let them win a few battles. Never again, Shlomo Cucklestein" |
| PL000819 | Steveroller3 | Admitted Harasser | "I'm doing what I can on Twitter, have tweeted MTHumanRights and GovBullock. Let's not forget to retweet their subversive activities and share them with all our followers." |
| PL000197-198 | STURMKOMMT | Violent Poster | "When all else fails THE JEWDERATOR 6,000,000,000 is fairly effective [picture of wood chipper] Want all season action? - THE JEWDERATOR 6,000,000,001 will take care of business on those cold kristalnachts: [another picture of wood chipper]" |
| PL000221-222 | STURMKOMMT | Violent Poster | "I'm tellin' ya now Tooth - we've had a dirty rat problem for too long! [photo of old poster from Department of Public Health that reads: 'Kill the Rats and Prevent the Plague'] |
| PL000234 | STURMKOMMT | Violent Poster | "You know Lt - I would like to see the ultimate gift of love given to 'Love Lives Here' [photo of atomic bomb]" |
| PL000243 | STURMKOMMT | Violent Poster | "Air has long been too valuable a commodity to share with these creatures - deprive them of shekels, and they have difficulty breathing." |
| PL000033 | Svobos | Admitted Harasser | "Send out some emails. The intentions of these kikes couldn't be more obvious. I keep reading over their statements to make sure I'm not missing something... then I remember that they're filthy, wicked jews and it all makes sense." |
| PL000253 | Taurus454 | Violent Poster | "Fucking FBI, DOJ, et al wasted million off tax dollars investigating me to wind up empty-handed when they should be investigating these fucking rat faced kikes [frowning emoji] [image of Hitler with caption: 'Gas the Kikes, Race War Now']" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000358-60 | Taurus454 | Admitted Harasser | "@AndrewAnglin Fam here is the letter I fired off to MSU. I also courtesy copied the state employee that oversees operations at MSU for the State of Montana. Please feel to use it as a template for contacting MSU about their shitbird" |
| PL000043 | TCA | Admitted Harasser | "Sent this email to all the email addresses, as well as the comments box of Love Lives Here: The Jewish practice of harassing the host population is the reason you have been deported from sovereign territories 109 times in history. Attacking Spencer's mother is thoroughly disgusting, and you should be ashamed of yourself, except that Jews and genetically incapable of feeling shame, it seems. I will come to the financial aid of my Aryan kin, and your persecution will fail. We no longer believe your lies. Merry Christmas, [my first name]" |
| PL000188 | TCA | Admitted Harasser | "I just emailed Christ killer Tanya Gersh the following: mail@tanyagersh.com Tanya Gersh Must Sell Her Home, Issue and Apology for Jewry and Give Money to NPI. On behalf of global Nazism, I am hereby demanding that the Jew Tanya Gersh sell her property in Whitefish and donate the money to NPI, issue an apology to the community, the white race and goyim everywhere, and immediately move to Israel. Merry Christmas, you Christ-killer." |
| PL000735 | TCA | Admitted Harasser | "just emailed season's greetings to Governor Bullprep. Heil Hitler, so on and so forth." |
| PL000043 | Texan_Barbaryan | Admitted Harasser and Violent Poster | "No answer. I left them a message. I told them there are 6,000 Jews in Montana and asked how many cattle cars it would take to fit them all." |
| PL000936 | The_Cuck_Slayer | Admitted Harasser | [Image of three hands bringing glasses together with the text "Gas the Kikes N4UK Race War Now!"] |
| PL000925-26 | TheFireRises | Admitted Harasser | "Keep it up! [screenshot of The Walking Man Frame Shop & Gallery Facebook page that says 'Getting trolled on facebook now.....I have reported the reviews as off topic.....hang in there Whitefish!!']" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000134-35 | ThorsHammerr | Admitted Harasser | "These businesses have Love Lives Here signs in their windows. Love Lives Here is an anti white hate group that supports the bullying, intimidation and extortion of innocent old women for financial gain [lists contact information for Whitefish businesses] when you call its best to be a conservative normie not 1488. be offended at how LLH is treating Spencer's mom, also LLH trying to bring refugees to the area and that theyre pro-abortion, pro-black lives matter, call trump supporters racist. flathead county voted Trump by huge numbers so these stores must have some fear they could lose bizness from hanging the sign. most of them think LLH is just a anti-nazi group and don't know what all theyre involved in." |
| PL000186 | tkidcharlemagne | Violent Poster | "You may think this is devilry on an unprecedented scale but in reality it is not. This is simply what they always do. This is another thin red line moment. This jewess must not be allowed to cross that line. Ratchet up the response and when she falters and shies away go in for the kill and destroy the witch. Pummel her into the dirt till she is begging for mercy then strike her down again and again. There will be no mercy. We must make an example of her and her cohorts. We must strike fear into the heart of all jew that their time unchallenged is gone." |
| PL000204 | Toothpuller | Violent Poster | [Image of Tanya Gersh edited with a pig's nose, flies and "Kike" tattooed on her forehead] |
| PL000208 | Toothpuller | Violent Poster | [image of Tanya Gersh being forced by Nazis into a gas chamber] "Ask an you shall receive brother. It's shower time!!!!!!!" |
| PL000220 | Toothpuller | Violent Poster | [Image of Tanya Gersh's son being gassed by a man with the Pepe head) "This ought to farm some butthurt" |
| PL000229 | Toothpuller | Violent Poster | [Image of an eight-wheel tractor running over caricatures of a Jewish man and a Black man, with a swastika on the front) "Here you go bro. As promised." |
| PL000988 | Toothpuller | Violent Poster | [Image of Tanya Gersh's son in a blender with Pepe about to press the button] |
| PL000909 | trojancowboy | Admitted Harasser | "It looks like that Tanya Gersh has not been fired from Pure West. Her profile is still on their website. I have tried to call her several times but it went to voice mail. She did not return my call asking for an interview." |
| PL001288 | TruthShallTriumph | Violent Poster | "Terror can only be broken with TERROR" |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| PL001484-85 | Turner1848 | Violent Poster | "Some of these are pretty good, thanks for the link. [Image of Nazi beheading a Jewish person with caption: 'Good Night Filthy Kike']" |
|---|---|---|---|
| PL000788 | TursiopsTruncatus | Admitted Harasser | "OK so, I sent this email to Jonah Gersh's clients: 'Hello, I am very concerned about your relation with Jonah Gersh, since his wife, Tanya Gersh, is involved in terrorist activities. I think you should cut ties with him. Thanks for your attention.' Am I doing it right?" |
| PL000790 | TursiopsTruncatus | Admitted Harasser | [Screenshot of tweet at Tree Huger Soap that said "@TreeHuggerSoap Why have you been assisting Tanya Gersh's extortion racket in Whitefish? This is intolerable"] |
| PL000533 | UnCL3 | Violent Poster | [Image of man pointing gun at camera with caption: "Give us your kikes..."] |
| PL001149 | Vagabund | Violent Poster | "I need help. How high do I pre-heat the oven???" |
| PL000045 | Viking87 | Admitted Harasser | "Been trying all morning... Nobody picks up on one line and the other 3 go straight to vm..." |
| PL000143-144 | Viking87 | Admitted Harasser | [screenshot of fake review about Buffalo Cafe] |
| PL000326 | Viking87 | Admitted Harasser | "Left a message on the directors voicemail informing her of Scott's bad behavior" |
| PL000792 | Viking87 | Admitted Harasser | "Called everyone, left reviews, sent emails... What's next @AndrewAnglin This is too easy" |
| PL000797 | Viking87 | Admitted Harasser | "I've made a good 2 dozen calls already. Sometimes they play stupid 'I don't know what you're talking about' so I lose it on them, sometimes you get someone who says that they would like to talk to you over a cup of coffee or a beer about the situation and won't answer any questions, sometimes you get someone who gives you an attitude (then I really lose it) and other times you get no answer at all. It really doesn't matter the outcome, we get our message across either way. What's important is that you are participating." |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000798 | Viking87 | Admitted Harasser | "I asked him why he supports a Jewish terror organization and he said if you would like to have a productive conversation come down to his shop next week. I told him I would be there today and he better have some answers for me. I then proceeded to inform him that LLH is attempting to flood his small town with 6000 Syrian refugees, and he responded that was a separate issue, and basically he just had their sign up because he went to a community meeting and LLH was handing out signs. He also said he know sherry and Tanya personally and thinks they are both good people. When I asked him if he had read the messages Tanya sent sherry, he said no because he is not on Facebook. I told him he should do himself a favor and do a little research before picking a side." |
| PL000828 | Viking87 | Violent Poster | "I wouldn't waste your time... I posted a few on Trulia and Zillow and they never got approved. Also I heard from multiple sources that she already got canned... She has been defeated. It's time to set our sights on LLH and it's supporters. We will not stop until victory is ours. This must stand as a lesson to anyone trying to fuck with our people. The days of attacking whites are over you filthy fucking Jews. I can't wait to say omg it's 2017, you seriously still stand with Jews? Wow just wow. We need to meme this into reality..." |
| PL000962-63 | Wayne | Violent Poster | "Empire strikes back. Long are the days when Kikes had support from anywhere for their racketeering and manufacturing of consent and white goyim would bow down to them when Kike said "antisemite", "racist", "nazi", "white supremacist". This days are gone Kikes. The sooner you realize it, the better for you. White man had enough of your Kikery. Taste your own medicine, Kike scum. No mercy, they show no mercy for us, they genocide us." |
| PL000038 | weev | Admitted Harasser | "left Tanya a message :^) http://vocaroo.com/i/s1flmMqkOeOx" |
| PL000038 | WhiteAceofSPades | Admitted Harasser | "I'm on their Facebook, they are an easy target. Jewish lead human centipede of shiteatters." |
| PL000610 | WhiteAwakening | Violent Poster | [Several images edited with highly offensive and anti-Semitic imagery, including one of three men with a bat about to hit a pile of bricks and the caption "Morale building exercises, imagine a rat-faced kike, boys"] |

**DAILY STORMER COMMENTS – ADMITTED HARASSERS AND VIOLENT POSTERS**

| | | | |
|---|---|---|---|
| PL000048 | Wutra | Admitted Harasser | "I left what i consider to be quite a savage review of the jew brood-mothers granny book on amazon and when i get round to reading the other one ill tell her what i think about that as well! Also, long time lurker first time poster! greetings fellow nazis!" |
| PL000073-74 | YochiShekelworthy | Admitted Harasser | "I hear my master, Andrew Anglin, telling me to troll and I must obey. I troll e-mailed Ina and her 'naked rabbi' husband today." |
| PL000126-127 | YochiShekelworthy | Admitted Harasser and Violent Poster | [Screenshot of email sent to Ina Albert] "Ina, I read somewhere that you said Whitefish is the most beautiful place on earth. It isn't. But you know where the most beautiful place on earth is? It's Israel. It really, truly is. You should go there and never return to America because the great majority of Americans really, really hate the Jewish people and they wish Hitler had succeeded in his final solution. So you should exercise your right to return and go to Israel. That's what I would do. If I were an 81-year old Jewish lady like you I would feel extremely uncomfortable living out my final years in small town Christian America where the odds are strong that pretty much everyone there deeply and truly hate you." |
| PL000064-65 | Zamasu | Admitted Harasser and Violent Poster | [Screenshot of message sent on Love Lives Here website] "Alright maggots, listen up, I'm about to teach you the Pecking Order. It goes: You, the dirt, the worms inside of the dirt, Richard Spencer's stool, Trump, then Hitler. Any questions?" |