John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

David C. Dinielli*
Jim Knoepp*
Elizabeth Littrell*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
david.dinielli@splcenter.org
jim.knoepp@splcenter.org
beth.littrell@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW ANGLIN,<br><br>    Defendant<br><br>and<br><br>STATE OF MONTANA,<br><br>    Intervenor. | Case No.: 9:17-cv-00050-DLC-JCL<br><br>**SECOND NOTICE OF PARTIES' CONTINUED NEGOTIATIONS AND UPDATE TO DOCKET NUMBER 164 REGARDING THE PARTIES' JOINT STIPULATIONS** |

COMES NOW, Plaintiff, TANYA GERSH, and Defendant, ANDREW ANGLIN (the "Parties"), by and through their undersigned counsel, and notify the Court of their continuing effort to reach agreement with respect to one of the items listed in their Joint Stipulations, Agreements And Report On The Parties' Motions For Protective Orders And Motions To Compel, Dkt. No. 164, ("Joint Stipulations") by the deadline agreed upon. The Parties' lawyers continue to negotiate and are hopeful they will obtain client consent soon, and therefore have agreed to seek another week's time to reach agreement. Accordingly, the Parties agree to continue their good faith negotiations and to amend their Joint Stipulation, 3(I)-(K), with the underlined dates, as follows:

    I. With respect to <u>Requests Nos. 5, 10, 89-105</u> and <u>Interrogatory 10</u>,[1] the Parties agreed to consider whether to stipulate to an amount for Actual Damages in exchange for:

        i. Plaintiff agreeing to withdraw Requests Nos. 5, 10, 89-105;

        ii. Defendant agreeing to withdraw all discovery requests for information concerning Plaintiff's psychological, medical and healthcare information, and

---

[1] Based on these Stipulations regarding Defendant's financials, the Parties seek to include in this provision the response to Interrogatory 10 as ruled on by the Court, Dkt. No. 131 at 27 and Dkt. No. 160 at 2 (*i.e.*, a copy of Defendant's current financial statement of his current net worth).

    iii.    Defendant agreeing to seek no additional discovery and evidence concerning Plaintiff's psychological, medical and healthcare information.

J. The Parties agreed to provide each other with their positions on Stipulation 3(I), as set forth herein, by <u>April 19, 2019</u>.

K. If the Parties do not agree to Stipulation 3(I), Defendant agreed to withdraw his objections to Requests Nos. 89-105 and to supplement his responses by <u>April 26, 2019</u>.

Dated April 12, 2019.

Respectfully submitted,

<u>/s/ David Dinielli</u>
On behalf of all attorneys for Plaintiff.

<u>/s/ Marc Randazza</u>
On behalf of all attorneys for Defendant.

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, Montana 59801
matstevenson@bigskylegal.com
*Attorney for Defendant Andrew Anglin*

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
mjr@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
jmw@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Dale M. Schowengerdt
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
dales@mt.gov
*Attorney for Intervenor State of Montana*

Jonathan W. Bennion
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
jonbennion@mt.gov
*Attorney for Intervenor State of Montana*

Matthew T. Cochenour
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
mcochenour2@mt.gov
*Attorney for Intervenor State of Montana*

on this April 12, 2019.

/s/ David Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff