IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | CV 17-50-M-DLC-JCL |
| Plaintiff, | |
| and | ORDER |
| TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, | |
| Intervenor, | |
| vs. | |
| ANDREW ANGLIN, | |
| Defendant. | |

Defendant Andrew Anglin has filed a Motion to Compel Montana Human Rights Network to Comply with Subpoena. (Doc. 138). Accordingly,

IT IS ORDERED that oral argument on Defendant's motion is set for May 2, 2019, at 10:00 a.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 16th day of April, 2019.

Jeremiah C. Lynch
United States Magistrate Judge