Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

*Attorneys for Defendant,*
*Andrew Anglin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | |
| vs. | **CONSENT MOTION TO CONTINUE HEARING** |
| ANDREW ANGLIN, | |
| Defendant. | |

## CONSENT MOTION TO CONTINUE HEARING

On April 16, 2019, the Court issued an Order [Dkt. No. 176] scheduling a hearing on the Motion to Compel [Dkt. 138] for May 2, 2019 at 10:00 a.m. Unfortunately, counsel for Defendant is already obligated to appear in court in Massachusetts that morning. Defendant's counsel is available the week of May 27, 2019.

Counsel for the Montana Human Rights Network consents to a continuance.[1]

WHEREFORE Defendant requests the Court continue the hearing as set forth above.

Dated: April 16, 2019.    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

---

[1] Although they are not parties to the motion, consent has been requested from Plaintiff and Intervenor. They have not advised Defendant of their position.

Case No. 9:17-cv-50-DLC-JCL

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF to counsel for all parties

/s/ Jay M. Wolman
Jay M. Wolman

RANDAZZA | LEGAL GROUP