IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br> and<br><br>TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana,<br><br>    Intervenor,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>    Defendant. | CV 17-50-M-DLC-JCL<br><br>ORDER |

    Plaintiff Tanya Gersh moves for an order setting a telephonic status conference on April 22, 2019, to discuss "significant case developments." She represents that Defendant Andrew Anglin and Intervenor Tim Fox do not oppose the motion.

    Therefore, IT IS HEREBY ORDERED that Gersh's motion is GRANTED. A telephonic status conference is set for April 22, 2019, at 10:00 a.m. All counsel

shall call 1-877-336-1839 at the designated time to participate in the scheduling conference. When prompted, enter the access code 7360693 followed by #.

DATED this 17th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge