IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br> and<br><br>TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana,<br><br>    Intervenor,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>    Defendant. | CV 17-50-M-DLC-JCL<br><br>ORDER |

    Defendant Andrew Anglin moves to continue the hearing on his motion to compel set for May 2, 2019, due to a conflict with his counsel's schedule. He represents that Montana Human Rights Network consents to the requested continuance.

    Therefore, IT IS ORDERED that Defendant's motion is GRANTED. The May 2, 2019 hearing is VACATED and is reset for May 15, 2019, at 10:00 a.m. at

the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 17th day of April, 2019.

                                                                                          _____
                                                                                          Jeremiah C. Lynch
                                                                                         United States Magistrate Judge