John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
ph. (406) 442-3261
fax (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

David C. Dinielli*
Jim Knoepp*
Elizabeth Littrell*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
ph. (334) 956-8200
fax (334) 956-8481
david.dinielli@splcenter.org
jim.knoepp@splcenter.org
beth.littrell@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*
*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

Plaintiff,

vs.

ANDREW ANGLIN, publisher of the *Daily Stormer*,

Defendant.

Case No.: 9:17-cv-00050-DLC-JCL

**NOTICE OF DEFENDANT'S FAILURE TO APPEAR FOR DEPOSITION**

PLEASE TAKE NOTICE that Defendant has failed to appear for his properly noticed deposition on April 30, 2019. This Court entered an Order on April 5, 2019, denying Defendant's motion for a protective order excusing him from being required to appear for an in-person deposition within the United States. (Dkt. No. 173). On April 8, 2019, the Associated Press reported that Defendant's

counsel wrote via text message that "he expects that Anglin would 'willingly' accept a default judgment against him before returning to the U.S. for a deposition by Tanya Gersh's attorneys from the Southern Poverty Law Center." (Exhibit A). Subsequently, Plaintiff issued a Rule 30(b) notice of his deposition on April 18, 2019. (Exhibit B).

On April 22, 2019, counsel for Plaintiff informed the Court of the pending deposition during a status conference in which the Court advised Defendant's counsel that "[i]f Anglin fails to appear for his deposition pursuant to the Rule 30(b) notice of his deposition which counsel states has been issued to him, and in view of the Court's Order entered April 5, 2019, denying Anglin's motion for protective order relative to his deposition, the Court will enter Anglin's default in this matter." (Dkt. No. 182, at 2).

Less than 18 hours before the scheduled deposition, Defendant served responses and objections to Plaintiff's deposition notice, advising that Defendant did not intend to appear for the deposition. (Exhibit C). On April 30, 2019, at 9:00 am, counsel for all parties were present at the noticed deposition location, along with a court reporter and videographer. At 9:40 am, Plaintiff's counsel checked with security to confirm whether Defendant had checked in or was otherwise at the security desk. At 10:00 am, all counsel went on the record and noted that Defendant had failed to appear.

DATED April 30, 2019.

/s/ David Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, Montana 59801
matstevenson@bigskylegal.com
*Attorney for Defendant Andrew Anglin*

Marc J. Randazza
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
mjr@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Jay M. Wolman
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
jmw@randazza.com; ecf@randazza.com
*Attorney for Defendant Andrew Anglin*

Dale M. Schowengerdt
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
dales@mt.gov
*Attorney for Intervenor State of Montana*

Jonathan W. Bennion
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
jonbennion@mt.gov
*Attorney for Intervenor State of Montana*

Matthew T. Cochenour
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
mcochenour2@mt.gov
*Attorney for Intervenor State of Montana*

Hannah E. Tokerud
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
hannah.tokerud@mt.gov
*Attorney for Intervenor State of Montana*

on this 30th day of April, 2019.

/s/ David Dinielli
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff