# EXHIBIT C

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MONTANA**

**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,    ) | Case No. 9:17-cv-50-DLC-JCL |
| ) | |
| Plaintiff,    ) | **DEFENDANT ANDREW ANGLIN'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF ANDREW ANGLIN** |
| ) | |
| vs.    ) | |
| ) | |
| ANDREW ANGLIN,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

# DEFENDANT ANDREW ANGLIN'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF ANDREW ANGLIN

Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Andrew Anglin ("Anglin" or "Defendant") hereby responds and objects to Plaintiff's Notice of Deposition upon Oral Examination of Andrew Anglin.

## GENERAL OBJECTIONS

1.   Anglin objects to the notice as unreasonable in time, having been served on a foreign resident less than two weeks from the date of the deposition.

2.   Anglin objects to the deposition as disproportionate to the needs of the case.

3.   Anglin understands that the Court denied his motion for protective order, but preserves his objection for purposes of appeal to the location of the deposition within the United States.

4.   Anglin objects to the location of the deposition as insufficiently secure and confidential, as the building where it is scheduled to take place requires all visitors to present identification.

5.   Anglin objects to the location of the deposition as insufficiently secure and confidential to the extent Clear Gottlieb Steen & Hamilton LLP and/or persons affiliated with it have been given knowledge of it.

**6.**   Anglin objects to the notice to the extent it purports to have been issued under Fed. R. Civ. P. 45.

## RESPONSE TO NOTICE

Counsel for Defendant has advised Plaintiff that Mr. Anglin does not intend to appear for the deposition as noticed. Counsel for Plaintiff has acknowledged that Plaintiff will not seek monetary sanctions on account of such non-appearance.

Dated: April 29, 2019.      Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2019, a copy of the foregoing was served via electronic mail and U.S. Mail on counsel for Plaintiff as follows:

John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
john@mswdlaw.com
rfolsen@mswdlaw.com


David C. Dinielli
Jim Knoepp
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
david.dinielli@splcenter.org
jim.knoepp@splcenter.org

*Attorneys for Plaintiff Tanya Gersh*


Matthew T. Cochenour
Dale M. Schowengerdt
Jonathan W. Bennion
Hannah E. Tokerud
Office of the Attorney General
Montana Department of Justice
mcochenour2@mt.gov
dales@mt.gov
jonbennion@mt.gov
hannah.tokerud@mt.gov


/s/ Marc J. Randazza
Marc J. Randazza

- 3 -
Anglin Responses and Objections to Plaintiff's Notice of Deposition Upon Oral Examination of Andrew Anglin
9:17-cv-50-DLC-JCL