IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> and <br><br> TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, <br><br> Intervenor, <br><br> vs. <br><br> ANDREW ANGLIN, <br><br> Defendant. | CV 17-50-M-DLC-JCL <br><br> ORDER |

On April 30, 2019, Plaintiff Tanya Gersh filed a notice stating that Defendant Andrew Anglin failed to appear for his deposition noticed for 9:00 a.m. that day in New York City, New York. Therefore, pursuant to the Court's order entered April 22, 2019, IT IS ORDERED that Defendant's default is hereby entered in the record in this case. The Clerk of Court is directed to enter Defendant's default.

DATED this 30th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1