UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>             Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>             Defendant,<br><br>And<br><br>TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana,<br><br>             Intervenor. | CV-17-050-M-DLC-JCL<br><br>CLERK'S ENTRY OF DEFAULT |

On April 30, 2019, Default was entered against Defendant Andrew Anglin. Defendant Andrew Anglin has failed to appear for his deposition noticed for 9:00 a.m. in New York City, New York. and therefore is now in default.

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is hereby entered against Defendant Andrew Anglin.

DATED this 30th day of April, 2019.

TYLER P. GILMAN, Clerk of Court

By: /s/ A. Puhrmann
Deputy Clerk