Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH, </br></br>Plaintiff, </br></br>vs. </br></br>ANDREW ANGLIN, </br></br>Defendant. | Case No. 9:17-cv-50-DLC-JCL </br></br>**MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEYS OF RECORD** |

COME NOW Marc J. Randazza, Jay M. Wolman, *pro hac vice* attorneys of record at Randazza Legal Group ("RLG") and Mathew M. Stevenson of Missoula, Montana ("Stevenson"), presently counsel for Defendant Andrew Anglin, an

individual, and hereby move this Court for leave to withdraw as counsel pursuant to District of Montana Local Rule ("LR") 83.3 and Rule 1.16 of Professional Conduct for Montana ("MRPC").

As set forth in the accompanying memorandum, filed herewith, and *ex parte* affidavit, filed separately, there is good cause to allow leave to withdraw as the attorney-client relationship has broken down between Attorneys and Defendant. Notice to Defendant under LR 83.3(b)(2)(B)(i) was given on April 16, 2019, fourteen days prior to this date. *See* **Exhibit A**. Mr. Anglin was advised of his obligation immediately to retain new counsel or appear *pro se* if the motion to withdraw is granted. *See id.* Defendant's last known address(es) appear in the certificate of service below. Per Order of the Court, Movants are filing under seal those documents previously designated as Attorneys' Eyes Only under the Protective Order.

WHEREFORE Movants respectfully request this Honorable Court permit counsel for Defendant to withdraw their appearances.

Dated: April 30, 2019.  Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2019, a copy of the foregoing was served via CM/ECF upon all parties as follows:

John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
john@mswdlaw.com
rfolsen@mswdlaw.com

David C. Dinielli
Jim Knoepp
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
david.dinielli@splcenter.org
jim.knoepp@splcenter.org

*Attorneys for Plaintiff Tanya Gersh*

Matthew T. Cochenour
Dale M. Schowengerdt
Jonathan W. Bennion
Hannah E. Tokerud
Office of the Attorney General
Montana Department of Justice
mcochenour2@mt.gov
dales@mt.gov
jonbennion@mt.gov
hannah.tokerud@mt.gov

And Defendant Andrew Anglin was served by mail and electronically as follows:

1) Via Email
   **Andrew Anglin**
   <andrewanglin84@gmail.com>

2) Via Electronic Messaging Service Signal
   **Andrew Anglin**
   [redacted]

3) **Andrew Anglin**
   6827 N High Street, Suite 121,
   Worthington, Ohio 43085

4) **Andrew Anglin**
   3827 N High Street, Suite 121,
   Worthington, Ohio 43085

5) **Andrew Anglin**
   7407 Brandshire Ln. Apt. B,
   Dublin, Ohio 43017

6) **Andrew Anglin**
   915 N High Street,
   Columbus, Ohio 43201

/s/ Marc J. Randazza
Marc J. Randazza