# **EXHIBIT A**

Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. 9:17-cv-50-DLC-JCL |
| Plaintiff, | **NOTICE OF INTENT TO FILE MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |
| vs. | |
| ANDREW ANGLIN, | |
| Defendant. | |

PLEASE TAKE NOTICE that Marc J. Randazza, Jay M. Wolman, *pro hac vice* attorneys of record at Randazza Legal Group ("RLG") and Matthew M. Stevenson of Missoula, Montana ("Stevenson"), presently counsel for Defendant,

hereby put you, Andrew Anglin, on notice that we intend to withdraw as counsel of record in the above captioned case. We intend to file a motion to withdraw 14 days from the date you have been served with this notice, pursuant to District of Montana Local Rule ("LR") 83.3(b)(2)(B).

Please be advised that, if the motion to withdraw is granted, you are obligated to immediately retain new counsel or appear *pro se* (meaning you will be representing yourself).

The facts constituting good cause supporting withdrawal are set forth in the accompanying *ex parte* affidavit, attached hereto as "Exhibit A".

Dated: April 16, 2019.   Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2019, a copy of the foregoing was served via electronic mail and U.S. Mail on Defendant Andrew Anglin as follows.

1) Via Email
   **Andrew Anglin**
   <andrewanglin84@gmail.com>

2) Via Electronic Messaging Service Signal
   **Andrew Anglin**

3) **Andrew Anglin**
   6827 N High Street, Suite 121,
   Worthington, Ohio 43085

4) **Andrew Anglin**
   3827 N High Street, Suite 121,
   Worthington, Ohio 43085

5) **Andrew Anglin**
   7407 Brandshire Ln. Apt. B,
   Dublin, Ohio 43017

6) **Andrew Anglin**
   915 N High Street,
   Columbus, Ohio 43201

/s/ Marc J. Randazza
Marc J. Randazza

- 3 -
Notice of Intent to File Motion to Withdraw as Attorneys of Record
9:17-cv-50-DLC-JCL