TIMOTHY C. FOX
Montana Attorney General
JON BENNION
Deputy Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COHENOUR
HANNAH TOKERUD
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
jonbennion@mt.gov
dales@mt.gov
mcochenour2@mt.gov

COUNSEL FOR INTERVENOR

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br>        Plaintiff,<br>  and<br><br>TIMOTHY C. FOX, in his official capacity as the Attorney General for the State of Montana,<br>        Intervenor,<br><br>  v.<br><br>ANDREW ANGLIN,<br>        Defendant. | Cause No. 9:17-CV-00050-DLC-JCL<br><br><br><br>**NOTICE OF WITHDRAWAL OF DALE SCHOWENGERDT** |

Dale Schowengerdt withdraws as counsel in the above-captioned case because he will soon be leaving the Attorney General's Office. Matthew T. Cochenour and Hannah Tokerud, Assistant Attorneys General, continue to represent Intervenor Timothy C. Fox, in this matter.

Respectfully submitted this 2nd day of May, 2019.

>TIMOTHY C. FOX
>Montana Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By:    */s/ Dale Schowengerdt*
>      DALE SCHOWENGERDT
>      Solicitor General
>      Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: May 2, 2019      */s/ Dale Schowengerdt*
                                         DALE SCHOWENGERDT
                                         Solicitor General
                                         Counsel for Defendants