Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: (702) 420-2001
ecf@randazza.com

Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103
Tel: (702) 420-2001
ecf@randazza.com

Mathew M. Stevenson, St. Bar # 6876
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801
Tel: (406) 721-7000
matstevenson@bigskylegal.com

Attorneys for Defendant
Andrew Anglin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW ANGLIN, <br><br> Defendant. | Case No. 9:17-cv-50-DLC-JCL <br><br> **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEYS OF RECORD** |

On April 30, 2019, Attorneys Marc Randazza, Jay Wolman, and Mathew Stevenson filed a motion to withdraw their appearances on behalf of Defendant

Andrew Anglin. See Dkt. No. 190. Under the local rules, such motions must either comply with L.R. 83.3(b)(2)(B), and include an affidavit of counsel attesting to notice to the client, advice as to the consequences, and facts showing good cause, or with L.R. 83.3(b)(2)(A), and include the client's written, informed consent. The motion, as filed, contained the former, *i.e.* the requisite affidavit. That motion remains pending.

In further support of that motion, Movants hereby file the attached Consent to Withdraw Pursuant to Montana Local Rule 83.3(b)(2)(a) executed by Defendant Andrew Anglin on May 14, 2019. The attached consent fully complies with the requirements of L.R. 83.3(b)(2)(A). As set forth therein, Mr. Anglin consents to the withdrawal; it is signed by counsel and the client; and it acknowledges his obligation immediately to retain new counsel. See **Exhibit A**.

As the requirements of L.R. 83.3(b)(2) are fully satisfied, through both methods, Movants respectfully request this Honorable Court allow their motion and permit them to withdraw their appearances.

Dated: May 14, 2019.                    Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

/s/ Jay M. Wolman
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

/s/ Mathew M. Stevenson
Mathew M. Stevenson
STEVENSON LAW OFFICE
1120 Kensington, Suite B
Missoula, MT 59801

*Attorneys for Defendant,
Andrew Anglin*

Case No. 9:17-cv-50-DLC-JCL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2019, a copy of the foregoing was served via CM/ECF upon all parties as follows:

John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
john@mswdlaw.com
rfolsen@mswdlaw.com

David C. Dinielli
Jim Knoepp
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
david.dinielli@splcenter.org
jim.knoepp@splcenter.org

*Attorneys for Plaintiff Tanya Gersh*

Matthew T. Cochenour
Jonathan W. Bennion
Hannah E. Tokerud
Office of the Attorney General
Montana Department of Justice
mcochenour2@mt.gov
jonbennion@mt.gov
hannah.tokerud@mt.gov

And Defendant Andrew Anglin was served by mail and electronically as follows:

1) Via Email
   Andrew Anglin
   <andrewanglin84@gmail.com>

2) Via Electronic Messaging Service Signal

3) Andrew Anglin
   6827 N High Street, Suite 121,
   Worthington, Ohio 43085

4) Andrew Anglin
   3827 N High Street, Suite 121,
   Worthington, Ohio 43085

5) Andrew Anglin
   7407 Brandshire Ln. Apt. B,
   Dublin, Ohio 43017

6) Andrew Anglin
   915 N High Street,
   Columbus, Ohio 43201

/s/ Marc J. Randazza
Marc J. Randazza