IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> and <br><br> TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, <br><br> Intervenor, <br><br> vs. <br><br> ANDREW ANGLIN, <br><br> Defendant. | CV 17-50-M-DLC-JCL <br><br> ORDER |

On April 30, 2019, counsel for Defendant Andrew Anglin filed a motion to withdraw their appearance on his behalf in this matter. Upon review of the motion and supporting materials, and good cause appearing,

IT IS ORDERED that the motion to withdraw (doc. 190) is GRANTED.

DATED this 14th day of May, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge