| | |
|---|---|
| John Morrison | David C. Dinielli* |
| Robert Farris-Olsen | Jim Knoepp* |
| MORRISON, SHERWOOD, | Elizabeth Littrell* |
| WILSON, & DEOLA, PLLP | SOUTHERN POVERTY LAW CENTER |
| 401 N. Last Chance Gulch St. | 400 Washington Avenue |
| Helena, MT 59601 | Montgomery, AL 36104 |
| ph. (406) 442-3261 | ph. (334) 956-8200 |
| fax (406) 443-7294 | fax (334) 956-8481 |
| john@mswdlaw.com | david.dinielli@splcenter.org |
| rfolsen@mswdlaw.com | jim.knoepp@splcenter.org |
| *Attorneys for Plaintiff Tanya Gersh* | beth.littrell@splcenter.org |
| | *Attorneys for Plaintiff Tanya Gersh* |
| | *Admitted Pro Hac Vice |

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

And

TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana,

    Intervenor,

    vs.

ANDREW ANGLIN, publisher of the *Daily Stormer*,

    Defendant.

Case No.:  9:17-cv-00050-DLC-JCL

**PLAINTIFF'S NOTICE OF FILING A STATUS UPDATE**

COMES NOW, Plaintiff TANYA GERSH, and submits this Notice of Filing a Status Update to inform the Court that her attorneys are working diligently on a Motion for Default Judgment with appropriate briefing and supporting documentation.

In addition, Plaintiff seeks clarification, to the extent necessary, that pending deadlines set forth in this Court's Scheduling Order (Dkt. No 126) are suspended pursuant to Entry of Default against Defendant (Dkt. Nos. 186, 188). Out of an abundance of caution and because Plaintiff seeks unliquidated damages, including punitive damages, which she intends to prove through declarations, documents and testimony, she intends to file a Notice of Damages Witnesses who might be considered "Experts" pursuant to Fed. Civ. P. R. 26(2)(C) and the pending Scheduling Order (Dkt. No. 126).

DATED May 30, 2019.

/s/ Elizabeth Littrell
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff.

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was sent by U.S. mail to Defendant at the following addresses:

    6827 N High Street, Suite 121,
    Worthington, Ohio 43085

    3827 N High Street, Suite 121,
    Worthington, Ohio 43085

    7407 Brandshire Ln. Apt. B,
    Dublin, Ohio 43017

    915 N High Street,
    Columbus, Ohio 43201

I further certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

    Mathew M. Stevenson
    STEVENSON LAW OFFICE
    1120 Kensington, Suite B
    Missoula, Montana 59801
    matstevenson@bigskylegal.com
    *Attorney for Defendant Andrew Anglin*

    Jonathan W. Bennion
    MONTANA DEPARTMENT OF JUSTICE
    215 North Sanders
    PO Box 201401
    Helena, MT 59620-1401
    jonbennion@mt.gov
    *Attorney for Intervenor State of Montana*

Matthew T. Cochenour
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
PO Box 201401
Helena, MT 59620-1401
mcochenour2@mt.gov
*Attorney for Intervenor State of Montana*

on this 30th day of May, 2019.

/s/ Elizabeth Littrell
Attorney for Plaintiff Tanya Gersh
on behalf of all Attorneys for Plaintiff