

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>                Defendant. | CV 17–50–M–DLC–JCL<br><br>ORDER |

Before the Court is Plaintiff Tanya Gersh's Notice of Filing a Status Update. (Doc. 197.)

IT IS ORDERED that the trial set for November 4, 2019 and all associated deadlines are VACATED. This matter remains referred to Magistrate Judge Jeremiah C. Lynch.

DATED this 30th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court