IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | CV 17-50-M-DLC-JCL |
| Plaintiff, | |
| and | ORDER |
| TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, | |
| Intervenor, | |
| vs. | |
| ANDREW ANGLIN, | |
| Defendant. | |

IT IS ORDERED that a hearing on Plaintiff's Motion for Entry of Default Judgment is set for July 11, 2019, at 10:00 a.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

DATED this 20th day of June, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge