# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

TANYA GERSH,

    Plaintiff,

vs.

ANDREW ANGLIN, publisher of
the *Daily Stormer*,

    Defendant.

Case No.:  9:17-cv-00050-DLC-JCL

**AFFIDAVIT OF TANYA GERSH**

After being duly sworn, Affiant says as follows:

1. My name is Tanya Gersh, I am over the age of 18 and competent to provide the following information, which is true and accurate to the best of my knowledge and present recollection.

2. I currently work as a Real Estate Agent at PureWest Real Estate in Whitefish, Montana. I have been a Real Estate Agent since November, 2014.

3. I am married to Judah Gersh. We married in 1997.

<u>Consequences of Andrew Anglin's Actions</u>

4. On December 16, 2016, I began to receive telephone calls from strangers. These strangers used profanity and vicious anti-Semitic insults to verbally attack me.

1

5. Initially, I answered these calls and spoke to a few of callers, trying to understand why they were calling and to clear up any misinformation. I quickly realized these callers were not interested in dialogue. Instead, the callers wanted only to attack, threaten and insult me, and the Jewish race.

6. I soon stopped answering my phone and let the calls go to voicemail.

7. After each call, I would listen to the message. The messages were filled with profanity, threats and vicious anti-Semitic insults.

8. The strangers who called me knew my name. They knew I lived in Whitefish, Montana. They knew where I worked. The callers used vile, profane and malicious language directed at me and my family. I was terrified.

9. I was also confused as to how these sick people had my phone number and why they were attacking me.

10. The only phone number I had at the time was my cellular number. It is also my business line.

11. As a real estate agent, who had contracts pending and active real estate deals in negotiations at the time these calls began, I was professionally and ethically obligated to check my messages.

12. As a mother, I also had no choice but to listen to these messages since my children, and their school, used this number to contact me.

13. I also began receiving emails containing similar vitriol and hatred directed at me. I estimate that I received approximately 50 of these profanity-laden, threatening and vicious, anti-Semitic email messages in the first few days. I received hundreds more over the months to come.

14. My Facebook page was also hit with an onslaught of vile and vicious comments.

15. At the time the attack began, my Facebook page was not only a social network for friends and family but a marketing resource for me as a Realtor. I would immediately delete these messages on my page in order to try to save my professional career from this attack. I could not delete them fast enough, they would post so quickly. I was forced to delete my Facebook page within a week of the attack.

16. Despicable and abusive messages began to pour in through my Twitter account and my work account.

17. I also began receiving similar abusive, threatening and frightening messages by text.

18. I soon found out that my husband was also receiving vicious and threatening attacks against me, calling me profane names and using anti-Semitic slurs, insulting me, him and the Jewish race, and hinting at violence against us.

19. I learned that phone calls were coming in to the Whitefish PureWest Real Estate office, and the secretaries at the office had to answer these calls for days on end. They were scared, and I was mortified that they were subjected to those harassing calls.

20. This sudden barrage of menacing and abusive attacks was shocking, disorienting and absolutely terrifying.

21. When I discovered that my 12 year-old son was receiving threatening and harassing messages on various social media platforms, my fear, panic and distress were overwhelming.

22. My husband, Judah, discovered the source of this attack against our family. He showed me a neo-Nazis webpage, *The Daily Stormer*, making false accusations about me and targeting me, my husband, and my child, who was 12 years old at the time.

23. Judah showed me the blog post written by Andrew Anglin on *The Daily Stormer* targeting me for a "troll storm," publishing our contact information and encouraging everyone to attack me and my child.

24. Realizing that me and my family – especially my child – were targeted by *The Daily Stormer*, a website led and read by rabid racist neo-Nazis, white supremacists and dedicated to hate and the extermination of Jews, was absolutely terrifying.

25. My phone rang off the hook – almost non-stop – for days at a time.

26. On days when the calls were not non-stop, they were non-stop throughout the early morning hours.

27. Before my husband and I went to the FBI approximately four days after the onslaught began, I would listen to the voice messages and quickly delete them because they were so disturbing.

28. My voicemail held approximately 30-40 messages. It would fill up very quickly with threatening, hate-filled, anti-Semitic messages directed at me.

29. I would listen to each voicemail and delete it. In the first 24 hours, I estimate that my voicemail filled up with these vicious messages (which I listened to and deleted) 4 times.

30. In the first 3 days, I would also read and delete the vicious and threatening emails that I was receiving, as well as the text messages.

31. We spoke with an FBI agent on Day Four of Anglin's terror campaign who advised us not to delete any messages. My husband and I attempted to save messages thereafter.

32. The onslaught of threatening, profane, anti-Semitic calls, emails and messages continued for months, and also included letters in the mail. Although the filing of this lawsuit stopped the messages for a while, and

5

certainly stopped the barrage that we had been experiencing, I continue to receive hate messages to this day.

33. It is my understanding that there were approximately 700 messages collected in preparation for drafting the Complaint in this case, and that that, combined with the other estimates described herein and received since the filing of the Complaint, a more accurate estimate of the total number of abusive, harassing, threatening and/or vicious messages my family and I have received since December 16, 2017 is closer to 1,000, including the deleted messages described above.

34. I have read the Complaint filed in this case. The messages described on pages 21-37 are some of the messages we received and are representative of the other messages received. These messages are also illustrative of the type of messages in the first few days that I received before I began to save them.

35. To the best of my recollection, there were hundreds of messages calling for some form of my death or "extermination."

36. I had never heard of *The Daily Stormer*, or Andrew Anglin, prior to the events underlying this lawsuit.

37. I would describe the onslaught of vicious, and hate-filled emails, calls, voicemails, online comments and other forms of uninvited communications

that I received after Andrew Anglin published his blog posts calling on his "Troll Army" to target me, as a campaign of terror.

38. Anglin's terror campaign was relentless, as he published blog post after blog post urging his readers to continue hounding me, my husband and my then 12 year-old child.

39. I presumed the people engaging in Anglin's terror campaign against me hated Jews, hated me, and were volatile, mentally unstable and dangerous. I base this presumption on the language used, the anger in the tone of the messages, and the fact that strangers were contacting me, my family, our jobs – *and targeting my child* – solely to abuse and insult us, coupled with the threating words, Nazi slogans and imagery used.

40. I was absolutely terrified for the safety of my family and myself.

41. I lived in literal terror for months on end.

42. I received constant messages calling for my death, calling me vile names, insulting me and the Jewish race, including many that I perceived to be death threats.

43. I perceived all of the messages in Anglin's terror campaign to be threats and indications of potential harm to me or my family.

44. The fact that Anglin superimposed gold stars on images of myself and my child – the image Nazis put on Jews destined for crematoriums – also

7

contributed to my presumption that these messages, certainly the ones that were ant-Semitic, were threats that we were targets for assassination.

45. Perhaps the most ominous and terrifying message I received was a call with nothing but gun shots as the message. I believed this message was a warning that I would be targeted for harm by people with guns. We received more than one such message.

46. As a result of Anglin's terror campaign against me, almost immediately, my husband and I pulled out our luggage and contemplated fleeing.

47. We packed bags so that we could flee if necessary.

48. Although we talked about leaving – and I very much wanted to run away from the danger and the madness caused by Anglin's terror campaign against me, – my husband convinced me that staying was safer.

49. Based on Anglin's claims of an armed march for white nationalists, neo-Nazis and anti-Semites in our small town, organized to "protest" me and send a message to me and my family, we abruptly left our home for a week. We bought tickets less than 48 hours before the flights.

50. The disruption, distress, financial impact, and chaos caused by Anglin's terror campaign against me is almost beyond measure.

51. In the days and months following Anglin's terror campaign against me, our lives changed drastically.

52. I was forced to shut down my Facebook page and all of my social media, which I had built over 18 years as a Wedding Planner.

53. In panic and fear, I deleted my personal webpage which contained my life's work as a Wedding Planner, my entire portfolio, testimonials and other irretrievable data. The loss is inestimable.

54. I gave all of my real estate listings to another Realtor in my office. I thought I would never be able to work in real estate again. After finishing existing real estate deals, I stopped working professionally for many months.

55. After Anglin's terror campaign against me began, I rarely left the house. On occasions when my friends convinced me to go out to dinner, I would become emotional and could not wait to go home. I had a few panic attacks when I was out with friends and had to be escorted out and walked home.

56. We live walking distance from town, but I did not like to walk anywhere alone, even to the grocery store.

57. We installed security cameras and began to hide in our home.

58. We drew the blinds at night and tried to keep few lights on. We did not want the neo-Nazis who were after us to know we were home. Evenings were particularly scary for me. They still are.

59. I altered my daily life for months on end.

60. I am terrified of submitting any public or online RSVP for any event for fear of people knowing where I will be. This hinders my ability to network.

61. I tried to shield my children from the consequences of Anglin's actions, but doing so was impossible.

62. My anguish is immeasurable, and magnified, because my children have suffered, and continue to suffer, as a result of Anglin's terror campaign.

Financial Losses

63. Actual financial losses to my real estate career as a result of Anglin's terror campaign were significant.

64. My net earnings for relevant years are attached as exhibits. In 2017, in my third year as a Real Estate Agent, as a direct result of Anglin's terror campaign against me, my real estate earnings plunged.  I have seen the Affidavit provided by Dale Crosby Newman, a Principal Broker at my real estate company, providing salary ranges for Real Estate agents at our company. Based on this data, I earned $145,591 less than I had made the year before the Anglin's terror campaign began, and $254,671 less than the average earnings for a third year Real Estate Agent at my company.

65. In 2018, according to the data provided by Dale Crosby Newman, I earned $186,214 less than the average earnings for a fourth year Real Estate Agent at my company.

66. Although I have gone back to work full-time as a Real Estate Agent, my ability to do my job has been adversely impacted.

67. Among the ways in which my real estate career, and earnings, are impacted are the inability to market myself online as other Real Estate Agents are able to do because I cannot leave myself open for attacks.

68. For one house listing, I placed a sign with my name on it on the property. The clients quickly asked me to let them out of the contract because of potential targeting that they feared. I did so, and that house later sold for $800,000. As a result, I lost a $20,000 commission.

69. I am also less desirable for potential future clients given that an internet search of my name – which would have resulted in accolades and accomplishments – now results in thousands of results connecting me to a neo-Nazi, Andrew Anglin, as well as false allegations and false negative reviews posted as a result of Anglin's campaign. Search results of my name will also bring up *The Daily Stormer* blog posts that form the basis of this lawsuit, including calls to target me, my husband, my job and my child and contact information to assist in that effort.

70. A number of disturbing, but real sounded Real Estate Reviews were posted to Zillow, Trulia, and Realtor.com. It took months for me to convince these

websites to remove those fake reviews. The stress caused by these false and negative reviews was significant.

71. To date, I still have not been able to get myself removed from ShesAHomewrecker.com, where someone posted a false accusation that I had seduced her husband as their Real Estate Agent. This defamation was posted shortly after Anglin's call to action for his "army" to target me. This defamation is amongst the results if you "Google" my name, especially in conjunction with "real estate."

72. The financial losses outlined above, in the two years following Anglin's terror campaign, total $460,885.

73. According to my calculations, dividing the average earnings for a Real Estate Agent in their fourth year by my net earnings for 2018, I made only 47% of what I should have earned last year.

74. I anticipate, and hope, that I can slowly rebuild my reputation and/or overcome the stain and challenges Anglin's campaign created. I estimate that I can decrease the gap between what I should be making and what I am able to make by 10% a year. I agree with the opinion expressed in Dale Carpenter Crosby's Affidavit that I will cap out at 80% of what I would have been able to earn based on the lingering effects of Anglin's actions.

75. Using the formula set out above, and the average compensation for a Real Estate Agent at my company who has been in business five years as set out in Dale Carpenter Crosby's Affidavit, the amount of future lost income as a result of Anglin's actions are estimated to be $866,375 over the course of the next 10 years.

76. My attorney assisted me in arriving at the numbers above.

<u>Physical Pain and Suffering</u>

77. I have suffered physically as a result of Anglin's terror campaign.

78. Among the physical effects I have suffered as a result of Anglin's terror campaign – symptoms which I never experienced before the terror campaign – are the following:

   a. Serious and severe emotional distress that resulting in uncontrollable crying;

   b. Panic attacks that were so debilitating my husband considered taking me to the Emergency Room more than once;

   c. Hair loss;

   d. Debilitating anxiety that made concentrating difficult;

   e. Sleeplessness;

   f. Weight gain due to emotional eating;

  g.  Stress induced pain in my shoulder that I needed treatment by an acupuncturist; and

  h.  Stress induced tooth grinding so severe that I required a mouth guard to sleep to save the enamel on my teeth.

79. I estimate that I have experienced 10-12 panic attacks after Anglin's terror campaign began. The fear and panic were so intense that I lost control of my bladder when they hit. I spent many hours in therapy with Professional Therapy Associates to learn how to mitigate this panic-induced incontinence.

Emotional Pain and Suffering

80. The effect of Anglin's terror campaign on my mental health has been severe.

81. Beyond the panic attacks and anxiety described above, I have had nightmares too numerous to count and crying bouts that continue to this day.

82. I was diagnosed, and continue to struggle, with Post-Traumatic Stress Disorder.

83. I never took, or needed to take, prescription medication for anxiety or any mental health concern prior to Anglin's terror attack. I am now, and have been since shortly after this ordeal began, taking prescription anti-depression and anti-anxiety medication

84. Before Anglin's terror campaign, I had not been to a therapist or a psychiatrist. After the attack, I have been to therapy for more than two years to help in dealing with the emotional toll of this ordeal. I still see a psychiatrist approximately once a month.

85. My life has been turned upside down, and I am forever altered as a result of Anglin's terror campaign against me.

86. The personality changes that I have experienced are enormous. Where I was once optimistic, bubbly, idealistic and believed in the goodness of humanity. I now feel angry, bitter, am distrusting, do not believe people are inherently good, am generally fearful.

<u>Anglin's Targeting of My Child Magnifies the Pain and Suffering</u>

87. The pain that I have experienced, both physical and emotional, has been magnified by the fear, anxiety, guilt, concern and distress caused by Anglin's targeting of my then 12 year-old child, and the suffering my children and husband have endured.

<u>Future Pain and Suffering</u>

88. Because Anglin elevated me as a target, widely posting my name and picture, made false accusations that instigated his followers, identified me as Jewish and someone for anti-Semites and racists to target, I do not feel safe, and may never feel safe.

89. I believe that the type of people who read Anglin's site, and who spend time in racist echo chambers like *The Daily Stormer*, are dangerous, mentally unstable, and prone to violence. I fear l that I will never feel safe again. Which, I understand, is precisely what Anglin sought in targeting me.

90. The most recent "hate" message that I have received reveals why my fear is not unfounded. Less than three weeks ago I received an email from someone claiming to be "a former US Marine" who said that "I can only say GOD BLESS to any man in this world who kills a Jew….".

*Tanya Gersh* (signature)

STATE OF MONTANA

COUNTY OF FLATHEAD

This instrument was signed or acknowledged before me on 6/21/2019 by Tanya Gersh.

_____
Signature of Notary Public

CARA FRAZIER
NOTARY PUBLIC for the
State of Montana
Residing at Kalispell, Montana
My Commission Expires
November 18, 2020

[Affix seal/stamp]

# Pure Real Estate LLC
## Transaction Net Report
### Agent: 030 - Gersh, Tanya (Whitefish)

**Closed Transactions - (12/16/2016 - 12/15/2017)**

| Trans. # | Type | Address | Offer Date | Close Date | % of Side | Sale Sides | Volume | Sale Volume | Commission | Agent Commission | Agent Net | Agt Liab. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Listing Side**

[redacted]

Total # of Listing Sides:

**Selling Side**

[redacted]

Total # of Selling Sides:

Total # of Sides For Closed Transactions - (12/16/2016 - 12/15/2017):

Closed Transactions - (12/16/2016 - 12/15/2017) Totals:

| Sides | Volume | Commission | Agent Net | Agt Liab |
|---|---|---|---|---|

[redacted]

Sides: Listing/Listing Other/Selling/Selling Other
Firm Types: Firm/Conditional
Sorted By: Agent Name
Property Types: RS RESIDENTIAL
  RW Residential Waterfront
  RE Referral
  CO COMMERCIAL
  LW Waterfront Land
  BO Boatslip, Other
  LA Land
  PP Personal Property
  RN RANCH

New Written Transactions: Not Included
Pending Transactions: Not Included
Closed Transactions: Included

Prepared by: Ashley Grassa
May 31, 2019, 02:55:37 PM
Lone Wolf Technologies [8.5.N.1]
brokerWOLF (Version 19.11.00)
Page: 1 of 1
[8.5.N.1]

[8.5.N.1]

# Pure Real Estate LLC
## Transaction Net Report
### Agent: 030 - Gersh, Tanya (Whitefish)

## Closed Transactions - (12/16/2017 - 12/15/2018)

| Trans. # | Type | Address | Offer Date | Close Date | % of Side | Side Sides | Sale Volume | Commission | Agent Agent Net | Agt Liab. |
|---|---|---|---|---|---|---|---|---|---|---|

**Listing Side**

**Selling Side**

Total # of Listing Sides:

Total # of Selling Sides:

Total # of Sides For Closed Transactions - (12/16/2017 - 12/15/2018):

## Closed Transactions - (12/16/2017 - 12/15/2018) Totals:

| | Sides | Volume | Commission | Agent Net | Agt Liab |
|---|---|---|---|---|---|

Sides: Listing/Listing Other/Selling/Selling Other
Firm Types: Firm/Conditional
Sorted By: Agent Name
Property Types: RS RESIDENTIAL
RW Residential Waterfront
RE Referral
CO COMMERCIAL
LW Waterfront Land
BO Boatslip, Other

New Written Transactions: Not Included
Pending Transactions: Not Included
Closed Transactions: Included

LA Land
PP Personal Property
RN RANCH