TIMOTHY C. FOX
Montana Attorney General
JON BENNION
Deputy Attorney General
DALE SCHOWENGERDT
Solicitor General
MATTHEW T. COCHENOUR
HANNAH TOKERUD
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
jonbennion@mt.gov
mcochenour2@mt.gov

COUNSEL FOR INTERVENOR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TANYA GERSH, | Case No. CV 17-50-M-DLC-JCL |
|---|---|
| Plaintiff, | |
| and | **INTERVENOR'S NOTICE OF INTENT TO TAKE DEFENDANT'S DEPOSITION** |
| TIMOTHY C. FOX, in his official capacity as Attorney General of the State of Montana, | |
| Intervenor, | |
| v. | |
| ANDREW ANGLIN, | |
| Defendant. | |

EXHIBIT
1

TO: Defendant and his attorney

Intervenor, Timothy C. Fox, hereby notifies Defendant that Intervenor intends to take Defendant Andrew Anglin's deposition pursuant to Fed. R. Civ. P. 30 and 45.

    Date:       April 30, 2019
    Time:      9:00 a.m.
    Location:  One Liberty Plaza
                  New York, NY 10006

For the convenience of all parties, Intervenor intends to coordinate this deposition with the Plaintiff's deposition of Anglin. Consistent with Plaintiff's notice, Anglin's deposition will commence at 9:00 a.m. at the office of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, before a certified shorthand reporter or other person authorized to administer oaths, and a videographer. This deposition is taken for all purposes permitted by the Federal Rules of Civil Procedure.

If for any reason, this deposition is not concluded on the day listed above, then the deposition will be continued at another time and place, until it is concluded.

Respectfully submitted this 22nd day of April 2019.

        TIMOTHY C. FOX
        Montana Attorney General
        MATTHEW T. COCHENOUR
        PATRICK M. RISKEN
        Assistant Attorneys General
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401

By: _/s/ Matthew T. Cochenour_
      MATTHEW T. COCHENOUR
      Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing document to be emailed and mailed to:

John Morrison
Robert Farris-Olsen
Morrison, Sherwood,
Wilson & Deola, PLLP
401 N. Last Chance Gulch
Helena, MT 59601

David C. Dinielli
Jim Knoepp
Elizabeth Littrell
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Ste 109
Las Vegas, NV 891147

Jay M. Wolman
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CN 06103

Mathew M. Stevenson
Stevenson Law Office
1120 Kensington, Ste B
Missoula, MT 59801

DATED: April 22, 2019

By: _____
Matthew T. Cochenour
Assistant Attorney General