UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | Case No. CV-17-050-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| ANDREW ANGLIN, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant Andrew Anglin shall permanently remove from his website the blog posts encouraging his readers to contact Plaintiff Tanya Gersh and Gersh's family, including all photographs and images of the family and comment boards associated therewith; judgment is entered against Defendant Anglin and in favor of Plaintiff Gersh for compensatory damages in the amount of $4,042,438 and for punitive damages in the amount of $10,000,000.

Dated this 8th day of August, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk