IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>　　　　　　Defendant. | CV 17-50-M-DLC-KLD<br><br>**ORDER** |

　　　Plaintiff moves for the admission of Daniel J. Kramer to practice before this Court in this case with John Morrison to act as local counsel. (Doc. 217.) This case, however, has been closed since the Clerk of Court entered Judgment on August 8, 2019. (Doc. 215.) Plaintiff fails to explain why the admission of additional pro hac counsel is required in this matter.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Daniel J. Kramer pro hac vice is DENIED. Plaintiff may refile her motion showing cause why additional counsel is needed in this case, which has been closed for over one year.

　　　DATED this 12th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge