**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br><br>*Plaintiff*,<br><br>v.<br><br>ANDREW ANGLIN, publisher of<br>the *Daily Stormer*,<br><br>*Defendant*. | Case No.<br>9:17-cv-00050-DLC-KLD |

# ACKNOWLEDGEMENT OF ATTORNEY DANIEL J. KRAMER OF TERMS OF *PRO HAC VICE* ADMISSION

Daniel J. Kramer, a partner of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, files this Acknowledgement of Terms of *Pro Hac Vice* Admission, pursuant to this Court's Order dated August 26, 2020 (the "Order").

The undersigned understands, acknowledges and affirms the terms of his admission set forth in the Order and will comply with them.

In particular, the undersigned will do his own work; do his own writing; sign his own pleadings, motions, and briefs; appear and participate personally; and take steps to register in the Court's electronic filing system.

DATED:  August 28, 2020

/s/ Daniel J. Kramer
Daniel J. Kramer
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
E-mail: dkramer@paulweiss.com