Daniel J. Kramer*
Sara E. Hershman*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       shershman@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
  CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                    Plaintiff,<br><br>    v.<br><br>ANDREW ANGLIN,<br><br>                    Defendant. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**NOTICE OF COMPLIANCE WITH SERVICE REQUIREMENTS OF ORDER** |

On February 9, 2021, this Court issued an order granting subject to certain modifications Plaintiff's Motion to Compel Defendant Andrew Anglin to Respond to Plaintiff's Post-Judgment Discovery Requests ("Order"). (*See* ECF 232 at 1). The Court ordered that counsel for Plaintiff and Judgment Creditor Tanya Gersh "shall be responsible for serving a copy of this order on Anglin and filing proof of service with the Court." (*Id.* at 15.)

Attached hereto as **Exhibit A** is a Certificate of Service attesting to service of a copy of the Order upon Anglin by Federal Express.

Attached hereto as **Exhibit B** are Federal Express receipts submitted as proof that Plaintiff served Anglin with a copy of the Order.

DATED: February 12, 2021

                                            PAUL, WEISS, RIFKIND,
                                            WHARTON & GARRISON LLP

                                            BY: /s/ Sara E. Hershman
                                            Sara E. Hershman*
                                            Daniel J. Kramer*
                                            1285 Avenue of the Americas
                                            New York, NY 10019-6064
                                            Phone: 212-373-3000
                                            Fax: 212-757-3990
                                            Email: shershman@paulweiss.com
                                                                dkramer@paulweiss.com
                                            *Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*