# EXHIBIT A

Daniel J. Kramer*
Sara E. Hershman*
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       shershman@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
  WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
  CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                       *Plaintiff*,<br><br>  v.<br><br>ANDREW ANGLIN,<br><br>                      *Defendant*. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 10, 2021, I caused a copy of this Court's Order, dated February 9, 2021 (ECF 232), to be served via Federal Express upon the following party:

>Andrew Anglin
>6287 High Street, Suite 121
>Worthington, OH 43805

>Andrew Anglin
>915 N. High Street
>Columbus, OH 43201

>Andrew Anglin
>364 West Lane Avenue, Apt. 117
>Columbus, OH 43201-100

>Andrew Anglin
>3827 N. High Street, Suite 121
>Worthington, OH 43085

>Andrew Anglin
>7407 Brandshire Lane, Apt. B
>Dublin, OH 43017-3400

>Andrew Anglin
>979 High Street, Suite 2
>Worthington, OH 43085-4047

Dated: February 12, 2021

By: _____
Sara E. Hershman, Esq.