# Exhibit 3

Daniel J. Kramer*
Sara E. Hershman*
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
      shershman@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
  WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
  CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                              *Plaintiff*,<br><br>          v.<br><br>ANDREW ANGLIN,<br><br>                              *Defendant*. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**NOTICE OF FILING OF AFFIDAVIT OF SARA E. HERSHMAN REGARDING ATTORNEYS' FEES** |

Plaintiff Tanya Gersh by and through her counsel of record, Paul, Weiss, Rifkind, Wharton & Garrison LLP, files this Notice of Filing of Affidavit of Sara E. Hershman Regarding Attorneys' Fees. In accordance with this Court's Order of February 9, 2021 (ECF 232), the undersigned counsel submits an affidavit, attached hereto, detailing known fees and costs associated with Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Post-Judgment Discovery Requests (ECF 228).

Dated this 19th day of February, 2021

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

BY:

Sara E. Hershman*
Daniel J. Kramer*
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: shershman@paulweiss.com
       dkramer@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
 WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

Daniel J. Kramer*
Sara E. Hershman*
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
        shershman@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
   CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
   WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                          *Plaintiff*,<br><br>                  v.<br><br>ANDREW ANGLIN,<br><br>                          *Defendant*. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**AFFIDAVIT OF SARA E. HERSHMAN REGARDING ATTORNEYS' FEES** |

I, Sara E. Hershman, hereby swear and affirm the information contained herein is true and accurate to the best of my knowledge.

1. This affidavit is being submitted in accordance with the Court's Order of February 9, 2021 granting subject to certain modifications Plaintiff's Motion to Compel Defendant Andrew Anglin to Respond to Plaintiff's Post-Judgment Discovery Requests ("Order"). (*See* ECF 232 at 1). The Court ordered that counsel for Plaintiff and Judgment Creditor Tanya Gersh "file an affidavit of counsel that sets forth the reasonable expenses, including attorney fees, that were incurred in the presentation of [Plaintiff's] motion to compel." (*Id.* at 15).

2. Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") has been retained by Plaintiff in connection with the above captioned case.

3. I am an associate at Paul, Weiss. My hourly rate is $980.

4. In preparation for submission of this affidavit, I have reviewed the billing entries for time spent in relation to preparing and filing Plaintiff's Motion to Compel Defendant to Respond to Plaintiff's Post-Judgment Discovery Requests (ECF 228) and Brief in Support (ECF 229) ("Motion to Compel").

5. Attached hereto as Exhibit A is a true and correct copy of time entries which were exported from Paul, Weiss's billing system in spreadsheet form.

6.      The spreadsheet includes only those time entries related to preparing Plaintiff's Motion to Compel.  All unrelated time entries have been redacted.  The spreadsheet does not include time spent during counsels' attempts to meet and confer with the Defendant.

7.      The spreadsheet shows the date the time was billed, the timekeeper's name, the billed amount for the time spent, the number of billable hours, and a descriptive time narrative.

8.      This affidavit excludes time billed by Daniel J. Kramer and other associates and partners at Paul, Weiss, and time billed by Beth Littrell of the Southern Poverty Law Center and John Morrison of Morrison, Sherwood, Wilson & Deola PLLP, for preparing the Motion to Compel.

9.      As shown in the attached spreadsheet, I billed 8.4 hours.

10.     Accordingly, the attorneys' fees involved in bringing the Motion to Compel totaled $8,232.00.

3

DATED this 19th day of February, 2021

**PAUL, WEISS, RIFKIND,
    WHARTON & GARRISON LLP**

BY:

Sara E. Hershman*
Daniel J. Kramer*
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: shershman@paulweiss.com
        dkramer@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
    WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

4

# Exhibit A

Run Date & Time: 02/19/21 12:27:11       Work Date From : 09/01/20 Thru : 01/31/21

Client: 095544 Southern Poverty Law Center       Resp Prtnrs: DJK       Proforma:       (00077)
Matter: 00001 Southern Poverty Law Center - Tanya Gersh     Bill Frq: T   Class: 9999 Status: NB

| | A L L  T I M E | | | | ----- Input since 01/01/2021 ---- | -------------------- | | All Time ---------------------- | |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp Id | Employee Name | Off | Dp | Group | Hours | Amount | Oldest | Latest | Hours | Amount |
| 07431 | Hershman, Sara | | NY | Lit | ASSOCIATE | ███ | ████ | ████ | ████ | ███ | ████ |
| | | ███ | | | ███ | ████ | | | ███ | ████ |
| ███████ | █ | ██████ | | | ██████ | ██████ | | ██████ | ██████ | ██████ |

Client: 095544 Southern Poverty Law Center
  Matter: 00001 Southern Poverty Law Center - Tanya Gersh

Case 9:17-cv-00050-DLC-KLD   Document 238-41   Filed 04/21/21   Page 13 of 42

PAUL WEISS RIFKIND WHARTON GARRISON LLP

Work Date From : 09/01/20 Thru : 01/31/21

Client: 095544 Southern Poverty Law Center            Resp Prtnrs: DJK            Proforma:                    (00077)
Matter: 00001 Southern Poverty Law Center - Tanya Gersh       Bill Frq: T    Class: 9999 Status: NB

### A L L   T I M E   S U M M A R Y

| Employee Name | Off | Dp | Position | Oldest Entry | Latest Entry | Hours |
|---|---|---|---|---|---|---|
| Hershman, Sara | | NY Lit | ASSOCIATE | ██████ | ██████ | ██ |
| | ██████ | | | | ██████ | ██ |

### A L L   T I M E   D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| ████████ ████ | ██ | ████ | ██████ | ██████████████ | ██ |
| | | | | 12/02/20 Review and prepare papers for filing. | 1.00 |
| | | | | 12/03/20 Review revised papers for filing and discuss with M. Triana; review motion to compel papers. | 2.70 |
| | | | | 12/04/20 Review motion to compel and accompanying papers and prepare for filing. | 1.50 |
| | | | | 12/08/20 Review motion to compel papers and discuss with E. Strong about same. | 1.20 |
| | | | | 12/09/20 Communicate with team and co-counsel regarding next steps. | 0.80 |

Client: 095544 Southern Poverty Law Center
 Matter: 00001 Southern Poverty Law Center - Tanya Gersh

Case 9:17-cv-00050-DLC-KLD Document 284-1 Filed 04/21/21 Page 14 of 42

Run Date & Time: 02/19/21 12:27:11       Work Date From : 09/01/20 Thru : 01/31/21

Client: 095544 Southern Poverty Law Center      Resp Prtnrs: DJK       Proforma:        (00077)
Matter: 00001 Southern Poverty Law Center - Tanya Gersh      Bill Frq: T    Class: 9999 Status: NB

A L L    T I M E    D E T A I L

| Employee Name | Dept | Position | Work Date | Description | Hours |
|---|---|---|---|---|---|
| ██████████ | ██ | ██████ | ████████████████████████ | | ██ |
| | | | █████████████ | | ██ |
| | | | ███████████████████ | | |
| | | | ██████████████████ | | |
| | | | ████████████████ | | |
| | | | ████████████████ | | ██ |
| | | | ██████████████████ | | |
| | | | ███████████████████ | | |
| | | | ███████████████ | | |
| | | | 12/21/20 | Prepare materials for service on Anglin; communicate with team regarding service procedures. | 2.00 |
| | | | ██████████████████ | | ██ |
| | | | █████████ | | |
| | | | ██ | | ██ |
| | | | ████████ | | ██ |

Client: 095544 Southern Poverty Law Center
  Matter: 00001 Southern Poverty Law Center - Tanya Gersh