# Exhibit 4

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, February 10, 2021 9:34 AM
**To:** Woods, Samantha
**Subject:** FedEx Shipment 783574183011: Your package has been delivered




# Hi. Your package was delivered Wed, 02/10/2021 at 9:28am.



Delivered to 3827 N HIGH ST, Worthington, OH 43085

**OBTAIN PROOF OF DELIVERY**

## Personal Message

PSShip eMail Notification

**TRACKING NUMBER** 783574183011

| | |
|---|---|
| **FROM** | Paul Weiss LLP<br>1285 Avenue of the Americas<br>New York, NY, US, 10019 |
| **TO** | Andrew Anglin<br>3827 N. High Street, suite 121<br>Worthington, OH, US, 43085 |
| **REFERENCE** | 095544.0000172278 |
| **SHIPPER REFERENCE** | 095544.0000172278 |
| **SHIP DATE** | Tue 2/09/2021 07:11 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | New York, NY, US, 10019 |
| **DESTINATION** | Worthington, OH, US, 43085 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



TRACK ANOTHER SHIPMENT

783574183011




ADD NICKNAME

# Delivered
# Wednesday, February 10, 2021 at 9:28 am



**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| New York, NY US | Worthington, OH US |

## Travel History

**TIME ZONE**
Local Scan Time

**Tuesday, February 16, 2021**

| | | |
|---|---|---|
| 7:23 PM | COLUMBUS, OH | Returning package to shipper<br>Return tracking number 920385573632 |
| 8:48 AM | COLUMBUS, OH | Delivery exception<br>Incorrect address - Recipient moved |
| 8:40 AM | COLUMBUS, OH | At local FedEx facility |

**Monday, February 15, 2021**

| | | |
|---|---|---|
| 3:30 PM | COLUMBUS, OH | At local FedEx facility |
| 10:14 AM | COLUMBUS, OH | Delivery exception<br>Retrieved shipment |

**Wednesday, February 10, 2021**

| | | |
|---|---|---|
| 9:28 AM | Worthington, OH | Delivered<br>Left at side door. Package delivered to recipient address - release authorized |
| 8:23 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 7:45 AM | COLUMBUS, OH | At local FedEx facility |
| 6:18 AM | COLUMBUS, OH | At destination sort facility |

| | | |
|---|---|---|
| 4:07 AM | MEMPHIS, TN | Departed FedEx location |

Tuesday, February 9, 2021

| | | |
|---|---|---|
| 11:28 PM | MEMPHIS, TN | Arrived at FedEx location |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:20 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:11 PM | NEW YORK, NY | Picked up |
| 5:02 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
783574183011

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
095544.0000172278

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**SHIP DATE**
2/9/21

**STANDARD TRANSIT**
2/10/21 by 12:00 pm

**ACTUAL DELIVERY**
2/10/21 at 9:28 am



TRACK ANOTHER SHIPMENT

783574284157  

ADD NICKNAME

# Delivered
# Wednesday, February 10, 2021 at 9:55 am



**DELIVERED**

Signature not required

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

**FROM**

New York, NY US

**TO**

Dublin, OH US

## Travel History

**TIME ZONE**
Local Scan Time

Tuesday, April 13, 2021

| | | |
|---|---|---|
| 12:34 PM | COLUMBUS, OH | Returning package to shipper<br>Return tracking number 975268438926 |

Saturday, April 10, 2021

| | | |
|---|---|---|
| 4:28 PM | COLUMBUS, OH | At local FedEx facility |

Friday, April 9, 2021

| | | |
|---|---|---|
| 9:21 PM | COLUMBUS, OH | At local FedEx facility |

Thursday, April 8, 2021

| | | |
|---|---|---|
| 8:15 PM | COLUMBUS, OH | At local FedEx facility |

Wednesday, April 7, 2021

| | | |
|---|---|---|
| 8:33 PM | COLUMBUS, OH | At local FedEx facility |

Tuesday, April 6, 2021

| | | |
|---|---|---|
| 8:37 PM | COLUMBUS, OH | At local FedEx facility |

Monday, April 5, 2021

| | | |
|---|---|---|
| 10:43 PM | COLUMBUS, OH | At local FedEx facility |

Saturday, April 3, 2021

| | | |
|---|---|---|
| 4:18 PM | COLUMBUS, OH | At local FedEx facility |

Friday, April 2, 2021

| | | |
|---|---|---|
| 12:37 PM | COLUMBUS, OH | At local FedEx facility |

Thursday, April 1, 2021

| | | |
|---|---|---|
| 4:45 PM | COLUMBUS, OH | At local FedEx facility |

Wednesday, February 10, 2021

| | | |
|---|---|---|
| 9:55 AM | Dublin, OH | Delivered<br>Left at front door. Package delivered to recipient address - release authorized |
| 8:25 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 7:45 AM | COLUMBUS, OH | At local FedEx facility |
| 6:18 AM | COLUMBUS, OH | At destination sort facility |
| 4:07 AM | MEMPHIS, TN | Departed FedEx location |

Tuesday, February 9, 2021

| | | |
|---|---|---|
| 11:28 PM | MEMPHIS, TN | Arrived at FedEx location |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:20 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:11 PM | NEW YORK, NY | Picked up |
| 5:04 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
783574284157

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
095544.0000172278

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**SHIP DATE**
2/9/21

**STANDARD TRANSIT**
2/10/21 by 12:00 pm

**ACTUAL DELIVERY**
2/10/21 at 9:55 am

Case 9:17-cv-00050-DLC-KLD Document 236-5 Filed 04/21/21 Page 8 of 13



TRACK ANOTHER SHIPMENT

783572053403  

ADD NICKNAME



Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.



No scheduled delivery date available at this time.

# Scheduled delivery:
# Pending



**DELIVERY EXCEPTION**
COLUMBUS, OH

GET STATUS UPDATES

| FROM | TO |
| --- | --- |
| New York, NY US | COLUMBUS, OH US |

MANAGE DELIVERY

## Travel History

**TIME ZONE**
Local Scan Time



Wednesday, February 17, 2021

| | | |
| --- | --- | --- |
| 1:55 PM | COLUMBUS, OH | Returning package to shipper<br>Return tracking number 920385574411 |

Tuesday, February 16, 2021

| | | |
| --- | --- | --- |
| 9:58 PM | COLUMBUS, OH | At local FedEx facility |

Monday, February 15, 2021

| | | |
| --- | --- | --- |
| 8:14 PM | COLUMBUS, OH | At local FedEx facility |

Saturday, February 13, 2021

| | | |
|---|---|---|
| 5:04 PM | COLUMBUS, OH | At local FedEx facility |
| 10:00 AM | COLUMBUS, OH | Delivery exception<br>Business closed - No delivery attempt |

Friday, February 12, 2021

| | | |
|---|---|---|
| 9:02 PM | COLUMBUS, OH | At local FedEx facility |

Thursday, February 11, 2021

| | | |
|---|---|---|
| 8:55 PM | COLUMBUS, OH | At local FedEx facility |

Wednesday, February 10, 2021

| | | |
|---|---|---|
| 7:54 PM | COLUMBUS, OH | At local FedEx facility |
| 11:47 AM | COLUMBUS, OH | Delivery exception<br>Incorrect address |
| 8:21 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 7:57 AM | COLUMBUS, OH | At local FedEx facility |
| 6:18 AM | COLUMBUS, OH | At destination sort facility |
| 4:07 AM | MEMPHIS, TN | Departed FedEx location |

Tuesday, February 9, 2021

| | | |
|---|---|---|
| 11:28 PM | MEMPHIS, TN | Arrived at FedEx location |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:20 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:11 PM | NEW YORK, NY | Picked up |
| 3:02 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
783572053403

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
095544.0000172278

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**SHIP DATE**
2/9/21

**STANDARD TRANSIT**
2/10/21 by 10:30 am

**SCHEDULED DELIVERY**
Pending



TRACK ANOTHER SHIPMENT

783572093613  

ADD NICKNAME



Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.



No scheduled delivery date available at this time.

Scheduled delivery:
Pending



**DELIVERY EXCEPTION**
COLUMBUS, OH

GET STATUS UPDATES

Want to know when your package will arrive?
See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

| FROM | TO |
| --- | --- |
| New York, NY US | COLUMBUS, OH US |

MANAGE DELIVERY

## Travel History

**TIME ZONE**
Local Scan Time

Wednesday, February 17, 2021

| | | |
| --- | --- | --- |
| 1:51 PM | COLUMBUS, OH | Returning package to shipper<br>Return tracking number 920385574374 |

Tuesday, February 16, 2021

| | | |
| --- | --- | --- |
| 9:58 PM | COLUMBUS, OH | At local FedEx facility |

Monday, February 15, 2021

| | | |
|---|---|---|
| 8:14 PM | COLUMBUS, OH | At local FedEx facility |

Saturday, February 13, 2021

| | | |
|---|---|---|
| 5:04 PM | COLUMBUS, OH | At local FedEx facility |
| 10:02 AM | COLUMBUS, OH | Delivery exception<br>Business closed - No delivery attempt |

Friday, February 12, 2021

| | | |
|---|---|---|
| 9:02 PM | COLUMBUS, OH | At local FedEx facility |

Thursday, February 11, 2021

| | | |
|---|---|---|
| 8:55 PM | COLUMBUS, OH | At local FedEx facility |

Wednesday, February 10, 2021

| | | |
|---|---|---|
| 7:54 PM | COLUMBUS, OH | At local FedEx facility |
| 12:44 PM | COLUMBUS, OH | Delivery exception<br>Incorrect address - Recipient moved |
| 8:26 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 7:45 AM | COLUMBUS, OH | At local FedEx facility |
| 6:18 AM | COLUMBUS, OH | At destination sort facility |
| 4:07 AM | MEMPHIS, TN | Departed FedEx location |

Tuesday, February 9, 2021

| | | |
|---|---|---|
| 11:28 PM | MEMPHIS, TN | Arrived at FedEx location |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:20 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:11 PM | NEW YORK, NY | Picked up |
| 3:03 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
783572093613

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
095544.0000172278

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, No Signature Required

**SHIP DATE**
2/9/21

**STANDARD TRANSIT**
2/10/21 by 10:30 am

**SCHEDULED DELIVERY**
Pending



TRACK ANOTHER SHIPMENT

783571974042









Unable to deliver shipment, returned to shipper
Recommended action: No action is required. The package is being returned to the shipper.



No scheduled delivery date available at this time.

# Scheduled delivery:
# Pending



**DELIVERY EXCEPTION**

COLUMBUS, OH

GET STATUS UPDATES

Want to know when your package will arrive?

See your estimated delivery time with FedEx Delivery Manager. Sign up or Log in

| FROM | TO |
|---|---|
| New York, NY US | COLUMBUS, OH US |

MANAGE DELIVERY

DELIVERY INSTRUCTIONS

VACATION HOLD

## Travel History

**TIME ZONE**
Local Scan Time

Wednesday, February 17, 2021

| | | |
|---|---|---|
| 2:03 PM | COLUMBUS, OH | Returning package to shipper<br>Return tracking number 920385574400 |

Tuesday, February 16, 2021

| | | |
|---|---|---|
| 9:58 PM | COLUMBUS, OH | At local FedEx facility |

Monday, February 15, 2021

| | | |
|---|---|---|
| 8:14 PM | COLUMBUS, OH | At local FedEx facility |

Saturday, February 13, 2021

| | | |
|---|---|---|
| 5:04 PM | COLUMBUS, OH | At local FedEx facility |
| 10:00 AM | COLUMBUS, OH | Delivery exception<br>Business closed - No delivery attempt |

Friday, February 12, 2021

| | | |
|---|---|---|
| 9:02 PM | COLUMBUS, OH | At local FedEx facility |

Thursday, February 11, 2021

| | | |
|---|---|---|
| 8:55 PM | COLUMBUS, OH | At local FedEx facility |

Wednesday, February 10, 2021

| | | |
|---|---|---|
| 7:54 PM | COLUMBUS, OH | At local FedEx facility |
| 2:06 PM | COLUMBUS, OH | Delivery exception<br>Incorrect address |
| 8:30 AM | COLUMBUS, OH | On FedEx vehicle for delivery |
| 8:03 AM | COLUMBUS, OH | At local FedEx facility |
| 6:18 AM | COLUMBUS, OH | At destination sort facility |
| 4:07 AM | MEMPHIS, TN | Departed FedEx location |

Tuesday, February 9, 2021

| | | |
|---|---|---|
| 11:28 PM | MEMPHIS, TN | Arrived at FedEx location |
| 9:46 PM | NEWARK, NJ | Departed FedEx location |
| 8:47 PM | NEWARK, NJ | Arrived at FedEx location |
| 8:20 PM | NEW YORK, NY | Left FedEx origin facility |
| 7:11 PM | NEW YORK, NY | Picked up |
| 3:01 PM | | Shipment information sent to FedEx |

## Shipment Facts

**TRACKING NUMBER**
783571974042

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
095544.0000172278

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery

**SHIP DATE**
2/9/21

**STANDARD TRANSIT**
2/10/21 by 10:30 am

**SCHEDULED DELIVERY**
Pending