John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: (406) 442-3261
Fax: (406) 443-7294
john@mswdlaw.com
rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Elizabeth Littrell*
SOUTHERN POVERTY LAW
CENTER
400 Washington Avenue
Montgomery, AL 36104
Phone: (334) 956-8200
Fax: (334) 956-8481
beth.littrell@splcenter.org
*Attorney for Plaintiff Tanya Gersh*

*Admitted *Pro Hac Vice*

Daniel J. Kramer*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: (212) 373-3000
Fax: (212) 757-3990
E-mail: dkramer@paulweiss.com
*Attorney for Plaintiff Tanya Gersh*

**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br><br>                                *Plaintiff,*<br>v.<br><br>ANDREW ANGLIN, publisher of<br>the *Daily Stormer*,<br><br>                                *Defendant.* | Case No.<br>9:17-cv-00050-DLC-KLD |

## **DECLARATION OF ROBERT N. KRAVITZ**

I, Robert N. Kravitz, under oath to this Court, declare:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and one of Plaintiff's counsel in this action.

2. I do not reside and am not regularly employed in Montana.

3. My office address, email, telephone, and fax contact information are as follows:

> Robert N. Kravitz
> PAUL, WEISS, RIFKIND,
>  WHARTON & GARRISON LLP
> 1285 Avenue of the Americas
> New York, NY 10019
> Phone: (212) 373-3000
> Fax: (212) 757-3990
> E-mail: rkravitz@paulweiss.com

4. I have made arrangements to pay the admission fee simultaneously with the filing of this application.

5. I am proficient in electronic filing in the federal courts in which I regularly practice.

2

6. I am admitted in good standing and eligible to practice in the following courts:

| Court | Date of Admission |
|---|---|
| State of Massachusetts | January 13, 1989 |
| State of New York | January 24, 1989 |
| United States District Court for the Southern District of New York | August 15, 1989 |
| United States District Court for the Eastern District of New York | August 30, 1989 |
| United States Court of Appeals for the Third Circuit | September 8, 1998 |
| United States Court of Appeals for the Second Circuit | May 28, 1999 |
| United States Court of Appeals for the Eleventh Circuit | August 18, 2009 |
| United States Supreme Court | June 2, 2014 |
| State of New Jersey | December 2, 2014 |
| United States District Court for the District of New Jersey | December 26, 2019 |

7. I am not currently suspended or disbarred in any other court.

8. I have never been held in contempt or otherwise disciplined by any court for disobedience of its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d), or (f) equivalents.

9. I submit this declaration to accompany the motion made pursuant to the Court's order inviting my co-counsel, Daniel J. Kramer, to "move for the admission *pro hac vice* of one (1) associate of his firm," (ECF No. 222), and to appear as counsel of record in substitution for Sara E. Hershman, whose admission

3

*pro hac vice* this Court granted on September 14, 2020. (ECF No. 226.)

10. I understand that *pro hac vice* admission to this Court is personal to me only, is not an admission of my law firm, and that I will be held fully accountable for the conduct of the litigation in this Court.

11. I certify that I will be bound by the Rules of Professional Conduct in my practice of law in this State and will be subject to the disciplinary authority of this State, and have therefore complied with Montana Rule of Professional Conduct 8.5.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July /8 2021

_____
Robert N. Kravitz

4