IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | CV 17-50-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | |
| Defendant. | |

On October 25, 2021, Plaintiff Tanya Gersh filed a Motion for Expedited Status Conference. (Doc. 242). In light of the Findings & Recommendation entered earlier today (Doc. 243) addressing Plaintiff's Motion for Contempt (Doc. 235),

IT IS ORDERED that Plaintiff's Motion for Expedited Status Conference (Doc. 242) is DENIED AS MOOT.

Dated this 1st day of November, 2021

_____
Kathleen L. DeSoto
United States Magistrate Judge