Daniel J. Kramer*
Robert N. Kravitz*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
         rkravitz@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Elizabeth Littrell*
SOUTHERN POVERTY LAW
  CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                  *Plaintiff*,<br><br>    v.<br><br>ANDREW ANGLIN,<br><br>                  *Defendant*. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR SERVICE OF POST-JUDGMENT DISCOVERY REQUESTS** |

PLEASE TAKE NOTICE: On November 1, 2021, this Court entered Findings and a Recommendation that Plaintiff's motion to hold Defendant Andrew Anglin in Contempt of the Court's February 9, 2021 Order and to Enforce Discovery Pursuant to that Order be denied, on the ground that the service of papers on Defendant by Federal Express did not comply with Rule 5(b) of the Federal Rules of Civil Procedure 5(b). Findings and Recommendation (Dkt. 243). The Court stated that, if Plaintiff still intended to pursue post-judgment discovery, Plaintiff "must begin by serving her post-judgment discovery requests in compliance with Rule 5(b) and providing proof of service to the Court." (*Id.* at 13).

Plaintiff hereby notifies the Court that, through counsel, she has served her post-judgment interrogatories and requests for documents (the "Discovery Requests") (attached hereto as **Exhibit E** and **Exhibit F**) on Defendant by mailing them to him at his last-known addresses by U.S. Mail, in accordance with Rule 5(b), on November 11, 2021.

Attached hereto as **Exhibit A** is a Certificate of Service certifying that the Discovery Requests were mailed to Defendant at his last known addresses by U.S. Mail, by both regular delivery and by certified mail, return receipt requested.

Attached hereto as **Exhibit B** are U.S. Postal Service receipts showing that the Discovery Requests were mailed to Anglin at his last known addresses by regular mail.

Attached hereto as **Exhibit C** are U.S. Postal Service receipts showing that the Discovery Requests were mailed to Anglin at his last known addresses by certified mail, return receipt requested.

Attached hereto as **Exhibit D** is a U.S. Postal Service confirmation showing that the Discovery Requests were delivered to Anglin at a parcel locked in Columbus, Ohio on November 26, 2021.

Attached hereto as **Exhibit E** is a copy of Plaintiff's Second Set of Interrogatories.

Attached hereto as **Exhibit F** is a copy of Plaintiff's Second Set of Requests for Documents.

DATED:  December 8, 2021

**PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP**

BY:

  /s/ Daniel J. Kramer
Daniel J. Kramer*
Robert N. Kravitz*
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email:  dkramer@paulweiss.com
            rkravitz@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email:  john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*


Elizabeth Littrell*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email:  beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*