Daniel J. Kramer*
Robert N. Kravitz*
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
        rkravitz@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW
CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
  WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| TANYA GERSH,<br><br>                          *Plaintiff*,<br>v.<br><br>ANDREW ANGLIN,<br><br>                          *Defendant*. | Case No.  9:17-cv-00050-DLC-KLD<br><br>**PLAINTIFF'S MOTION TO HOLD DEFENDANT ANDREW ANGLIN IN CONTEMPT OF THIS COURT'S FEBRUARY 7, 2022 ORDER AND TO ENFORCE DISCOVERY PURSUANT TO THAT ORDER** |

Upon the accompanying Declaration of Robert N. Kravitz and all of the proceedings had herein, Plaintiff Tanya Gersh, by her undersigned counsel, hereby moves this honorable Court for an order holding Defendant Andrew Anglin in contempt of this Court's February 7, 2022 order and to enforce discovery pursuant to that order, and to issue such sanctions as the Court deems just and proper, for Anglin's failure to respond to Plaintiff's post-judgment discovery requests in violation of this Court's February 7, 2022 order, pursuant to Rule 37 of the Federal Rules of Civil Procedure and this Court's inherent contempt power.  A proposed order and memorandum in support of this motion have also been filed.

DATED  March 25, 2022

        **PAUL, WEISS, RIFKIND,**
         **WHARTON & GARRISON LLP**

        BY:

        /s/Daniel J. Kramer
        Daniel J. Kramer*
        Robert N. Kravitz*
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Phone: 212-373-3000
        Fax: 212-757-3990
        Email:  dkramer@paulweiss.com
                rkravitz@paulweiss.com
        *Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
 WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email:   john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Beth Littrell*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed with the clerk of court for the United States District Court of Montana through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record.

I further certify that on this date I caused a copy of the foregoing document to be served via U.S. Mail upon the following party:

Andrew Anglin
6827 High Street, Suite 121
Worthington, OH 43805

Andrew Anglin
915 N. High Street
Columbus, OH 43201

Andrew Anglin
364 West Lane Avenue, Apt. 117
Columbus, OH 43201-100

Andrew Anglin
3827 High Street, Suite 121
Worthington, OH 43805

Andrew Anglin
7407 Brandshire Lane, Apt. B
Dublin, OH 43017-3400

Andrew Anglin
979 High Street, Suite 2
Worthington, OH 43805-4047

DATED:    March 25, 2022

                                              <u>/s/Daniel J. Kramer               </u>
                                              Attorney for Plaintiff Tanya Gersh
                                              on behalf of all Attorneys for Plaintiff