Daniel J. Kramer*
Robert N. Kravitz*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
        rkravitz@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*

Elizabeth Littrell*
SOUTHERN POVERTY LAW
  CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>                    *Plaintiff*,<br><br>      v.<br><br>ANDREW ANGLIN,<br><br>                    *Defendant*. | Case No. 9:17-cv-00050-DLC-KLD<br><br>**NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR SERVICE OF ORDER GRANTING MOTION TO HOLD ANGLIN IN CONTEMPT** |

**PLEASE TAKE NOTICE**: On May 11, 2022, this Court entered an order (the "Order") granting Plaintiff's motion to hold Defendant Andrew Anglin in civil contempt for failing to respond to Plaintiff's post-judgment discovery requests. (Dkt. 254 at 14–15).

In the Order, the Court directed that "Gersh's counsel shall serve a copy of this Findings & Recommendation on Anglin in accordance with Fed R. Civ. P. at each of the addresses set forth in Gersh's prior proof of service (Doc. 250) and shall file proof of such service with the Court." (Dkt. 249 at 13).

Counsel for Plaintiff Tanya Gersh herby certifies that he has served the Order (attached hereto as **Exhibit A**) on Defendant by mailing copies to Defendant at his last-known addresses by U.S. Mail, in accordance with Rule 5(b), on May 16, 2022.

Attached hereto as **Exhibit B** is a Certificate of Service certifying that the Order was mailed to Defendant at his last known addresses by U.S. Mail, by both regular delivery and by certified mail, return receipt requested.

Attached hereto as **Exhibit C** are U.S. Postal Service receipts showing that the Order was mailed to Anglin at his last known addresses by regular mail.

Attached hereto as **Exhibit D** are U.S. Postal Service receipts showing that the Order was mailed to Anglin at his last known addresses by certified mail, return receipt requested.

DATED: May 16, 2022

                    **PAUL, WEISS, RIFKIND,**
                        **WHARTON & GARRISON LLP**

BY:

  */s/ Daniel J. Kramer*
Daniel J. Kramer*
Robert N. Kravitz*
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       rkravitz@paulweiss.com
*Counsel for Plaintiff Tanya Gersh*

John Morrison
MORRISON, SHERWOOD,
WILSON & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: 406-442-3261
Fax: 406-443-7294
Email: john@mswdlaw.com
*Counsel for Plaintiff Tanya Gersh*


Beth Littrell*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, GA 30030
Phone: 404-221-5876
Fax: 404-221-5857
Email: beth.littrell@splcenter.org
*Counsel for Plaintiff Tanya Gersh*

*Admitted *pro hac vice*