# Exhibit C

# REQUEST TO SEND



*ABSHCECL3P*

| **Sender Details** | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | Avery B Smith/PaulWeiss  (54999) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| **Recipient Details** | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 6287 High Street |
| | Suite 121 |
| Attention: | |
| City: | Worthington |
| State/Province: | OH |
| Postal Code: | 43805 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| **Billing** | |
|---|---|
| | ○ Personal Charge   ● Charge to Matter |
| Client / Matter: | 095544 00001 |
| | Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

- Please attach a printed copy of this form to your envelope(s) or package(s).
- If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.
- Address envelope to the "Mail Room"
- Drop into any Outbox on your floor.

# REQUEST TO SEND



*ABSHCECL53*

| Sender Details | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | 54999  (Unknown Sender) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| Recipient Details | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 915 N. High Street |
| Attention: | |
| City: | Columbus |
| State/Province: | OH |
| Postal Code: | 43201 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| Billing | |
|---|---|
| | ○ Personal Charge    ● Charge to Matter |
| Client / Matter: | 095544 00001<br>Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

- Please attach a printed copy of this form to your envelope(s) or package(s).
- If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.
- Address envelope to the "Mail Room"
- Drop into any Outbox on your floor.

# REQUEST TO SEND



*ABSHCECL6J*

| Sender Details | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | Avery B Smith/PaulWeiss  (54999) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| Recipient Details | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 364 West Lane Avenue |
| | Apt. 117 |
| Attention: | |
| City: | Columbus |
| State/Province: | OH |
| Postal Code: | 43201-100 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| Billing | |
|---|---|
| | ☐ Personal Charge   ● Charge to Matter |
| Client / Matter: | 095544 00001 |
| | Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

- Please attach a printed copy of this form to your envelope(s) or package(s).
- If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.
- Address envelope to the "Mail Room"
- Drop into any Outbox on your floor.

# REQUEST TO SEND



*ABSHCECL9N*

| **Sender Details** | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | Avery B Smith/PaulWeiss  (54999) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| **Recipient Details** | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 3827 N. High Street |
| | Suite 121 |
| Attention: | |
| City: | Worthington |
| State/Province: | OH |
| Postal Code: | 43085 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| **Billing** | |
|---|---|
| | ☐ Personal Charge     ● Charge to Matter |
| Client / Matter: | 095544 00001 |
| | Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

- Please attach a printed copy of this form to your envelope(s) or package(s).
- If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.
- Address envelope to the "Mail Room"
- Drop into any Outbox on your floor.

# REQUEST TO SEND



*ABSHCECLAP*

| Sender Details | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | Avery B Smith/PaulWeiss  (54999) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| Recipient Details | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 7407 Brandshire Lane |
| | Apt. B |
| Attention: | |
| City: | Dublin |
| State/Province: | OH |
| Postal Code: | 43017-3400 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| Billing | |
|---|---|
| | ☐ Personal Charge    ● Charge to Matter |
| Client / Matter: | 095544 00001 |
| | Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

- Please attach a printed copy of this form to your envelope(s) or package(s).
- If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.
- Address envelope to the "Mail Room"
- Drop into any Outbox on your floor.

# REQUEST TO SEND



*ABSHCECLBL*

| Sender Details | |
|---|---|
| Requested By: | Avery B Smith |
| Date: | 05/12/2022 |
| Sender: | 54999  (Unknown Sender) |
| Service Class: | Priority Mail |
| Options: | ☐ Registered |

| Recipient Details | |
|---|---|
| Send To: | Andrew Anglin |
| Address: | 979 High Street |
| | Suite 2 |
| Attention: | |
| City: | Worthington |
| State/Province: | OH |
| Postal Code: | 43085-4047 |
| Country: | United States of America |
| Phone: | 2123732980  x |

| Billing | |
|---|---|
| | ○ Personal Charge   ● Charge to Matter |
| Client / Matter: | 095544 00001 |
| | Southern Poverty Law Center - Tanya Gersh |

**INSTRUCTIONS**

■ Please attach a printed copy of this form to your envelope(s) or package(s).
■ If sending smaller envelopes, place this form and all envelopes inside an Inter-Department Delivery envelope.

■ Address envelope to the "Mail Room"
■ Drop into any Outbox on your floor.