AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
MORGAN J. VARTY
  *Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
morgan.varty@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: (406) 384-7990
emily@joneslawmt.com

*Counsel for Intervenor*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>*Plaintiff,*<br><br>AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AT ATTORNEY GENERAL FOR THE STATE OF MONTANA,<br><br>*Intervenor*<br>V.<br><br>ANDREW ANGLIN,<br><br>*Defendant.* | Case No. CV 17-50-M-DLC-JCL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

    Please take notice that Emily Jones, Special Assistant Attorney General and Morgan J. Varty, Assistant Attorney General are

NOTICE OF SUBSTITUTION OF COUNSEL | 1

substituted as counsel of record for Intervenor State of Montana in place of Hannah Tokerud and John Bennion as Ms. Tokerud and Mr. Bennion are no longer affiliated with the Montana Attorney General's Office. *See* D. Mont. L.R. 83.3.

DATED this 26th day of July, 2022.

>Austin Knudsen
>Montana Attorney General
>
>DAVID M.S. DEWHIRST
>  *Solicitor General*
>
>*/s/Morgan J. Varty*
>MORGAN J. VARTY
>  *Assistant Attorney General*
>MONTANA DEPARTMENT OF JUSTICE
>P.O. Box 201401
>Helena, MT 59620-1401
>morgan.varty@mt.gov
>
>EMILY JONES
>  *Special Assistant Attorney General*
>Jones Law Firm, PLLC
>115 N. Broadway, Suite 410
>Billings, MT 59101
>Phone: (406) 384-7990
>emily@joneslawmt.com
>
>*Counsel for Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: July 26, 2022                             */s/ Morgan J. Varty*
                                                 Morgan J. Varty
                                                 *Assistant Attorney General*