IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, | CV 17–50–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW ANGLIN, publisher of the *Daily Stormer*, | |
| Defendant. | |

IT IS ORDERED that within five business days of the date of this Order, Gersh's counsel shall serve a copy of this Court's Order (Doc. 258), granting Gersh's Motion for Contempt (Doc. 252) and adopting Judge DeSoto's Findings and Recommendations (Doc. 254), on Anglin in accordance with Fed. R. Civ. P. 5(b) at each of the addresses set forth in Gersh's prior proof of service (Doc. 250) and shall file proof of such service with the Court.

DATED this 28th day of September, 2022.

Dana L. Christensen, District Judge
United States District Court