AUSTIN KNUDSEN
Montana Attorney General
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
morgan.varty@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: (406) 384-7990
emily@joneslawmt.com

*Counsel for Intervenor*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, *Plaintiff,* AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AT ATTORNEY GENERAL FOR THE STATE OF MONTANA, *Intervenor* v. ANDREW ANGLIN, *Defendant.* | Case No. CV 17-50-M-DLC-JCL **NOTICE OF WITHDRAWAL OF COUNSEL** |

Please take notice that Morgan J. Varty, Assistant Attorney General, withdraws as counsel for Intervenor State of Montana. Emily Jones remains counsel of record for Intervenor State of Montana.

DATED this 4th day of November, 2022.

                            Austin Knudsen
                            Montana Attorney General

                            */s/Morgan J. Varty*
                            MORGAN J. VARTY
                             *Assistant Attorney General*
                            MONTANA DEPARTMENT OF JUSTICE
                            P.O. Box 201401
                            Helena, MT 59620-1401
                            morgan.varty@mt.gov

                            *Counsel for Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: November 4, 2022 /s/ Morgan J. Varty
Morgan J. Varty
*Assistant Attorney General*