# United States District Court

### DISTRICT OF MONTANA, MISSOULA DIVISION

TANYA GERSH                                  **BENCH WARRANT FOR ARREST**

        v.                                          **CASE NUMBER: CV-17-050- M-DLC**

**ANDREW ANGLIN,** *publisher of the Daily Stormer*

TO:     UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

---

YOU ARE HEREBY COMMANDED to arrest and take into custody ANDREW ANGLIN for failure to comply with the Court's order dated 9/28/22, and to bring him before the Court as promptly as he can be located and transported to Missoula, Montana.

**Assigned to: Dana L. Christensen**

**Name of Issuing Officer: Sarah Nagy, Deputy Clerk**

*Sarah Nagy*
**Signature of Issuing Officer**

November 9, 2022
Missoula, MT

*Dana L. Christensen*
**By Dana L. Christensen**
**Name of Judicial Officer**

**BAIL FIXED AT $ <u>NONE</u>**

| *R E T U R N* | |
|---|---|
| DATE RECEIVED: | LOCATION: |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | |
| DATE OF ARREST: | *Timothy Hornung (A),* **UNITED STATES MARSHAL** |
| LOCATION: | |
| BY:          Deputy U.S. Marshal | |