Austin Knudsen
*Montana Attorney General*
Michael Russell
  *Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
*michael.russell@mt.gov*

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
*emily@joneslawmt.com*

*Attorneys for Intervenor*

UNITED STATES DISTRICT COURT DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br> Plaintiff, <br><br> and <br><br> AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AT ATTORNEY GENERAL FOR THE STATE OF MONTANA, <br><br> Intervenor, <br><br> v. <br><br> ANDREW ANGLIN <br><br> Defendant. | Cause No. CV 9:17-CV-00050-DLC-KLD <br><br><br> **INTERVENOR'S NOTICE OF APPEARANCE OF COUNSEL** |

Intervenor State of Montana hereby notifies this Court and the parties that Michael Russell, Assistant Attorney General, enters his notice of appearance as counsel of record on behalf of Intervenor in this matter.

Please submit all correspondence, pleadings, and general mail to Mr. Russell at the following address and email:

>	Michael Russell
>	Assistant Attorney General
>	215 North Sanders
>	P.O. Box 201401
>	Helena, MT 59620-1401
>	Telephone: (406) 444-2026
>	michael.russell@mt.gov

Emily Jones remains counsel of record for Intervenor.

DATED this 13th day of December, 2022.

>	Austin Knudsen
>	Montana Attorney General
>
>	/s/ Michael Russell
>	Michael Russell
>	  *Assistant Attorney General*
>	MONTANA DEPARTMENT OF JUSTICE
>	215 North Sanders
>	P.O. Box 201401
>	Helena, MT 59620-1401
>	*michael.russell@mt.gov*
>
>	Emily Jones
>	  *Special Assistant Attorney General*
>	JONES LAW FIRM, PLLC
>	115 N. Broadway, Suite 410
>	Billings, MT 59101
>	*emily@joneslawmt.com*
>
>	*Attorneys for Intervenor*