Austin Knudsen
  *Montana Attorney General*
Michael D. Russell
  *Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
PO Box 201401
Helena, MT 59620-1401
Phone: (406) 444-7008
Fax: (406) 444-3549
*michael.russell@mt.gov*

Emily Jones
  *Special Assistant Attorney General*
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT  59101
Phone: (406) 384-7990
*emily@joneslawmt.com*
        Counsel for Intervenor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH, <br><br>Plaintiff, <br><br>and <br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General for the STATE OF MONTANA, <br><br>Intervenor, <br><br>v. <br><br>ANDREW ANGLIN, <br><br>Defendant. | Case No. CV 17-50-M-DLC-JCL <br><br><br><br>**INTERVENOR'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(2)** |

Intervenor Plaintiff State of Montana (the "State") respectfully requests dismissal from this case pursuant to Fed. R. Civ. P. 41(a)(2).  The State's limited purpose for its intervention—defending the constitutionality of Mont. Code Ann. § 27-1-1503(2)—is no longer a pending issue before this Court as a judgment was entered against Defendant Andrew Anglin on August 8, 2019.  Counsel for Plaintiff do not object to this Motion.  Attempts to ascertain Defendant's position on this motion were made but were unsuccessful.

DATED this 24th day of February, 2023.

>Austin Knudsen
>MONTANA ATTORNEY GENERAL
>
>*/s/ Michael D. Russell*
>Michael D. Russell
>  *Assistant Attorney General*
>MONTANA DEPARTMENT OF JUSTICE
>P.O. Box 201401
>Helena, MT 59620-1401
>*michael.russell@mt.gov*
>
>Emily Jones
>  *Special Assistant Attorney General*
>JONES LAW FIRM, PLLC
>115 N. Broadway, Suite 410
>Billings, MT  59101
>Phone: (406) 384-7990
>*emily@joneslawmt.com*
>
>ATTORNEYS FOR INTERVENOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel. I further certify that on this date I caused a copy of the foregoing document to be served via U.S. Mail upon the following party:

Andrew Anglin
6827 High Street, Suite 121
Worthington, OH 43805

Andrew Anglin
915 N. High Street
Columbus, OH 43201

Andrew Anglin
364 West Lane Avenue, Apt. 117
Columbus, OH 43201-100

Andrew Anglin
3827 High Street, Suite 121
Worthington, OH 43805

Andrew Anglin
7407 Brandshire Lane, Apt. B
Dublin, OH 43017-3400

Andrew Anglin
979 High Street, Suite 2
Worthington, OH 43805-4047

Dated: February 24, 2023          /s/ *Michael D. Russell*
                                  Michael D. Russell