IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　　Plaintiff,<br><br>　and<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General for the STATE OF MONTANA,<br><br>　　　　Intervenor,<br><br>　v.<br><br>ANDREW ANGLIN,<br><br>　　　　Defendant. | CV 17–50–M–DLC<br><br>ORDER |

　　　　Before the Court is the Intervenor Plaintiff State of Montana's Motion for Voluntary Dismissal.  (Doc. 264.)  Intervenor requests dismissal from this matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  (*Id.* at 2.) Intervenor explains that the "limited purpose for its intervention—defending the constitutionality of Mont. Code Ann. § 27-1-1503(2)—is no longer a pending issue before this Court as a judgment was entered against Defendant Andrew Anglin on

August 8, 2019." (*Id.*)  Plaintiff does not oppose the motion and Defendant was unable to be reached. (*Id.*)

Accordingly, IT IS ORDERED that Intervenor's motion (Doc. 264) is GRANTED, and Intervenor is dismissed from this matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated this 1st day of March, 2023.

Dana L. Christensen, District Judge
United States District Court