John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: (406) 442-3261
Fax: (406) 443-7294
Email: john@mswdlaw.com
           rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Daniel J. Kramer*
Robert N. Kravitz*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dkramer@paulweiss.com
           rkravitz@paulweiss.com
*Attorneys for Plaintiff Tanya Gersh*

James M. Knoepp*
Beth Littrell*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Ave, Ste. 340
Decatur, GA 30030
Phone: (334) 309-6771
Fax: (404) 221-5857
Email: jim.knoepp@splcenter.org
           beth.littrell@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*

*Admitted Pro Hac Vice

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>    Defendant. | Case No.: 9:17-cv-00050-DLC-JCL<br><br>**PLAINTIFF'S NOTICE OF THIRD-PARTY SUBPOENA FOR DOCUMENTS** |

Pursuant to Rule 45(a)(4), Plaintiff Tanya Gersh ("Gersh") hereby provides notice to Defendant Andrew Anglin that Gersh will be serving a subpoena for the production of documents by Valve Corporation. A true and correct copy of the subpoena is attached hereto.

DATED April 25, 2023

    Respectfully submitted,

By: _____

John Morrison
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, MT 59624
Phone: (406) 442-3261
Fax: (406) 443-7294
Email: john@mswdlaw.com
*Attorney for Plaintiff Tanya Gersh*

    and

Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA, PLLP
401 North Last Chance Gulch
P.O. Box 557
Helena, MT 59624
Phone: (406) 442-3261
Fax: (406) 443-7294
Email: rfolsen@mswdlaw.com
*Attorney for Plaintiff Tanya Gersh*

Daniel J. Kramer*
Robert N. Kravitz*
PAUL WEISS, RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas

        New York, NY 10019-6064
        Phone: (212) 373-3000
        Fax: (212) 757-3990
        Email: dkramer@paulweiss.com
              rkravitz@paulweiss.com
        *Attorneys for Plaintiff Tanya Gersh*

        and

        James M. Knoepp*
        Beth Littrell*
        SOUTHERN POVERTY LAW CENTER
        150 East Ponce de Leon Ave, Ste. 340
        Decatur, GA 30030
        Phone: (404) 309-6771
        Fax: (404-221-5857
        Email: jim.knoepp@splcenter.org
              beth.littrell@splcenter.org
        *Attorney for Plaintiff Tanya Gersh*

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 25, 2023, the foregoing document was served on Defendant Andrew Anglin by email and U.S. Mail, Certified, First Class, postage prepaid as follows:

1. Via Email
   Andrew Anglin
   andrewanglin84@gmail.com

2. Andrew Anglin
   6827 N High Street, Suite 121
   Worthington, OH 43085

3. Andrew Anglin
   3827 N High Street, Suite 121
   Worthington, OH 43085

4. Andrew Anglin
   7407 Brandshire Ln., Apt. B
   Dublin, OH 43017

5. Andrew Anglin
   915 N High Street
   Columbus, OH 43201

By: _____
        Amy Kirscher