John Morrison
Robert Farris-Olsen
MORRISON, SHERWOOD,
WILSON, & DEOLA, PLLP
401 N. Last Chance Gulch St.
Helena, MT 59601
Phone: (406) 442-3261
Fax: (406) 443-7294
Email: john@mswdlaw.com
       rfolsen@mswdlaw.com
*Attorneys for Plaintiff Tanya Gersh*

Daniel J. Kramer*
Robert N. Kravitz*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dkramer@paulweiss.com
       rkravitz@paulweiss.com
*Attorneys for Plaintiff Tanya Gersh*

James M. Knoepp*
Beth Littrell*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Ave, Ste. 340
Decatur, GA 30030
Phone: (334) 309-6771
Fax: (404) 221-5857
Email: jim.knoepp@splcenter.org
       beth.littrell@splcenter.org
*Attorneys for Plaintiff Tanya Gersh*

*Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN, publisher of the *Daily Stormer*,<br><br>Defendant. | Case No.: 9:17-cv-00050-DLC-JCL<br><br>**SUBPOENA *DUCES TECUM*** |

TO: **VALVE CORPORATION**
10400 NE 4th St, Floor 14
Bellevue, WA 98004
https://www.valvesoftware.com/en/

You are commanded pursuant to Rule 45(a) M.R. Civ. P. to produce for inspection and photocopying:

1. For Steam, a video game service owned by Valve:

   a. Username TedWang

      i. https://steamcommunity.com/id/tedwang
      ii. Steam ID: STEAM_0:1:518455354
          Steam3: [U:1:1036910709]
          Community ID: 76561198997176437

   b. The following:

      i. Account information, including

         1. Creation date for account
         2. History of usernames used
         3. Timezone used for account
         4. User-supplied profile information, and history of changes
         5. Email for account, and history
         6. Phone number for account, if any, and history
         7. Address for account, if any, and history
         8. IP addresses used to set up account, and history of IP addresses associated with any changes made to account

      9. Device used to set up account (browser, mobile app, other) and version numbers

      10. Changes to account information, and dates of those changes

      11. Wishlist of games associated with account

      12. Friends list for account

  ii. Purchase data for games and other content, including

      1. What game or content was ordered

      2. Dates of orders

      3. Payment information for each order

          a. Payment method

          b. Fraud score, if any

      4. If someone else purchased the game for the TedWang user, all this same information for that person

  iii. Gameplay data, including

      1. Dates and times of play

      2. Dates and times of downloads

      3. Durations of play

      4. All IP addresses used to play or download content

      5. Hardware and software profiles (OS, version, browser, video display settings)

      6. Login dates and times

      7.  List of other users who played with this account, by date

Please return this information to Joe Shaeffer at the following address:

Joe Shaeffer
MacDonald Hoague & Bayless
705 2nd Ave Ste. 1500
Seattle, WA 98104
joe@mhb.com

    DATED this 25th day of April, 2023.

           By: _____
                 John Morrison
                 MORRISON, SHERWOOD, WILSON & DEOLA, PLLP

                 *Attorneys for Plaintiff Tanya Gersh*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 25, 2023, the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including:

Andres Haladay
MONTANA RISK MANAGEMENT TORT DEFENSE
P.O. Box 200124
Helena, MT 59620
Phone: (406) 444-2430
Email: andres.haladay2@mt.gov
*Attorney for Interested Party Montana Human Rights Network*

Emily Jones
Special Assistant Attorney General
JONES LAW FIRM, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: (406) 384-7990
Email: emily@joneslawmt.com
*Attorney for Intervenor State of Montana*

Michael Russell
MONTANA DEPARTMENT OF JUSTICE
AGENCY LEGAL SERVICES
1712 9th Ave
Helena, MT 59601
Phone: (406) 444-2071
Email: michael.russell@mt.gov
*Attorney for Intervenor State of Montana*

By: _____
Amy Kirscher